EXHIBIT A

US008118204B2

(12) **United States Patent**
Ishida et al.

(10) Patent No.: **US 8,118,204 B2**
(45) Date of Patent: **Feb. 21, 2012**

(54) **PORTABLE FASTENING TOOL**

(75) Inventors: **Hideki Ishida**, Ibaraki (JP); **Hitoshi Tsuzuki**, Ibaraki (JP); **Takeshi Matsuoka**, Ibaraki (JP)

(73) Assignee: **Hitachi Koki Co., Ltd.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 171 days.

(21) Appl. No.: **12/088,524**

(22) PCT Filed: **Sep. 1, 2006**

(86) PCT No.: **PCT/JP2006/317803**
§ 371 (c)(1),
(2), (4) Date: **Mar. 28, 2008**

(87) PCT Pub. No.: **WO2007/043260**
PCT Pub. Date: **Apr. 19, 2007**

(65) **Prior Publication Data**
US 2009/0266863 A1      Oct. 29, 2009

(30) **Foreign Application Priority Data**
Sep. 30, 2005    (JP) ............................... P2005-285902

(51) **Int. Cl.**
**B25C 1/04**          (2006.01)

(52) **U.S. Cl.** ........................... 227/130; 227/156; D8/68

(58) **Field of Classification Search** .......... 227/129–134,
227/156; D8/68
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,845,617 | A | * | 2/1932 | Metcalf ........................... 227/96 |
| 3,708,095 | A | * | 1/1973 | Briggs, Jr. .................... 227/126 |
| 3,771,709 | A | | 11/1973 | Breschinsky |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          0 663 269          7/1995

(Continued)

OTHER PUBLICATIONS

Taiwanese Office Action issued in Taiwanese Patent Application No. TW 095136170 dated Oct. 4, 2010.

*Primary Examiner* — Paul Durand
(74) *Attorney, Agent, or Firm* — McDermott Will & Emery LLP

(57) **ABSTRACT**

To provide a compact portable fastening tool which can be easily pushed at its handle portion onto a punched side, even in case a magazine is attached at an inclination with respect to the horizon, so that it can be easily used even in a narrow place. An electric fastening tool **1** comprises: a housing **2** having a handle portion **2**B formed to extend from a trunk portion **2**A; an ejection unit attached to the lower portion of the housing **2**; a magazine **5** attached to the ejection unit; a motor housed in the housing **2**; a battery pack **3** for driving the motor; a flywheel rotationally driven by the motor; a follower shaft selectively rotated by the kinetic energy of the flywheel; and a plunger adapted to be linearly moved in the housing **2** by the rotation of the follower shaft thereby to drive the nail fed into the ejection unit. The magazine **5** is so attached that it is inclined in a side view with respect to the trunk portion **2**A of the housing **2** and that it is inclined in a bottom view with respect to the handle portion **2**B of the housing **2**.

**15 Claims, 3 Drawing Sheets**





**US 8,118,204 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,820,705 | A | | 6/1974 | Beals |
| 3,893,610 | A | | 7/1975 | Smith |
| 4,121,745 | A | * | 10/1978 | Smith et al. .................... 227/8 |
| 4,161,272 | A | * | 7/1979 | Brockl ...................... 227/131 |
| 4,298,072 | A | * | 11/1981 | Baker et al. ................. 173/13 |
| 4,640,452 | A | * | 2/1987 | Matt et al. ................. 227/131 |
| 4,811,885 | A | * | 3/1989 | Lai ......................... 227/131 |
| 5,320,270 | A | * | 6/1994 | Crutcher .................... 227/131 |
| 5,511,715 | A | * | 4/1996 | Crutcher et al. ............. 227/131 |
| 6,431,430 | B1 | * | 8/2002 | Jalbert et al. ............... 227/131 |
| 6,607,111 | B2 | * | 8/2003 | Garvis et al. ............... 227/131 |
| 6,669,072 | B2 | * | 12/2003 | Burke et al. ................ 227/131 |
| 6,755,336 | B2 | * | 6/2004 | Harper et al. ............... 227/129 |
| 6,779,697 | B2 | * | 8/2004 | Lin ........................ 227/120 |
| 6,796,475 | B2 | * | 9/2004 | Adams ....................... 227/2 |
| 6,886,730 | B2 | * | 5/2005 | Fujisawa et al. .............. 227/8 |
| 6,971,567 | B1 | * | 12/2005 | Cannaliato et al. ............. 227/2 |
| 6,974,061 | B2 | * | 12/2005 | Adams et al. ................. 227/2 |
| 7,469,811 | B2 | * | 12/2008 | Shima et al. ............... 227/131 |
| 7,494,036 | B2 | * | 2/2009 | Shima et al. ............... 227/131 |
| 2002/0104869 | A1 | | 8/2002 | Garvis |
| 2004/0084501 | A1 | | 5/2004 | Lin |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 927 605 A2 | 7/1999 |
| JP | 6-278051 | 10/1994 |
| JP | 2002-127039 | 5/2002 |

* cited by examiner

*FIG. 1*



*FIG. 2*



*FIG. 3*



Case 1:18-cv-00313-CFC-CJB  Document 1-1  Filed 02/23/18  Page 6 of 114 PageID #: 21

## FIG. 4



## FIG. 5



US 8,118,204 B2

**1**

**PORTABLE FASTENING TOOL**

RELATED APPLICATIONS

This application is the U.S. National Phase under 35 U.S.C. §371 of International Application No. PCT/JP2006/317803, filed Sep. 1, 2006, which claims priority of Japanese Patent application No. JP2005-285902, filed on Sep. 30, 2005, the contents of which are herewith incorporated by reference.

TECHNICAL FIELD

The present invention relates to a portable fastening tool for punching nails with a driving force established by a battery.

DESCRIPTION OF RELATED ART

A portable fastening tool of this kind is constituted by: a housing having a handle portion extending generally in a side elevation of T-shape from a generally cylindrical trunk portion; an ejection unit attached to the lower portion of the housing; a magazine attached to the ejection unit; a motor housed in the housing; a battery for driving the motor; a flywheel rotatably supported by the housing and rotationally driven by the motor; a follower shaft rotatably supported by the housing and selectively rotated by the kinetic energy of the flywheel; and a plunger linearly moved in the housing by the rotation of the follower shaft thereby to drive the nails into the ejection unit.

Of these portable fastening tools, there is a type, in which the nails connected in a step shape are housed in the magazine. In the portable fastening tool of this type, the magazine is so attached to the housing that it is inclined in a side view at the same angle as the connection angle of nails (as referred to JP-A-6-278051 and JP-A-2002-127039, for example).

In the portable fastening tool of the related art, on the other hand, the handle portion is formed at such an angle as close to the horizontal direction, so that the trunk portion of the housing may be easily pushed onto the punching side. Moreover, easy use of the portable fastening tool in a narrow place is also considered by keeping the trailing end portion of the handle portion of the housing (or the free end portion on the opposite side of the trunk portion) lower than the trunk portion.

SUMMARY OF INVENTION

In the related-art portable fastening tool, the magazine for housing a number of nails connected in the step shape is attached obliquely in a side view to the housing. In order to avoid the interference with the magazine, the handle portion has to be likewise inclined. If the handle portion is excessively inclined, however, there arise a problem to make it hard to push the trunk portion onto the punching side. If the trailing end portion of the handle portion of the housing is higher than the end portion on the trunk side, the portable fastening tool becomes tall as a whole thereby to deteriorate the operability and workability of the machine in a narrow place.

The invention has been conceived in view of the problems thus far described, and has an object to provide a compact portable fastening tool which can be easily pushed at its handle portion onto a punched side, even in case a magazine is attached at an inclination with respect to the horizon, so that it can be easily used even in a narrow place.

In order to achieve the above-specified object, according to an aspect of the invention, there is provided a portable fastening tool comprising: a housing having a handle portion formed generally in a T-shape in side elevation to extend from

**2**

a generally cylindrical trunk portion; an ejection unit attached to the lower portion of the housing; a magazine attached to the ejection unit; a motor housed in the housing; a battery for driving the motor; a flywheel rotatably supported in the housing and rotationally driven by the motor; a follower shaft rotatably supported in the housing and selectively rotated by the kinetic energy of the flywheel; and a plunger adapted to be linearly moved in the housing by the rotation of the follower shaft thereby to drive the nail fed into the ejection unit. The portable fastening tool is characterized: in that the magazine is so attached that it is inclined in a side view with respect to the trunk portion of the housing and that it is inclined in a bottom view with respect to the handle portion of the housing.

According to another aspect of the invention, the magazine is attached at its one end to the ejection unit and at its other end to the trailing end portion of the handle portion of the housing such that the magazine is deflected to the right or left on its one end and is inclined in its bottom view by a predetermined angle with respect to the handle portion of the housing.

According to another aspect of the invention, the magazine is so arranged as to overlap a portion of at least the handle portion of the housing or the battery in a side view.

According to another aspect of the invention, there is provided a portable fastening tool comprising: a housing including a trunk portion and a handle portion; a battery disposed at the end portion of the housing; an ejection unit disposed at the lower end of the housing; a drive source caused by the battery to generate a driving force; a punching portion driven by the drive source; an ejection port for punching the nails fed to the ejection unit by the punching portion; and a magazine for holding the nails fed to the ejection unit. The portable fastening tool is characterized: in that the magazine is attached so obliquely from the side of the ejection port to the handle portion as to avoid interference with the battery.

According to another aspect of the invention, even in case the magazine is attached at an inclination with respect to the horizon, the position of the handle portion of the housing can be held nearly horizontal while avoiding the magazine, and the portable fastening tool can be easily pushed to the punching side while gripping the handle portion, so that the nailing operations can be stabilized.

According to another aspect of the invention, the magazine is so arranged that its portion overlaps either the portion of the handle portion of the housing or the battery in the side view. As a result, the height of the trailing end portion (or the end portion on the opposite side of the trunk portion) of the handle portion (i.e., the height from the leading end punching portion of the trunk portion) can be held small to make the electric fastening tool 1 so compact that it can be conveniently used in the narrow place, so that it can nail even a narrow place highly efficiently.

According to another aspect of the invention, the magazine is mounted obliquely, as viewed from the ejection port, with respect to the handle portion so as to avoid the interference with the battery. Even if the magazine is attached obliquely in the top plan view to the handle portion of the housing, the battery or a heavy component can be arranged at the low position so that the portable fastening tool can be well balanced in its weight and less damaged in its operation.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a lefthand side elevation of an electric fastening tool according to an embodiment;

FIG. 2 is a bottom view of the electric fastening tool according to the embodiment;

US 8,118,204 B2

3

FIG. **3** is a broken righthand side elevation showing the internal configuration of the electric fastening tool according to the embodiment;

FIG. **4** is a side elevation showing the nailing operation using the electric fastening tool according to the embodiment; and

FIG. **5** is a side elevation of nails connected in a step shape.

## DESCRIPTION OF THE EMBODIMENTS

An embodiment of the invention is described in connection with an electric fastening tool as one mode of embodiment of a portable fastening tool with reference to the accompanying drawings.

FIG. **1** is a lefthand side elevation of an electric fastening tool (or a portable fastening tool) according to the embodiment; FIG. **2** is a bottom view of the same electric fastening tool; FIG. **3** is a broken righthand side elevation showing the internal constitution of the same electric fastening tool; FIG. **4** is a side elevation showing the nailing operation using the same electric fastening tool; and FIG. **5** is a side elevation of nails connected in a step shape. In the following, the right and left sides of the electric fastening tool will means the right and left sides of the case, in which the electric fastening tool is seen from the operator in case the operator grips the handle portion of the electric fastening tool. Moreover, the top plan view is taken in FIG. **1** from above the electric fastening tool, and the bottom view is taken in FIG. **1** from below the electric fastening tool.

In an electric fastening tool **1** according to this embodiment, numeral **2** designates a housing made of a resin and acting as an exterior member. This housing **2** is constituted to include a generally cylindrical trunk portion **2**A, and a handle portion **2**B jointed generally in the shape of letter T, as viewed in a side view, to the trunk portion **2**A. At the trailing end portion of the handle portion **2**B (or at the free end portion on the side opposed to the trunk portion **2**A) of the housing **2**, moreover, there is disposed a battery pack **3**, attached to the end of handle portion **2**B through a battery pack supporting portion **2**C, for housing the not-shown battery as the power source. Moreover, a trigger switch **4** is disposed at the handle portion **2**B of the housing **2** and near the trunk portion **2**A.

At the lower end of the housing **2**, as shown in FIG. **1**, there is disposed an ejection unit **17**, to which a flat box-shaped magazine **5** is attached obliquely, in a side view, to the trunk portion **2**A. In this magazine **5**, as shown in FIG. **5**, there are housed a number of nails **6**, which are connected in a step shape. More specifically, the magazine **5** is attached, at its one end, to the ejection unit **17** (as located at the lower end portion of FIG. **1**) disposed at the leading end of the trunk portion **2**A of the housing **2** and, at its other end, to the trailing end portion of the handle portion **2**B of the housing **2** and near the battery pack **3**. In the state shown in FIG. **1**, the magazine **5** is inclined obliquely upward from the ejection unit **17** disposed at the leading end of the trunk portion **2**A of the housing **2** toward the trailing end portion of the handle portion **2**B. As a result, the magazine **5** forms a triangular shape, in a side view, together with the trunk portion **2**A and the handle portion **2**B of the housing **2**.

Thus, the electric fastening tool (or the portable fastening tool) **1** according to this embodiment is characterized in that the magazine **5** is attached obliquely in the bottom view (as taken from the side of the ejection port **17**a of the ejection unit **17**) to the handle portion **2**B of the housing **2**, as shown in FIG. **2**. More specifically, the magazine **5** is attached so obliquely in a bottom view to the handle portion **2**B of the housing **2** that it is turned in its entirety by a predetermined

4

angle θ leftward (or upward of FIG. **2**) on the ejection unit **17** disposed at the leading end of the trunk portion **2**A of the housing **2**. Here in this embodiment, the magazine **5** is attached obliquely to the handle portion **2**B by turning it leftward of the bottom view on the ejection unit **17** disposed at the leading end of the trunk portion **2**A of the housing **2**. Alternatively, however, the magazine **5** may also be attached obliquely to the handle portion **2**B by turning it rightward (or downward of FIG. **2**).

As described above, the magazine **5** is attached obliquely of the side view to the trunk portion **2**A of the housing **2** and obliquely of the bottom view to the handle portion **2**B of the housing **2**. As shown in FIG. **1**, however, the magazine **5** is arranged to have its portion overlapping the battery pack **3** disposed at the trailing end portion of the handle portion **2**B of the housing **2**, as shown in FIG. **1**, and is attached so obliquely to the handle portion **2**B that its overlapping portion may have no interference (or overlap) with the battery pack **3**, as shown in FIG. **2**. Therefore, the inclination angle θ (as referred to FIG. **2**), as taken in top plan view, of the magazine **5** with respect to the handle portion **2**B of the housing **2** is set at such a value that a portion (which overlaps the battery pack **3** in a side view) of the housing **2** may not interfere, in a bottom view, with the battery pack **3**.

The internal constitution of the housing **2** is described with reference to FIG. **3**.

In the trunk portion **2**A of the housing **2**, there is housed in a horizontal position a motor **7** acting as a drive source, from which an output shaft (or motor shaft) **8** extends in the direction of the center of rotation thereof (i.e., in the direction normal to the sheet of FIG. **3**). A drive gear **9** is fixed on the end portion of the output shaft **8**.

On the side of the motor **7** in the trunk portion **2**A of the housing **2**, moreover, there is arranged the not-shown rotatable follower shaft in parallel with the output shaft **8** of the motor **7**. This follower shaft has a pinion **10** fixed thereon and bears a flywheel **11** rotatably. This flywheel **11** meshes with the aforementioned drive gear **9**.

Between the flywheel **11** and the follower shaft, although not shown, there is disposed a clutch mechanism for turning ON/OFF their connection selectively. This clutch mechanism is constituted to include a clutch spring wound on the flywheel **11** and the follower shaft, an electromagnetic solenoid acting as an actuator for winding the clutch spring on the outer circumference of the follower shaft, and a drive circuit for driving the electromagnetic solenoid.

In the trunk portion **2**A of the housing **2**, moreover, there is so housed a plunger **12** meshing with the pinion **10** that it can move reciprocally and linearly upward and downward of FIG. **3** along a guide rail **13**. To the leading end (as located on the lower end of FIG. **3**) of the plunger **12**, there is attached a blade (or a punching portion) **14** for punching out the nails **6**. Here, the plunger **12** is biased in such a direction (upward of FIG. **3**) by the not-shown return spring as to return to the initial position.

Here are described the actions of the electric fastening tool **1** thus constituted.

The operator grips the handle portion **2**B of the housing **2**, as shown in FIG. **4**, to hold the electric fastening tool **1** at one hand. When the trigger switch **4** is pulled and turned ON, the motor **7** is energized by the battery housed in the battery pack **3**. The rotations of the output shaft **8** of the motor **7** are transmitted from the drive gear **9** to the flywheel **11** so that the flywheel **11** is rotationally driven to store the kinetic energy. At this time, the clutch mechanism is in OFF state, and the flywheel **11** and the driven shaft are disconnected. The flywheel **11** is freely (idly) rotating with respect to the follower

US 8,118,204 B2

5

shaft, so that the transmission of the power (or the kinetic energy) from the flywheel 11 to the follower shaft is blocked.

After lapse of a predetermined time period, the electromagnetic solenoid is energized by the not-shown drive circuit so that it is driven. Then, the clutch mechanism is turned ON to connect the flywheel 11 and the follower shaft so that the kinetic energy of the flywheel 11 is transmitted to rotate the follower shaft. When the driven shaft is thus rotationally driven, the pinion 10 fixed on the driven shaft rotates together, thereby to push the meshing plunger 12 in the punching direction (downward of FIG. 3) against the biasing force of the not-shown return spring. Then, the blade 14 attached to the leading end of the plunger 12 is also pushed in the same direction to impinge at its leading end against the nail 6 housed in the magazine 5. By this impinging force, the nail 6 is pushed from the ejection port 17a of the ejection unit 17 so that it is driven into a material such as wood W, as shown in FIG. 4.

When the nail 6 is driven into the wood W, as described above, the energization of the electromagnetic solenoid is interrupted and turned OFF, and the clutch mechanism is also turned OFF to disconnect the flywheel 11 and the follower shaft. Then, the follower shaft can rotate freely with respect to the flywheel 11 so that the plunger 12 and the blade 14 attached to the plunger 12 are moved upward of FIG. 3 their initial positions by the biasing force of the not-shown return spring.

By thus repeating the operations thus far described, the nails 6 shown in FIG. 5 can be continuously driven into the wood W shown in FIG. 4.

In the electric fastening tool 1 according to the embodiment, even if the magazine 5 having the nails 6 housed in the step shape, as shown in FIG. 5 is attached at an inclination with respect to the horizontal direction, the magazine 5 can be so attached while avoiding the handle portion 2B of the housing 2 as to hold the handle portion 2B at an angle near a horizontal direction. Moreover, the electric fastening tool 1 can be entirely shortened and can be easily pushed while gripping the handle portion 2B, so that it can punch the nails 6 stably.

Moreover, the magazine 5 is so arranged that its portion overlaps either the trailing end portion of the handle portion 2B of the housing 2 or the battery pack 3 in the side view. As a result, the height of the trailing end portion of the handle portion 2B (i.e., the height from the leading end punching portion of the trunk portion 2A) can be held small to shorten the entire length of the trunk portion 2A. Thus, the electric fastening tool 1 can be made so compact that it can be conveniently used in the narrow place, as shown in FIG. 4, so that it can nail even a narrow place highly efficiently.

In the embodiment, moreover, the magazine 5 is mounted obliquely in a top plan view, as shown in FIG. 2, with respect to the handle portion 2B so as to avoid the interference with the battery pack 3. As a result, the battery can be easily attached to or detached from the battery pack 3 so that it can be replaced easily and promptly. Even if the magazine 5 is attached obliquely in the top plan view to the handle portion 2B of the housing 2, the battery or a heavy component can be arranged at the low position so that the electric fastening tool (or the portable fastening tool) 1 can be well balanced in its weight and less damaged in its operation.

The embodiment of the invention has been described on the electric fastening tool as one example of the portable fastening tool. However, the invention can also be naturally applied to another portable fastening tool such as a gas fastening tool,

6

in which a gas is burned by sparking it with a battery so that the nail is driven by the explosive force (or the combustion energy) of the gas.

The invention claimed is:

1. A portable fastening tool comprising:
   a housing having a handle portion formed generally in a T-shape in a side view to extend from a main body disposed at first end of the handle portion, the main body including a nailing mechanism;
   an ejection unit attached to a lower end of the housing and configured to eject nails in an ejecting direction;
   a magazine attached to the ejection unit and having an extending portion extending from the ejection unit;
   a motor housed in the housing;
   a battery pack for driving the motor disposed at a second end of the handle portion opposite to the first end;
   a battery pack supporting portion for supporting the battery pack, the battery pack supporting portion being provided at the second end of the handle portion;
   a flywheel rotatably supported in the housing and rotationally driven by the motor; and
   a plunger adapted to be linearly moved in the housing by the rotation of the flywheel thereby to drive a nail from the ejection unit, wherein the magazine is inclined with respect to the ejecting direction in said side view,
   wherein the magazine is inclined with respect to the handle portion of the housing in a bottom view which is perpendicular to said side view and includes a view of the extending portion of the magazine,
   wherein, in the side view when the ejection unit is placed downwardly, the battery pack has a portion which elongates below the handle portion,
   wherein, in the side view when the ejection unit is placed downwardly, the battery pack supporting portion has a portion which elongates below the handle portion,
   wherein the magazine has an overlap portion overlapping said portion of the battery pack and said portion of the battery pack supporting portion in said side view, and
   wherein the magazine is connected to said portion of the battery pack supporting portion which elongates below the handle portion.

2. The portable fastening tool as set forth in claim 1, wherein the magazine is attached at one end of the magazine to the ejection unit, and
   wherein the magazine is deflected to the right or left on the one end of the magazine and is inclined with respect to the handle portion in said bottom view by a predetermined angle.

3. The portable fastening tool as set forth in claim 1, wherein an upper end of the battery pack is positioned lower than an upper end of the main body in the side view when the ejection unit is placed downwardly.

4. The portable fastening tool as set forth in claim 1, wherein:
   the battery pack has an inserting portion configured to be inserted in the handle portion, and
   the inserting portion is located at off-center of the battery pack.

5. The portable fastening tool as set forth in claim 1, wherein:
   the battery pack supporting portion is configured so that the battery pack is inserted thereinto, and
   the magazine is connected to said portion of the battery pack supporting portion via a bolt at a position not overlapping with the battery in said side view.

US 8,118,204 B2

7

**6**. The portable fastening tool as set forth in claim **1**, wherein the magazine is connected to a side portion of the battery pack supporting portion.

**7**. A portable fastening tool comprising:

a battery pack;

a handle portion having the battery pack at a first end portion thereof;

a batter pack supporting portion for supporting the battery pack, the battery pack supporting portion being provided at a second end portion of the handle portion opposite to the first end portion;

a main body connected to the handle portion;

an ejection unit disposed at the end of the main body and configured to eject nails in an ejecting direction; and

a magazine connected to the ejection unit and having an extending portion extending from the ejection unit,

wherein the magazine is inclined with respect to the ejecting direction when viewed from a side of the magazine,

wherein the magazine is inclined with respect to the handle portion in a bottom view which is perpendicular to said ejecting direction and includes a view of the extending portion of the magazine,

wherein, in the side view when the ejection unit is placed downwardly, the battery pack and the battery pack supporting portion elongate below the handle portion,

wherein the magazine has an overlap portion overlapping a portion of the battery pack which elongates below the handle portion and a portion of the battery pack supporting portion which elongates below the handle portion in a side of the magazine, the side view being perpendicular to the bottom view and includes side views of the handle portion, the main body and the magazine, and

wherein the magazine is connected to said portion of the battery pack supporting portion which elongates below the handle portion.

**8**. The portable fastening tool as set forth in claim **7**, wherein an upper end of the battery pack is positioned lower than an upper end of the main body in the side view when the ejection unit is placed downwardly.

**9**. The portable fastening tool as set forth in claim **7**, wherein:

the battery pack has an inserting portion configured to be inserted in the handle portion, and

the inserting portion is located at off-center of the battery pack.

**10**. The portable fastening tool as set forth in claim **7**, wherein:

the battery pack supporting portion is configured so that the battery pack is inserted thereinto, and

the magazine is connected to said portion of the battery pack supporting portion via a bolt at a position not overlapping with the battery in said side view.

**11**. The portable fastening tool as set forth in claim **7**, wherein the magazine is connected to a side portion of the battery pack supporting portion.

**12**. A portable fastening tool comprising:

a housing;

a handle portion extending from the housing in a handle extending direction;

a battery pack supporting portion connected to the handle portion;

a motor housed in the housing;

8

a battery pack supported by the battery pack supporting portion, the battery pack having an extending portion extending from the housing;

an ejection unit disposed at a lower end of the housing and configured to guide a nail in an ejecting direction; and

a magazine connected to the ejection unit,

wherein the magazine is inclined with respect to the ejecting direction in a side view, the side view being perpendicular to the handle extending direction and the ejecting direction,

wherein the magazine is inclined with respect to the handle portion in a bottom view,

wherein, in the side view when the ejection unit is placed downwardly, a part of the extending portion being positioned below the handle portion and overlapping with the magazine,

wherein, in the side view when the ejection unit is placed downwardly, an upper end of the battery pack is positioned lower than an upper end of the housing, and

wherein, in the side view when the ejection unit is placed downwardly, the motor is positioned lower than the handle portion.

**13**. A portable fastening tool comprising:

a housing;

a handle portion extending from the housing in a handle extending direction and having a central axis;

a battery pack supporting portion connected to the handle portion;

a motor housed in the housing;

a battery pack supported by the battery pack supporting portion, the battery pack having an extending portion extending from the housing;

an ejection unit disposed at the lower end of the housing and configured to guide a nail in an ejecting direction; and

a magazine connected to the ejection unit,

wherein the magazine is inclined with respect to the ejecting direction in a side view, the side view being perpendicular to the handle extending direction and the ejecting direction,

wherein the magazine is inclined with respect to the handle portion in a bottom view,

wherein, in the side view when the ejection unit is placed downwardly, a part of the extending portion being positioned below the handle portion and overlapping with the magazine,

wherein the central axis of the handle portion is inclined with respect to the ejecting direction,

wherein, in the side view when the ejection unit is placed downwardly, an upper end of the battery pack is positioned lower than an upper end of the housing, and

wherein, in the side view when the ejection unit is placed downwardly, a center of the battery pack is positioned lower than the central axis of the handle portion.

**14**. The portable fastening tool as set forth in claim **13**, wherein the battery pack has an inserting portion configured to be inserted in the handle portion, and

the inserting portion is located at off-center of the battery pack.

**15**. The portable fastening tool as set forth in claim **13**, wherein, in the side view when the ejection unit is placed downwardly, the motor is positioned lower than the handle portion.

*     *     *     *     *

# EXHIBIT B

US00RE42987E

(19) **United States**
(12) **Reissued Patent**
Akiba

(10) Patent Number: **US RE42,987 E**
(45) Date of Reissued Patent: **Dec. 6, 2011**

(54) **NAIL GUN WITH SAFETY PORTION MECHANISM FOR PREVENTING MISFIRES**

(75) Inventor: **Yoshitaka Akiba**, Tokyo (JP)

(73) Assignee: **Hitachi Koki Co., Ltd.**, Tokyo (JP)

(21) Appl. No.: **12/201,413**

(22) Filed: **Aug. 29, 2008**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,820,788**
Issued: **Nov. 23, 2004**
Appl. No.: **10/659,438**
Filed: **Sep. 11, 2003**

U.S. Applications:
(63) Continuation of application No. 10/119,721, filed on Apr. 11, 2002, now Pat. No. 6,641,018, which is a continuation of application No. 09/861,546, filed on May 22, 2001, now Pat. No. 6,394,332.

(30) **Foreign Application Priority Data**

May 23, 2000   (JP) ................................. 2000-151263

(51) **Int. Cl.**
*B25C 1/04*          (2006.01)
(52) **U.S. Cl.** ........................................... **227/8**; 227/130
(58) **Field of Classification Search** .............. 227/8, 120, 227/130, 142
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,629,106 A * 12/1986 Howard et al. ................... 227/8

| | | | | |
|---|---|---|---|---|
| 5,193,730 A | * | 3/1993 | Tanaka et al. | 227/8 |
| 5,238,167 A | * | 8/1993 | Howard et al. | 227/110 |
| 5,452,835 A | * | 9/1995 | Shkolnikov | 227/8 |
| 5,551,621 A | * | 9/1996 | Vallee | 227/8 |
| 5,579,975 A | * | 12/1996 | Moorman | 227/8 |
| 5,662,257 A | * | 9/1997 | Mukoyama et al. | 227/8 |
| 5,692,663 A | * | 12/1997 | Yang | 227/8 |
| 5,803,338 A | * | 9/1998 | Singer et al. | 227/8 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE          37 03 753  A1    8/1988

(Continued)

*Primary Examiner* — Scott A. Smith

(74) *Attorney, Agent, or Firm* — McDermott Will & Emery LLP

(57) **ABSTRACT**

A nail gun has a free end **19**a and central potion of a trigger arm **19** positioned within a trigger **11**, on an upper end **12**a of a safety portion **12** and at a plunger **17**, respectively. When the trigger **11** is pivoted on its pivot end **16**, pivoting movement of the trigger **11** moves a pivot end **18** of the trigger arm **19** to press the central portion of the trigger arm **19** into contact with the plunger **17** and, with the plunger **17** serving as a fulcrum, to press the free end **19**a downward against the upper end **12**a of the safety portion **12**. If downward movement of the safety portion **12** is obstructed when the trigger **11** is pivoted, the upper end **12**a contacted by the free end **19**a of the trigger arm **19** serves as a fulcrum around which the trigger arm **19** pivots with movement of the trigger **11**, whereupon the central portion of the trigger arm **19** presses the plunger **17** inward so that an activation switch **10** activates a blade **7** to eject a nail through a nose piece **5**.

**22 Claims, 11 Drawing Sheets**



# US RE42,987 E

Page 2

## U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,836,501 | A | * | 11/1998 | Lai | 227/8 |
| 5,862,969 | A | * | 1/1999 | Lee | 227/8 |
| 6,059,161 | A | * | 5/2000 | Chang et al. | 227/8 |
| 6,116,488 | A | * | 9/2000 | Lee | 227/8 |
| 6,199,739 | B1 | * | 3/2001 | Mukoyama et al. | 227/8 |
| 6,205,894 | B1 | * | 3/2001 | Tanaka | 81/470 |
| 6,371,348 | B1 | * | 4/2002 | Canlas et al. | 227/8 |
| 6,394,332 | B2 | * | 5/2002 | Akiba | 227/8 |
| 6,422,446 | B1 | * | 7/2002 | Liu | 227/8 |
| 6,641,018 | B2 | * | 11/2003 | Akiba | 227/8 |
| 6,820,788 | B2 | * | 11/2004 | Akiba | 227/8 |

## FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| DE | 3703753 | * | 8/1988 | |
| DE | 30 21 884 C2 | | 7/1989 | |
| DE | 3021884 | * | 7/1989 | |
| DE | 40 32 231 C2 | | 9/1992 | |
| DE | 4032231 | * | 9/1992 | |
| JP | 6-47667 | Y | 1/1992 | |
| JP | 4-136677 | U | 12/1992 | |
| JP | 7-27093 | Y | 12/1992 | |
| JP | 5-53873 | U | 7/1993 | |
| JP | 6-47665 | * | 12/1994 | |
| JP | 6-47665 | Y2 | 12/1994 | |
| JP | 7-27093 | Y2 | 6/1995 | |
| JP | 7-53907 | * | 12/1995 | |
| JP | 7-53907 | Y2 | 12/1995 | |
| WO | WO 00/16947 | A1 | 3/2000 | |

* cited by examiner



FIG.1

UP

FRONT ← → REAR

DOWN



FIG.2

Case 1:18-cv-00313-CFC-CJB   Document 1-1   Filed 02/23/18   Page 15 of 114 PageID #: 30

# FIG.3



# FIG.4



# FIG.5



# FIG.6



# FIG.7



# FIG.8



# FIG.9



# FIG.10



# FIG.11





FIG.12

FIG.13

# FIG.14



# FIG.15



# FIG.16



US RE42,987 E

1

## NAIL GUN WITH SAFETY PORTION MECHANISM FOR PREVENTING MISFIRES

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

This *is a reissue of U.S. Pat. No. 6,820,788, which* is a continuation of application Ser. No. 10/119,721 filed Apr. 11, 2002 now U.S. Pat. No. 6,641,018 which is a continuation of application Ser. No. 09/861,546 filed May 22, 2001; now U.S. Pat. No. 6,394,332; the disclosure of which is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a nail gun that drives a nail through, for example, the hole of a connection clasp and to a nail gun that can accurately drive nails into a desired drive position.

2. Description of the Related Art

A variety of different types of clasp fixing nail guns have been proposed. U.S. Pat. No. 5,193,730 discloses a nail gun that separates nails one at a time from a nail band and supplies the nail to a nail injection hole of the nosepiece. The nail tip is protruded from the end of the nosepiece before the nail gun drives the nail.

The nail gun further has a safety mechanism with a work-piece contact member, an intermediate lever, and an operation lever. The work-piece contact member extends from the nose of the nail gun to the base of the intermediate lever. When the trigger of the nail gun is pressed, the operation lever moves toward or away from an activation plunger, depending on the position of the work-piece contact member and the intermediate lever. That is, the work-piece contact member is raised into its lowermost position as long as the nose of the nail gun is not pressed against a work piece. If the trigger is pressed at this time, the intermediate lever pivots greatly and guides movement of the operation lever away from the activation plunger. On the other hand, when the nose of the nail gun is pressed against a work piece, the contact member is raised into its upper position. If the trigger is pulled at this time, pivoting movement of the intermediate lever is restricted so that the operation lever moves into contact with the activation plunger, thereby setting off a nail driving operation. In other words, the safety mechanism prevents the nail gun from firing when no work piece is present by changing the pivot path of the operation lever.

### SUMMARY OF THE PRESENT INVENTION

It is conceivable to lengthen the stroke of the work-piece contact member, that is, the distance that the work-piece contact member can move, by increasing the length of the intermediate lever. However, the intermediate lever can only be lengthened within the movement range of the trigger. Therefore, it is difficult to lengthen the stroke of the work-piece contact member. As a result, the lower end of the work-piece contact member must always be positioned fairly near the nail ejection opening, even when the work-piece contact member is at its upper dead center. This makes it difficult to see the nail tip so that it is difficult to position the nail at the precise position where it is to be driven into the work piece.

2

Also, the intermediate lever and the operation lever are provided in a narrow space above the trigger and operate in a fairly complicated manner against urging force of springs. A slight error in component or position dimensions, abrasion caused by friction, or dust, dirt, and the like clinging to components could easily become the cause of misfires. As a result, reliability of the nail gun suffers.

It is an objective of the present invention to overcome the above-described problems and provide a nail gun that more easily allows visual confirmation of the nail tip location and that uses a simpler configuration, which improves reliability by helping prevent the danger of misfires.

In order to achieve the above-described objective, a nail gun according to the present invention includes a body; a nail ejection portion connected to the body and having a tip formed with a nail ejection hole; a magazine connected to the nail ejection portion, the magazine feeding nails one at a time to the ejection portion; a blade supported in the body capable of reciprocal movement in opposing first and second directions and, when activated, driven in the second direction to the nail ejection portion to strike a nail in the nail ejection portion and to eject the nail through the nail ejection hole; an activation switch having a protruding plunger, the activating switch activating the blade when the plunger is pressed inward; a trigger having a trigger pivot end and a trigger free end, the trigger being supported pivotably on the body at the trigger pivot end; a trigger arm positioned within the trigger, the trigger arm having a trigger-arm pivot end, a central portion, and a trigger-arm free end, the trigger-arm pivot end being pivotably disposed at a position between the plunger and the trigger free end, the central portion being disposed at a position adjacent to the plunger; a safety portion having a first-side end disposed in contact with the trigger-arm free end and a second-side end positioned near the nail ejection hole, the safety portion being supported capable of reciprocal movement in the first and second directions between an upper dead center and a lower dead center; and urging means for urging the safety portion into the upper dead center; wherein when the trigger is pivoted on the trigger pivot end, pivoting movement of the trigger moves the trigger-arm pivot end to press the central portion of the trigger arm into contact with the plunger and, with the plunger serving as a fulcrum, to press the trigger-arm free end in the second direction against the first-side end of the safety portion.

With this configuration, a long stroke can be achieved for the safety portion. Therefore, the lower end of the safety portion can be separated from the nail tip in the initial condition, so that whether the nail tip is properly set in the clasp hole can be visually confirmed with ease. That is, the position where nails will be driven into the work piece can be accurately set.

Also, only the trigger arm is provided within the trigger and the safety portion is configured from only the upper safety portion and the lower safety portion. Operations are more reliable because the configuration is so simple.

If movement of the safety portion in the second direction is obstructed when the trigger is pivoted on the trigger pivot end, then the first-side end of the safety portion contacted by the trigger-arm free end serves as a fulcrum around which the trigger arm pivots with movement of the trigger, whereupon the central portion presses the plunger inward so that the activation switch activates the blade.

As a result, a nail driving operation can be reliably performed.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects, features and advantages of the invention will become more apparent from reading the fol-

US RE42,987 E

3

lowing description of the embodiments taken in connection with the accompanying drawings in which:

FIG. **1** is a cross-sectional side view showing a nail gun according to a first embodiment of the present invention;

FIG. **2** is a side view showing connected nails used in the nail gun of FIG. **1**;

FIG. **3** is a cross-sectional view showing details of a safety portion and surrounding components of the nail gun in FIG. **1**, while the trigger is not pulled;

FIG. **4** is front view showing a cam member of the safety portion;

FIG. **5** is a side view of the cam member of FIG. **4**;

FIG. **6** is a back view of the cam member of FIG. **4**;

FIG. **7** is a cross-sectional view taken along line VII-VII of FIG. **4**;

FIG. **8** is a front view of the safety portion;

FIG. **9** is a cross-sectional view showing the trigger of the nail gun pulled while the nail gun is pressed against a work piece;

FIG. **10** is a cross-sectional view showing a nail driving operation;

FIG. **11** is a cross-sectional view showing the trigger of the nail gun pulled while no work piece obstructs downward movement of the safety portion;

FIG. **12** is a cross-sectional view showing the cam member pivoted by downward movement of the safety portion in the situation shown in FIG. **11**;

FIG. **13** is a cross-sectional view showing a lower portion of the safety portion moving upward when pressed against a work piece while the cam member is pivoted as shown in FIG. **12**;

FIG. **14** is a cross-sectional view showing a safety portion according to a second embodiment of the present invention;

FIG. **15** is a cross-sectional view showing disconnection of upper and lower portions of the safety portion of FIG. **14** when the trigger is pulled while nothing obstructs downward movement of the safety portion; and

FIG. **16** is a cross-sectional view showing the lower portion of the safety portion of FIG. **14** moving independently upward when pressed against a work piece while upper and lower portions are disconnected as shown in FIG. **15**.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

Next, a nail gun according to a first embodiment of the present invention will be provided while referring to FIGS. **1** to **13**. To facilitate explanation, the directional terms up, down, front, and rear will be used referring to orientation in which the nail gun is intended to be used and as indicated in FIG. **1**.

As shown in FIG. **1**, a nail gun **1** includes a nail ejection portion **5**, a magazine **6**, a drive portion **8**, a trigger **11**, and a safety portion **12**. The magazine **6** houses connected nails **3** that are supplied to the nail ejection portion **5**. As shown in FIG. **2**, the connected nails **3** are arranged on a single plane, separated by a fixed distance, and connected by a connection band **3**a. Each nail **4** typically has a circular head **4**a at its upper end, a cylindrical body **4**b, and an acutely pointed tip **4**c. As shown in FIG. **1**, the magazine **6** includes a feeder **14** and a feeder spring (not shown). The feeder **14** receives pressure from the feeder spring and feeds the nails **4** to the nail ejection portion **5**, which is formed by a nosepiece **13** of the nail gun **1**.

The nail ejection portion **5** is formed at its lower end with a nail ejection hole **5**a. The tip **4**c of the lead nail **4** within the

4

nail ejection portion **5** protrudes downward out of the nail ejection hole **5**a, so that the position of the nail tip **4**c can be visually confirmed with ease.

The drive portion **8** houses a blade **7**. The blade **7** is capable of reciprocal movement in the drive portion **8** to drive nails supplied to the nail ejection portion **5** out from the ejection hole **5**a.

The nail gun **1** also includes a handle **9** and an activation switch **10**. The handle **9** is held by the user to support the nail gun **1**. The activation switch **10** is for controlling a nail driving operation of the nail gun **1**. As shown in FIG. **3**, the activation switch **10** includes a downward-protruding plunger **17** substantially at its center. The plunger **17** is supported capable of reciprocal movement in the vertical direction. While the plunger **17** is positioned at its lower dead center, the activation switch **10** is maintained OFF, so the nail gun **1** remains in a non-activated condition. However, as the plunger **17** moves from its lower dead center to its upper dead center, the activation switch **10** is turned ON, so that the nail gun **1** starts a nail driving operation.

As shown in FIG. **3**, the trigger **11** is supported adjacent to the activation switch **10** on a pivot shaft **16** so as to be capable of pivotable movement centered on the pivot shaft **16**. The user uses a finger of the hand he or she uses to hold the handle **9** to pull the trigger **11**. The trigger **11** is provided with a support portion **18** that pivotably supports a trigger arm **19**. The trigger arm **19** is supported in a posture with the central portion in contact with the tip of the plunger **17** and with the other end **19**a in contact on an upper end **12**a of the safety portion **12**.

The safety portion **12** is supported capable of reciprocal movement, in parallel with the reciprocal movement direction of the blade **7**, between upper and lower dead centers as guided by a nose **13**, which configures the nail ejection portion **5**. The safety portion **12** is configured from an upper safety portion **20**, a cam member **21**, and a lower safety portion **22**.

The upper safety portion **20** has a substantial reversed L-shape, and includes the upper end **12**a, a vertical section **20**c, and a horizontal section **20**d. The upper end **12**a is disposed in contact with the underside of the free end **19**aof the trigger arm **19**. A spring **15** is disposed beneath the horizontal section **20**d for constantly urging the safety portion **12** toward its upper dead center.

The lower safety portion **22** is supported capable of reciprocal movement in parallel with the reciprocal movement direction of the blade **7**, as guided by pins **23**, **24** provided in the nose **13**. The lower safety portion **22** includes a lower end **12**b and an engagement recess portion **22**a. The lower end **12**b is located near the ejection opening **5**a of the nail ejection portion **5**. When the safety portion **12** is in its upper dead center following the urging of the spring **15**, the lower end **12**b is retracted above the nail tip **4**c as shown in FIG. **3**. On the other hand, when the safety portion **12** is in its lower dead center, the lower end **12**b protrudes beyond the nail tip **4**c of the nail **4** in the nail ejection portion **5** as shown in FIG. **11**. The engagement recess portion **22**a is provided in the upper portion of the lower safety portion **22** and includes an upper plate **22**b and a lower plate **22**c, wherein the upper plate **22**b protrudes further than the lower plate **22**c. A spring **25** is provided for constantly urging the lower safety portion **22** downward when the nail gun **1** is oriented as in the drawings. Said differently, when the nail gun **1** is oriented for driving a nail upward, for example, into a ceiling fixture, the spring **25** prevents the lower safety portion **22** from sagging downward.

The cam member **21** is pivotably supported on a shaft **20**a provided to a lower portion of the upper safety portion **20**. As

US RE42,987 E

5 6

shown in FIGS. 4 to 8, the cam portion 21 includes a lower end 21a and two guide protrusions 21b. As shown in FIG. 3, the lower end 21a fits in the engagement recess portion 22a of the lower safety portion 22. As shown in FIG. 4, the guide protrusions 21b are provided symmetrically on either side of the cam portion 21. As shown in FIGS. 1 and 12, the guide protrusions 21b fit in guide grooves 5b provided in the side surfaces of the nail ejection portion 5. The guide grooves 5b are formed in a diagonally extending shape, so that when the guide protrusions 21b move downward in the guide grooves 5b, the cam member 21 separates from the engagement recess portion 22a as shown in FIG. 11.

Next, an explanation will be provided for operation of the nail gun 1. In this example, the nail gun 1 is used to fix in place a connection clasp 2 shown in FIG. 9. The connection clasp 2 is preformed with a hole 2a. First, the nail tip 4c protruding from the nail ejection hole 5a is set directly into the hole 2a of the connection clasp 2. Because the nail tip 4c protrudes from the nail ejection hole 5a, the nail tip 4c can be easily aligned with the clasp hole 2a. Once the nail tip 4c is set, the lower end 12b of the lower safety portion 22 presses against an upper surface 2b of the clasp 2, so the safety portion 12 is prevented from moving downward.

Next, the user pulls the trigger 11 of the nail gun 1. When the user pulls the trigger 11, the trigger 11 pivots centered on the pivot shaft 16 toward the activation switch 10, that is, from the orientation shown in FIG. 1 to the orientation shown in FIG. 9. The support portion 18 of the trigger arm 19 moves upward so that the central portion of the trigger arm 19 abuts against the tip of the plunger 17 of the activation switch 10. As a result, the plunger 17 serves as a fulcrum so that force from the support portion 18 presses the other end 19a of the trigger arm 19 down against the upper end 12a of the safety portion 12. However, the upper end 12a remains in place because the upper surface 2b of the clasp 2 prevents the safety portion 12 from moving. Therefore, the upper end 12a serves as a fulcrum so that force from the support portion 18 presses the central portion of the trigger arm 19 upward against the plunger 17 when the trigger 11 is pulled. When the plunger 17 is pressed in, the activation switch 10 is turned ON, thereby starting operation of the nail gun 1 so that the nail 4 in the nail ejection portion 5 is driven downward as shown in FIG. 10.

The above explanation is for the situation wherein the trigger 11 is pulled after the nail tip 4c protruding from the nail ejection hole 5a was set in the clasp hole 2a. Next, with reference to FIGS. 11 to 13, an explanation will be provided for operations performed when the nail tip 4c is not set in the clasp hole 2a, that is, when the nail ejection port is not located in abutment with a work piece.

In the same manner as described above, when the trigger 11 is pulled in this case, the support portion 18 of the trigger arm 19 moves so that the central portion of the trigger arm 19 abuts against the tip of the plunger 17. Accordingly, the tip of the plunger 17 functions as a fulcrum so that force from the support portion 18 presses the other tip 19a of the trigger arm 19 down against the upper end 12a. However, because there is no work piece to prevent downward movement of the safety portion 12 in this case, the safety portion 12 moves from its upper dead center to its lower dead center against the urging force of the spring 15. The plunger 17 remains positioned at its lower dead center so the activation switch 10 does not turn ON.

As the safety portion 12 moves from its upper dead center to its lower dead center, the cam member 21 moves downward with the upper safety portion 20. As shown in FIG. 12, the two guide protrusions 21b provided on the side surface of the cam member 21 are fitted in the guide grooves 5b provided on the

outer side of the nail ejection portion 5. Therefore, the cam member 21 follows the slanted shape of the guide grooves 5b in association with downward movement of the guide protrusions 21b in the guide grooves 5b and pivots on the pivot shaft 20a. As shown in FIG. 11, when the safety portion 12 moves downward to near its lower dead center, the cam member 21 separates from the lower safety portion 22. Described in more detail, the lower end 21a of the cam member 21 pulls away from the lower plate 22c of the engagement recess portion 22a, but remains in contact with the upper plate 22b. The downward urging force of the spring 25 urges the upper plate 22b into abutment with the lower end 21a of the cam member 21. At this time, the lower end 12b protrudes beyond the nail tip 4c. In this situation, if the lower end 12b is pressed against a work piece, or for some other reason the lower safety portion 22 is raised upward from its lower dead center, then all that will happen is that as shown in FIG. 13 the lower safety portion 22 will move upward against the urging force of the spring 25. That is, neither the cam member 21 nor the upper safety portion 20 will move upward. Accordingly, activation switch 10 will not be turned ON, because the trigger arm 19 will not be raised upward.

According to the present embodiment, no other components besides the trigger arm 19 are provided within the trigger 11 and supported pivotably on the trigger 11. Moreover, when the safety portion 12 can move into its lower dead center without obstruction, the plunger 17 serves as a fulcrum when the other tip 19a of the trigger arm 19 presses the upper safety portion 12a down toward its lower dead center. With this configuration the safety portion 12 can have a long stroke, that is, the safety portion 12 moves a long distance from its upper dead center into its lower dead center. Therefore, the lower end 12b of the safety portion 12 can be raised up further above the nail tip 4c, thereby making it easier to visually confirm the position of the nail tip 4c so that the nail will be driven into the work piece with greater positional accuracy.

Also, because the trigger arm 19 pivots with the tip of the plunger 17 serving as a fulcrum, the force at which the safety portion 12 can be pressed downward can be increased. As a result, the following effects can be achieved. It will be possible to move the safety portions 20, 22 downward, even if the safety portions 20, 22 become difficult to move downward because dirt and the like cling to the safety portions 20, 22, the cam member 21, or other components. This enhances reliability of the nail gun. Also, the safety portions 20, 22 can be reliably lowered, even if the load on the spring 15, which is for supporting the safety portions 20, 22 in the upper dead center, is increased because the weight of the safety portions 20, 22 is increased for some reason, for example to increase the strength of, or to lengthen, the safety portions 20, 22.

Next, a second embodiment will be explained while referring to FIGS. 14 to 18. According to the second embodiment, a safety portion 120 includes an upper safety portion 200, a lower safety portion 220, and a connector 30. The upper safety portion 200 and the lower safety portion 220 are formed with holes 200e and 220e, respectively. The connector 30 is slidably engaged in the holes 200e, 220e, thereby connecting the safety portions 200, 220 together. The connector 30 includes pins 31 on its inside tip. Downward slanting grooves 5e are formed in the inner surfaces of the nail ejection portion 5. The pins 31 are fitted in the grooves 5e.

When the safety portion 120 is in its upper dead center as shown in FIG. 14, the safety portions 200, 220 are connected together by the connector 30, and so move vertically in an integral manner. However, when the lower safety portion 220 moves downward without obstruction, the pin 31 slides inward following the guide groove 5e. Once the safety por-

7

tions **200**, **220** move downward by a predetermined amount or more, then as shown in FIG. **15** the connector **30** pulls out of the hole **220**e of the lower safety portion **220**. As a result, there is no danger that the nail gun will fire. Also, even if after this the lower safety portion **220** is raised upward for some reason, then as shown in FIG. **16** the lower safety portion **220** alone will merely move vertically. Again, there is no danger that the nail gun will fire.

What is claim is:

**1**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of the switch is pressed;

a trigger member supported pivotably on said body; and

a safety mechanism having a first member disposed in contact with a free end portion of said trigger member and a second member positioned near said nail ejection member and connecting member between said first and second members, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position, wherein when the trigger member is pivoted, pivoting movement of said trigger member moves to press said predetermined portion of said switching mechanism and to press the free end portion of said trigger member in the second direction against said first member of said safety mechanism.

**2**. A nail gun as claimed in claim **1**, wherein when movement of said safety mechanism is unobstructed, said safety mechanism moves freely in the second direction from the first position to the second position.

**3**. A nail gun as claimed in claim **1**, wherein when movement of said safety mechanism is obstructed trigger member presses the predetermined portion of said activation switch so that said activation switch activates the blade.

**4**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of the switch is pressed;

a trigger member supported pivotably on said body; and

a safety mechanism having a first member disposed in contact with a free end portion of said trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said safety mechanism including separation mechanism to separate connection between said first and second members of said safety mechanism when said free end portion of said trigger member moves said first member in the second direction by a predetermined amount or greater, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position, wherein when movement of said safety mechanism is unobstructed, said safety mechanism moves freely in the second direction from the first position to the second

8

position, and wherein when movement of said safety mechanism is obstructed said trigger member presses the predetermined portion of said switch so that said activation switch activates the blade.

**5**. A nail gun as claimed in claim **4**, wherein said separation mechanism includes a cam member pivotably supported at said connecting member of said safety mechanism to engage with a recess portion formed with said second member of said safety mechanism, and wherein when movement of said safety mechanism is obstructed, pressing force of said trigger member free end acts to release the engagement of said cam with said recess.

**6**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of said switch is pressed;

a trigger member supported pivotably on said body; and

a safety mechanism having a first member disposed in contact with a free end of said trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said first and second members of said safety mechanism being supported in parallel with said nail pushing mechanism to move in said first and second directions, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position, wherein when movement of said safety mechanism is unobstructed, said safety mechanism moves freely in the second direction from the first position to the second position, and wherein when movement of said safety mechanism is obstructed trigger member presses the predetermined portion of said activation switch so that said activation switch activates the blade.

**7**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of the switch is pressed;

a trigger member supported pivotably on said body;

a safety mechanism having a first member disposed in contact with a free end of the trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said first and second members of said safety mechanism being supported in parallel with said blade to move in said first and second directions, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position; and

an elastic member for positioning said safety mechanism into said first position, and wherein when the trigger is pivoted, pivoting movement of said trigger moves said trigger member moves to press the predetermined portion of said switch and to press the free end portion of

US RE42,987 E

9

said trigger member in the second direction against said first member of said safety mechanism.

**8**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of the switch is pressed;

a trigger member supported pivotally on said body; and

a safety mechanism having a first member disposed in contact with a free end portion of the trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said safety mechanism including separation mechanism to separate connection between said first and second members of said safety mechanism when said free end portion of said trigger member moves said first member in the second direction by a predetermined amount or greater, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position, said first and second members of said safety mechanism being supported in parallel with said nail pushing mechanism to move in said first and second directions, and wherein when the trigger is pivoted, pivoting movement of said trigger moves to press the predetermined portion of the switch and to press the free end portion of said trigger member in the second direction against said first member of said safety mechanism.

**9**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of the switch is pressed;

a trigger member supported pivotally on said body;

a safety mechanism having a first member disposed in contact with a free end portion of said trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said safety mechanism including separation mechanism to separate connection between said first and second members of said safety mechanism when said free end portion of said trigger member moves said first member in the second direction by a predetermined amount or greater, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position, said first and second members of said safety mechanism being supported in parallel with said nail pushing mechanism to move in said first and second directions; and

an elastic member for positioning said safety mechanism into said first position, wherein when the trigger is pivoted, pivoting movement of said trigger member moves to press the predetermined portion of the switch and to press the free end portion of said trigger member in the second direction against said first member of said safety mechanism, wherein when movement of said safety

10

mechanism is unobstructed, said safety mechanism moves freely in the second direction from the first position to the second position, and wherein when movement of said safety mechanism is obstructed said trigger member presses the predetermined portion of said activation switch so that said activation switch activates the blade.

**10**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of said switch is pressed;

a trigger member supported pivotally on said body;

a safety mechanism having a first member disposed in contact with said trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said first and second members of said safety mechanism being supported in parallel with said blade to move in said first and second directions, wherein when the trigger is pivoted, pivoting movement of said trigger member moves to press the predetermined portion of said switch and to press a free end of the trigger member in the second direction against said first member of said safety mechanism.

**11**. A nail gun as claimed in claim **10**, wherein when movement of said safety mechanism is unobstructed, said safety mechanism moves freely in the second direction from the first position to the second position.

**12**. A nail gun as claimed in claim **10**, wherein when movement of said safety mechanism is obstructed said trigger member presses the predetermined portion of said activation switch so that said activation switch activates the blade.

**13**. A nail gun as claimed in claim **10**, which further comprises a separation mechanism to separate connection between said first and second members of said safety mechanism when said trigger member moves said first member in the second direction by a predetermined amount or greater.

**14**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nosepiece through which nails are ejected, the nosepiece being provided on a lower end of the body;

a magazine *housing a plurality of connected nails and* that disposes *said connected* nails one at a time to the nosepiece;

a striking mechanism that strikes a nail disposed in the nosepiece, the striking mechanism being provided in the body at a position above the nosepiece;

a trigger switch that activates the striking mechanism, the trigger switch being provided in the body,

a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center, wherein operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward, at least a tip of the nail disposed in the nosepiece protruding from a tip of the nosepiece and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily aligned with a desired position.

*15. A nail gun according to claim 14, wherein said connected nails are arranged on a single plane.*

US RE42,987 E

11

16. A nail gun according to claim 14, wherein the tips of the connected nails are arranged in a single line.

17. A nail gun according to claim 14, wherein said magazine further includes a feeder which feeds said connected nails by pressure from a feeder spring.

18. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nosepiece through which nails are ejected, the nosepiece being provided on a lower end of the body;

a magazine housing a plurality of connected nails and that disposes said connected nails one at a time to the nose-piece;

a striking mechanism that strikes a lead nail of the con-nected nails disposed in the nosepiece, the striking mechanism being provided in the body at a position above the nosepiece;

a trigger switch that activates the striking mechanism, the trigger switch being provided in the body,

a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center, wherein

operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward, when the lead nail reaches the nosepiece, at least a tip of the lead nail protruding from a tip of the nosepiece and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily aligned with a desired position.

19. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nosepiece through which nails are ejected, the nosepiece being provided on a lower end of the body;

a magazine housing a plurality of connected nails and that disposes said connected nails one at a time to the nose-piece;

a striking mechanism that strikes a nail disposed in the nosepiece, the striking mechanism being provided in the body at a position above the nosepiece;

a trigger switch that activates the striking mechanism, the trigger switch being provided in the body,

a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center, wherein

operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward, at least a tip of the nail disposed in the nosepiece protrud-ing from a tip of the nosepiece and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily aligned with a desired position, and

12

said magazine is disposed at the position of said tip of the nosepiece.

20. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nosepiece through which nails are ejected, the nosepiece being provided on a lower end of the body;

a magazine housing a plurality of connected nails and that disposes said connected nails one at a time to the nose-piece;

a striking mechanism that strikes a nail disposed in the nosepiece, the striking mechanism being provided in the body at a position above the nosepiece;

a trigger switch that activates the striking mechanism, the trigger switch being provided in the body,

a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center;

a trigger pivotable in the upward direction;

a first safety member that moves downward in response to the trigger arm pivoting in the upward direction;

a second safety member disposed in parallel with the first member, extending toward the work piece, and including a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center; and

a third safety member which is disposed between and com-municates with the first member and the second member, wherein

operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward, at least a tip of the nail disposed in the nosepiece protrud-ing from a tip of the nosepiece and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily aligned with a desired position, activation of the striking mechanism is enabled when the end of the push portion is obstructed from moving down-ward upon pivoting the trigger in the upward direction, when downward movement of the push portion is unob-structed, pivoting the trigger in the upward direction will not activate the striking mechanism.

21. A nail gun according to claim 20, wherein when the trigger is pivoted in the upward direction and the second member has moved downward without obstruc-tion, force applied to the second member in the upward direction will not move the first member upward.

22. A nail gun as claimed in claim 21, wherein the third member is pivotably supported by a shaft.

* * * * *

# EXHIBIT C

US007156012B2

## (12) United States Patent
### Komazaki et al.

(10) Patent No.: **US 7,156,012 B2**

(45) Date of Patent: **Jan. 2, 2007**

(54) **PNEUMATICALLY OPERATED FASTENER DRIVING TOOL**

(75) Inventors: **Yoshiichi Komazaki**, Hitachinaka (JP); **Yoshinori Ishizawa**, Hitachinaka (JP); **Masashi Nishida**, Hitachinaka (JP)

(73) Assignee: **Hitachi Koki Co., Ltd.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 99 days.

(21) Appl. No.: **11/038,115**

(22) Filed: **Jan. 21, 2005**

(65) **Prior Publication Data**

US 2005/0156008 A1    Jul. 21, 2005

(30) **Foreign Application Priority Data**

Jan. 20, 2004    (JP)    ........................ P2004-011835
Mar. 18, 2004    (JP)    ........................ P2004-078201

(51) **Int. Cl.**
    *F01L 25/04*    (2006.01)
(52) **U.S. Cl.** ............................ **91/304**; 91/461; 60/413
(58) **Field of Classification Search** ................. 60/413; 91/304, 308, 456, 461
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,713,165 A | * | 7/1955 | Campbell et al. | .............. 91/457 |
| 3,200,716 A | * | 8/1965 | Le Sage | ...................... 91/461 |
| 3,583,496 A | * | 6/1971 | Fehrs | ......................... 91/308 |
| 3,808,620 A | * | 5/1974 | Rothfuss et al. | .............. 91/308 |
| 5,085,126 A | | 2/1992 | Mukoyama | |
| 5,715,986 A | * | 2/1998 | Sauer | ......................... 227/130 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 54-023274 | 2/1979 |
| JP | 3-208569 | 9/1991 |
| JP | 32-08569 | 9/1991 |
| JP | 5-138548 | 6/1993 |
| JP | 51-38548 | 6/1993 |
| JP | 11-033930 | 2/1999 |

* cited by examiner

*Primary Examiner*—Igor Kershteyn
(74) *Attorney, Agent, or Firm*—Antonelli, Terry, Stout and Kraus, LLP.

(57) **ABSTRACT**

A pneumatically operated fastener driving tool capable of reducing a time period from operation timing of a trigger to downward movement of a driver blade for fastener driving, and reducing a time period from the release timing of the trigger to a timing at which respective components are returned to their initial positions for a subsequent nail driving. As components a main valve and a trigger valve is provided. The main valve is movable within a main valve chamber connected to a main valve control channel. The trigger valve selectively provides fluid communication between the accumulator and a main valve chamber through the main valve control channel and between the main valve chamber and the atmosphere through the main valve control channel. A ratio of cross-sectional area of the main valve control channel to an internal volume of the main valve chamber is defined to a specified ratio.

**31 Claims, 16 Drawing Sheets**



# FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



# FIG. 6



# FIG. 7



# FIG. 8



# FIG. 9



# FIG. 10



# FIG. 11



# FIG. 12



# FIG. 13



FIG. 14



FIG. 15



Case 1:18-cv-00313-CFC-CJB   Document 1-1   Filed 02/23/18   Page 42 of 114 PageID #: 57

# FIG. 16



FIG. 17



FIG. 18



FIG. 19





**U.S. Patent**          Jan. 2, 2007          Sheet 14 of 16          US 7,156,012 B2







US 7,156,012 B2

1

# PNEUMATICALLY OPERATED FASTENER DRIVING TOOL

## BACKGROUND OF THE INVENTION

The present invention relates to a fastener driving tool such as a nail gun driven by compressed air, and more particularly, to such fastener driving tool improving drive response and decreasing air consumption.

Heretofore, fastener driving tools such as nail guns have existed which drive fasteners such as nails or staples using compressed air as the power source. In such fastener driving tools, compressed air is supplied to a piston upper chamber defined by an inner surface of a cylinder and a piston for rapidly displacing the piston to perform nailing. Compressed air is supplied from an external source and temporarily stored in an accumulator formed within a frame of the nail gun. The accumulator and the piston upper chamber are connected by a channel, but one or more valves which are switched between open and shut-off positions are provided along this channel. These valves are designed to open or shut-off the channel by supplying or expelling compressed air in valve chambers constituted by the spaces each adjacent to each valve. Typically the structure is such that a first valve is activated as a result of external operation of a trigger or the like, and this operation allows a downstream passage to be communicated with or to be shut-off from the first valve. Thus, a downstream valve chamber is brought into communication with or shutting-off from the upstream passage, thereby sequentially activating or deactivating the downstream valves.

In addition, a time period starting from completion of the nail driving operation to restoration to an initial state for the next nailing operation is dependent upon the circulation speed of the compressed air in the fastener driving tool after the trigger is released, and the movement speed of the valves in proportion to this circulation speed. That is, the time period is dependent on the shut-off speed for shutting off the piston upper chamber in the cylinder from the accumulator by a valve caused by, after releasing the trigger or the like, circulation of the compressed air through the channel in the fastener driving tool as a result of the returning motion of a plunger which had been pressed by this trigger.

In a conventional fastener driving tools as disclosed in Japanese Patent Publication No.S58-50833, valve activation is performed sequentially from valves whose valve chamber volume is small to valves with large valve chamber in order to stabilize operation of the valves irrespective of the speed with which the trigger is pulled. Since with this structure the valves are sequentially activated by compressed air, a time period starting from pulling the trigger and/or pushing operation of a push lever against a workpiece to a start of the nailing driving motion is highly dependent upon the time required to sequentially activate the valves.

In order to reduce this time period and increase response, Japanese Patent Publication No. H7-112674 discloses a nail gun, in which a main valve is divided into first and second valves, so that kinetic energy of the first valve is utilized to improve the operating speed of the second valve.

With this structure in which the main valve is divided into two valves, only the time period from when the second valve begins to move until it moves to maximum displacement is reduced. The time period from both pulling the trigger and pushing the push lever onto the workpiece to the operation timing of the first valve is still not reduced. In addition, since only the time period from when the second valve begins to move until it moves to maximum displacement is reduced,

2

it was only possible to reduce the time period from when the trigger is pulled until nailing is performed. Consequently, a time period from the completion timing of the nail driving operation to the start timing of the next nail driving operation cannot be reduced when continuous nailing is performed. That is, a response cannot be improved.

Laid-open Japanese Patent Application Kokai No. H11-33930 discloses a structure in which an internal volume of a main valve chamber for accommodating therein a main valve is increased. With this arrangement, air damping behavior due to compression of the main valve chamber does not occur when the main valve rises and is contained in the main valve chamber.

With this structure in which the volume of the main valve chamber is increased, the amount of compressed air accumulated in the main valve chamber increases. For this reason, the time period for discharging the compressed air out of the main valve chamber is increased, which degrades the response.

Laid-open Japanese Patent Application Kokai No. H5-138548 discloses communication of a piston lower chamber with a trigger valve chamber. The movement speed of a valve piston and a main valve are increased as a result of the pressure which is generated from the movement of the piston.

With this structure in which the piston lower chamber and trigger valve chamber are connected, at the instant that the piston passes through the one-way valve disposed at an intermediate region of the cylinder, compressed air flows into the trigger valve chamber and closes the main valve. Therefore, the nailing force was reduced. Moreover, extremely complicated structure results.

Another conventional fastener driving tool has been proposed. The tool includes a trigger valve and main valve. A trigger valve exterior frame internally defines a trigger valve chamber. The trigger valve includes a plunger extending through the trigger valve exterior frame and the trigger valve chamber and slidably movable as a result of the movement of the trigger and the abutment of the push lever against the workpiece. The movement of the plunger selectively shuts off a fluid communication between the accumulator and the trigger valve chamber and between the trigger valve chamber and an atmosphere. However, the resultant arrangement cannot provide high response for discharging compressed air from the main valve.

Still another conventional fastener driving tool is proposed in which a main valve is not provided, but a trigger valve is additionally equipped with a valve piston. The valve piston is reciprocably slidably disposed in a trigger valve exterior frame, and has one side in the sliding direction facing the accumulator. The valve piston alternately opens and blocks a channel from the piston upper chamber connected to the trigger valve exterior frame to the accumulator and a channel from the piston upper chamber to the atmosphere. With this fastener driving tool, the displacement of the valve piston serves to select the air channel and control the nailing of the fastener. However, the speed of the displacement of the valve piston is low, and the delay in the displacement of this valve piston can cause other control to be delayed as well. Consequently, the problem arises that the time lag from when the operator begins the nailing operation until the fastener is actually driven becomes large, response becomes poor to lower workability. In addition, the problem arises that when many fasteners are to be driven in a short period of time, the aforementioned time lag makes continuous nailing difficult to perform.

US 7,156,012 B2

3

In addition, with the conventional fastener driving tools, after nailing, in order to return the piston to the pre-nailing position, the piston upper chamber and the atmosphere are communicated with each other for releasing the compressed to the atmosphere, while the valve is closed for preventing the compressed air from flowing from the accumulator into the piston upper chamber.

However, during the period from when the valve begins to close until it is completely closed, the accumulator and the piston upper chamber are communicated with each other, and the piston upper chamber and the atmosphere are also communicated with each other. Accordingly, the compressed air in the accumulator would in some cases flow unnecessarily into the piston upper chamber and is expelled into the atmosphere. This causes an increase in air consumption, which consequently requires a high-performance compressor or the like to produce compressed air.

SUMMARY OF THE INVENTION

It is therefore an object of the present invention is to provide a fastener driving tool improving the response and continuous shots or nailing performance in nailing work, yet reducing the consumption of compressed air.

This and other objects of the present invention will be attained by A fastener driving tool including a frame, a cylinder, a piston, a main valve, a main valve chamber section, a trigger valve, and a main valve control channel section. The frame defines therein an accumulator that accumulates a compressed air. The cylinder is disposed within the frame. The piston is reciprocally slidably disposed within the cylinder. A piston upper chamber is defined by an inner peripheral surface of the cylinder and an upper surface of the piston. The main valve alternately opens and blocks a fluid communication between the piston upper chamber and the accumulator. The main valve chamber section defines therein a main valve chamber in which the main valve is movably disposed. The main valve chamber provides a maximum internal volume. The trigger valve alternately opens and blocks a fluid communication from the accumulator to the main valve chamber, and a fluid communication from the main valve chamber to an atmosphere. The main valve control channel section defines therein a main valve control channel that provides a fluid connection between the main valve chamber and the trigger valve. A value obtained from dividing the maximum internal volume of the main valve chamber by a cross-sectional area of the main valve control channel being not more than 1.0.

In another aspect of the invention, there is provided a fastener driving tool including a frame, a cylinder, a piston, a trigger, and a trigger valve provided with a trigger valve exterior frame, a valve piston and a plunger. The frame defines therein an accumulator for accumulating a compressed air. The cylinder is disposed within the frame. The piston is reciprocally slidably disposed within the cylinder. A piston upper chamber is defined by the cylinder, an inner peripheral surface of the cylinder and an upper surface of the piston. The trigger functions as an operation input member. A trigger valve alternately opens and blocks a fluid communication between the piston upper chamber and the accumulator and a fluid communication between the piston upper chamber and an atmosphere. The trigger valve exterior frame is in fluid communication with the piston upper chamber and is formed with a through hole. The valve piston is reciprocably slidably disposed in the trigger valve exterior frame. The valve piston is movable between its top dead center where piston upper chamber is communicated with

4

the atmosphere and its bottom dead center where the piston upper chamber is communicated with the accumulator. The valve piston has a first section exposed to the accumulator and formed with a trigger valve intake channel opened to the accumulator and a second section in sliding contact with the trigger valve exterior frame. A trigger valve chamber is defined by the second section and the trigger valve exterior frame and provides a maximum internal volume. The plunger is movable between its top dead center and its bottom dead center and has a first portion associated with the valve piston and a second portion associated with the through hole. A trigger valve control channel is formed between the second portion and the through hole and has a cross-sectional area. The trigger valve control channel is opened when the plunger is moved to its top dead center. A value obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by the cross-sectional area of the trigger valve control channel is not more than 0.20.

Further, in the fastener driving tool including the frame, the cylinder, the piston, the trigger, and the trigger valve provided with the trigger valve exterior frame, the valve piston and the plunger, the trigger valve intake channel has a cross-sectional area of not less than $2.75 \times 10^{-6}$ $m^2$, and the trigger valve chamber has a maximum internal volume of $4.0 \times 10^{-7}$ $m^3$.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings;

FIG. **1** is a cross-sectional view of the fastener driving tool according to the first embodiment of the present invention;

FIG. **2** is an enlarged cross-sectional view of a trigger valve in the fastener driving tool according to the first embodiment;

FIG. **3** is a partial cross-sectional view particularly showing a main valve in the fastener driving tool according to the first embodiment;

FIG. **4** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with a plunger having been pushed upward;

FIG. **5** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with the plunger having been pushed upward and a valve piston then having moved to its bottom dead center;

FIG. **6** is a graph showing the relationship between a valve piston displacement time (T2) and a ratio of volume (V**2**) of trigger valve chamber to a cross-sectional area (S**2**) of a trigger valve control channel in the fastener driving tool according to the first embodiment;

FIG. **7** is a graph showing the relationship between a time period (T1) until a main valve returns to its initial position after a plunger returns to its initial position and a cross-sectional area (St) of a trigger valve intake channel in the fastener driving tool according to the first embodiment;

FIG. **8** is a partial cross-sectional view particularly showing the main valve in the fastener driving tool according to the first embodiment, with the main valve having moved to the top dead center;

FIG. **9** is a graph showing the relationship between a main valve displacement time (T1) and a ratio of volume (V**1**) of main valve chamber to a cross-sectional area (S**1**) of a main valve control channel in the fastener driving tool according to the first embodiment;

FIG. 10 is a graph in which a solid line curves shows the relationship between the main valve displacement time (T1) and the ratio of volume (V1) of main valve chamber to the cross-sectional area (S1) of the main valve control channel, and a broken line curves shows the relationship between air consumption amount (NL) and the ratio (V1/S1) or (V1/Sm) in which "Sm" designates a main intake control channel according to the first embodiment;

FIG. 11 is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with the valve piston having moved to the bottom dead center and the plunger then having returned to its original position;

FIG. 12 is a partial cross-sectional view particularly showing a main valve according to a modification to the first embodiment;

FIG. 13 is a cross-sectional view of the fastener driving tool according to a second embodiment of the present invention;

FIG. 14 is an enlarged cross-sectional view particularly showing a trigger valve in the fastener driving tool according to the second embodiment;

FIG. 15 is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with a plunger having been pushed upward;

FIG. 16 is a cross-sectional view of the fastener driving tool according to the second embodiment, with a main valve having moved to the top dead center;

FIG. 17 is a cross-sectional view of a fastener driving tool according to a third embodiment of the present invention;

FIG. 18 is an enlarged cross-sectional view particularly showing a trigger valve in the fastener driving tool according to the third embodiment;

FIG. 19 is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the third embodiment, with a plunger having been pushed upward;

FIG. 20($a$) is a graph showing the relationship between time and pressure in a trigger valve chamber 13, a main valve chamber 8, an accumulator 2, a piston upper chamber 4$a$, and a return chamber 33 in a fastener driving tool according to the first embodiment;

FIG. 20($b$) is a graph showing the relationship between the time and a displacement of a main valve according to the first embodiment;

FIG. 20($c$) is a graph showing the relationship between the time and a displacement of a valve piston according to the first embodiment;

FIG. 20($d$) is a graph showing the relationship between the time and a displacement of a piston according to the first embodiment;

FIG. 21($a$) is a graph showing the relationship between time and pressure in a trigger valve chamber 13′, a main valve chamber 8′, an accumulator 2′, a piston upper chamber 4$a$′, and a return chamber 33′ in a comparative fastener driving tool;

FIG. 21($b$) is a graph showing the relationship between the time and a displacement of a main valve according to the comparative fastener driving tool;

FIG. 21($c$) is a graph showing the relationship between the time and a displacement of a valve piston according to the comparative fastener driving tool;

FIG. 21($d$) is a graph showing the relationship between the time and a displacement of a piston according to the comparative fastener driving tool;

FIG. 22($a$) is a graph showing the relationship between time and pressure in a trigger valve chamber 13, a main valve chamber 8, an accumulator 2, a piston upper chamber 4$a$, and a return chamber 33 in the fastener driving tool according to the first embodiment;

FIG. 22($b$) is a graph showing the relationship between the time and a displacement of a main valve according to the first embodiment;

FIG. 22($c$) is a graph showing the relationship between the time and a displacement of a valve piston according to the first embodiment;

FIG. 22($d$) is a graph showing the relationship between the time and a displacement of a piston according to the first embodiment;

FIG. 22($e$) is a graph showing the relationship between the time and a displacement of a tool itself according to the first embodiment;

FIG. 23($a$) is a graph showing the relationship between time and pressure in a trigger valve chamber 13′, a main valve chamber 8′, an accumulator 2′, a piston upper chamber 4$a$′, and a return chamber 33′ in another comparative fastener driving tool;

FIG. 23($b$) is a graph showing the relationship between the time and a displacement of a main valve according to the comparative fastener driving tool;

FIG. 23($c$) is a graph showing the relationship between the time and a displacement of a valve piston according to the comparative fastener driving tool;

FIG. 23($d$) is a graph showing the relationship between the time and a displacement of a piston according to the comparative fastener driving tool; and

FIG. 23($e$) is a graph showing the relationship between the time and a displacement of a tool itself according to the comparative fastener driving tool.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

A fastener driving tool according to a first embodiment of the present invention will be described with reference to FIGS. 1 through 11. The fastener driving tool shown in FIG. 1 is a nail gun 1 which uses compressed air as the power source. The nail gun 1 includes a frame 60, a handle 60A disposed at one side of the frame 60, and a nose 41 disposed at a lower end of the frame 60. These frame 60, handle 60A and nose 41 are provided as an integral unit to form an outer frame. An accumulator 2 is formed within the handle 60A and frame 60 for accumulating therein a compressed air delivered from a compressor (not shown) through an air hose (not shown). A cylinder 3 is provided within the frame 60, and a piston 4$a$ is reciprocally movably provided and slidably within the cylinder 3. A driver blade 4$b$ is provided integrally with the piston 4$a$, and has a free end 4$c$ for abutting against the fastener 5 for driving.

A return chamber 33 which accumulates therein a compressed air to return the driver blade 4$b$ to its upper dead center is provided around the lower outer peripheral surface of the cylinder 3. A one-way valve 34 is provided in an axially intermediate portion of the cylinder 3. An air channel 35 is formed in the cylinder 3 for allowing the compressed air to flow in only one direction, i.e., from inside the cylinder 3 to the return air chamber 33, outside the cylinder 3. In addition, an air channel 36 is formed at a lower portion of the cylinder 3 for providing continuous communication between the cylinder 3 and the return chamber 33. In addition, a piston bumper 37 is provided at the bottom of the

US 7,156,012 B2

7

cylinder 3 for absorbing excess energy from the driver blade 4b after nailing the fastener 5.

An operating portion 38 is provided at the base of the handle 60A. This operating portion 38 includes a trigger 39 operated by the user, an arm plate 48 which is attached pivotally movably to the trigger 39, and a push lever 42 which projects from the bottom of the nose 41 and extends to the vicinity of the arm plate 48. The push lever 42 is movable along the nose 41 and is biased away from the frame 60. In addition, a trigger valve 6 is provided at the base of the handle 60A and in confrontation with the trigger 39. As is well known in the art, the structure is such that, when both the trigger 39 is pulled and the push lever 42 is pressed against the workpiece, a plunger 7 on the trigger valve 6 is pushed upward, as shown in FIG. 2, by a linking mechanism of the arm plate 48 and the trigger 39.

A nail injection section 43 provided in conjunction with the nose 41 includes a magazine 44 and a feed mechanism 45. The magazine 44 is loaded with fasteners 5 arrayed side by side. The feed mechanism 45 is adapted for successively feeding fasteners 5 loaded in the magazine 44 to an injection opening 46 at the nose 41. The trigger valve 6 shown in FIG. 1 and FIG. 2 mainly includes an outer valve bush 10, an inner valve bush 11, a valve piston 9, a plunger 7, and a spring 12. The outer valve bush 10 and inner valve bush 11 are fixed to the frame 60 to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve. The valve piston 9 is provided reciprocably slidably within the outer valve bush 10 and inner valve bush 11. The valve piston 9 and the outer valve bush 10 are formed with through holes, so that the plunger 7 is provided reciprocably slidably with respect to the through holes. The plunger 7 has a bottom end in contact with the arm plate 48. The spring 12 is interposed between the valve piston 9 and the plunger 7 for biasing the valve piston 9 and the plunger 7 in opposite directions, i.e., for biasing the valve piston 9 upward while biasing the plunger 7 downward.

The trigger valve 6 is fluidly connected to a main valve control channel 40, which is a cylindrical tube extending from a main valve chamber 8 described later. Specifically, the main valve control channel 40 is fluidly connected to a space between the outer valve bush 10 and inner valve bush 11, and opens into the trigger valve 6. This main valve control channel 40 is configured such that its cross-sectional area S1 is $3.2 \times 10^{-5}$ (m²).

In addition, O-rings 17 and 25 are fitted on the inner valve bush 11. The O-ring 17 is adapted for continually blocking fluid connection between the accumulator 2 and the main valve control channel 40. The O-ring 25 is adapted for continually blocking fluid connection between the main valve control channel 40 and an atmosphere.

One side of the valve piston 9 in the sliding direction faces the accumulator 2, and the inner valve bush 11 has an accumulator side and an atmospheric side. An outer diameter at an accumulator side of the valve piston 9 is smaller than an inner diameter of the accumulator side of the inner valve bush 11 to define therebetween a main valve intake channel 20. Further, an outer diameter at an atmospheric side of the valve piston 9 is smaller than an inner diameter of the atmospheric side of the inner valve bush 11 to define therebetween an air channel 22. Further, an O-ring 21 and an O-ring 23 are disposed at the accumulator side and atmospheric side of the valve piston 9, respectively, for selectively blocking the respective channels 20 and 22.

Consequently, the main valve intake channel 20 passes between the valve piston 9 and the inner valve bush 11 to provide fluid communication between the accumulator 2 and

8

the main valve control channel 40 when the O-ring 21 is out of contact from the inner valve bush 11. Further, the air channel 22 passes between the valve piston 9 and the inner valve bush 11 to provide fluid communication between the main valve control channel 40 and the atmosphere when the O-ring 22 is out of contact from the inner valve bush 11. This air channel 22 is formed such that its cross-sectional area extending perpendicular to a flowing direction is larger than that of the main valve channel 40. As a result, the flow resistance at the air channel 22 will be lower than that of the main valve channel 40. The main valve intake channel 20 and air channel 22 are alternately opened and blocked due to the vertical sliding of the valve piston 9. In addition, the main intake control channel 20 is formed such that its cross-sectional area Sm is $3.2 \times 10^{-5}$ (m²).

A trigger valve chamber 13 is defined by another side (lower side) of the valve piston 9 in the sliding direction and the outer valve bush 10. This trigger valve chamber 13 has an internal volume variable due to the sliding movement of the valve piston 9, and is formed such that a maximum internal volume V2 defined when the valve piston 9 is at the top dead center is $4.0 \times 10^{-7}$ (m³). In addition, an O-ring 24 is fitted onto the valve piston 9 for continually blocking the fluid connection between the air channel 22 and the trigger valve chamber 13.

The plunger 7 extends through the trigger valve chamber 13, and a top end faces the accumulator 2. The valve piston 9 has first and second sliding regions relative to the valve piston 9 and the outer valve bush 10, and O-ring grooves are formed at the respective sliding regions for installing therein an O-ring 15 and an O-ring 18 for maintaining hermetic seal. An outer diameter of the first sliding region is smaller than an inner diameter of the valve piston 9 for defining therebetween a trigger valve intake channel 14, and an outer diameter of the second sliding region is smaller than an inner diameter of the outer valve bush 10 for defining therebetween a trigger valve control channel 16.

Consequently, the trigger valve intake channel 14 passes between the plunger 7 and the valve piston 9 for providing fluid communication from the accumulator 2 to the trigger valve chamber 13 when the O-ring 15 is out of contact from the valve piston 9. Further, the trigger valve control channel 16 passes between the plunger 7 and the outer valve bush 10 to provide fluid communication from the trigger valve chamber 13 to the atmosphere when the O-ring 18 is out of contact from the outer valve bush 10. The trigger valve intake channel 14 and trigger valve control channel 16 are alternately opened and blocked in accordance with the sliding motion of the plunger 7.

The trigger valve intake channel 14 is formed such that its cross-sectional area St is $2.75 \times 10^{-6}$ (m²). Further, the trigger valve control channel 16 is formed such that its cross-sectional area S2 is $1.98 \times 10^{-6}$ (m²). As a result, the value obtained from dividing the volume of the trigger valve chamber 13 by the cross-sectional area of the trigger valve control channel 16 is V2/S2=0.2.

The structure of the trigger valve 6 is such that, when the valve piston 9 is positioned toward the top dead center (for example FIG. 2), the main valve intake channel 20 is opened so that the accumulator 2 and the main valve control channel 40 are communicated with each other, while air channel 22 is closed by the O-ring 23 so that fluid communication between the main valve control channel 40 and the atmosphere is blocked. In addition, when the valve piston 9 is positioned toward the bottom dead center (for example FIG. 5), the main valve intake channel 20 is closed by the O-ring 21, so that fluid communication between the main valve

US 7,156,012 B2

9

control channel 40 and the accumulator 2 is blocked, while air channel 22 is opened so that the main valve control channel 40 and the atmosphere are communicated with each other.

When the plunger 7 is positioned toward the top dead center (FIG. 5), the trigger valve control channel 16 is opened so that the trigger valve chamber 13 is communicated with the atmosphere, while the trigger valve intake channel 14 is closed by the O-ring 15 so that fluid communication between the accumulator 2 and the trigger valve chamber 13 is blocked. In addition, when the plunger 7 is positioned toward the bottom dead center (FIG. 2), the trigger valve control channel 16 is closed by the O-ring 18, so that fluid communication between the trigger valve chamber 13 and the atmosphere is blocked, while the trigger valve intake channel 14 is opened so that the accumulator 2 and the trigger valve chamber 13 are communicated with each other.

A main valve section 26 is provided immediately above and around the outer peripheral surface of the cylinder 3 as shown in FIGS. 1 and 3. The main valve section 26 generally includes a main valve 19, a main valve rubber 27, a main valve spring 28, and an exhaust rubber 30. The main valve rubber 27 is fitted to the top end of the cylinder 3. The main valve spring 28 is adapted for biasing the main valve 19 toward its bottom dead center. The exhaust rubber 30 is placed above the cylinder 3. An air discharge passage 29 is formed above the cylinder 3 for discharging the compressed air in the piston upper chamber above the piston 4a. The exhaust rubber 30 is adapted for shutting off the air discharge passage 29 when the main valve 19 is coming into contact with the exhaust rubber 30. In addition, the upper end of the frame 60 is formed with an exhaust hole 49 to which the air passage 29 is connected. Thus, the compressed air in the piston upper chamber can be discharged to the atmosphere.

A main valve sectioning region 61 is provided as an upper part of the frame 60. The main valve sectioning region 61 provides a main valve chamber 8 in which the main valve 19 is vertically slidably movably provided. The main valve chamber 8 is in communication with the main valve control channel 40.

The main valve 19 has top and middle portions provided with O-rings 31 and 32, respectively. The O-ring 31 is adapted for continually blocking fluid communication between the main valve chamber 8 and the air channel 29, and the O-ring 32 is adapted for continually blocking fluid communication between the main valve chamber 8 and the accumulator 2. Thus, the main valve chamber 8 is hermetically maintained by these O-rings 31 and 32.

The main valve chamber 8 has an internal volume variable in accordance with the vertical movement of the main valve 19, but has a maximum volume V1 of $2.56 \times 10^{-5}$ (m$^3$). As a result, the value obtained from dividing the volume V1 of the main valve chamber 8 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8$\leq$1.0. Likewise, the value obtained from dividing the volume V1 of the main valve chamber 8 by the cross-sectional area Sm of the main valve intake channel 20 is V1/Sm=0.8$\leq$1.0. In addition, the main valve control channel 40 has a curving portion as shown at the location enclosed by a circle in FIG. 3. The curving portion is formed into a gentle arc shape.

When the main valve 19 is positioned toward the top dead center, the main valve 19 comes into contact with the exhaust rubber 30 to shut off the air exhaust passage 29, so that fluid communication between the piston upper chamber of the cylinder 3 and the atmosphere is blocked, while the

10

piston upper chamber of the cylinder 3 and the accumulator 2 are communicated with each other. On the other hand, when the main valve 19 is positioned toward the bottom dead center, the main valve 19 comes into contact with the main valve rubber 27 for blocking fluid communication between the piston upper chamber of the cylinder 3 and the accumulator 2, while the main valve 19 separates from the exhaust rubber 30 for opening the air exhaust passage 29, so that the piston upper chamber of the cylinder 3 is communicated with the atmosphere.

The nail driving operation will be described. FIG. 1 to FIG. 3 show state in which compressed air from the compressor (not shown) is accumulated in the accumulator 2 through the hose (not shown). In this state, as shown in FIG. 2, the plunger 7 is positioned at the bottom dead center, since the pressure within the accumulator 2 acts on the upper surface of plunger 7, and since biasing force of the spring 12 is imparted on the plunger 7. Since the plunger 7 is positioned at the bottom dead center, the trigger valve intake channel 14 is open to provide fluid communication between the accumulator 2 and the trigger valve chamber 13. At the same time, the trigger valve control channel 16 is closed by the O-ring 18, so the fluid connection between the trigger valve chamber 13 and the atmosphere is blocked. As a result, a part of the compressed air in the accumulator 2 flows through the trigger valve intake channel 14 and into the trigger valve chamber 13, and air in the trigger valve chamber 13 has the same pressure as in the accumulator 2.

In this case, because of the biasing force of the spring 12 and the difference in pressure receiving areas of the valve piston 9, the valve piston 9 is positioned at its top dead center. Therefore, the main valve intake channel 20 is open to communicate the accumulator 2 with the main valve control channel 40. At the same time, the air channel 22 is closed by the O-ring 23, so the connection between the main valve control channel 40 and the atmosphere is blocked. As a result, a portion of the compressed air in the accumulator 2 flows into the main valve control channel 40, and air accumulates in the main valve chamber 8 at the same pressure as in the accumulator 2.

Since the part of the compressed air in the accumulator 2 flows into the main valve chamber 8, the main valve 19 is positioned at the bottom dead center as shown in FIG. 3 as a result of downward pressing load arising from the difference in pressure receiving areas between the lower peripheral surface 52 and the upper end surface 54 of the main valve 19, along with the biasing force of the main valve spring 28.

Since the main valve 19 is positioned at the bottom dead center, the main valve 19 comes into contact with the main valve rubber 27 while separating from the exhaust rubber 30 to open the air discharge passage 29. As a result, the piston upper chamber of the cylinder 3 is brought into communication with the atmosphere. Thus, the piston upper chamber assumes the atmospheric pressure. In addition, the fluid connection between the piston upper chamber of the cylinder 3 and the accumulator 2 is blocked. Thus, compressed air in the accumulator 2 does not flow into the piston upper chamber. As a result, the piston 4a is maintained at its top dead center position.

FIG. 4 shows the state where the plunger 7 is pushed up to the top dead center by pulling the trigger 39 and pressing the push lever 42 against the workpiece. Since the plunger 7 is positioned at the top dead center, the O-ring 18 loses its sealing effect, and the trigger valve control channel 16 will be opened. As a result, the trigger valve chamber 13 and the atmosphere are communicated with each other, so the inside

US 7,156,012 B2

11

of the trigger valve chamber **13** assumes the atmospheric pressure. In addition, the trigger valve intake channel **14** is closed by the O-ring **15** for blocking fluid communication between the accumulator **2** and the trigger valve chamber **13**. Thus, compressed air does not any more flow from the accumulator **2** into the trigger valve chamber **13**.

Since the trigger valve chamber **13** assumes the atmospheric pressure, a difference arises between the pressure imparted to the valve piston **9** at its accumulator side and the pressure imparted to the valve piston **9** in the trigger valve chamber **13**. Because of the pressure difference, the valve piston **9** moves to the bottom dead center as shown in FIG. **5**.

The value obtained from dividing the maximum volume V**2** of the trigger valve chamber **13** by the cross-sectional area S**2** of the trigger valve control channel **16** is V**2**/S**2**=0.2. This value is set smaller than that in conventional fastener driving tools. This is a design concept obtained as a result of recognition of the principle in a tube flow that there is a proportional relationship between the mass rate of flow and the cross-sectional area of the tube. More specifically, it is based on the discovery that, with fastener driving tools which have valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air decreases in accordance with an increase in the cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

FIG. **6** shows the relationship between V**2**/S**2** and the time period T**2** from when the pressure inside the trigger valve chamber **13** begins to drop until the valve piston **9** moves to maximum displacement. The smaller T**2** becomes as well. For the value in this first embodiment, V**2**/S**2**=0.2, T**2** is approximately 0.75 ms. Consequently, the time period required for the pressure in the trigger valve chamber **13** to drop to a specific pressure decreases, and accordingly, time period from when the plunger **7** is pressed until the valve piston **9** moves to maximum displacement can be reduced. As a result, the amount of time from when the trigger **39** and the push lever **42** are operated until the nailing motion occurs due to the displacement of the trigger valve can be further reduced. Incidentally, by making V**2**/S**2**=0.15, T**2** can be made smaller, and by making V**2**/S**2**=0.10, T**2** can be made smaller still, and the amount of time until the nailing motion occurs can be shortened.

Thus, by setting the maximum volume V**2** of the trigger valve chamber **13** and the cross-sectional area S**2** of the trigger valve control channel **16** to the aforementioned values, discharge of the compressed air from the trigger valve chamber **13** can be promptly performed, and the time period until the trigger valve chamber **13** assumes the atmospheric pressure can be reduced. Furthermore, since the discharge of air from the trigger valve chamber **13** can be improved when the valve piston **9** is moved to the bottom dead center, a so-called air damper in which the pressure in the trigger valve chamber **13** impedes the movement of the valve piston **9** is not readily formed. Accordingly, the valve piston **9** can be moved immediately from the top dead center to the bottom dead center without being interrupted by the air damper. Incidentally, even though the valve piston **9** is biased toward the top dead center by the spring **12**, the valve piston **9** is movable to the bottom dead center by the pressure difference since the biasing force of the spring **12** is set beforehand to be weaker than the force caused by the pressure difference.

12

As shown in FIG. **5**, since the valve piston **9** is positioned at the bottom dead center, the main valve intake channel **20** is closed by the O-ring **21** to block fluid communication from the accumulator **2** to the main valve control channel **40**. In addition, the O-ring **23** loses its sealing effect to open the air channel **22**, so that the main valve control channel **40** is brought into communication with the atmosphere. As a result, the main valve control channel **40** and the main valve chamber **8** assume atmospheric pressure.

When the main valve chamber **8** assumes generally the atmospheric pressure, the main valve **19** then moves to the top dead center as shown in FIG. **8** as a result of the upward pressure arising from the difference in pressure receiving areas at the lower outer peripheral surface **52** and at the upper end surface **54** of the main valve **19**. When the main valve **19** begins to move toward the top dead center, the accumulator **2** and the piston upper chamber in the cylinder **3** are brought into fluid communication with each other. Thus, because of the pressure imparted to the lower outer peripheral surface **52** as well as to the lower end surface **53** of the main valve **19**, the main valve **19** moves rapidly toward the top dead center, and comes into contact with the exhaust rubber **30** to close the air discharge passage **29** whereupon the piston upper chamber is shut off from the atmosphere. In this case, the accumulator **2** is also shut off from the atmosphere.

By the movement of the main valve **19** toward its upper dead center, the fluid in the main valve chamber **8** is discharged into the main valve control channel **40**. As described above, the value obtained from dividing the maximum volume V**1** of the main valve chamber **8** by the cross-sectional area S**1** of the main valve control channel **40** is V**1**/S**1**=0.8. This value is set smaller than that in the conventional fastener driving tools. This is a design concept which, just as with the design concept described above, was also obtained as a result of recognition of the flow principle that, with fastener driving tools which have valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air decreases in accordance with an increase in cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

FIG. **9** shows the relationship between V**1**/S**1** and the time period T**1** from when the pressure in the main valve chamber **8** begins to drop until the main valve **19** moves to maximum displacement. The smaller V**1**/S**1** is made, the smaller T**1** becomes as well. For the value in this first embodiment, V**1**/S**1**=0.8 at which T**1** is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber **8** to drop to a specific pressure decreases. Accordingly, the time period from when the plunger **7** is pressed as a result of the trigger **39** and the push lever **42** being operated until the main valve **19** moves to maximum displacement can be reduced. As a result, the time period from when the trigger **39** and the push lever **42** are operated until the nailing motion occurs because of the displacement of the main valve **19** can be reduced. Incidentally, if V**1**/S**1** is set to 1.0, T**1** becomes 7.5 ms, which is sufficiently small. If V**1**/S**1** is set to 0.6, T**1** can be made even smaller, about 5.0 ms. Thus, time period until the nailing motion occurs can be further shortened.

In the first embodiment, a bending section is provided in the main valve control channel **40**. However, the bending section does not cause significant flow path resistance, since the bending section is configured into an gentle arcuate shape. Consequently, there is no obstruction in the flow of air in the main valve control channel **40**. Furthermore, as

US 7,156,012 B2

13

described above, the air in the main valve chamber 8 passes from the main valve control channel 40 through air channel 22 of the trigger valve 6 and is discharged into the atmosphere. In this case, since cross-sectional area of the air channel 22 is larger than that of the main valve control channel 40 in terms of air flowing passage, the air channel 22 does not prevent the air from flowing from the main valve chamber 8 into the atmosphere. Consequently, the time period from when the trigger 39 and the push lever are operated until the nailing motion occurs can be shortened.

Thus, by setting the maximum volume of the main valve chamber 8 and the cross-sectional area of the main valve control channel 40 to the aforementioned values, the compressed air in the main valve chamber 8 will escape more quickly, so that the time period until the main valve chamber 8 assumes the atmospheric pressure can be reduced. Furthermore, a so-called air damper in the main valve chamber 8 is not readily formed because of the improvement on the shape of the main valve control channel 40 and improvement on passing of air through the air channel 22. Accordingly, the escape of air from the main valve chamber 8 can be improved even when the main valve 19 rises to the top dead center. Consequently, the main valve 19 can be moved immediately from the bottom dead center to the top dead center.

By the movement of the main valve 19 from its bottom dead center to the top dead center, the compressed air rapidly flows from the accumulator 2 into the piston upper chamber, thereby rapidly moving the piston 4a toward its bottom dead center. Thus, the fastener 5 is driven by the tip end 4c of the driver blade 4b connected to the piston 4a. The air in the underside of the piston 4a in the cylinder 3 flows through air channel 36 into the return air chamber 33. Further, a portion of the compressed air in the piston upper chamber also flows through the air channel 35 into the return air chamber 33, after the piston 4a is moved past the air channel 35.

FIG. 11 shows the state where the plunger 7 has just returned to the bottom dead center after release of the trigger 39 or after the pressing of the push lever 42 against the workpiece is stopped. The plunger 7 has moved to the bottom dead center because of the pressure applied to the upper end face of the plunger 7 from the accumulator 2 and the biasing force of the spring 12.

By the movement of the plunger 7 to the bottom dead center, the trigger valve control channel 16 is closed by the O-ring 18, while the O-ring 15 loses its sealing effect. Thus, the compressed air in the accumulator 2 flows through the trigger valve intake channel 14 into the trigger valve chamber 13.

In this case, as described above, the cross-sectional area St of the trigger valve intake channel 14 is set to $2.75 \times 10^{-6}$ (m²), which is relatively larger than that of the conventional tool. This is due to a design concept obtained as a result of recognition of the tube flow principle that there is a proportional relationship between the mass rate of flow and the cross-sectional area of the tube. More specifically, it is based on the discovery that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure due to introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

FIG. 7 shows the relationship (solid line curve) between the cross-sectional area (St) of the trigger valve intake channel 14, and the time period T1 until the main valve

14

returns to the initial position. FIG. 7 also shows the relationship (broken line curve) between the cross-sectional area (St) and air consumption volume NL. As the cross-sectional area St decreases, the main valve return time period can be reduced and the air consumption volume can be decreased. These curves T1 and NL appear as convex functions toward the lower direction. Therefore, the reducing or decreasing effects are not greatly exhibited at the greater range of the cross-sectional area. Taking the phenomena into consideration, the specific value was determined experimentally to be $2.75 \times 10^{-6}$ (m²). As a result, the time period required for the pressure in the trigger valve chamber 13 to rise to a specific pressure due to the inflow of compressed air is reduced. Thus, the time period from when the pressing force on the plunger 7 ceases until the valve piston 9 returns to the pre-nailing position can be shortened.

By the introduction of the compressed air into the trigger valve chamber 13, the valve piston 9 is moved to its top dead center. Thus, the O-ring 23 blocks fluid communication between the air channel 22 and the main valve control channel 40, while the O-ring 21 loses its sealing effect so that the accumulator 2 is fluidly connected to the main valve chamber 8 via the main valve intake channel 20 and the main valve control channel 40. Thus, compressed air flows from the accumulator 2 into the main valve chamber 8.

As described above, the value obtained from dividing the maximum volume V1 of the main valve chamber 8 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8. This value is set smaller than that of the conventional fastener driving tools. As with the design concept for the trigger valve intake channel 14, this value is determined based on the design concept that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure by the introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

FIG. 10 shows the relationship between V1/S1, and the time period T1 until the main valve 19 returns to the initial position (lower dead position). FIG. 10 also shows the relationship between V1/S1 and the air consumption volume NL. The lower V1/S1 becomes, the lower T1 becomes as well. For the value in this first embodiment, V1/S1 is set to 0.8 at which T1 is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber 8 to rise to a specific pressure by the introduction of compressed air thereinto can be reduced. Thus, the time period from when the valve piston 9 begins to return to the pre-nailing position (toward the top dead center) until the main valve 19 closes the main valve rubber 27 can be reduced. As a result, the time period for the restoration timing for the subsequent nail driving operation after the actual nail driving operation can be reduced. More specifically, the time period from when the trigger 39 and the push lever 42 are operated until the main valve reaches its bottom dead center as a result of the movement of the valve piston 9 to the pre-nailing position can be reduced. Further, since the time period for the main valve 19 to be closed is reduced, the amount of compressed air flowing from the accumulator 2 to the piston upper chamber can be reduced during movement of the main valve 19 toward its bottom dead center. Incidentally, even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison to the conventional examples. If V1/S1 is set to 0.6, T1 can be made even smaller, approximately 5.5 ms. Consequently, the

US 7,156,012 B2

15

16

time period, following nailing, for the return to the pre-nailing state can be further reduced, while the amount of compressed air which flows from the accumulator 2 to the piston upper chamber can be further decreased.

In addition, the value obtained from dividing the maximum volume V1 of the main valve chamber 8 by the cross-sectional area Sm of the main valve intake channel 20 is likewise set to V1/S1=0.8. The main valve intake channel 20 and the main valve control channel 40 become a contiguous inflow passage directing to the main valve chamber 8. In this connection, the main valve intake channel 20 should provide a performance at least equal to that of the main valve control channel 40. As a result, V1/Sm was also set to 1.0 or less. In addition, V1/S1 and V1/Sm need not be the same value provided that they are both 1.0 or less. Incidentally, there is the curved area at the main valve control channel 40. However, the curved area does not lead to a significant flow resistance because of the gentle arcuate shape in the curved area. Thus, there is no obstruction in the flow of air to be directed into the main valve chamber 8.

As a result, the compressed air can instantaneously flow into the main valve chamber 8 so that a downward pressing force arises because of the difference in pressure receiving areas among the lower outer peripheral surface 52, the lower end surface 53, and the top end surface 54 of the main valve 19. In this first embodiment, by setting both V1/S1 and V1/Sm to 0.8, the time period required for the main valve 19 to move to the bottom dead center, that is, to return the main valve 19 to its pre-nailing position can be reduced to approximately 3.8 ms. This returning movement is also due to the pressing force arising from the compressed air flowing into the main valve chamber 8 and the biasing force of the main valve spring 28.

Upon movement of the main valve 19 to its bottom dead center, the main valve 19 is coming into contact with the main valve rubber 27 to shut off fluid connection between the accumulator 2 and the piston upper chamber. Further, immediately before the main valve 19 reaches its bottom dead center, the main valve 19 is separated from the exhaust rubber 30 for providing fluid communication from the piston upper chamber with the atmosphere. As a result of the structural relationships, the main valve 19 is separated from the exhaust rubber 30 prior to the complete return of the main valve 19 to the bottom dead center. In this instance, since the accumulator 2 and the piston upper chamber are not yet completely blocked from each other, the accumulator 2 is connected to the atmosphere through the piston upper chamber and the air discharge passage 29, so that the compressed air is discharged unnecessarily into the atmosphere. However, by setting VI/S1 and V1/Sm to 1.0 or less, and also setting the cross-sectional area St of the trigger valve intake channel 14 to 2.75×0$^{-6}$ (m²), the time period for the main valve 19 to move to the bottom dead center can be shortened, so that the unwanted consumption of the compressed air due to leakage of compressed air from the accumulator 2 to the atmosphere can be reduced as is apparent from FIG. 10.

Then, underside of the piston 4a is then pressed by the compressed air accumulated in the return air chamber 33, and the piston 4a rapidly moves to its dead center. The air in the piston upper chamber is released from the exhaust hole 49 to the atmosphere through the air discharge passage 29, and the fastener driving tool 1 returns to the initial state shown in FIG. 1.

FIG. 12 shows a modification to the main valve control channel 40. In the first embodiment shown in FIG. 3, the bending portion (enclosed by the circle 51) of the main valve control channel 40, is configured into the gentle arcuate shape. In the modification shown in FIG. 12, the bending portion can include at least two bent areas. In the latter case, the bending angle is preferably not less than 100°. With this arrangement, air can be smoothly flowed into the main valve chamber 8, and the air in the main valve chamber 8 can be smoothly discharged therefrom, without excessive channel resistance. As an another modification, the cross-sectional area of the trigger valve intake channel 14 can be made large such as 3.00×10$^{-6}$ (m²) or 3.25×10$^{-6}$ (m²). In so doing, the unit rate of flow of the compressed air entering the trigger valve chamber 13 increases, so that the time period required for the pressure increase in the trigger valve chamber 13 can be shortened.

Next, a fastener driving tool according to a second embodiment of the present invention will be described with reference to FIG. 13 to FIG. 16. The overall structure of the fastener driving tool 101 shown in FIG. 13 is substantially the same as the first embodiment except that the valve piston 9 in the first embodiment is not provided. Consequently, a detailed description will be omitted. In FIGS. 13 through 16, like parts and components are designated by reference numerals added with 100 to the reference numerals shown in FIGS. 1 through 11.

A nail gun 101 includes a frame 160, a handle 160A, a nose 141 having an injection opening 146, an accumulator 102, a cylinder 103, a piston 104a, a driver blade 104b and its tip end 104c, a return air chamber 133, one way valve 134, air channels 135, 136, a piston bumper 137, a trigger 139, a trigger valve 106 including a plunger 107, a push lever 142, a magazine 144, and a main valve 126.

The trigger valve 106 shown in FIGS. 13 and 14 mainly includes a valve bush 110, a plunger 107, and a spring 112. The valve bush 110 formed with a through hole is fixed to the frame 160 to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve 106. The plunger 107 is provided reciprocably slidably with respect to the through hole of the valve bush 110. The plunger 9 has a bottom end in contact with the trigger 139. The spring 112 is interposed between the frame 160 and the plunger 107 for biasing the plunger 107 downward.

The trigger valve 106 is fluidly connected to a cylindrical main valve control channel 140 extending from a main valve chamber 108. Specifically, the main valve control channel 140 is configured such that its cross-sectional area S1 is 3.2×10$^{-3}$ (m²).

In addition, an O-rings 125 fitted on the valve bush 110 for continually blocking fluid connection between the main valve control channel 140 and an atmosphere. A trigger valve chamber 113 is defined by the frame 160 and the valve bush 110 secured to the frame 160.

The plunger 107 extends through the trigger valve chamber 113, and has an upper portion extending through a through-hole formed in the frame 160. An annular space is defined between the through-hole and the plunger 107 for serving as a main valve intake channel 120. The main valve intake channel 120 has a cross-sectional area Sm of 3.2×10$^{-5}$ (m²). The cross-section extends in a direction perpendicular to the flowing direction. An O-ring 115 is fitted at the through-hole of the frame 160 for shutting off the main valve intake channel 120 when the plunger 107 is moved to its top dead center.

The plunger 107 has a lower section associated with the through hole of the valve bush 110. The lower section has an outer diameter slightly smaller than an inner diameter of the through hole of the valve bush 110 for defining an air channel 116 therebetween. This air channel 116 has a

US 7,156,012 B2

17

cross-sectional area of at least $3.2 \times 0^{-5}$ (m²). An O-ring 118 is fitted onto the lower section of the valve bush 110 for closing the air channel 116 when the plunger 107 is moved to the bottom dead center. The main valve intake channel 120 and air channel 116 are alternately blocked in accordance with the sliding motion of the plunger 107.

The main valve 126 is provided at an upper end and around an outer peripheral surface of the cylinder 103 as shown in FIG. 13. The main valve 126 includes a main valve 119 and a main valve spring 128 for biasing the main valve 119 toward its bottom dead center. An discharge passage 129 is formed above the main valve 119, and an exhaust port 144 in communication with the discharge passage 129 is formed at an upper portion of the frame 160.

A main valve sectioning region 161 is provided as a part of the frame 160 for defining a main valve chamber 108 in which the main valve 119 is vertically movably disposed. The main valve chamber 108 is in communication with the main valve control channel 140.

The main valve chamber 108 is hermetically provided by O-rings (not shown). The main valve chamber 8 has an internal volume variable in accordance with the vertical movement of the main valve 119, but has a maximum volume V1 of $2.56 \times 10^{-5}$ (m³). As a result, the value obtained from dividing the volume V1 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8≦1.0. Likewise, the value obtained from dividing the volume V1 by the cross-sectional area Sm of the main valve intake channel 126 is V1/Sm=0.8≦1.0. In addition, the main valve control channel 140 has a curving portion. The curving portion is formed into a gentle arcuate shape.

The nail driving operation will be described. FIGS. 13 and 14 show a state in which compressed air from the compressor (not shown) is accumulated in the accumulator 102 through the hose (not shown). In this state, as shown in FIG. 14, the plunger 107 is positioned at its bottom dead center by the biasing force of the spring 112. Since the plunger 107 is positioned at the bottom dead center, the main valve intake channel 120 is open to provide fluid communication between the accumulator 102 and the trigger valve chamber 113. At the same time, the air channel 116 is closed by the O-ring 118, so the fluid connection between the trigger valve chamber 113 and the atmosphere is blocked.

As shown in FIG. 14, since the trigger valve chamber 113 is in communication with the main valve control channel 140, a portion of the compressed air in an accumulator 102 also flows into the main valve control channel 140. Therefore, compressed air is accumulated in the main valve chamber 108 at the same pressure as in the accumulator 102.

Since the part of the compressed air in the accumulator 102 flows into the main valve chamber 108, the main valve 119 is positioned at its bottom dead center as shown in FIG. 13 as a result of downward pressing load arising from the difference in pressure receiving areas between a lower peripheral surface 142 and an upper end surface 143 of the main valve 119, along with the biasing force of the main valve spring 128.

Since the main valve 119 is positioned at the bottom dead center, the main valve 119 comes into contact with an upper end of the cylinder 103 to block fluid communication between the accumulator 102 and the piston upper space in the cylinder 103. In this case, the main valve 110 is separated from the frame 160 to open the air discharge passage 129. As a result, the piston upper chamber of the cylinder 103 is brought into communication with the atmosphere through the air discharge passage 129. Thus, the piston upper chamber assumes the atmospheric pressure. In addition, since the

18

fluid connection between the piston upper chamber and the accumulator 102 is blocked, compressed air in the accumulator 102 does not flow into the piston upper chamber. As a result, the piston 104a is maintained at its top dead center position.

FIGS. 15 and 16 show the state where the plunger 107 is pushed up to the top dead center by pulling the trigger 139 and pressing the push lever 142 against the workpiece. Since the upper portion of the plunger 107 extends through the O-ring 115, the fluid connection between the trigger valve chamber 113 and the accumulator 102 is blocked. In addition, the O-ring 118 loses its sealing effect to open the trigger valve control channel 116. As a result, the trigger valve chamber 113 and the atmosphere are fluidly connected to each other, so the inside of the trigger valve chamber 113 assumes the atmospheric pressure. The cross-sectional area of the air channel 116 is greater than that of the main valve channel 140. Thus, the channel resistance in air channel 116 is smaller than that in the main valve channel 140. The main valve control channel 140 connected to the trigger valve chamber 113 is also connected to the atmosphere, and in addition, the main valve chamber 108 connected to the main valve control channel 140 is also connected to the atmosphere and assumes the atmosphere pressure.

When the main valve chamber 108 assumes roughly the atmospheric pressure, the main valve 119 moves to its top dead center as shown in FIG. 16 because compressed air pressure is applied to the lower outer peripheral surface 147 of the main valve 119 whereas the atmospheric pressure is applied to the upper end face 143 of the main valve. When the main valve 119 begins to move toward the top dead center, the accumulator 102 and a piston upper chamber in the cylinder 103 are brought into communication with each other, so that compressed air pressure is also applied to the lower end face 148 of the main valve 119. Thus, the main valve 119 moves rapidly toward the top dead center. As a result, the top end face of the main valve 119 comes into contact with the frame 160 to close the exhaust hole 149, so that fluid communication between the piston upper chamber and the atmosphere is blocked.

In the second embodiment, similar to the first embodiment, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area S1 of the main valve control channel 140 is V1/S1=0.8. This is a design concept which, just as with the design concept in the first embodiment, was obtained as a result of recognition of the flow principle that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air can be reduced in accordance with an increase in cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

The relationship between V1/S1 and the time period T1 from when the pressure in the main valve chamber 108 begins to drop until the main valve 119 moves to maximum displacement is basically the same as that shown in FIG. 9. For the value in this second embodiment, if V1/S1 is 0.8, T1 is approximately 7.0 ms. Further, even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison with the conventional tools. With a fastener driving tool which is at least equipped with the main valve 119, the time period required for the pressure in the main valve chamber 108 to drop to a specific pressure due to the discharge of air can be reduced. Accordingly, the time period from when the trigger 139 and the push lever 142 are operated until the nailing motion occurs because of the

US 7,156,012 B2

19

displacement of the main valve 119 can be reduced. Incidentally, if V1/S1 is set to 0.6, T1 can be made even smaller, about 5.0 ms. Thus, time period until the nailing motion occurs can be further shortened. These values for T1 are sufficiently smaller than those in conventional fastener driving tools.

The air in the main valve chamber 108 passes through the main valve control channel 140 and through the air channel 116 of the trigger valve 106 and is discharged into the atmosphere. In this case, since cross-sectional area of the air channel 116 is larger than that of the main valve control channel 140, the air channel 116 does not prevent the air from flowing from the main valve chamber 108 into the atmosphere. Consequently, the time period from when the trigger 139 and the push lever are operated until the main valve 119 is moved to the top dead center can be shortened.

Thus, by setting the maximum volume of the main valve chamber 108 and the cross-sectional area of the main valve control channel 140 to the aforementioned values, the compressed air in the main valve chamber 108 can be discharged quickly, so that the time period until the main valve chamber 108 assumes the atmospheric pressure can be reduced. Furthermore, a so-called air damper in the main valve chamber 108 is not readily formed because of the improvement on the shape of the main valve control channel 140 and improvement on passing of air through the air channel 116. Accordingly, the discharge of air from the main valve chamber 108 can be improved even when the main valve 119 rises to the top dead center. Consequently, the main valve 119 can be moved immediately from the bottom dead center to the top dead center.

By the movement of the main valve 119 from its bottom dead center to the top dead center, the compressed air rapidly flows from the accumulator 102 into the piston upper chamber, thereby rapidly moving the piston 104a toward its bottom dead center. Thus, the fastener is driven by the tip end 104c of the driver blade 104b connected to the piston 104a. The air in the underside of the piston 104a in the cylinder 103 flows through air channel 136 into the return air chamber 133. Further, a portion of the compressed air in the piston upper chamber also flows through the air channel 135 into the return air chamber 133, after the piston 104a is moved past the air channel 135.

When the trigger 139 is returned or the pressing of the push lever 142 against the workpiece is stopped, the plunger 107 moves to the bottom dead center because of the pressure applied to the plunger 107 from the accumulator 102 and the biasing force of the spring 112 (FIG. 14).

By the movement of the plunger 107 to the bottom dead center, the air channel 116 is closed by the O-ring 118, while the O-ring 115 loses its sealing effect. Thus, the compressed air in the accumulator 102 flows through the main valve intake channel 120 into the trigger valve chamber 113. In this case, because the trigger valve chamber 113 is in communication with the main valve control channel 140, the main valve chamber 108 is communicated with the accumulator 102 through the main valve intake channel 120. Thus compressed air is introduced into the main valve chamber 108.

As described above, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area S1 of the main valve control channel 140 is V1/S1=0.8. This value is set smaller than that of the conventional fastener driving tools. As with the design concept for the trigger valve intake channel 14, this value is determined based on the design concept that, with fastener driving tools having valve chambers, the time period

20

required for the pressure in these valve chambers to be increased to a specific pressure by the introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

The graph shown in FIG. 10 is also available in the second embodiment. The lower V1/S1 becomes, the lower T1 becomes as well. Since V1/S1 is set to 0.8, T1 is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber 108 to rise to a specific pressure by the introduction of compressed air thereinto can be reduced. Thus, the time period from when the main valve 119 begins to return to the pre-nailing position (toward the bottom dead center) until the main valve 119 closes the top end of the cylinder 103 can be reduced. As a result, the time period from when the trigger 139 and the push lever 142 are operated until the main valve 119 reaches its bottom dead center (until the pre-nailing state for the subsequent nail driving operation) can be reduced. Further, since the time period for the main valve 119 to be closed is reduced, the amount of compressed air flowing from the accumulator 102 to the piston upper chamber can be reduced during movement of the main valve 119 toward its bottom dead center. Incidentally, even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison to the conventional tools. If V1/S1 is set to 0.6, T1 can be made even smaller, approximately 5.5 ms. Consequently, the time period, following nailing, for the return to the pre-nailing state can be further reduced, while the amount of compressed air which flows from the accumulator 102 to the piston upper chamber can be further decreased.

In addition, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area Sm of the main valve intake channel 120 is likewise set to V1/S1=0.8. The main valve intake channel 120 and the main valve control channel 140 become a contiguous inflow passage directing to the main valve chamber 108. In this connection, the main valve intake channel 120 should provide a performance at least equal to that of the main valve control channel 140. As a result, V1/Sm was also set to 1.0 or less. In addition, V1/S1 and V1/Sm need not be the same value provided that they are both 1.0 or less. Incidentally, there is the curved area at the main valve control channel 140. However, the curved area does not lead to a significant flow resistance because of the gentle arcuate shape in the curved area. Thus, there is no obstruction in the flow of air to be directed into the main valve chamber 108.

As a result, the compressed air can instantaneously flow into the main valve chamber 108 so that a downward pressing force is imparted on the main valve 108 because of the difference in pressure receiving areas between the lower outer peripheral surface 147 and the top end surface 143 of the main valve 119. In the second embodiment, by setting both V1/S1 and V1/Sm to 0.8, the time period required for the main valve 119 to move to the bottom dead center, that is, to return the main valve 119 to its pre-nailing position can be reduced to approximately 3.8 ms. This returning movement is also due to the pressing force arising from the compressed air flowing into the main valve chamber 108 and the biasing force of the main valve spring 128.

Upon movement of the main valve 119 to its bottom dead center, the main valve 119 is coming into contact with the upper end of the cylinder 103 to shut off fluid connection between the accumulator 102 and the piston upper chamber.

US 7,156,012 B2

21

Further, immediately before the main valve 119 reaches its bottom dead center, the main valve 119 is separated from the frame 160 for providing fluid communication from the piston upper chamber with the atmosphere. As a result of the structural relationships, the main valve 119 is separated from the frame 160 prior to the complete return of the main valve 119 to the bottom dead center. In this instance, since the accumulator 102 and the piston upper chamber are not yet completely blocked from each other, the accumulator 102 is connected to the atmosphere through the piston upper chamber and the air discharge passage 129, so that the compressed air is discharged unnecessarily into the atmosphere. However, by setting V1/S1 and V1/Sm to 1.0 or less, the time period for the main valve 119 to move to the bottom dead center can be shortened, so that the unwanted consumption of the compressed air due to leakage of compressed air from the accumulator 102 to the atmosphere can be reduced as is also apparent from FIG. 10.

Then, underside of the piston 104a is then pressed by the compressed air accumulated in the return air chamber 133, and the piston 104a rapidly moves to its top dead center. The air in the piston upper chamber is released from the exhaust hole 149 to the atmosphere through the air discharge passage 129, and the fastener driving tool 1 returns to the initial state shown in FIG. 13.

In the second embodiment, the bending portion of the main valve control channel 140 is configured into the gentle arcuate shape. As a modification, the bending portion can include at least two bent areas. In the latter case, the bending angle is preferably not less than 100°. With this arrangement, air can be smoothly flowed into the main valve chamber 108, and the air in the main valve chamber 108 can be smoothly discharged therefrom, without excessive channel resistance. With this arrangement, can be reduced the first time period from operation timing of the trigger 139 and the push lever 142 to the actual driving operation, and the second time period from release timing of the plunger 107 to the timing at which the main valve 119 has returned to its pre-driving position.

A fastener driving tool according to a third embodiment of the present invention will next be described with reference to FIGS. 17 through 19. The overall structure of the fastener driving tool 201 is substantially the same as the first embodiment except that the main valve section 26 in the first embodiment is not provided. In FIGS. 17 through 19, like parts and components are designated by reference numerals added with 200 to the reference numerals shown in FIGS. 1 through 11.

A nail gun 201 includes a frame 260, a handle 260A, a nose 241 having an injection opening 246, an accumulator 202, a cylinder 203, a piston 204a, a driver blade 204b and its tip end 204c, a return air chamber 233, one way valve 234, air channels 235, 236, a piston bumper 237, a trigger 239, a trigger valve 206 including a plunger 207, and a magazine 244.

A piston upper chamber 266 is defined by the piston 204a, the cylinder 203, and the frame 260. The piston upper chamber 266 extends into an upper section of the frame 260. Further, an air channel 262 extends from the piston upper chamber 266 to the trigger valve 206.

The trigger valve 206 shown in FIGS. 17 and 18 mainly includes a valve bush 210, a valve piston 209, the plunger 207, and a spring 212. The valve bush 210 formed with a through hole is fixed to the frame 260 to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve 206. The valve piston 209 is reciprocally slidably disposed in the valve bush 210. The plunger 207 is provided

22

reciprocably slidably with respect to the through hole of the valve bush 210. The plunger 207 has a bottom end in contact with the trigger 239. The spring 212 is interposed between the valve piston 209 and the plunger 207 for biasing the valve piston 209 and the plunger 207 in opposite directions, that is, the valve piston 209 is biased upward, and the plunger 207 is biased downward.

An air channel 262 having a circular cross-section is formed within the frame 260 and extends from the piston upper chamber 266. The air channel 262 is connected to the trigger valve 206. In addition, an exhaust pipe 263 is provided in the handle 206A and has one end serving as an exhaust hole 249 opened at an end face of the handle 260A. The exhaust pipe 263 is connected to the trigger valve 206 at a position below the location at which the air channel 262 is connected to the trigger valve 206. Further, in the trigger valve 206, a valve plate 264 formed with a hole is disposed at a position between the connecting position between the air channel 262 and the trigger valve 206 and the connecting position between the exhaust pipe 263 and the trigger valve 206. The valve piston 209 extends through the hole of the valve plate 264. Further, a space is defined between the hole of the valve plate 264 and the valve piston 209. The space serves as an air channel 222.

Another air channel 220 is formed at the part of the frame 260, the part serving as a part of the trigger valve 206. The air channel 220 is adapted to provide a communication between the accumulator 202 and the trigger valve 206.

One end of the valve piston 209 in the sliding direction faces the accumulator 202. A valve piston rubber 221 is fitted in the vicinity of the opening of air channel 262 and at the upper end portion (a small diameter section) of the valve piston 209. The valve piston rubber 221 is adapted to come into -contact with the frame 260 near the periphery of air channel 220 when the valve piston 209 is at its top dead center (FIG. 18), and come into contact with an area near the periphery of the center hole of the valve plate 264 when the valve piston 209 is at its bottom dead center (FIG. 19). The air channel 222 provides fluid communication between the piston upper chamber 266 and the air channel 262 when the valve piston rubber 221 is released from the valve plate 264 in accordance with the movement of the valve piston 209 to its upper dead center.

The valve piston 209 has a large diameter section provided with an O-ring 224 in sliding contact with the valve bush 210. The O-ring 224 provides sealing at the boundary between the valve piston 209 and the large diameter section.

A trigger valve chamber 213 is defined by one end (lower end) of the large diameter section of the valve piston 209 and the valve bush 210. The trigger valve chamber 213 has an internal volume variable due to the sliding movement of the valve piston 209, and is formed such that a maximum internal volume V2 defined when the valve piston 209 is at the top dead center is $4.0 \times 10^{-7}$ (m³). The O-ring 224 is adapted for blocking the fluid connection between the air channel 222 and the trigger valve chamber 213.

The plunger 207 extends into the trigger valve chamber 213, and a top end faces the accumulator 2. The small diameter section of the valve piston 209 is formed with a central bore 261 in communication with the accumulator 202, and the large diameter section of the valve piston 209 is formed with a stepped bore in communication with the central bore 261. An O-ring 215 is assembled at the stepped bore.

The plunger 207 has a small diameter section in association with the stepped bore. The outer diameter of the small diameter section of the plunger 207 is smaller than an inner

US 7,156,012 B2

23

diameter of the stepped bore. The small diameter section of plunger 207 is slidingly engagable with the O-ring 215 (FIG. 19) when the plunger 207 is moved to its top dead center. A trigger valve intake channel 214 is defined by the central bore 261.

The plunger 207 has a large diameter section provided with an O-ring 218 and in association with the through hole of the valve bush 210. An outer diameter of the large diameter section of the plunger 207 is smaller than an inner diameter of the through hole of the valve bush 210 to thus define a trigger valve control channel 216.

Consequently, the trigger valve intake channel 214 provides fluid communication between the accumulator 202 and the trigger valve chamber 213 when the small diameter section of the plunger 207 is disengaged from the O-ring 215. Further, the trigger valve control channel 216 provides fluid communication from the trigger valve chamber 213 to the atmosphere when the O-ring 218 is out of contact from the valve bush 210. The trigger valve intake channel 214 and trigger valve control channel 216 are alternately opened and blocked in accordance with the sliding motion of the plunger 207.

The trigger valve intake channel 214 is formed such that its cross-sectional area St is $2.75 \times 10^{-6}$ (m$^2$). Further, the trigger valve control channel 216 is formed such that its cross-sectional area S2 is $1.98 \times 10^{-6}$ (m$^2$). As a result, the value obtained from dividing the maximum volume of the trigger valve chamber 213 by the cross-sectional area of the trigger valve control channel 216 is V2/S2=0.2.

The structure of the trigger valve 206 is such that, when the valve piston 209 is positioned at the top dead center (FIG. 18), the valve piston rubber 221 is in abutment with the frame 260 near the air channel 220. Since the air channel 220 is closed by the valve piston rubber 221, the communication between the accumulator 202 and the piston upper chamber 266 through the air channels 262 and 220 is blocked. Further, the air channel 222 is opened to allow fluid communication between the piston upper chamber 266 and the exhaust pipe 263 through the air channels 262, 220,222. On the other hand, when the valve piston 209 is positioned at the bottom dead center (FIG. 19), the valve piston rubber 221 is seated on the valve plate 264 to close the air channel 222. Thus, fluid communication between the piston upper chamber 266 and the exhaust pipe 263 is shut off. Further, the air channel 220 is opened to provide fluid communication between the accumulator 202 and the piston upper chamber 266 through the air channels 262 and 220.

When the plunger 207 is positioned at the top dead center (FIG. 19), the trigger valve control channel 216 is opened so that the trigger valve chamber 213 is communicated with the atmosphere, while the trigger valve intake channel 214 is closed by the O-ring 215 so that fluid communication between the accumulator 202 and the trigger valve chamber 213 is blocked. On the other hand, when the plunger 207 is positioned at its bottom dead center (FIG. 18), the trigger valve control channel 216 is closed by the O-ring 218, so that fluid communication between the trigger valve chamber 213 and the atmosphere is blocked, while the trigger valve intake channel 214 is opened so that the accumulator 202 and the trigger valve chamber 213 are communicated with each other.

The nail driving operation will be described. FIGS. 17 and 18 show a state in which compressed air from the compressor (not shown) is accumulated in the accumulator 202 through the hose (not shown). In this state, as shown in FIG. 18, the plunger 207 is positioned at its bottom dead center by the biasing force of the spring 212. Since the plunger 207

24

is positioned at the bottom dead center, the main valve intake channel 214 is open to provide fluid communication between the accumulator 202 and the trigger valve chamber 213. At the same time, the trigger valve control channel 216 is closed by the O-ring 218, so the fluid connection between the trigger valve chamber 213 and the atmosphere is blocked.

In this case, because of the biasing force of the spring 212 and the difference in pressure receiving areas between the lower end area and the upper end area of the valve piston 210, the valve piston 209 is positioned at its top dead center. Therefore, air channel 220 is closed by the valve piston rubber 221 to shut off communication between the accumulator 202 and the air channel 262. At the same time, since the air channel 222 is opened by the valve piston rubber 221, the air channel 262 and the exhaust pipe 263 are fluidly connected to each other. Thus, the piston upper chamber 266 assumes the atmospheric pressure, and the piston 204$a$ is positioned at its top dead center as shown in FIG. 17.

FIG. 19 shows the state where the plunger 207 is pushed up to the top dead center by pulling the trigger 239. In this state, the O-ring 218 loses its sealing effect to open the trigger valve control channel 216. As a result, the trigger valve chamber 213 and the atmosphere are fluidly connected to each other, so the trigger valve chamber 213 assumes the atmospheric pressure. Further, since the trigger valve intake channel 214 is closed by the O-ring 215, fluid communication between the accumulator 202 and the trigger valve chamber 213 is blocked.

Since the pressure in the trigger valve chamber 213 becomes atmospheric pressure, pressure difference is provided between the accumulator side and the trigger valve chamber side of the valve piston 209. Thus, the valve piston 209 is moved to its bottom dead center.

The relationship between V2/S2 and the time period T2 from when the pressure in the trigger valve chamber 213 begins to drop until the valve piston 209 moves to maximum displacement is basically the same as that shown in FIG. 6. In the third embodiment, if V2/S2 is 0.2, the time period for the valve piston 209 to move from its top dead center to its bottom dead center is approximately 0.75 ms. With a fastener driving tool which is at least equipped with the valve piston 209, by making the cross-sectional area of the trigger valve used to discharge the air larger with respect to the volume of the trigger valve 213, the time period required for the pressure in the trigger valve chamber 213 to drop to a specific pressure because of the discharge of air can be decreased. Accordingly, the time period from when the plunger 207 is pressed until the valve piston 209 moves to maximum displacement can be shortened. As a result, the time period from when the trigger 239 is operated until the nailing motion occurs due to the displacement of the valve piston 209 can be shortened. Incidentally, if V2/S2 is set to 0.15, T2 can be made even smaller, and if V2/S2 is set to 0.10, T2 can be made smaller still. These values for T2 are sufficiently smaller than those in conventional fastener driving tools.

Thus, by setting the maximum volume V2 of the trigger valve chamber 213 and the cross-sectional area S2 of the trigger valve control channel 216 to the aforementioned values, discharge of the compressed air from the trigger valve chamber 213 can be promptly performed, and the time period until the trigger valve chamber 213 assumes the atmospheric pressure can be reduced. Furthermore, since the discharge of air from the trigger valve chamber 213 can be improved when the valve piston 209 is moved to the bottom dead center, a so-called air damper in which the pressure in

US 7,156,012 B2

25

26

the trigger valve chamber **213** impedes the movement of the valve piston **209** is not readily formed. Accordingly, the valve piston **209** can be moved immediately from the top dead center to the bottom dead center without being interrupted by the air damper. Incidentally, even though the valve piston **209** is biased toward the top dead center by the spring **212**, the valve piston **209** is movable to the bottom dead center against the biasing force because of the pressure difference since the biasing force of the spring **212** is set beforehand to be weaker than the force caused by the pressure difference.

As shown in FIG. **19**, when the valve piston **209** reaches its bottom dead center, the air channel **222** is closed by the valve piston rubber **221** to block fluid communication between the air channel **262** and the exhaust pipe **263**. At the same time, the air channel **220** is opened by the valve piston rubber **221**, so that the accumulator **202** and air channel **262** are fluidly connected to each other. Thus, air flows from the accumulator **202** into the piston upper chamber **266**, and the piston upper chamber **266** provides the pressure level the same as that in the accumulator **202**. In this instance, since the pressure in the piston upper chamber **266** becomes greater than the pressure in the piston lower chamber in the cylinder **203**, the piston **204***a* moves rapidly to its bottom dead point. Thus, the fastener is driven by the tip end **204***c* of the driver blade **204***b*. The air in the underside of the piston **204***a* in the cylinder **203** flows through an air channel **236** into the return air chamber **233**. Further, a portion of the compressed air in the piston upper chamber **266** flows through the air channel **235** into the return air chamber **233**, after the piston **204***a* is moved past the air channel **235**.

When the trigger **239** is returned, the plunger **207** moves to its bottom dead center because of the pressure applied from the accumulator **202** and the biasing force of the spring **212**. In this case, as described above, the cross-sectional area St of the trigger valve intake channel **214** is set to $2.75 \times 10^{-6}$ (m²), which is relatively larger than that of the conventional tool. This is due to a design concept in that the mass rate of flow is proportional to the cross-sectional area of the tube. That is, it is based on the discovery that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure due to introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

At this point, since the cross-sectional area St of the trigger valve intake channel **214** is set to $2.75 \times 10^{-6}$ (m²), the pressure in the trigger valve chamber **213** instantaneously rises. As a result, the time period required for the pressure in the trigger valve chamber **213** to rise to a specific pressure due to the flow of compressed air can be decreased. Thus, the time period from when the pressing force on the plunger **207** ceases until the valve piston **209** returns to the pre-nailing position can be shortened. The valve piston rubber **221** provided on the valve piston **209** comes into contact with the frame **260** at the top dead center of the valve piston **209**, and comes into contact with the valve plate **264** at the bottom dead center of the valve piston **209**. Therefore, a fluid connection between the piston upper chamber **266** and the accumulator **202**, and a fluid connection between the piston upper chamber **266** and the exhaust pipe **263** is alternately provided.

However, in more detailed aspect, during the movement of the valve piston **209** from its bottom dead center to its top dead center, the valve piston rubber **264** is out of contact from the frame **260** and from the valve plate **264**. Accordingly, the connection between the piston upper chamber **266** and the accumulator **202** and the connection between the piston upper chamber **266** and the atmosphere can be simultaneously formed. As a result, the accumulator **202** and the atmosphere are connected, and the compressed air in the accumulator **202** is discharged into the atmosphere even during the movement of the valve piston **209** from its bottom dead center to its top dead center, which results in a waste of compressed air. However, since the valve piston **209** in the third embodiment can move from the bottom dead center to the top dead center more quickly than with the conventional tools, the amount of wasted compressed air which is unnecessarily discharged can be reduced.

At that point, the air channel **220** is closed by the valve piston rubber **221** to block communication between the accumulator **202** and the air channel **262**. Thus, the flow of air from the accumulator **202** to the piston upper chamber **266** stops. In addition, air channel **222** is opened, so that air channel **262** and the exhaust pipe **263** are fluidly connected to each other. As a result, the air which has been accumulated in the piston upper chamber **266** is discharged to the atmosphere through the air channel **262**, **222**, exhaust pipe **263** and the exhaust hole **249**. Thus, the piston upper chamber **266** assumes the atmospheric pressure.

Consequently, the piston **204***a* moves rapidly to the top dead point because the bottom of the piston **204***a* is imparted with a pressing force by the compressed air accumulated in the return air chamber **233**, and the fastener driving tool **201** returns to the state shown in FIG. **17**. Incidentally, the cross-sectional area of the trigger valve intake channel **214** can be made larger such as $3.00 \times 10^{-6}$ (m²) or $3.25 \times 10^{-6}$ (m²). With this arrangement, the unit rate of flow of the compressed air entering the trigger valve chamber **213** increases, so that the time period required for the pressure increase in the trigger valve chamber **213** can be shortened.

Characteristic in nailing motion of the fastener driving tool according to the first embodiment will be described chronologically in comparison with a comparative fastener driving tool. In the graph shown in FIG. **20**, the characteristics of the process of driving a nail into wood are shown for the fastener driving tool **1** involved in the first embodiment, and in the graph shown in FIG. **21**, the characteristics of the process of driving a nail into wood with a fastener driving tool are shown for the comparative fastener driving tool.

In these graphs, the x-axis represents time, and y-axis in FIG. **20**(*a*) represents pressure in the trigger valve chamber **13**, the main valve chamber **8**, the accumulator **2**, the piston **4***a* upper chamber, and the return chamber **33** in the fastener driving tool according to the first embodiment. Further, Y-axes in FIGS. **20**(*b*) through **20**(*d*) represent a displacement of the main valve **19**, a displacement of the valve piston **9**, and a displacement of the piston **4***a* according to the first embodiment. Here, the origin of the x-axis (0 ms) represents the time at which the plunger **7** is pressed and the pressure in the trigger valve chamber **13** begins to drop. The same is true with respect to FIGS. **21**(*a*) through (*d*) for the comparative fastener driving tool.

The dimensions in the comparative fastener driving tool involved in the nailing process were: maximum main valve chamber volume V1'=$2.56 \times 10^{-5}$ (m³); main valve control channel cross-sectional area S1'=$0.8 \times 10^{-5}$ (m²); V1'/S1'=3.2; maximum trigger valve chamber volume V2'=$4.0 \times 10^{-7}$ (m³); trigger valve control channel cross-sectional area S2'=$0.465 \times 10^{-6}$ (m²); V2'/S2'=0.86. The dimensions in the fastener driving tool involved in the first embodiment were:

US 7,156,012 B2

27

maximum main valve chamber **8** volume $V1=2.56\times10^{-5}$ ($m^3$); main valve control channel **40** cross-sectional area $S1=3.2\times10^{5}$ ($m^2$); $V1/S1=0.8$; maximum trigger valve chamber **13** volume $V2=4.0\times10^{-7}$ ($m^3$); trigger valve control channel **16** cross-sectional area $S2=1.98\times10^{-6}$ ($m^2$); $V2/S2=0.2$.

In FIGS. **20** and **21**, A and A' represent the timing at which pressure drop in the trigger valve chamber **13** is started, B and B' represent the timing at which the pressure in the trigger valve chamber **13** becomes atmospheric pressure, C and C' represents the timing at which the movement of the main valve **19** toward its upper dead center is started, D and D' represent the timing at which the main valve **19** reaches its top dead center, E and E' represent the timing at which the movement of the valve piston **9** toward its bottom dead center is started, F and F' represent the timing that the valve piston **9** reaches its bottom dead center, and G and G' represent the timing at which the piston **4a** reaches its bottom dead center.

By pressing the plunger **7**, the pressure in the trigger valve chamber **13** drops and, in conjunction with this pressure change, the valve piston **9** begins to be displaced from the top dead center. At that point, since $V2/S2=0.2$ in the first embodiment has been set smaller than the value $V2'/S2'=0.86$ in the comparative tool, so the compressed air in the trigger valve chamber **13** can be instantaneously discharged through the trigger valve control channel **16** into the atmosphere. As a result, only 3.0 ms was required for the pressure drop to the atmosphere in the trigger valve chamber **13**, whereas 11.3 ms was required for the pressure drop in the comparative tool (see B and B'). Further, only 0.74 ms was required for moving the valve piston **9** to its bottom dead center in the first embodiment whereas 0.85 ms was required for the movement in the comparative tool (see F and F').

Because of the displacement of the valve piston **9** toward its bottom dead center, the O-ring **23** loses its sealing effect, so that the air channel **22** and the main valve control channel **40** are fluidly connected to each other and the pressure in the main valve chamber **8** begins to drop. At that point, since $V1/S1=0.8$ in the first embodiment is smaller than $V1'/S1'=3.2$ in the comparative tool, the compressed air in the main valve chamber **8** can be instantaneously discharged through the main valve control channel **40** and the air channel **22** into the atmosphere. As a result, 22.4 ms was required for the pressure drop in the conventional main valve chamber to the minimum value for starting movement of the main valve from its bottom dead center. On the other hand, only 6.1 ms was required for the pressure drop in the main valve chamber **8** to the minimum value for starting movement of the main valve **19** from its bottom dead center (see C and C'). During this period, the pressure in the main valve chamber **8** rises temporarily due to the displacement of the main valve **19**. However, since the cross-sectional area of the air channel **22** was set to be smaller than the cross-sectional area of the main valve control channel **40**, excessive back-pressure is not applied to the main valve chamber **8**. Then, the main valve **19** in the first embodiment reaches the top dead point after 7.1 ms (see D).

By the movement of the main valve **19** toward its top dead center, the compressed air flows from the accumulator **2** to the piston upper chamber, so that the piston upper chamber becomes highly pressurized. Due to the pressure difference between the upper chamber and lower chamber of the piston **4a**, the piston **4a** drops to the bottom dead center for driving the fastener **5**. As a result of this, the process from when the worker pulls the trigger **39** until the fastener **5** is driven in

28

completed. In the first embodiment, the process only requires 11.3 ms, whereas the comparative tool requires 27.1 ms (see F and F'). This difference clearly represents an improvement on the nailing response.

In addition, as a result of experimentation using a variety of fastener driving tools and investigating what degree of improvement in the response was sufficient for the effect to be perceived, it was found that if nailing occurred within 12 ms after the trigger is pulled and the push lever was pressed against the workpiece, the response was perceived to be good, the work became easy to perform, and it became easy to drive fasteners in a continuous manner. Moreover, it was found that as this amount of time grew longer, the response gradually grew worse, and in the vicinity of the 27.1 ms of the conventional tool, the work became difficult to perform and it became difficult to drive fasteners in a continuous manner. From this perspective as well, the response was improved, and the work performance was improved as well based on the fastener driving tool **1** in the first embodiment.

Next, an entire one-shot process starting from the pushing timing of the plunger **7** to the recovery timing to the initial state for starting the next nail driving operation will be described with reference to FIGS. **22**($a$) through **23**($e$). These graphs are particularly useful for the explanation of the process of returning to the initial state.

In these graphs, the x-axis represents time, and y-axis in FIG. **22**($a$) represents pressure in the trigger valve chamber **13**, the main valve chamber **8**, the accumulator **2**, the piston **4a** upper chamber, and the return chamber **33** in the fastener driving tool according to the first embodiment. Further, Y-axes in FIGS. **22**($b$) through **22**($d$) represent a displacement of the main valve **19**, a displacement of the valve piston **9**, a displacement of the piston **4a**, and a displacement of a tool itself according to the first embodiment. Here, the origin of the x axis (0 ms) represents the time at which the plunger **7** is pressed and the pressure in the trigger valve chamber **13** begins to drop. The same is true with respect to FIGS. **23**($a$) through ($e$) for another comparative fastener driving tool.

The dimensions in the comparative fastener driving tool involved were: maximum main valve chamber volume $V1'=2.621\times10^{5}$ ($m^3$); main valve control channel cross-sectional area $S1'=1.963\times10^{-5}$ ($m^2$); $V1'/S1'=1.335$; main valve intake channel cross-sectional area $Sm'=0.41\times10^{-5}$ ($m^2$); $V1'/Sm'=6.5$; trigger valve intake channel cross-sectional area $St'=1.78\times10^{-6}$ ($m^2$). The dimensions in the fastener driving tool involved in the first embodiment were: maximum main valve chamber **8** volume $V1=2.56\times10^{-5}$ ($m^3$); main valve control channel **40** cross-sectional area $S1=3.2\times10^{5}$ ($m^2$); $V1/S1=0.8$; main valve intake channel **20** cross-sectional area $Sm=3.2\times10^{5}$ ($m^2$); $V1/Sm=0.8$; trigger valve intake channel cross-sectional area $St=2.75\times10^{-6}$ ($m^2$).

In FIGS. **22**($a$) through **23**($e$), A through G and A' through G' are the same as those shown in FIGS. **20**($a$) through **21**($d$). H and H' represent the timing at which the returning motion of the main valve is started. I and I' represent the timing at which the main valve is returned to its initial position. J and J' represent the timing at which the returning motion of the valve piston is started. K and K' represent the timing at which the valve piston is returned to its initial position. L and L' represent the timing at which the piston is returned to its initial position. M and M' represent the timing at which the entire tool is displaced by a maximum amount.

In the first embodiment, 6.9 ms was required for starting nail driving by starting the movement of the piston **4a** whereas the comparative tool required 22.2 ms for the

US 7,156,012 B2

29

30

starting (see FIGS. 22(d) and 23(d). In reaction to the movement of the piston, the tool body itself begins to move upward. Subsequently the piston 4a reaches the bottom dead center, and nailing was completed after 11.3 ms in the first embodiment, as opposed to after 26.9 ms in the comparative tool. The upward displacement of both the fastener driving tool 1 and the comparative tool at this point was 5 mm. Further, in the first embodiment, the upward displacement of the tool itself reached 10 mm at 18.6 ms, whereas in the comparative tool, the upward displacement of the tool itself reached 10 mm at 35.1 ms (see FIGS. 22(e) and 23(e)).

At this point, the relative position between the push lever 42 and the nose 41 was restored to the initial position, and the plunger 7 which has been biased upward by the push lever 42 is returned to its initial position. In the first embodiment, the valve piston 9 began to move due to the pressure of the accumulator 2 and the pressing force of the spring 12 at 18.6 ms, and the valve piston 9 was returned to the initial position at 20.3 ms. On the other hand, in the comparative tool, the valve piston began to move at 35.2 ms, and returned to the initial position at 37.4 ms (See FIGS. 22(c) and 23(c)).

By the movement of the valve piston 9, the compressed air in the accumulator 2 flows into the main valve chamber 8 through the main valve intake channel 20 and the main valve control channel 40. As a result in the first embodiment, the main valve 19 began to move at 21.4 ms, whereas in the comparative tool, the main valve 19′ began to move at 38.9 ms (see H and H′). In addition, in the first embodiment, the main valve 19 was returned to the initial position at its bottom dead center at 25.2 ms, whereas in the comparative tool, the main valve 19′ was returned to its bottom dead center at 44.3 ms (see I and I′). Simultaneously, the compressed air filled in the piston upper chamber is released to the atmosphere through air channel 29 and the exhaust hole 49, and the tool was returned to the initial state.

As described above, in the first embodiment, the time period from the moment when either the pulling of the trigger 39 is released or the pressing of the push lever 42 against the workpiece is released (18.6 ms) until the main valve is closed (25.2 ms) was 25.2 ms−18.6 ms=6.6 ms. On the other hand, in the comparative tool, the time period was 44.3 ms−35.2 ms=9.1 ms.

In addition, experimentations were conducted using a variety of fastener driving tools for investigating how much the time period needed to be shortened in order for a sufficient improvement on response to be perceived, the time period being from the moment when either the pressing of the trigger 39 was released or the pressing of the push lever 42 against the workpiece is released until the main valve is closed. As a result of experiments, it was found that if the time period is within 7 ms, the response was perceived to be extremely good facilitating driving work and continuous driving.

Therefore, since the first embodiment requires the time period of within 7 ms, the transition to the next nailing operation can proceed rapidly to improve the response. In addition, because of the prompt closure of the main valve, unnecessary air consumption can be avoided.

While the invention has been described in detail and with reference to specific embodiments thereof, it would be apparent to those skilled in the art that various changes and modifications may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

1. A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates a compressed air;

a cylinder disposed within the frame;

a piston reciprocally slidably disposed within the cylinder, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a main valve which alternately opens and blocks a fluid communication between the piston upper chamber and the accumulator;

a main valve chamber section defining therein a main valve chamber in which the main valve is movably disposed, the main valve chamber providing a maximum internal volume;

a trigger valve which alternately opens and blocks a fluid communication from the accumulator to the main valve chamber, and a fluid communication from the main valve chamber to an atmosphere; and

a main valve control channel section defining therein a main valve control channel that provides a fluid connection between the main valve chamber and the trigger valve, the main valve control channel having a cross-sectional area, a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve control channel measured in $m^2$ being not more than 1.0.

2. The fastener driving tool as claimed in claim 1, further comprising:

a push lever in pressure contact with a workpiece; and

a trigger functioning as an operation input member; and

wherein the main valve is reciprocally movably provided in the main valve chamber for alternately providing a fluid communication between the piston upper chamber and the accumulator and between the piston upper chamber and the atmosphere; and

wherein the trigger valve comprises:

a trigger valve exterior frame to which the main valve control channel is fluidly connected;

a valve piston reciprocally slidably disposed within the trigger valve exterior frame and having one end exposed to the accumulator and another end, the valve piston being movable between a top dead center and a bottom dead center, a main valve intake channel being defined between the valve piston and the trigger valve exterior frame for providing fluid connection between the accumulator and the main valve control channel when the valve piston is moved to the upper dead center, and an air discharge channel being defined between the valve piston and the trigger valve exterior frame for providing fluid connection between the main valve control channel and the atmosphere when the valve piston is moved to the bottom dead center, a main valve intake channel and the air discharge channel being alternately opened; and

a plunger movable in an axial direction thereof between its top dead center and its bottom dead center and extending through the valve piston and the trigger valve exterior frame, a trigger valve chamber being defined by the trigger valve exterior frame, the another end of the valve piston and the plunger, the air discharge channel having a cross-sectional area not less than the cross-sectional area of the main valve control channel.

3. The fastener driving tool as claimed in claim 2, wherein the main valve intake channel has a cross-sectional area, a

US 7,156,012 B2

31

ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve intake channel measured in $m^2$ being not more than 1.0.

**4**. The fastener driving tool as claimed in claim **2**, wherein the plunger has a first section exposed to the accumulator and extending through the valve piston, and a second section extending through the trigger valve exterior frame, a trigger valve intake channel being defined between the first section and the valve piston for providing a fluid connection between the accumulator and the trigger valve chamber when the plunger is moved to its bottom dead center, and a trigger valve control channel being defined between the second section and the trigger valve exterior frame for providing a fluid connection between the trigger valve chamber and the atmosphere when the plunger is moved to its top dead center, the trigger valve intake channel and the trigger valve control channel being alternately opened.

**5**. The fastener driving tool as claimed in claim **4**, wherein the trigger valve intake channel has a cross-sectional area of not less than $3.00\times10^{-6}$ $m^2$.

**6**. The fastener driving tool as claimed in claim **4**, wherein the trigger valve intake channel has a cross-sectional area of not less than $3.25\times10^{-6}$ $m^2$.

**7**. The fastener driving tool as claimed in claim **4**, wherein the trigger valve intake channel has a cross-sectional area of not less than $2.75\times10^{-6}$ $m^2$.

**8**. The fastener driving tool as claimed in claim **2**, wherein a ratio obtained from dividing a maximum volume of the trigger valve chamber measured in $m^3$ by the cross-sectional area of the trigger valve control channel measured in $m^2$ is not more than 0.20.

**9**. The fastener driving tool as claimed in claim **8**, wherein a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by the cross-sectional area of the trigger valve control channel measured in $m^2$ is not more than 0.15.

**10**. The fastener driving tool as claimed in claim **9**, wherein a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by the cross-sectional area of the trigger valve control channel measured in $m^2$ is not more than 0.10.

**11**. The fastener driving tool as claimed in claim **2**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve control channel measured in $m^2$ is not more than 0.8, and

wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by a cross-sectional area of the main valve intake channel measured in $m^2$ is not more than 0.8.

**12**. The fastener driving tool as claimed in claim **2**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve control channel measured in $m^2$ is not more than 0.6, and

wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve intake channel measured in $m^2$ is not more than 0.6.

**13**. The fastener driving tool as claimed in claim **2**, wherein the main valve control channel has a curving portion along its path, the curving portion being composed of one of a continuous arcuate portion and discontinuous two bending portions.

32

**14**. The fastener driving tool as claimed in claim **13**, wherein the bending portions provide bending angles of not less than 100°.

**15**. The fastener driving tool as claimed in claim **2**, wherein a ratio obtained from dividing the maximum volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve control channel measured in $m^2$ is not more than 0.8.

**16**. The fastener driving tool as claimed in claim **2**, wherein a ratio obtained from dividing the maximum volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve control channel measured in $m^2$ is not more than 0.6.

**17**. The fastener driving tool as claimed in claim **1**, further comprising:

a push lever in pressure contact with a workpiece; and

a trigger functioning as an operation input member; and

wherein the main valve is reciprocably movably provided in the main valve chamber for alternately providing a fluid communication between the piston upper chamber and the accumulator and between the piston upper chamber and the atmosphere; and

wherein the trigger valve comprises:

a trigger valve frame to which the main valve control channel is fluidly connected, the trigger valve frame having a first through hole serving as a main valve intake channel and exposed to the accumulator and a second through hole; and

a plunger movable in an axial direction thereof between its top dead center and its bottom dead center relative to the trigger valve frame, the plunger having a first section closing the first through hole when the plunger is moved to its upper dead center for closing the main valve intake channel to shut off fluid communication between the accumulator and the main valve control channel and opening the main valve intake channel to provide communication between the accumulator and the main valve control channel, the plunger also having a second section extending through the second trough hole, an air discharge channel being defined between the second through hole and the second section, the air discharge channel being opened when the plunger is moved to its top dead center to provide fluid communication between the main valve control channel and the atmosphere and being closed when the plunger is moved to its bottom dead center, the main valve intake channel and the air discharge channel being alternately opened by the movement of the plunger.

**18**. The fastener driving tool as claimed in claim **17**, wherein the main valve intake channel has a cross-sectional area, a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve intake channel measured in $m^2$ being not more than 1.0.

**19**. The fastener driving tool as claimed in claim **18**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve control channel measured in $m^2$ is not more than 0.8, and

wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve intake channel measured in $m^2$ is not more than 0.8.

**20**. The fastener driving tool as claimed in claim **18**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by

US 7,156,012 B2

33

the cross-sectional area of the main valve control channel measured in $m^2$ is not more than 0.6, and

wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve intake channel measured in $m^2$ is not more than 0.6.

**21**. The fastener driving tool as claimed in claim **17**, wherein the main valve control channel has a curving portion along its path, the curving portion being composed of one of a continuous arcuate portion and discontinuous two bending portions.

**22**. The fastener driving tool as claimed in claim **21**, wherein the two bending portions provide bending angles of not less than 100°.

**23**. The fastener driving tool as claimed in claim **17**, wherein the air discharge channel has a cross-sectional area equal to or greater than that of the main valve control channel.

**24**. The fastener driving tool as claimed in claim **17**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve control channel measured in $m^2$ is not more than 0.8.

**25**. The fastener driving tool as claimed in claim **17**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve control channel measured in $m^2$ is not more than 0.6.

**26**. A fastener driving tool comprising:

a frame defining therein an accumulator for accumulating a compressed air;

a cylinder disposed within the frame;

a piston reciprocally slidably disposed within the cylinder, a piston upper chamber being defined by the frame, an inner peripheral surface of the cylinder and an upper surface of the piston;

a trigger functioning as an operation input member;

a trigger valve alternately opening and blocking a fluid communication between the piston upper chamber and the accumulator and a fluid communication between the piston upper chamber and an atmosphere, the trigger valve comprising:

a trigger valve exterior frame in fluid communication with the piston upper chamber and formed with a through hole;

a valve piston reciprocally slidably disposed in the trigger valve exterior frame, the valve piston being movable between its top dead center where piston upper chamber is communicated with the atmosphere and its bottom dead center where the piston upper chamber is communicated with the accumulator, the valve piston having a first section exposed to the accumulator and formed with a trigger valve intake channel opened to the accumulator and a second section in sliding contact with the trigger valve exterior frame, a trigger valve chamber being defined by the second section and the trigger valve exterior frame, and providing a maximum internal volume; and

a plunger movable between its top dead center and its bottom dead center and having a first portion associated with the valve piston and a second portion associated with the through hole, a trigger valve control channel being formed between the second portion and the through hole and having a cross-sectional area, the trigger valve control channel being opened when the plunger is moved to its top

34

dead center, a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by the cross-sectional area of the trigger valve control channel measured in $m^2$ being not more than 0.20.

**27**. The fastener driving tool as claimed in claim **26**, wherein the ratio obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by the cross-sectional area of the trigger valve control channel measured in $m^2$ is not more than 0.15.

**28**. The fastener driving tool as claimed in claim **26**, wherein the ratio obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by the cross-sectional area of the trigger valve control channel measured in $m^2$ is not more than 0.1.

**29**. A fastener driving tool comprising:

a frame defining therein an accumulator for accumulating a compressed air;

a cylinder disposed within the frame;

a piston reciprocally slidably disposed within the cylinder, a piston upper chamber being defined by the frame, an inner peripheral surface of the cylinder and an upper surface of the piston;

a trigger functioning as an operation input member;

a trigger valve alternately opening and blocking a fluid communication between the piston upper chamber and the accumulator and a fluid communication between the piston upper chamber and an atmosphere, the trigger valve comprising:

a trigger valve exterior frame in fluid communication with the piston upper chamber and formed with a through hole;

a valve piston reciprocally slidably disposed in the trigger valve exterior frame, the valve piston being movable between its top dead center where piston upper chamber is communicated with the atmosphere and its bottom dead center where the piston upper chamber is communicated with the accumulator, the valve piston having a first section exposed to the accumulator and formed with a trigger valve intake channel opened to the accumulator and a second section in sliding contact with the trigger valve exterior frame, a trigger valve chamber being defined by the second section and the trigger valve exterior frame and providing a maximum internal volume; and

a plunger movable between its top dead center and its bottom dead center and having a first portion associated with the valve piston and a second portion associated with the through hole, a trigger valve control channel being formed between the second portion and the through hole and having a cross-sectional area, the trigger valve control channel being opened when the plunger is moved to its top dead center, the trigger valve intake channel having a cross-sectional area of not less than $2.75 \times 10^{-6}$ $m^2$, and the trigger valve chamber having a maximum internal volume of $4.0 \times 10^{-7}$ $m^3$.

**30**. The fastener driving tool as claimed in claim **29**, wherein the trigger valve intake channel has the cross-sectional area of not less than $3.00 \times 10^{-6}$ $m^2$.

**31**. The fastener driving tool as claimed in claim **29**, wherein the trigger valve intake channel has the cross-sectional area of not less than $3.25 \times 10^{-6}$ $m^2$.

\* \* \* \* \*

# EXHIBIT D

US007398647B2

## (12) United States Patent
Komazaki et al.

(10) Patent No.: **US 7,398,647 B2**

(45) Date of Patent: **Jul. 15, 2008**

(54) **PNEUMATICALLY OPERATED FASTENER DRIVING TOOL**

(75) Inventors: **Yoshiichi Komazaki**, Hitachinaka (JP); **Yoshinori Ishizawa**, Hitachinaka (JP); **Masashi Nishida**, Hitachinaka (JP)

(73) Assignee: **Hitachi Koki Co., Ltd.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/642,721**

(22) Filed: **Dec. 21, 2006**

(65) **Prior Publication Data**

US 2007/0113733 A1    May 24, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 11/038,115, filed on Jan. 21, 2005, now Pat. No. 7,156,012.

(30) **Foreign Application Priority Data**

| Jan. 20, 2004 | (JP) | ............................ P2004-011835 |
| Mar. 18, 2004 | (JP) | ............................ P2004-078201 |

(51) **Int. Cl.**
*F01L 25/02* (2006.01)

(52) **U.S. Cl.** ............................ **60/413**; 91/304; 91/308; 91/456; 91/461

(58) **Field of Classification Search** .................. 60/413; 91/304, 308, 456, 461
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,713,165 A    7/1955  Campbell et al.

| 3,056,964 A | * | 10/1962 | Beckman et al. .............. 91/418 |
| 3,200,716 A | | 8/1965 | Le Sage |
| 3,568,909 A | * | 3/1971 | Perkins ....................... 227/130 |
| 3,583,496 A | | 6/1971 | Fehrs |
| 3,808,620 A | | 5/1974 | Rothfuss |
| 4,667,572 A | * | 5/1987 | Elliesen ........................ 91/461 |
| 5,085,126 A | | 2/1992 | Mukoyama |
| 5,715,986 A | | 2/1998 | Sauer |

FOREIGN PATENT DOCUMENTS

| JP | 54-023274 | 2/1979 |
| JP | 3-208569 | 9/1991 |
| JP | 5-138548 | 6/1993 |
| JP | 11-033930 | 2/1999 |

* cited by examiner

*Primary Examiner*—Igor Kershteyn

(74) *Attorney, Agent, or Firm*—Antonelli, Terry, Stout & Kraus, LLP.

(57) **ABSTRACT**

A fastener driving tool includes a frame defining therein an accumulator that accumulates compressed air, a cylinder, a piston movable between a top dead center and a bottom dead center, a main valve section having a main valve movable between a top dead center and a bottom dead center to alternately open and block fluid communication between a piston upper chamber and the accumulator, a trigger valve section having a plunger movable between a top dead center and a bottom dead center so as to alternately open and block fluid communication from the accumulator to a main valve chamber, and fluid communication from the main valve chamber to atmosphere, and a trigger adapted to press the plunger when operated by a user. The piston moves from the top dead center to the bottom dead center within 11.3 msec when the plunger is pressed.

**10 Claims, 16 Drawing Sheets**



# FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



**U.S. Patent**          Jul. 15, 2008          Sheet 4 of 16          US 7,398,647 B2

## FIG. 6



## FIG. 7



# FIG. 8



FIG. 9



FIG. 10



# FIG. 11



F I G. 12



F I G. 13



Case 1:18-cv-00313-CFC-CJB   Document 1-1   Filed 02/23/18   Page 76 of 114 PageID #: 91

FIG. 14



FIG. 15



# F I G. 16



FIG. 17



FIG. 18



# FIG. 19











US 7,398,647 B2

1

# PNEUMATICALLY OPERATED FASTENER DRIVING TOOL

## CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. application Ser. No. 11/038,115, filed Jan. 21, 2005, now U.S. Pat. No. 7,156, 012, the contents of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The present invention relates to a fastener driving tool such as a nail gun driven by compressed air, and more particularly, to such fastener driving tool improving drive response and decreasing air consumption.

Heretofore, fastener driving tools such as nail guns have existed which drive fasteners such as nails or staples using compressed air as the power source. In such fastener driving tools, compressed air is supplied to a piston upper chamber defined by an inner surface of a cylinder and a piston for rapidly displacing the piston to perform nailing. Compressed air is supplied from an external source and temporarily stored in an accumulator formed within a frame of the nail gun. The accumulator and the piston upper chamber are connected by a channel, but one or more valves which are switched between open and shut-off positions are provided along this channel. These valves are designed to open or shut-off the channel by supplying or expelling compressed air in valve chambers constituted by the spaces each adjacent to each valve. Typically the structure is such that a first valve is activated as a result of external operation of a trigger or the like, and this operation allows a downstream passage to be communicated with or to be shut-off from the first valve. Thus, a downstream valve chamber is brought into communication with or shutting-off from the upstream passage, thereby sequentially activating or deactivating the downstream valves.

In addition, a time period starting from completion of the nail driving operation to restoration to an initial state for the next nailing operation is dependent upon the circulation speed of the compressed air in the fastener driving tool after the trigger is released, and the movement speed of the valves in proportion to this circulation speed. That is, the time period is dependent on the shut-off speed for shutting off the piston upper chamber in the cylinder from the accumulator by a valve caused by, after releasing the trigger or the like, circulation of the compressed air through the channel in the fastener driving tool as a result of the returning motion of a plunger which had been pressed by this trigger.

In a conventional fastener driving tools as disclosed in Japanese Patent Publication No. S58-50833, valve activation is performed sequentially from valves whose valve chamber volume is small to valves with large valve chamber volume in order to stabilize operation of the valves irrespective of the speed with which the trigger is pulled. Since with this structure the valves are sequentially activated by compressed air, a time period starting from pulling the trigger and/or pushing operation of a push lever against a workpiece to a start of the nailing motion is highly dependent upon the time required to sequentially activate the valves.

In order to reduce this time period and increase response, Japanese Patent Publication No. H7-112674 discloses a nail gun, in which a main valve is divided into first and second valves, so that kinetic energy of the first valve is utilized to improve the operating speed of the second valve.

2

With this structure in which the main valve is divided into two valves, only the time period from when the second valve begins to move until it moves to maximum displacement is reduced. The time period from both pulling the trigger and pushing the push lever onto the workpiece to the operation timing of the first valve is still not reduced. In addition, since only the time period from when the second valve begins to move until it moves to maximum displacement is reduced, it was only possible to reduce the time period from when the trigger is pulled until nailing is performed. Consequently, a time period from the completion timing of the nail driving operation to the start timing of the next nail driving operation cannot be reduced when continuous nailing is performed. That is, a response cannot be improved.

Laid-open Japanese Patent Application Kokai No. H11-33930 discloses a structure in which, an internal volume of a main valve chamber for accommodating therein a main valve is increased. With this arrangement, air damping behavior due to compression of the main valve chamber does not occur when the main valve rises and is contained in the main valve chamber.

With this structure in which the volume of the main valve chamber is increased, the amount of compressed air accumulated in the main valve chamber increases. For this reason, the time period for discharging the compressed air out of the main valve chamber is increased, which degrades the response.

Laid-open Japanese Patent Application Kokai No. H5-138548 discloses communication of a piston lower chamber with a trigger valve chamber. The movement speed of a valve piston and a main valve are increased as a result of the pressure which is generated from the movement of the piston.

With this structure in which the piston lower chamber and trigger valve chamber are connected, at the instant that the piston passes through the one-way valve disposed at an intermediate region of the cylinder, compressed air flows into the trigger valve chamber and closes the main valve. Therefore, the nailing force was reduced. Moreover, extremely complicated structure results.

Another conventional fastener driving tool has been proposed. The tool includes a trigger valve and main valve. A trigger valve exterior frame internally defines a trigger valve chamber. The trigger valve includes a plunger extending through the trigger valve exterior frame and the trigger valve chamber and slidably movable as a result of the movement of the trigger and the abutment of the push lever against the workpiece. The movement of the plunger selectively shuts off a fluid communication between the accumulator and the trigger valve chamber and between the trigger valve chamber and an atmosphere. However, the resultant arrangement cannot provide high response for discharging compressed air from the main valve.

Still another conventional fastener driving tool is proposed in which a main valve is not provided, but a trigger valve is additionally equipped with a valve piston. The valve piston is reciprocally slidably disposed in a trigger valve exterior frame, and has one side in the sliding direction facing the accumulator. The valve piston alternately opens and blocks a channel from the piston upper chamber connected to the trigger valve exterior frame to the accumulator and a channel from the piston upper chamber to the atmosphere. With this fastener driving tool, the displacement of the valve piston serves to select the air channel and control the nailing of the fastener. However, the speed of the displacement of the valve piston is low, and the delay in the displacement of this valve piston can cause other control to be delayed as well. Consequently, the problem arises that the time lag from when the operator begins the nailing operation until the fastener is

US 7,398,647 B2

3

actually driven becomes large, response becomes poor to lower workability. In addition, the problem arises that when many fasteners are to be driven in a short period of time, the aforementioned time lag makes continuous nailing difficult to perform.

In addition, with the conventional fastener driving tools, after nailing, in order to return the piston to the pre-nailing position, the piston upper chamber and the atmosphere are communicated with each other for releasing the compressed to the atmosphere, while the valve is closed for preventing the compressed air from flowing from the accumulator into the piston upper chamber.

However, during the period from when the valve begins to close until it is completely closed, the accumulator and the piston upper chamber are communicated with each other, and the piston upper chamber and the atmosphere are communicated with each other. Accordingly, the compressed air in the accumulator would in some cases flow unnecessarily into the piston upper chamber and is expelled into the atmosphere. This causes an increase in air consumption, which consequently requires a high-performance compressor or the like to produce compressed air.

SUMMARY OF THE INVENTION

It is therefore an object of the present invention is to provide a fastener driving tool improving the response and continuous shots or nailing performance in nailing work, yet reducing the consumption of compressed air.

This and other objects of the present invention will be attained by A fastener driving tool including a frame, a cylinder, a piston, a main valve, a main valve chamber section, a trigger valve, and a main valve control channel section. The frame defines therein an accumulator that accumulates a compressed air. The cylinder is disposed within the frame. A piston is reciprocably slidably disposed within the cylinder. A piston upper chamber is defined by an inner peripheral surface of the cylinder and an upper surface of the piston. The main valve alternately opens and blocks a fluid communication between the piston upper chamber and the accumulator. The main valve chamber section defines therein a main valve chamber in which the main valve is movably disposed. The main valve chamber provides a maximum internal volume. The trigger valve alternately opens and blocks a fluid communication from the accumulator to the main valve chamber, and a fluid communication from the main valve chamber to an atmosphere. The main valve control channel section defines therein a main valve control channel that provides a fluid connection between the main valve chamber and the trigger valve. A value obtained from dividing the maximum internal volume of the main valve chamber by a cross-sectional area of the main valve control channel being not more than 1.0.

In another aspect of the invention, there is provided a fastener driving tool including a frame, a cylinder, a piston, a trigger, and a trigger valve provided with a trigger valve exterior frame, a valve piston and a plunger. The frame defines therein an accumulator for accumulating a compressed air. The cylinder is disposed within the frame. The piston is reciprocably slidably disposed within the cylinder. A piston upper chamber is defined by the frame, an inner peripheral surface of the cylinder and an upper surface of the piston. The trigger functions as an operation input member. A trigger valve alternately opens and blocks a fluid communication between the piston upper chamber and the accumulator and a fluid communication between the piston upper chamber and an atmosphere. The trigger valve exterior frame is in fluid communication with the piston upper chamber and is formed

4

with a through hole. The valve piston is reciprocably slidably disposed in the trigger valve exterior frame. The valve piston is movable between its top dead center where piston upper chamber is communicated with the atmosphere and its bottom dead center where the piston upper chamber is communicated with the accumulator. The valve piston has a first section exposed to the accumulator and formed with a trigger valve intake channel opened to the accumulator and a second section in sliding contact with the trigger valve exterior frame. A trigger valve chamber is defined by the second section and the trigger valve exterior frame and provides a maximum internal volume. The plunger is movable between its top dead center and its bottom dead center and has a first portion associated with the valve piston and a second portion associated with the through hole. A trigger valve control channel is formed between the second portion and the through hole and has a cross-sectional area. The trigger valve control channel is opened when the plunger is moved to its top dead center. A value obtained from dividing the maximum volume of the trigger valve chamber by the cross-sectional area of the trigger valve control channel is not more than 0.20.

Further, in the fastener driving tool including the frame, the cylinder, the piston, the trigger, and the trigger valve provided with the trigger valve exterior frame, the valve piston and the plunger, the trigger valve intake channel has a cross-sectional area of not less than $2.75 \times 10^{-6}$ m$^2$, and the trigger valve chamber has a maximum internal volume of $4.0 \times 10^{-7}$ m$^3$.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings;

FIG. 1 is a cross-sectional view of the fastener driving tool according to the first embodiment of the present invention;

FIG. 2 is an enlarged cross-sectional view of a trigger valve in the fastener driving tool according to the first embodiment;

FIG. 3 is a partial cross-sectional view particularly showing a main valve in the fastener driving tool according to the first embodiment;

FIG. 4 is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with a plunger having been pushed upward;

FIG. 5 is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with the plunger having been pushed upward and a valve piston then having moved to its bottom dead center;

FIG. 6 is a graph showing the relationship between a valve piston displacement time (T2) and a ratio of volume (V2) of trigger valve chamber to a cross-sectional area (S2) of a trigger valve control channel in the fastener driving tool according to the first embodiment;

FIG. 7 is a graph showing the relationship between a time period (T1) until a main valve returns to its initial position after a plunger returns to its initial position and a cross-sectional area (St) of a trigger valve intake channel in the fastener driving tool according to the first embodiment;

FIG. 8 is a partial cross-sectional view particularly showing the main valve in the fastener driving tool according to the first embodiment, with the main valve having moved to the top dead center;

FIG. 9 is a graph showing the relationship between a main valve displacement time (T1) and a ratio of volume (V1) of main valve chamber to a cross-sectional area (S1) of a main valve control channel in the fastener driving tool according to the first embodiment;

US 7,398,647 B2

5

FIG. **10** is a graph in which a solid line curves shows the relationship between the main valve displacement time (T1) and the ratio of volume (V1) of main valve chamber to the cross-sectional area (S1) of the main valve control channel, and a broken line curves shows the relationship between air consumption amount (NL) and the ratio (V1/S1) or (V1/Sm) in which "Sm" designates a main intake control channel according to the first embodiment;

FIG. **11** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with the valve piston having moved to the bottom dead center and the plunger then having returned to its original position;

FIG. **12** is a partial cross-sectional view particularly showing a main valve according to a modification to the first embodiment;

FIG. **13** is a cross-sectional view of the fastener driving tool according to a second embodiment of the present invention;

FIG. **14** is an enlarged cross-sectional view particularly showing a trigger valve in the fastener driving tool according to the second embodiment;

FIG. **15** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with a plunger having been pushed upward;

FIG. **16** is a cross-sectional view of the fastener driving tool according to the second embodiment, with a main valve having moved to the top dead center;

FIG. **17** is a cross-sectional view of a fastener driving tool according to a third embodiment of the present invention;

FIG. **18** is an enlarged cross-sectional view particularly showing a trigger valve in the fastener driving tool according to the third embodiment;

FIG. **19** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the third embodiment, with a plunger having been pushed upward;

FIG. **20**(*a*) is a graph showing the relationship between time and pressure in a trigger valve chamber **13**, a main valve chamber **8**, an accumulator **2**, a piston upper chamber **4***a*, and a return chamber **33** in a fastener driving tool according to the first embodiment;

FIG. **20**(*b*) is a graph showing the relationship between the time and a displacement of a main valve according to the first embodiment;

FIG. **20**(*c*) is a graph showing the relationship between the time and a displacement of a valve piston according to the first embodiment;

FIG. **20**(*d*) is a graph showing the relationship between the time and a displacement of a piston according to the first embodiment;

FIG. **21**(*a*) is a graph showing the relationship between time and pressure in a trigger valve chamber **13'**, a main valve chamber **8'**, an accumulator **2'**, a piston upper chamber **4***a'*, and a return chamber **33'** in a comparative fastener driving tool;

FIG. **21**(*b*) is a graph showing the relationship between the time and a displacement of a main valve according to the comparative fastener driving tool;

FIG. **21**(*c*) is a graph showing the relationship between the time and a displacement of a valve piston according to the comparative fastener driving tool;

FIG. **21**(*d*) is a graph showing the relationship between the time and a displacement of a piston according to the comparative fastener driving tool;

FIG. **22**(*a*) is a graph showing the relationship between time and pressure in a trigger valve chamber **13**, a main valve

6

chamber **8**, an accumulator **2**, a piston upper chamber **4***a*, and a return chamber **33** in the fastener driving tool according to the first embodiment;

FIG. **22**(*b*) is a graph showing the relationship between the time and a displacement of a main valve according to the first embodiment;

FIG. **22**(*c*) is a graph showing the relationship between the time and a displacement of a valve piston according to the first embodiment;

FIG. **22**(*d*) is a graph showing the relationship between the time and a displacement of a piston according to the first embodiment;

FIG. **22**(*e*) is a graph showing the relationship between the time and a displacement of a tool itself according to the first embodiment;

FIG. **23**(*a*) is a graph showing the relationship between time and pressure in a trigger valve chamber **13'**, a main valve chamber **8'**, an accumulator **2'**, a piston upper chamber **4***a'*, and a return chamber **33'** in another comparative fastener driving tool;

FIG. **23**(*b*) is a graph showing the relationship between the time and a displacement of a main valve according to the comparative fastener driving tool;

FIG. **23**(*c*) is a graph showing the relationship between the time and a displacement of a valve piston according to the comparative fastener driving tool;

FIG. **23**(*d*) is a graph showing the relationship between the time and a displacement of a piston according to the comparative fastener driving tool; and

FIG. **23**(*e*) is a graph showing the relationship between the time and a displacement of a tool itself according to the comparative fastener driving tool.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

A fastener driving tool according to a first embodiment of the present invention will be described with reference to FIG. **1** through **11**. The fastener driving tool shown in FIG. **1** is a nail gun **1** which uses compressed air as the power source. The nail gun **1** includes a frame **60**, a handle **60**A disposed at one side of the frame **60**, and a nose **41** disposed at a lower end of the frame **60**. These frame **60**, handle **60**A and nose **41** are provided as an integral unit to form an outer frame. An accumulator **2** is formed within the handle **60**A and frame **60** for accumulating therein a compressed air delivered from a compressor (not shown) through an air hose (not shown). A cylinder **3** is provided within the frame **60**, and a piston **4***a* is reciprocally movably provided and slidably within the cylinder **3**. A driver blade **4***b* is provided integrally with the piston **4***a*, and has a free end **4***c* for abutting against the fastener **5** for driving.

A return chamber **33** which accumulates therein a compressed air to return the driver blade **4***b* to its upper dead center is provided around the lower outer peripheral surface of the cylinder **3**. A one-way valve **34** is provided in an axially intermediate portion of the cylinder **3**. An air channel **35** is formed in the cylinder **3** for allowing the compressed air to flow in only one direction, i.e., from inside the cylinder **3** to the return air chamber **33**, outside the cylinder **3**. In addition, an air channel **36** is formed at a lower portion of the cylinder **3** for providing continuous communication between the cylinder **3** and the return chamber **33**. In addition, a piston bumper **37** is provided at the bottom of the cylinder **3** for absorbing excess energy from the driver blade **4***b* after nailing the fastener **5**.

US 7,398,647 B2

7

An operating portion 38 is provided at the base of the handle 60A. This operating portion 38 includes a trigger 39 operated by the user, an arm plate 48 which is attached pivotally movably to the trigger 39, and a push lever 42 which projects from the bottom of the nose 41 and extends to the vicinity of the arm plate 48. The push lever 42 is movable along the nose 41 and is biased away from the frame 60. In addition, a trigger valve 6 is provided at the base of the handle 60A and in confrontation with the trigger 39. As is well known in the art, the structure is such that, when both the trigger 39 is pulled and the push lever 42 is pressed against the workpiece, a plunger 7 on the trigger valve 6 is pushed upward, as shown in FIG. 2, by a linking mechanism of the arm plate 48 and the trigger 39.

A nail injection section 43 provided in conjunction with the nose 41 includes a magazine 44 and a feed mechanism 45. The magazine 44 is loaded with fasteners 5 arrayed side by side. The feed mechanism 45 is adapted for successively feeding fasteners 5 loaded in the magazine 44 to an injection opening 46 at the nose 41. The trigger valve 6 shown in FIG. 1 and FIG. 2 mainly includes an outer valve bush 10, an inner valve bush 11, a valve piston 9, a plunger 7, and a spring 12. The outer valve bush 10 and inner valve bush 11 are fixed to the frame 60 to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve. The valve piston 9 is provided reciprocably slidably within the outer valve bush 10 and inner valve bush 11. The valve piston 9 and the outer valve bush 10 are formed with through holes, so that the plunger 7 is provided reciprocably slidably with respect to the through holes. The plunger 7 has a bottom end in contact with the arm plate 48. The spring 12 is interposed between the valve piston 9 and the plunger 7 for biasing the valve piston 9 and the plunger 7 in opposite directions, i.e., for biasing the valve piston 9 upward while biasing the plunger 7 downward.

The trigger valve 6 is fluidly connected to a main valve control channel 40, which is a cylindrical tube extending from a main valve chamber 8 described later. Specifically, the main valve control channel 40 is fluidly connected to a space between the outer valve bush 10 and inner valve bush 11, and opens into the trigger valve 6. This main valve control channel 40 is configured such that its cross-sectional area S1 is 3.2× 10⁻⁵ (m²).

In addition, O-rings 17 and 25 are fitted on the inner valve bush 11. The O-ring 17 is adapted for continually blocking fluid connection between the accumulator 2 and the main valve control channel 40. The O-ring 25 is adapted for continually blocking fluid connection between the main valve control channel 40 and an atmosphere.

One side of the valve piston 9 in the sliding direction faces the accumulator 2, and the inner valve bush 11 has an accumulator side and an atmospheric side. An outer diameter at an accumulator side of the valve piston 9 is smaller than an inner diameter of the accumulator side of the inner valve bush 11 to define thebeween a main valve intake channel 20. Further, an outer diameter at an atmospheric side of the valve piston 9 is smaller than an inner diameter of the atmospheric side of the inner valve bush 11 to define therebetween an air channel 22. Further, an O-ring 21 and an O-ring 23 are disposed at the accumulator side and atmospheric side of the valve piston 9, respectively, for selectively blocking the respective channels 20 and 22.

Consequently, the main valve intake channel 20 passes between the valve piston 9 and the inner valve bush 11 to provide fluid communication between the accumulator 2 and the main valve control channel 40 when the O-ring 21 is out of contact from the inner valve bush 11. Further, the air channel 22 passes between the valve piston 9 and the inner

8

valve bush 11 to provide fluid communication between the main valve control channel 40 and the atmosphere when the O-ring 22 is out of contact from the inner valve bush 11. This air channel 22 is formed such that its cross-sectional area extending perpendicular to a flowing direction is larger than that of the main valve channel 40. As a result, the flow resistance at the air channel 22 will be lower than that of the main valve channel 40. The main valve intake channel 20 and air channel 22 are alternately opened and blocked due to the vertical sliding of the valve piston 9. In addition, the main intake control channel 20 is formed such that its cross-sectional area Sm is 3.2×10⁻⁵ (m²).

A trigger valve chamber 13 is defined by another side (lower side) of the valve piston 9 in the sliding direction and the outer valve bush 10. This trigger valve chamber 13 has an internal volume variable due to the sliding movement of the valve piston 9, and is formed such that a maximum internal volume V2 defined when the valve piston 9 is at the top dead center is 4.0×10⁻⁷ (m³). In addition, an O-ring 24 is fitted onto the valve piston 9 for continually blocking the fluid connection between the air channel 22 and the trigger valve chamber 13.

The plunger 7 extends through the trigger valve chamber 13, and a top end faces the accumulator 2. The valve piston 9 has first and second sliding regions relative to the valve piston 9 and the outer valve bush 10, and O-ring grooves are formed at the respective sliding regions for installing therein an O-ring 15 and an O-ring 18 for maintaining hermetic seal. An outer diameter of the first sliding region is smaller than an inner diameter of the valve piston 9 for defining therebetween a trigger valve intake channel 14, and an outer diameter of the second sliding region is smaller than an inner diameter of the outer valve bush 10 for defining therebetween a trigger valve control channel 16.

Consequently, the trigger valve intake channel 14 passes between the plunger 7 and the valve piston 9 for providing fluid communication from the accumulator 2 to the trigger valve chamber 13 when the O-ring 15 is out of contact from the valve piston 9. Further, the trigger valve control channel 16 passes between the plunger 7 and the outer valve bush 10 to provide fluid communication from the trigger valve chamber 13 to the atmosphere when the O-ring 18 is out of contact from the outer valve bush 10. The trigger valve intake channel 14 and trigger valve control channel 16 are alternately opened and blocked in accordance with the sliding motion of the plunger 7.

The trigger valve intake channel 14 is formed such that its cross-sectional area St is 2.75×10⁻⁶ (m²). Further, the trigger valve control channel 16 is formed such that its cross-sectional area S2 is 1.98×10⁻⁶ (m²). As a result, the value obtained from dividing the volume of the trigger valve chamber 13 by the cross-sectional area of the trigger valve control channel 16 is V2/S2=0.2.

The structure of the trigger valve 6 is such that, when the valve piston 9 is positioned toward the top dead center (for example FIG. 2), the main valve intake channel 20 is opened so that the accumulator 2 and the main valve control channel 40 are communicated with each other, while air channel 22 is closed by the O-ring 23 so that fluid communication between the main valve control channel 40 and the atmosphere is blocked. In addition, when the valve piston 9 is positioned toward the bottom dead center (for example FIG. 5), the main valve intake channel 20 is closed by the O-ring 21, so that fluid communication between the main valve control channel 40 and the accumulator 2 is blocked, while air channel 22 is opened so that the main valve control channel 40 and the atmosphere are communicated with each other.

US 7,398,647 B2

9

When the plunger **7** is positioned toward the top dead center (FIG. **5**), the trigger valve control channel **16** is opened so that the trigger valve chamber **13** is communicated with the atmosphere, while the trigger valve intake channel **14** is closed by the O-ring **15** so that fluid communication between the accumulator **2** and the trigger valve chamber **13** is blocked. In addition, when the plunger **7** is positioned toward the bottom dead center (FIG. **2**), the trigger valve control channel **16** is closed by the O-ring **18**, so that fluid communication between the trigger valve chamber **13** and the atmosphere is blocked, while the trigger valve intake channel **14** is opened so that the accumulator **2** and the trigger valve chamber **13** are communicated with each other.

A main valve section **26** is provided immediately above and around the outer peripheral surface of the cylinder **3** as shown in FIGS. **1** and **3**. The main valve section **26** generally includes a main valve **19**, a main valve rubber **27**, a main valve spring **28**, and an exhaust rubber **30**. The main valve rubber **27** is fitted to the top end of the cylinder **3**. The main valve spring **28** is adapted for biasing the main valve **19** toward its bottom dead center. The exhaust rubber **30** is placed above the cylinder **3**. An air discharge passage **29** is formed above the cylinder **3** for discharging the compressed air in the piston upper chamber above the piston **4**a. The exhaust rubber **30** is adapted for shutting off the air discharge passage **29** when the main valve **19** is coming into contact with the exhaust rubber **30**. In addition, the upper end of the frame **60** is formed with an exhaust hole **49** to which the air passage **29** is connected. Thus, the compressed air in the piston upper chamber can be discharged to the atmosphere.

A main valve sectioning region **61** is provided as an upper part of the frame **60**. The main valve sectioning region **61** provides a main valve chamber **8** in which the main valve **19** is vertically slidably movably provided. The main valve chamber **8** is in communication with the main valve control channel **40**. The main valve **19** has top and middle portions provided with O-rings **31** and **32**, respectively. The O-ring **31** is adapted for continually blocking fluid communication between the main valve chamber **8** and the air channel **29**, and the O-ring **32** is adapted for continually blocking fluid communication between the main valve chamber **8** and the accumulator **2**. Thus, the main valve chamber **8** is hermetically maintained by these O-rings **31** and **32**.

The main valve chamber **8** has an internal volume variable in accordance with the vertical movement of the main valve **19**, but has a maximum volume V1 of $2.56 \times 10^{-5}$ (m³). As a result, the value obtained from dividing the volume V1 of the main valve chamber **8** by the cross-sectional area S1 of the main valve control channel **40** is V1/S1=0.8≦1.0. Likewise, the value obtained from dividing the volume V1 of the main valve chamber **8** by the cross-sectional area Sm of the main valve intake channel **20** is V1/Sm=0.8≦1.0. In addition, the main valve control channel **40** has a curving portion as shown at the location enclosed by a circle in FIG. **3**. The curving portion is formed into a gentle arc shape.

When the main valve **19** is positioned toward the top dead center, the main valve **19** comes into contact with the exhaust rubber **30** to shut off the air exhaust passage **29**, so that fluid communication between the piston upper chamber of the cylinder **3** and the atmosphere is blocked, while the piston upper chamber of the cylinder **3** and the accumulator **2** are communicated with each other. On the other hand, when the main valve **19** is positioned toward the bottom dead center, the main valve **19** comes into contact with the main valve rubber **27** for blocking fluid communication between the piston upper chamber of the cylinder **3** and the accumulator **2**, while the main valve **19** separates from the exhaust rubber **30**

10

for opening the air exhaust passage **29**, so that the piston upper chamber of the cylinder **3** is communicated with the atmosphere.

The nail driving operation will be described. FIG. **1** to FIG. **3** show state in which compressed air from the compressor (not shown) is accumulated in the accumulator **2** through the hose (not shown). In this state, as shown in FIG. **2**, the plunger **7** is positioned at the bottom dead center, since the pressure within the accumulator **2** acts on the upper surface of plunger **7**, and since biasing force of the spring **12** is imparted on the plunger **7**. Since the plunger **7** is positioned at the bottom dead center, the trigger valve intake channel **14** is open to provide fluid communication between the accumulator **2** and the trigger valve chamber **13**. At the same time, the trigger valve control channel **16** is closed by the O-ring **18**, so the fluid connection between the trigger valve chamber **13** and the atmosphere is blocked. As a result, a part of the compressed air in the accumulator **2** flows through the trigger valve intake channel **14** and into the trigger valve chamber **13**, and air in the trigger valve chamber **13** has the same pressure as in the accumulator **2**.

In this case, because of the biasing force of the spring **12** and the difference in pressure receiving areas of the valve piston **9**, the valve piston **9** is positioned at its top dead center. Therefore, the main valve intake channel **20** is open to communicate the accumulator **2** with the main valve control channel **40**. At the same time, the air channel **22** is closed by the O-ring **23**, so the connection between the main valve control channel **40** and the atmosphere is blocked. As a result, a portion of the compressed air in the accumulator **2** flows into the main valve control channel **40**, and air accumulates in the main valve chamber **8** at the same pressure as in the accumulator **2**.

Since the part of the compressed air in the accumulator **2** flows into the main valve chamber **8**, the main valve **19** is positioned at the bottom dead center as shown in FIG. **3** as a result of downward pressing load arising from the difference in pressure receiving areas between the lower peripheral surface **52** and the upper end surface **54** of the main valve **19**, along with the biasing force of the main valve spring **28**.

Since the main valve **19** is positioned at the bottom dead center, the main valve **19** comes into contact with the main valve rubber **27** while separating from the exhaust rubber **30** to open the air discharge passage **29**. As a result, the piston upper chamber of the cylinder **3** is brought into communication with the atmosphere. Thus, the piston upper chamber assumes the atmospheric pressure. In addition, the fluid connection between the piston upper chamber of the cylinder **3** and the accumulator **2** is blocked. Thus, compressed air in the accumulator **2** does not flow into the piston upper chamber. As a result, the piston **4**a is maintained at its top dead center position.

FIG. **4** shows the state where the plunger **7** is pushed up to the top dead center by pulling the trigger **39** and pressing the push lever **42** against the workpiece. Since the plunger **7** is positioned at the top dead center, the O-ring **18** loses its sealing effect, and the trigger valve control channel **16** will be opened. As a result, the trigger valve chamber **13** and the atmosphere are communicated with each other, so the inside of the trigger valve chamber **13** assumes the atmospheric pressure. In addition, the trigger valve intake channel **14** is closed by the O-ring **15** for blocking fluid communication between the accumulator **2** and the trigger valve chamber **13**. Thus, compressed air does not any more flow from the accumulator **2** into the trigger valve chamber **13**.

Since the trigger valve chamber **13** assumes the atmospheric pressure, a difference arises between the pressure

US 7,398,647 B2

11                                                                              12

imparted to the valve piston **9** at its accumulator side and the pressure imparted to the valve piston **9** in the trigger valve chamber **13**. Because of the pressure difference, the valve piston **9** moves to the bottom dead center as shown in FIG. **5**.

The value obtained from dividing the maximum volume V**2** of the trigger valve chamber **13** by the cross-sectional area S**2** of the trigger valve control channel **16** is V**2**/S**2**=0.2. This value is set smaller than that in conventional fastener driving tools. This is a design concept obtained as a result of recognition of the principle in a tube flow that there is a proportional relationship between the mass rate of flow and the cross-sectional area of the tube. More specifically, it is based on the discovery that, with fastener driving tools which have valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air decreases in accordance with an increase in the cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

FIG. **6** shows the relationship between V**2**/S**2** and the time period T**2** from when the pressure inside the trigger valve chamber **13** begins to drop until the valve piston **9** moves to maximum displacement. The smaller V**2**/S**2** is made, the smaller T**2** becomes as well. For the value in this first embodiment, V**2**/S**2**=0.2, T**2** is approximately 0.75 ms. Consequently, the time period required for the pressure in the trigger valve chamber **13** to drop to a specific pressure decreases, and accordingly, time period from when the plunger **7** is pressed until the valve piston **9** moves to maximum displacement can be reduced. As a result, the amount of time from when the trigger **39** and the push lever **42** are operated until the nailing motion occurs due to the displacement of the trigger valve can be further reduced. Incidentally, by making V**2**/S**2**=0.15, T**2** can be made smaller, and by making V**2**/S**2**=0.10, T**2** can be made smaller still, and the amount of time until the nailing motion occurs can be shortened.

Thus, by setting the maximum volume V**2** of the trigger valve chamber **13** and the cross-sectional area S**2** of the trigger valve control channel **16** to the aforementioned values, discharge of the compressed air from the trigger valve chamber **13** can be promptly performed, and the time period until the trigger valve chamber **13** assumes the atmospheric pressure can be reduced. Furthermore, since the discharge of air from the trigger valve chamber **13** can be improved when the valve piston **9** is moved to the bottom dead center, a so-called air damper in which the pressure in the trigger valve chamber **13** impedes the movement of the valve piston **9** is not readily formed. Accordingly, the valve piston **9** can be moved immediately from the top dead center to the bottom dead center without being interrupted by the air damper. Incidentally, even though the valve piston **9** is biased toward the top dead center by the spring **12**, the valve piston **9** is movable to the bottom dead center by the pressure difference since the biasing force of the spring **12** is set beforehand to be weaker than the force caused by the pressure difference.

As shown in FIG. **5**, since the valve piston **9** is positioned at the bottom dead center, the main valve intake channel **20** is closed by the O-ring **21** to block fluid communication from the accumulator **2** to the main valve control channel **40**. In addition, the O-ring **23** loses its sealing effect to open the air channel **22**, so that the main valve control channel **40** is brought into communication with the atmosphere. As a result, the main valve control channel **40** and the main valve chamber **8** assume atmospheric pressure.

When the main valve chamber **8** assumes generally the atmospheric pressure, the main valve **19** then moves to the top dead center as shown in FIG. **8** as a result of the upward pressure arising from the difference in pressure receiving

areas at the lower outer peripheral surface **52** and at the upper end surface **54** of the main valve **19**. When the main valve **19** begins to move toward the top dead center, the accumulator **2** and the piston upper chamber in the cylinder **3** are brought into fluid communication with each other. Thus, because of the pressure imparted to the lower outer peripheral surface **52** as well as to the lower end surface **53** of the main valve **19**, the main valve **19** moves rapidly toward the top dead center, and comes into contact with the exhaust rubber **30** to close the air discharge passage **29** whereupon the piston upper chamber is shut off from the atmosphere. In this case, the accumulator **2** is also shut off from the atmosphere.

By the movement of the main valve **19** toward its upper dead center, the fluid in the main valve chamber **8** is discharged into the main valve control channel **40**. As described above, the value obtained from dividing the maximum volume V**1** of the main valve chamber **8** by the cross-sectional area S**1** of the main valve control channel **40** is V**1**/S**1**=0.8. This value is set smaller than that in the conventional fastener driving tools. This is a design concept which, just as with the design concept described above, was also obtained as a result of recognition of the flow principle that, with fastener driving tools which have valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air decreases in accordance with an increase in cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

FIG. **9** shows the relationship between V**1**/S**1** and the time period T**1** from when the pressure in the main valve chamber **8** begins to drop until the main valve **19** moves to maximum displacement. The smaller V**1**/S**1** is made, the smaller T**1** becomes as well. For the value in this first embodiment, V**1**/S**1**=0.8 at which T**1** is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber **8** to drop to a specific pressure decreases. Accordingly, the time period from when the plunger **7** is pressed as a result of the trigger **39** and the push lever **42** being operated until the main valve **19** moves to maximum displacement can be reduced. As a result, the time period from when the trigger **39** and the push lever **42** are operated until the nailing motion occurs because of the displacement of the main valve **19** can be reduced. Incidentally, if V**1**/S**1** is set to 1.0, T**1** becomes 7.5 ms, which is sufficiently small. If V**1**/S**1** is set to 0.6, T**1** can be made even smaller, about 5.0 ms. Thus, time period until the nailing motion occurs can be further shortened.

In the first embodiment, a bending section is provided in the main valve control channel **40**. However, the bending section does not cause significant flow path resistance, since the bending section is configured into an gentle arcuate shape. Consequently, there is no obstruction in the flow of air in the main valve control channel **40**. Furthermore, as described above, the air in the main valve chamber **8** passes from the main valve control channel **40** through air channel **22** of the trigger valve **6** and is discharged into the atmosphere. In this case, since cross-sectional area of the air channel **22** is larger than that of the main valve control channel **40** in terms of air flowing passage, the air channel **22** does not prevent the air from flowing from the main valve chamber **8** into the atmosphere. Consequently, the time period from when the trigger **39** and the push lever are operated until the nailing motion occurs can be shortened.

Thus, by setting the maximum volume of the main valve chamber **8** and the cross-sectional area of the main valve control channel **40** to the aforementioned values, the compressed air in the main valve chamber **8** will escape more

US 7,398,647 B2

13

quickly, so that the time period until the main valve chamber 8 assumes the atmospheric pressure can be reduced. Furthermore, a so-called air damper in the main valve chamber 8 is not readily formed because of the improvement on the shape of the main valve control channel 40 and improvement on passing of air through the air channel 22. Accordingly, the escape of air from the main valve chamber 8 can be improved even when the main valve 19 rises to the top dead center. Consequently, the main valve 19 can be moved immediately from the bottom dead center to the top dead center.

By the movement of the main valve 19 from its bottom dead center to the top dead center, the compressed air rapidly flows from the accumulator 2 into the piston upper chamber, thereby rapidly moving the piston 4a toward its bottom dead center. Thus, the fastener 5 is driven by the tip end 4c of the driver blade 4b connected to the piston 4a. The air in the underside of the piston 4a in the cylinder 3 flows through air channel 36 into the return air chamber 33. Further, a portion of the compressed air in the piston upper chamber also flows through the air channel 35 into the return air chamber 33, after the piston 4a is moved past the air channel 35.

FIG. 11 shows the state where the plunger 7 has just returned to the bottom dead center after release of the trigger 39 or after the pressing of the push lever 42 against the workpiece is stopped. The plunger 7 has moved to the bottom dead center because of the pressure applied to the upper end face of the plunger 7 from the accumulator 2 and the biasing force of the spring 12.

By the movement of the plunger 7 to the bottom dead center, the trigger valve control channel 16 is closed by the O-ring 18, while the O-ring 15 loses its sealing effect. Thus, the compressed air in the accumulator 2 flows through the trigger valve intake channel 14 into the trigger valve chamber 13.

In this case, as described above, the cross-sectional area St of the trigger valve intake channel 14 is set to $2.75 \times 10^{-6}$ (m²), which is relatively larger than that of the conventional tool. This is due to a design concept obtained as a result of recognition of the tube flow principle that there is a proportional relationship between the mass rate of flow and the cross-sectional area of the tube. More specifically, it is based on the discovery that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure due to introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

FIG. 7 shows the relationship (solid line curve) between the cross-sectional area (St) of the trigger valve intake channel 14, and the time period T1 until the main valve returns to the initial position. FIG. 7 also shows the relationship (broken line curve) between the cross-sectional area (St) and air consumption volume NL. As the cross-sectional area St decreases, the main valve return time period can be reduced and the air consumption volume can be decreased. These curves T1 and NL appear as convex functions toward the lower direction. Therefore, the reducing or decreasing effects are not greatly exhibited at the greater range of the cross-sectional area. Taking the phenomena into consideration, the specific value was determined experimentally to be $2.75 \times 10^{-6}$ (m²). As a result, the time period required for the pressure in the trigger valve chamber 13 to rise to a specific pressure due to the inflow of compressed air is reduced. Thus, the time period from when the pressing force on the plunger 7 ceases until the valve piston 9 returns to the pre-nailing position can be shortened.

14

By the introduction of the compressed air into the trigger valve chamber 13, the valve piston 9 is moved to its top dead center. Thus, the O-ring 23 blocks fluid communication between the air channel 22 and the main valve control channel 40, while the O-ring 21 loses its sealing effect so that the accumulator 2 is fluidly connected to the main valve chamber 8 via the main valve intake channel 20 and the main valve control channel 40. Thus, compressed air flows from the accumulator 2 into the main valve chamber 8.

As described above, the value obtained from dividing the maximum volume V1 of the main valve chamber 8 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8. This value is set smaller than that of the conventional fastener driving tools. As with the design concept for the trigger valve intake channel 14, this value is determined based on the design concept that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure by the introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

FIG. 10 shows the relationship between V1/S1, and the time period T1 until the main valve 19 returns to the initial position (lower dead position). FIG. 10 also shows the relationship between V1/S1 and the air consumption volume NL. The lower V1/S1 becomes, the lower T1 becomes as well. For the value in this first embodiment, V1/S1 is set to 0.8 at which T1 is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber 8 to rise to a specific pressure by the introduction of compressed air thereinto can be reduced. Thus, the time period from when the valve piston 9 begins to return to the pre-nailing position (toward the top dead center) until the main valve 19 closes the main valve rubber 27 can be reduced. As a result, the time period to the restoration timing for the subsequent nail driving operation after the actual nail driving operation can be reduced. More specifically, the time period from when the trigger 39 and the push lever 42 are operated until the main valve reaches its bottom dead center as a result of the movement of the valve piston 9 to the pre-nailing position can be reduced. Further, since the time period for the main valve 19 to be closed is reduced, the amount of compressed air flowing from the accumulator 2 to the piston upper chamber can be reduced during movement of the main valve 19 toward its bottom dead center. Incidentally, even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison to the conventional examples. If V1/S1 is set to 0.6, T1 can be made even smaller, approximately 5.5 ms. Consequently, the time period, following nailing, for the return to the pre-nailing state can be further reduced, while the amount of compressed air which flows from the accumulator 2 to the piston upper chamber can be further decreased.

In addition, the value obtained from dividing the maximum volume V1 of the main valve chamber 8 by the cross-sectional area Sm of the main valve intake channel 20 is likewise set to V1/S1=0.8. The main valve intake channel 20 and the main valve control channel 40 become a contiguous inflow passage directing to the main valve chamber 8. In this connection, the main valve intake channel 20 should provide a performance at least equal to that of the main valve control channel 40. As a result, V1/Sm should also be set to 1.0 or less. In addition, V1/S1 and V1/Sm need not be the same value provided that they are both 1.0 or less. Incidentally, there is the curved area at the main valve control channel 40. However, the curved area does not lead to a significant flow resistance because of the gentle

US 7,398,647 B2

15
16

arcuate shape in the curved area. Thus, there is no obstruction in the flow of air to be directed into the main valve chamber **8**.

As a result, the compressed air can instantaneously flow into the main valve chamber **8** so that a downward pressing force arises because of the difference in pressure receiving areas among the lower outer peripheral surface **52**, the lower end surface **53**, and the top end surface **54** of the main valve **19**. In this first embodiment, by setting both V1/S1 and V1/Sm to 0.8, the time period required for the main valve **19** to move to the bottom dead center, that is, to return the main valve **19** to its pre-nailing position can be reduced to approximately 3.8 ms. This returning movement is also due to the pressing force arising from the compressed air flowing into the main valve chamber **8** and the biasing force of the main valve spring **28**.

Upon movement of the main valve **19** to its bottom dead center, the main valve **19** is coming into contact with the main valve rubber **27** to shut off fluid connection between the accumulator **2** and the piston upper chamber. Further, immediately before the main valve **19** reaches its bottom dead center, the main valve **19** is separated from the exhaust rubber **30** for providing fluid communication from the piston upper chamber with the atmosphere. As a result of the structural relationships, the main valve **19** is separated from the exhaust rubber **30** prior to the complete return of the main valve **19** to the bottom dead center. In this instance, since the accumulator **2** and the piston upper chamber are not yet completely blocked from each other, the accumulator **2** is connected to the atmosphere through the piston upper chamber and the air discharge passage **29**, so that the compressed air is discharged unnecessarily into the atmosphere. However, by setting V1/S1 and V1/Sm to 1.0 or less, and also setting the cross-sectional area St of the trigger valve intake channel **14** to 2.75×0⁻⁶ (m²), the time period for the main valve **19** to move to the bottom dead center can be shortened, so that the unwanted consumption of the compressed air due to leakage of compressed air from the accumulator **2** to the atmosphere can be reduced as is apparent from FIG. **10**.

Then, underside of the piston **4a** is then pressed by the compressed air accumulated in the return air chamber **33**, and the piston **4a** rapidly moves to its top dead center. The air in the piston upper chamber is released from the exhaust hole **49** to the atmosphere through the air discharge passage **29**, and the fastener driving tool **1** returns to the initial state shown in FIG. **1**.

FIG. **12** shows a modification to the main valve control channel **40**. In the first embodiment shown in FIG. **3**, the bending portion (enclosed by the circle **51**) of the main valve control channel **40**, is configured into the gentle arcuate shape. In the modification shown in FIG. **12**, the bending portion can include at least two bent areas. In the latter case, the bending angle is preferably not less than 100°. With this arrangement, air can be smoothly flowed into the main valve chamber **8**, and the air in the main valve chamber **8** can be smoothly discharged therefrom, without excessive channel resistance. As an another modification, the cross-sectional area of the trigger valve intake channel **14** can be made large such as 3.00×10⁻⁶ (m²) or 3.25×10⁻⁶ (m²). In so doing, the unit rate of flow of the compressed air entering the trigger valve chamber **13** increases, so that the time period required for the pressure increase in the trigger valve chamber **13** can be shortened.

Next, a fastener driving tool according to a second embodiment of the present invention will be described with reference to FIG. **13** to FIG. **16**. The overall structure of the fastener driving tool **101** shown in FIG. **13** is substantially the same as the first embodiment except that the valve piston **9** in the first embodiment is not provided. Consequently, a detailed description will be omitted. In FIGS. **13** through **16**, like parts and components are designated by reference numerals added with 100 to the reference numerals shown in FIGS. **1** through **11**.

A nail gun **101** includes a frame **160**, a handle **160A**, a nose **141** having an injection opening **146**, an accumulator **102**, a cylinder **103**, a piston **104a**, a driver blade **104b** and its tip end **104c**, a return air chamber **133**, one way valve **134**, air channels **135**, **136**, a piston bumper **137**, a trigger **139**, a trigger valve **106** including a plunger **107**, a push lever **142**, a magazine **144**, and a main valve **126**.

The trigger valve **106** shown in FIGS. **13** and **14** mainly includes a valve bush **110**, a plunger **107**, and a spring **112**. The valve bush **110** formed with a through hole is fixed to the frame **160** to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve **106**. The plunger **107** is provided reciprocably slidably with respect to the through hole of the valve bush **110**. The plunger **9** has a bottom end in contact with the trigger **139**. The spring **112** is interposed between the frame **160** and the plunger **107** for biasing the plunger **107** downward.

The trigger valve **106** is fluidly connected to a cylindrical main valve control channel **140** extending from a main valve chamber **108**. Specifically, the main valve control channel **140** is configured such that its cross-sectional area S1 is 3.2×10⁻⁵ (m²).

In addition, an O-rings **125** is fitted on the valve bush **110** for continually blocking fluid connection between the main valve control channel **140** and an atmosphere. A trigger valve chamber **113** is defined by the frame **160** and the valve bush **110** secured to the frame **160**.

The plunger **107** extends through the trigger valve chamber **113**, and has an upper portion extending through a through-hole formed in the frame **160**. An annular space is defined between the through-hole and the plunger **107** for serving as a main valve intake channel **120**. The main valve intake channel **120** has a cross-sectional area Sm of 3.2×10⁻⁵ (m²). The cross-section extends in a direction perpendicular to the flowing direction. An O-ring **115** is fitted at the through-hole of the frame **160** for shutting off the main valve intake channel **120** when the plunger **107** is moved to its top dead center.

The plunger **107** has a lower section associated with the through hole of the valve bush **110**. The lower section has an outer diameter slightly smaller than an inner diameter of the through hole of the valve bush **110** for defining an air channel **116** therebetween. This air channel **116** has a cross-sectional area of at least 3.2×10⁻⁵ (m²). An O-ring **118** is fitted onto the lower section of the valve bush **110** for closing the air channel **116** when the plunger **107** is moved to the bottom dead center. The main valve intake channel **120** and air channel **116** are alternately blocked in accordance with the sliding motion of the plunger **107**.

The main valve **126** is provided at an upper end and around an outer peripheral surface of the cylinder **103** as shown in FIG. **13**. The main valve **126** includes a main valve **119** and a main valve spring **128** for biasing the main valve **119** toward its bottom dead center. An discharge passage **129** is formed above the main valve **119**, and an exhaust port **149** in communication with the discharge passage **129** is formed at an upper portion of the frame **160**.

A main valve sectioning region **161** is provided as a part of the frame **160** for defining a main valve chamber **108** in which the main valve **119** is vertically movably disposed. The main valve chamber **108** is in communication with the main valve control channel **140**.

US 7,398,647 B2

17

18

The main valve chamber 108 is hermetically provided by O-rings (not shown). The main valve chamber 8 has an internal volume variable in accordance with the vertical movement of the main valve 119, but has a maximum volume V1 of $2.56 \times 10^{-5}$ (m³). As a result, the value obtained from dividing the volume V1 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8≦1.0. Likewise, the value obtained from dividing the volume V1 by the cross-sectional area Sm of the main valve intake channel 120 is V1/Sm=0.8≦1.0. In addition, the main valve control channel 140 has a curving portion. The curving portion is formed into a gentle arcuate shape.

The nail driving operation will be described. FIGS. 13 and 14 show a state in which compressed air from the compressor (not shown) is accumulated in the accumulator 102 through the hose (not shown). In this state, as shown in FIG. 14, the plunger 107 is positioned at its bottom dead center by the biasing force of the spring 112. Since the plunger 107 is positioned at the bottom dead center, the main valve intake channel 120 is open to provide fluid communication between the accumulator 102 and the trigger valve chamber 113. At the same time, the air channel 116 is closed by the O-ring 118, so the fluid connection between the trigger valve chamber 113 and the atmosphere is blocked.

As shown in FIG. 14, since the trigger valve chamber 113 is in communication with the main valve control channel 140, a portion of the compressed air in an accumulator 102 also flows into the main valve control channel 140. Therefore, compressed air is accumulated in the main valve chamber 108 at the same pressure as in the accumulator 102.

Since the part of the compressed air in the accumulator 102 flows into the main valve chamber 108, the main valve 119 is positioned at its bottom dead center as shown in FIG. 13 as a result of downward pressing load arising from the difference in pressure receiving areas between a lower peripheral surface 142 and an upper end surface 143 of the main valve 119, along with the biasing force of the main valve spring 128.

Since the main valve 119 is positioned at the bottom dead center, the main valve 119 comes into contact with an upper end of the cylinder 103 to block fluid communication between the accumulator 102 and the piston upper chamber in the cylinder 103. In this case, the main valve 110 is separated from the frame 160 to open the air discharge passage 129. As a result, the piston upper chamber of the cylinder 103 is brought into communication with the atmosphere through the air discharge passage 129. Thus, the piston upper chamber assumes the atmospheric pressure. In addition, since the fluid connection between the piston upper chamber and the accumulator 102 is blocked, compressed air in the accumulator 102 does not flow into the piston upper chamber. As a result, the piston 104a is maintained at its top dead center position.

FIGS. 15 and 16 show the state where the plunger 107 is pushed up to the top dead center by pulling the trigger 139 and pressing the push lever 142 against the workpiece. Since the upper portion of the plunger 107 extends through the O-ring 115, the fluid connection between the trigger valve chamber 113 and the accumulator 102 is blocked. In addition, the O-ring 118 loses its sealing effect to open the trigger valve control channel 116. As a result, the trigger valve chamber 113 and the atmosphere are fluidly connected to each other, so the inside of the trigger valve chamber 113 assumes the atmospheric pressure. The cross-sectional area of the air channel 116 is greater than that of the main valve channel 140. Thus, the channel resistance in air channel 116 is smaller than that in the main valve channel 140. The main valve control channel 140 connected to the trigger valve chamber 113 is also connected to the atmosphere, and in addition, the main valve

chamber 108 connected to the main valve control channel 140 is also connected to the atmosphere and assumes the atmosphere pressure.

When the main valve chamber 108 assumes roughly the atmospheric pressure, the main valve 119 moves to its top dead center as shown in FIG. 16 because compressed air pressure is applied to the lower outer peripheral surface 147 of the main valve 119 whereas the atmospheric pressure is applied to the upper end face 143 of the main valve. When the main valve 119 begins to move toward the top dead center, the accumulator 102 and a piston upper chamber in the cylinder 103 are brought into communication with each other, so that compressed air pressure is also applied to the lower end face 148 of the main valve 119. Thus, the main valve 119 moves rapidly toward the top dead center. As a result, the top end face of the main valve 119 comes into contact with the frame 160 to close the exhaust hole 149, so that fluid communication between the piston upper chamber and the atmosphere is blocked.

In the second embodiment, similar to the first embodiment, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area S1 of the main valve control channel 140 is V1/S1=0.8. This is a design concept which, just as with the design concept in the first embodiment, was obtained as a result of recognition of the flow principle that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air can be reduced in accordance with an increase in cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

The relationship between V1/S1 and the time period T1 from when the pressure in the main valve chamber 108 begins to drop until the main valve 119 moves to maximum displacement is basically the same as that shown in FIG. 9. For the value in this second embodiment, if V1/S1 is 0.8, T1 is approximately 7.0 ms. Further, even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison with the conventional tools. With a fastener driving tool which is at least equipped with the main valve 119, the time period required for the pressure in the main valve chamber 108 to drop to a specific pressure due to the discharge of air can be reduced. Accordingly, the time period from when the trigger 139 and the push lever 142 are operated until the nailing motion occurs because of the displacement of the main valve 119 can be reduced. Incidentally, if V1/S1 is set to 0.6, T1 can be made even smaller, about 5.0 ms. Thus, time period until the nailing motion occurs can be further shortened. These values for T1 are sufficiently smaller than those in conventional fastener driving tools.

The air in the main valve chamber 108 passes through the main valve control channel 140 and through the air channel 116 of the trigger valve 106 and is discharged into the atmosphere. In this case, since cross-sectional area of the air channel 116 is larger than that of the main valve control channel 140, the air channel 116 does not prevent the air from flowing from the main valve chamber 108 into the atmosphere. Consequently, the time period from when the trigger 139 and the push lever 142 are operated until the main valve 119 is moved to the top dead center can be shortened.

Thus, by setting the maximum volume of the main valve chamber 108 and the cross-sectional area of the main valve control channel 140 to the aforementioned values, the compressed air in the main valve chamber 108 can be discharged quickly, so that the time period until the main valve chamber 108 assumes the atmospheric pressure can be reduced. Furthermore, a so-called air damper in the main valve chamber

US 7,398,647 B2

19

108 is not readily formed because of the improvement on the shape of the main valve control channel 140 and improvement on passing of air through the air channel 116. Accordingly, the discharge of air from the main valve chamber 108 can be improved even when the main valve 119 rises to the top dead center. Consequently, the main valve 119 can be moved immediately from the bottom dead center to the top dead center.

By the movement of the main valve 119 from its bottom dead center to the top dead center, the compressed air rapidly flows from the accumulator 102 into the plunger chamber, thereby rapidly moving the piston 104a toward its bottom dead center. Thus, the fastener is driven by the tip end 104c of the driver blade 104b connected to the piston 104a. The air in the underside of the piston 104a in the cylinder 103 flows through air channel 136 into the return air chamber 133. Further, a portion of the compressed air in the piston upper chamber also flows through the air channel 135 into the return air chamber 133, after the piston 104a is moved past the air channel 135.

When the trigger 139 is returned or the pressing of the push lever 142 against the workpiece is stopped, the plunger 107 moves to the bottom dead center because of the pressure applied to the plunger 107 from the accumulator 102 and the biasing force of the spring 112 (FIG. 14).

By the movement of the plunger 107 to the bottom dead center, the air channel 116 is closed by the O-ring 118, while the O-ring 115 loses its sealing effect. Thus, the compressed air in the accumulator 102 flows through the main valve intake channel 120 into the trigger valve chamber 113. In this case, because the trigger valve chamber 113 is in communication with the main valve control channel 140, the main valve chamber 108 is communicated with the accumulator 102 through the main valve intake channel 120. Thus compressed air is introduced into the main valve chamber 108. As described above, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area S1 of the main valve control channel 140 is V1/S1=0.8. This value is set smaller than that of the conventional fastener driving tools. As with the design concept for the trigger valve intake channel 14, this value is determined based on the design concept that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure by the introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

The graph shown in FIG. 10 is also available in the second embodiment. The lower V1/S1 becomes, the lower T1 becomes as well. Since V1/S1 is set to 0.8, T1 is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber 108 to rise to a specific pressure by the introduction of compressed air thereinto can be reduced. Thus, the time period from when the main valve 119 begins to return to the pre-nailing position (toward the bottom dead center) until the main valve 119 closes the top end of the cylinder 103 can be reduced. As a result, the time period from when the trigger 139 and the push lever 142 are operated until the main valve 119 reaches its bottom dead center (until the pre-nailing state for the subsequent nail driving operation) can be reduced. Further, since the time period for the main valve 119 to be closed is reduced, the amount of compressed air flowing from the accumulator 102 to the piston upper chamber can be reduced during movement of the main valve 119 toward its bottom dead center. Incidentally,

20

even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison to the conventional tools. If V1/S1 is set to 0.6, T1 can be made even smaller, approximately 5.5 ms. Consequently, the time period, following nailing, for the return to the pre-nailing state can be further reduced, while the amount of compressed air which flows from the accumulator 102 to the piston upper chamber can be further decreased.

In addition, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area Sm of the main valve intake channel 120 is likewise set to V1/S1=0.8. The main valve intake channel 120 and the main valve control channel 140 become a contiguous inflow passage directing to the main valve chamber 108. In this connection, the main valve intake channel 120 should provide a performance at least equal to that of the main valve control channel 140. As a result, V1/Sm was also set to 1.0 or less. In addition, V1/S1 and V1/Sm need not be the same value provided that they are both 1.0 or less. Incidentally, there is the curved area at the main valve control channel 140. However, the curved area does not lead to a significant flow resistance because of the gentle arcuate shape in the curved area. Thus, there is no obstruction in the flow of air to be directed into the main valve chamber 108.

As a result, the compressed air can instantaneously flow into the main valve chamber 108 so that a downward pressing force is imparted on the main valve 108 because of the difference in pressure receiving areas between the lower outer peripheral surface 147 and the top end surface 143 of the main valve 119. In the second embodiment, by setting both V1/S1 and V1/Sm to 0.8, the time period required for the main valve 119 to move to the bottom dead center, that is, to return the main valve 119 to its pre-nailing position can be reduced to approximately 3.8 ms. This returning movement is also due to the pressing force arising from the compressed air flowing into the main valve chamber 108 and the biasing force of the main valve spring 128.

Upon movement of the main valve 119 to its bottom dead center, the main valve 119 is coming into contact with the upper end of the cylinder 103 to shut off fluid connection between the accumulator 102 and the piston upper chamber. Further, immediately before the main valve 119 reaches its bottom dead center, the main valve 119 is separated from the frame 160 for providing fluid communication from the piston upper chamber with the atmosphere. As a result of the structural relationships, the main valve 119 is separated from the frame 160 prior to the complete return of the main valve 119 to the bottom dead center. In this instance, since the accumulator 102 and the piston upper chamber are not yet completely blocked from each other, the accumulator 102 is connected to the atmosphere through the piston upper chamber and the air discharge passage 129, so that the compressed air is discharged unnecessarily into the atmosphere. However, by setting V1/S1 and V1/Sm to 1.0 or less, the time period for the main valve 119 to move to the bottom dead center can be shortened, so that the unwanted consumption of the compressed air due to leakage of compressed air from the accumulator 102 to the atmosphere can be reduced as is also apparent from FIG. 10.

Then, underside of the piston 104a is then pressed by the compressed air accumulated in the return air chamber 133, and the piston 104a rapidly moves to its top dead center. The air in the piston upper chamber is released from the exhaust hole 149 to the atmosphere through the air discharge passage 129, and the fastener driving tool 1 returns to the initial state shown in FIG. 13.

US 7,398,647 B2

21

In the second embodiment, the bending portion of the main valve control channel 140 is configured into the gentle arcuate shape. As a modification, the bending portion can include at least two bent areas. In the latter case, the bending angle is preferably not less than 100°. With this arrangement, air can be smoothly flowed into the main valve chamber 108, and the air in the main valve chamber 108 can be smoothly discharged therefrom, without excessive channel resistance. With this arrangement, can be reduced the first time period from operation timing of the trigger 139 and the push lever 142 to the actual driving operation, and the second time period from release timing of the plunger 107 to the timing at which the main valve 119 has returned to its pre-driving position.

A fastener driving tool according to a third embodiment of the present invention will next be described with reference to FIGS. 17 through 19. The overall structure of the fastener driving tool 201 is substantially the same as the first embodiment except that the main valve section 26 in the first embodiment is not provided. In FIGS. 17 through 19, like parts and components are designated by reference numerals added with 200 to the reference numerals shown in FIGS. 1 through 11.

A nail gun 201 includes a frame 260, a handle 206A, a nose 241 having an injection opening 246, an accumulator 202, a cylinder 203, a piston 204a, a driver blade 204b and its tip end 204c, a return air chamber 233, one way valve 234, air channels 235, 236, a piston bumper 237, a trigger 239, a trigger valve 206 including a plunger 207, and a magazine 244.

A piston upper chamber 266 is defined by the piston 204a, the cylinder 203, and the frame 260. The piston upper chamber 266 extends into an upper section of the frame 260. Further, an air channel 262 extends from the piston upper chamber 266 to the trigger valve 206.

The trigger valve 206 shown in FIGS. 17 and 18 mainly includes a valve bush 210, a valve piston 209, the plunger 207, and a spring 212. The valve bush 210 formed with a through hole is fixed to the frame 260 to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve 206. The valve piston 209 is reciprocally slidably disposed in the valve bush 210. The plunger 207 is provided reciprocally slidably with respect to the through hole of the valve bush 210. The plunger 207 has a bottom end in contact with the trigger 239. The spring 212 is interposed between the valve piston 209 and the plunger 207 for biasing the valve piston 209 and the plunger 207 in opposite directions, that is, the valve piston 209 is biased upward, and the plunger 207 is biased downward.

An air channel 262 having a circular cross-section is formed within the frame 260 and extends from the piston upper chamber 266. The air channel 262 is connected to the trigger valve 206. In addition, an exhaust pipe 263 is provided in the handle 206A and has one end serving as an exhaust hole 249 opened at an end face of the handle 260A. The exhaust pipe 263 is connected to the trigger valve 206 at a position below the location at which the air channel 262 is connected to the trigger valve 206. Further, in the trigger valve 206, a valve plate 264 formed with a hole is disposed at a position between the connecting position between the air channel 262 and the trigger valve 206 and the connecting position between the exhaust pipe 263 and the trigger valve 206. The valve piston 209 extends through the hole of the valve plate 264. Further, a space is defined between the hole of the valve plate 264 and the valve piston 209. The space serves as an air channel 222.

Another air channel 220 is formed at the part of the frame 260, the part serving as a part of the trigger valve 206. The air channel 220 is adapted to provide a communication between the accumulator 202 and the trigger valve 206.

22

One end of the valve piston 209 in the sliding direction faces the accumulator 202. A valve piston rubber 221 is fitted in the vicinity of the opening of air channel 262 and at the upper end portion (a small diameter section) of the valve piston 209. The valve piston rubber 221 is adapted to come into contact with the frame 260 near the periphery of air channel 220 when the valve piston 209 is at its top dead center (FIG. 18), and come into contact with an area near the periphery of the center hole of the valve plate 264 when the valve piston 209 is at its bottom dead center (FIG. 19). The air channel 222 provides fluid communication between the piston upper chamber 266 and the air channel 262 when the valve piston rubber 221 is released from the valve plate 264 in accordance with the movement of the valve piston 209 to its upper dead center.

The valve piston 209 has a large diameter section provided with an O-ring 224 in sliding contact with the valve bush 210. The O-ring 224 provides sealing at the boundary between the valve piston 209 and the large diameter section.

A trigger valve chamber 213 is defined by one end (lower end) of the large diameter section of the valve piston 209 and the valve bush 210. The trigger valve chamber 213 has an internal volume variable due to the sliding movement of the valve piston 209, and is formed such that a maximum internal volume V2 defined when the valve piston 209 is at the top dead center is $4.0\times10^{-7}$ (m³). The O-ring 224 is adapted for blocking the fluid connection between the air channel 222 and the trigger valve chamber 213.

The plunger 207 extends into the trigger valve chamber 213, and a top end faces the accumulator 2. The small diameter section of the valve piston 209 is formed with a central bore 261 in communication with the accumulator 202, and the large diameter section of the valve piston 209 is formed with a stepped bore in communication with the central bore 261. An O-ring 215 is assembled at the stepped bore.

The plunger 207 has a small diameter section in association with the stepped bore. The outer diameter of the small diameter section of the plunger 207 is smaller than an inner diameter of the stepped bore. The small diameter section of plunger 207 is slidingly engageable with the O-ring 215 (FIG. 19) when the plunger 207 is moved to its top dead center. A trigger valve intake channel 214 is defined by the central bore 261.

The plunger 207 has a large diameter section provided with an O-ring 218 and in association with the through hole of the valve bush 210. An outer diameter of the large diameter section of the plunger 207 is smaller than an inner diameter of the through hole of the valve bush 210 to thus define a trigger valve control channel 216.

Consequently, the trigger valve intake channel 214 provides fluid communication between the accumulator 202 and the trigger valve chamber 213 when the small diameter section of the plunger 207 is disengaged from the O-ring 215. Further, the trigger valve control channel 216 provides fluid communication from the trigger valve chamber 213 to the atmosphere when the O-ring 218 is out of contact from the valve bush 210. The trigger valve intake channel 214 and trigger valve control channel 216 are alternately opened and blocked in accordance with the sliding motion of the plunger 207.

The trigger valve intake channel 214 is formed such that its cross-sectional area St is $2.75\times10^{-6}$ (m²). Further, the trigger valve control channel 216 is formed such that its cross-sectional area S2 is $1.98\times10^{-6}$ (m²). As a result, the value obtained from dividing the maximum volume of the trigger valve chamber 213 by the cross-sectional area of the trigger valve control channel 216 is V2/S2=0.2.

US 7,398,647 B2

23

The structure of the trigger valve 206 is such that, when the valve piston 209 is positioned at the top dead center (FIG. 18), the valve piston rubber 221 is in abutment with the frame 260 near the air channel 220. Since the air channel 220 is closed by the valve piston rubber 221, the communication between the accumulator 202 and the piston upper chamber 266 through the air channels 262 and 220 is blocked. Further, the air channel 222 is opened to allow fluid communication between the piston upper chamber 266 and the exhaust pipe 263 through the air channels 262, 220,222.

On the other hand, when the valve piston 209 is positioned at the bottom dead center (FIG. 19), the valve piston rubber 221 is seated on the valve plate 264 to close the air channel 222. Thus, fluid communication between the piston upper chamber 266 and the exhaust pipe 263 is shut off. Further, the air channel 220 is opened to provide fluid communication between the accumulator 202 and the piston upper chamber 266 through the air channels 262 and 220.

When the plunger 207 is positioned at the top dead center (FIG. 19), the trigger valve control channel 216 is opened so that the trigger valve chamber 213 is communicated with the atmosphere, while the trigger valve intake channel 214 is closed by the O-ring 215 so that fluid communication between the accumulator 202 and the trigger valve chamber 213 is blocked. On the other hand, when the plunger 207 is positioned at its bottom dead center (FIG. 18), the trigger valve control channel 216 is closed by the O-ring 218, so that fluid communication between the trigger valve chamber 213 and the atmosphere is blocked, while the trigger valve intake channel 214 is opened so that the accumulator 202 and the trigger valve chamber 213 are communicated with each other.

The nail driving operation will be described. FIGS. 17 and 18 show a state in which compressed air from the compressor (not shown) is accumulated in the accumulator 202 through the hose (not shown). In this state, as shown in FIG. 18, the plunger 207 is positioned at its bottom dead center by the biasing force of the spring 212. Since the plunger 207 is positioned at the bottom dead center, the main valve intake channel 214 is open to provide fluid communication between the accumulator 202 and the trigger valve chamber 213. At the same time, the trigger valve control channel 216 is closed by the O-ring 218, so the fluid connection between the trigger valve chamber 213 and the atmosphere is blocked.

In this case, because of the biasing force of the spring 212 and the difference in pressure receiving areas between the lower end area and the upper end area of the valve piston 210, the valve piston 209 is positioned at its top dead center. Therefore, air channel 220 is closed by the valve piston rubber 221 to shut off communication between the accumulator 202 and the air channel 262. At the same time, since the air channel 222 is opened by the valve piston rubber 221, the air channel 262 and the exhaust pipe 263 are fluidly connected to each other. Thus, the piston upper chamber 266 assumes the atmospheric pressure, and the piston 204a is positioned at its top dead center as shown in FIG. 17.

FIG. 19 shows the state where the plunger 207 is pushed up to the top dead center by pulling the trigger 239. In this state, the O-ring 218 loses its sealing effect to open the trigger valve control channel 216. As a result, the trigger valve chamber 213 and the atmosphere are fluidly connected to each other, so the trigger valve chamber 213 assumes the atmospheric pressure. Further, since the trigger valve intake channel 214 is closed by the O-ring 215, fluid communication between the accumulator 202 and the trigger valve chamber 213 is blocked.

Since the pressure in the trigger valve chamber 213 becomes atmospheric pressure, pressure difference is pro-

24

vided between the accumulator side and the trigger valve chamber side of the valve piston 209. Thus, the valve piston 209 is moved to its bottom dead center.

The relationship between V2/S2 and the time period T2 from when the pressure in the trigger valve chamber 213 begins to drop until the valve piston 209 moves to maximum displacement is basically the same as that shown in FIG. 6. In the third embodiment, if V2/S2 is 0.2, the time period for the valve piston 209 to move from its top dead center to its bottom dead center is approximately 0.75 ms. With a fastener driving tool which is at least equipped with the valve piston 209, by making the cross-sectional area of the trigger valve used to discharge the air larger with respect to the volume of the trigger valve 213, the time period required for the pressure in the trigger valve chamber 213 to drop to a specific pressure because of the discharge of air can be decreased. Accordingly, the time period from when the plunger 207 is pressed until the valve piston 209 moves to maximum displacement can be shortened. As a result, the time period from when the trigger 239 is operated until the nailing motion occurs due to the displacement of the valve piston 209 can be shortened. Incidentally, if V2/S2 is set to 0.15, T2 can be made even smaller, and if V2/S2 is set to 0.10, T2 can be made smaller still. These values for T2 are sufficiently smaller than those in conventional fastener driving tools.

Thus, by setting the maximum volume V2 of the trigger valve chamber 213 and the cross-sectional area S2 of the trigger valve control channel 216 to the aforementioned values, discharge of the compressed air from the trigger valve chamber 213 can be promptly performed, and the time period until the trigger valve chamber 213 assumes the atmospheric pressure can be reduced. Furthermore, since the discharge of air from the trigger valve chamber 213 can be improved when the valve piston 209 is moved to the bottom dead center, a so-called air damper in which the pressure in the trigger valve chamber 213 impedes the movement of the valve piston 209 is not readily formed. Accordingly, the valve piston 209 can be moved immediately from the top dead center to the bottom dead center without being interrupted by the air damper. Incidentally, even though the valve piston 209 is biased toward the top dead center by the spring 212, the valve piston 209 is movable to the bottom dead center against the biasing force because of the pressure difference since the biasing force of the spring 212 is set beforehand to be weaker than the force caused by the pressure difference.

As shown in FIG. 19, when the valve piston 209 reaches its bottom dead center, the air channel 222 is closed by the valve piston rubber 221 to block fluid communication between the air channel 262 and the exhaust pipe 263. At the same time, the air channel 220 is opened by the valve piston rubber 221, so that the accumulator 202 and air channel 262 are fluidly connected to each other. Thus, air flows from the accumulator 202 into the piston upper chamber 266, and the piston upper chamber 266 provides the pressure level the same as that in the accumulator 202. In this instance, since the pressure in the piston upper chamber 266 becomes greater than the pressure in the piston lower chamber in the cylinder 203, the piston 204a moves rapidly to its bottom dead point. Thus, the fastener is driven by the tip end 204c of the driver blade 204b. The air in the underside of the piston 204a in the cylinder 203 flows through an air channel 236 into the return air chamber 233. Further, a portion of the compressed air in the piston upper chamber 266 flows through the air channel 235 into the return air chamber 233, after the piston 204a is moved past the air channel 235.

When the trigger 239 is returned, the plunger 207 moves to its bottom dead center because of the pressure applied from

25

the accumulator **202** and the biasing force of the spring **212**. In this case, as described above, the cross-sectional area St of the trigger valve intake channel **214** is set to $2.75 \times 10^{-6}$ (m$^2$), which is relatively larger than that of the conventional tool. This is due to a design concept in that the mass rate of flow is proportional to the cross-sectional area of the tube. That is, it is based on the discovery that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure due to introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

At this point, since the cross-sectional area St of the trigger valve intake channel **214** is set to $2.75 \times 10^{-6}$ (m$^2$), the pressure in the trigger valve chamber **213** instantaneously rises. As a result, the time period required for the pressure in the trigger valve chamber **213** to rise to a specific pressure due to the flow of compressed air can be decreased. Thus, the time period from when the pressing force on the plunger **207** ceases until the valve piston **209** returns to the pre-nailing position can be shortened. The valve piston rubber **221** provided on the valve piston **209** comes into contact with the frame **260** at the top dead center of the valve piston **209**, and comes into contact with the valve plate **264** at the bottom dead center of the valve piston **209**. Therefore, a fluid connection between the valve upper chamber **266** and the accumulator **202**, and a fluid connection between the piston upper chamber **266** and the exhaust pipe **263** is alternately provided.

However, in more detailed aspect, during the movement of the valve piston **209** from its bottom dead center to its top dead center, the valve piston rubber **264** is out of contact from the frame **260** and from the valve plate **264**. Accordingly, the connection between the piston upper chamber **266** and the accumulator **202** and the connection between the piston upper chamber **266** and the atmosphere can be simultaneously formed. As a result, the accumulator **202** and the atmosphere are connected, and the compressed air in the accumulator **202** is discharged into the atmosphere even during the movement of the valve piston **209** from its bottom dead center to its top dead center, which results in a waste of compressed air. However, since the valve piston **209** in the third embodiment can move from the bottom dead center to the top dead center more quickly than with the conventional tools, the amount of wasted compressed air which is unnecessarily discharged can be reduced.

At that point, the air channel **220** is closed by the valve piston rubber **221** to block communication between the accumulator **202** and the air channel **262**. Thus, the flow of air from the accumulator **202** to the piston upper chamber **266** stops. In addition, air channel **222** is opened, so that air channel **262** and the exhaust pipe **263** are fluidly connected to each other. As a result, the air which has been accumulated in the piston upper chamber **266** is discharged to the atmosphere through the air channel **262**, **222**, exhaust pipe **263** and the exhaust hole **249**. Thus, the piston upper chamber **266** assumes the atmospheric pressure.

Consequently, the piston **204**a moves rapidly to the top dead point because the bottom of the piston **204**a is imparted with a pressing force by the compressed air accumulated in the return air chamber **233**, and the fastener driving tool **201** returns to the state shown in FIG. **17**. Incidentally, the cross-sectional area of the trigger valve intake channel **214** can be made larger such as $3.00 \times 10^{-6}$ (m$^2$) or $3.25 \times 10^{-6}$ (m$^2$). With this arrangement, the unit rate of flow of the compressed air entering the trigger valve chamber **213** increases, so that the

26

time period required for the pressure increase in the trigger valve chamber **213** can be shortened.

Characteristic in nailing motion of the fastener driving tool according to the first embodiment will be described chronologically in comparison with a comparative fastener driving tool. In the graph shown in FIG. **20**, the characteristics of the process of driving a nail into wood are shown for the fastener driving tool **1** involved in the first embodiment, and in the graph shown in FIG. **21**, the characteristics of the process of driving a nail into wood with a fastener driving tool are shown for the comparative fastener driving tool.

In these graphs, the x-axis represents time, and y-axis in FIG. **20**(a) represents pressure in the trigger valve chamber **13**, the main valve chamber **8**, the accumulator **2**, the piston **4**a upper chamber, and the return chamber **33** in the fastener driving tool according to the first embodiment. Further, Y-axes in FIGS. **20**(b) through **20**(d) represent a displacement of the main valve **19**, a displacement of the valve piston **9**, and a displacement of the piston **4**a according to the first embodiment. Here, the origin of the x-axis (0 ms) represents the time at which the plunger **7** is pressed and the pressure in the trigger valve chamber **13** begins to drop. The same is true with respect to FIG. **21**(a) through (d) for the comparative fastener driving tool.

The dimensions in the comparative fastener driving tool involved in the nailing process were: maximum main valve chamber volume V1$^r$=$2.56 \times 10^{-5}$ (m$^3$); main valve control channel cross-sectional area S1$^r$=$0.8 \times 10^{-5}$ (m$^2$); V1$^r$/S1$^r$=3.2; maximum trigger valve chamber volume V2$^r$=$4.0 \times 10^{-7}$ (m$^3$); trigger valve control channel cross-sectional area S2$^r$=$0.465 \times 10^{-6}$ (m$^2$); V2$^r$/S2$^r$=0.86. The dimensions in the fastener driving tool involved in the first embodiment were: maximum main valve chamber **8** volume V1=$2.56 \times 10^{-5}$ (m$^3$); main valve control channel **40** cross-sectional area S1=$3.2 \times 10^{-5}$ (m$^2$); V1/S1=0.8; maximum trigger valve chamber **13** volume V2=$4.0 \times 10^{-7}$ (m$^3$); trigger valve control channel **16** cross-sectional area S2=$1.98 \times 10^{-6}$ (m$^2$); V2/S2=0.2.

In FIGS. **20** and **21**, A and A' represent the timing at which pressure drop in the trigger valve chamber **13** is started, B and B' represent the timing at which the pressure in the trigger valve chamber **13** becomes atmospheric pressure, C and C' represents the timing at which the movement of the main valve **19** toward its upper dead center is started, D and D' represent the timing at which the main valve **19** reaches its top dead center, E and E' represent the timing at which the movement of the valve piston **9** toward its bottom dead center is started, F and F' represent the timing that the valve piston **9** reaches its bottom dead center, and G and G' represent the timing at which the piston **4**a reaches its bottom dead center.

By pressing the plunger **7**, the pressure in the trigger valve chamber **13** drops and, in conjunction with this pressure change, the valve piston **9** begins to be displaced from the top dead center. At that point, since V2/S2=0.2 in the first embodiment has been set smaller than the value V2'/S2'=0.86 in the comparative tool, so the compressed air in the trigger valve chamber **13** can be instantaneously discharged through the trigger valve control channel **16** into the atmosphere. As a result, only 3.0 ms was required for the pressure drop to the atmosphere in the trigger valve chamber **13**, whereas 11.3 ms was required for the pressure drop in the comparative tool (see B and B'). Further, only 0.74 ms was required for moving the valve piston **9** to its bottom dead center in the first embodiment whereas 0.85 ms was required for the movement in the comparative tool (see F and F').

Because of the displacement of the valve piston **9** toward its bottom dead center, the O-ring **23** loses its sealing effect, so that the air channel **22** and the main valve control channel **40**

US 7,398,647 B2

27                                                                                28

are fluidly connected to each other and the pressure in the main valve chamber **8** begins to drop. At that point, since V1/S1=0.8 in the first embodiment is smaller than V1'/S1'=3.2 in the comparative tool, the compressed air in the main valve chamber **8** can be instantaneously discharged through the main valve control channel **40** and the air channel **22** into the atmosphere. As a result, 22.4 ms was required for the pressure drop in the conventional main valve chamber to the minimum value for starting movement of the main valve from its bottom dead center. On the other hand, only 6.1 ms was required for the pressure drop in the main valve chamber **13** to the minimum value for starting movement of the main valve **19** from its bottom dead center (see C and C'). During this period, the pressure in the main valve chamber **8** rises temporarily due to the displacement of the main valve **19**. However, since the cross-sectional area of the air channel **22** was set to be smaller than the cross-sectional area of the main valve control channel **40**, excessive back-pressure is not applied to the main valve chamber **8**. Then, the main valve **19** in the first embodiment reaches the top dead point after 7.1 ms (see D).

By the movement of the main valve **19** toward its top dead center, the compressed air flows from the accumulator **2** to the piston upper chamber, so that the piston upper chamber becomes highly pressurized. Due to the pressure difference between the upper chamber and lower chamber of the piston **4**a, the piston **4**a drops to the bottom dead center for driving the fastener **5**. As a result of this, the process from when the worker pulls the trigger **39** until the fastener **5** is driven is completed. In the first embodiment, the process only requires 11.3 ms, whereas the comparative tool requires 27.1 ms (see F and F'). This difference clearly represents an improvement on the nailing response.

In addition, as a result of experimentation using a variety of fastener driving tools and investigating what degree of improvement in the response was sufficient for the effect to be perceived, it was found that if nailing occurred within 12 ms after the trigger is pulled and the push lever was pressed against the workpiece, the response was perceived to be good, the work became easy to perform, and it became easy to drive fasteners in a continuous manner. Moreover, it was found that as this amount of time grew longer, the response gradually grew worse, and in the vicinity of the 27.1 ms of the conventional tool, the work became difficult to perform and it became difficult to drive fasteners in a continuous manner. From this perspective as well, the response was improved, and the work performance was improved as well based on the fastener driving tool **1** in the first embodiment.

Next, an entire one-shot process starting from the pushing timing of the plunger **7** to the recovery timing to the initial state for starting the next nail driving operation will be described with reference to FIGS. **22**(a) through **23**(e). These graphs are particularly useful for the explanation of the process of returning to the initial state.

In these graphs, the x-axis represents time, and y-axis in FIG. **22**(a) represents pressure in the trigger valve chamber **13**, the main valve chamber **8**, the accumulator **2**, the piston **4**a upper chamber, and the return chamber **33** in the fastener driving tool according to the first embodiment. Further, Y-axes in FIGS. **22**(b) through **22**(d) represent a displacement of the main valve **19**, a displacement of the valve piston **9**, a displacement of the piston **4**a, and a displacement of a tool itself according to the first embodiment. Here, the origin of the x axis (0 ms) represents the time at which the plunger **7** is pressed and the pressure in the trigger valve chamber **13** begins to drop. The same is true with respect to FIGS. **23**(a) through (e) for another comparative fastener driving tool.

The dimensions in the comparative fastener driving tool involved were; maximum main valve chamber volume V1'=2.621×10⁻³ (m³); main valve control channel cross-sectional area S1'=1.963×10⁻⁵ (m²); V1'/S1'=1.335; main valve intake channel cross-sectional area Sm'=0.41×10⁻⁵ (m²); V1'/Sm'=6.5; trigger valve intake channel cross-sectional area St'=1.78×10⁻⁷ (m²). The dimensions in the fastener driving tool involved in the first embodiment were: maximum main valve chamber **8** volume V1=2.56×10⁻⁵ (m³); main valve control channel **40** cross-sectional area S1=3.2×10⁻⁵ (m²); V1/S1=0.8; main valve intake channel **20** cross-sectional area Sm=3.2×10⁻⁵ (m²); V1/Sm=0.8; trigger valve intake channel cross-sectional area St=2.75×10⁻⁶ (m²).

In FIGS. **22**(a) through **23**(e), A through G and A' through G' are the same as those shown in FIGS. **20**(a) through **21**(d). H and H' represent the timing at which the returning motion of the main valve is started. I and I' represent the timing at which the main valve is returned to its initial position. J and J' represent the timing at which the returning motion of the valve piston is started. K and K' represent the timing at which the valve piston is returned to its initial position. L and L' represent the timing at which the piston is returned to its initial position. M and M' represent the timing at which the entire tool is displaced by a maximum amount.

In the first embodiment, 6.9 ms was required for starting nail driving by starting the movement of the piston **4**a whereas the comparative tool required 22.2 ms for the starting (see FIGS. **22**(d) and **23**(d). In reaction to the movement of the piston, the tool body itself begins to move upward. Subsequently the piston **4**a reaches the bottom dead center, and nailing was completed after 11.3 ms in the first embodiment, as opposed to after 26.9 ms in the comparative tool. The upward displacement of both the fastener driving tool **1** and the comparative tool at this point was 5 mm. Further, in the first embodiment, the upward displacement of the tool itself reached 10 mm at 18.6 ms, whereas in the comparative tool, the upward displacement of the tool itself reached 10 mm at 35.1 ms (see FIGS. **22**(e) and **23**(e)).

At this point, the relative position between the push lever **42** and the nose **41** was restored to the initial position, and the plunger **7** which has been biased upward by the push lever **42** is returned to its initial position. In the first embodiment, the valve piston **9** began to move due to the pressure of the accumulator **2** and the pressing force of the spring **12** at 18.6 ms, and the valve piston **9** was returned to the initial position at 20.3 ms. On the other hand, in the comparative tool, the valve piston began to move at 35.2 ms, and returned to the initial position at 37.4 ms (See FIGS. **22**(c) and **23**(c)).

By the movement of the valve piston **9**, the compressed air in the accumulator **2** flows into the main valve chamber **8** through the main valve intake channel **20** and the main valve control channel **40**. As a result in the first embodiment, the main valve **19** began to move at 21.4 ms, whereas in the comparative tool, the main valve **19'** began to move at 38.9 ms (see H and H'). In addition, in the first embodiment, the main valve **19** was returned to the initial position at its bottom dead center at 25.2 ms, whereas in the comparative tool, the main valve **19'** was returned to its initial position at its bottom dead center at 44.3 ms (see I and I'). Simultaneously, the compressed air filled in the piston upper chamber is released to the atmosphere through air channel **29** and the exhaust hole **49**, and the tool was returned to the initial state.

As described above, in the first embodiment, the time period from the moment when either the pulling of the trigger **39** is released or the pressing of the push lever **42** against the workpiece is released (18.6 ms) until the main valve is closed

US 7,398,647 B2

29

(25.2 ms) was 25.2 ms−18.6 ms=6.6 ms. On the other hand, in the comparative tool, the time period was 44.3 ms−35.2 ms=9.1 ms.

In addition, experimentations were conducted using a variety of fastener driving tools for investigating how much the time period needed to be shortened in order for a sufficient improvement on response to be perceived, the time period being from the moment when either the pressing of the trigger **39** was released or the pressing of the push lever **42** against the workpiece is released until the main valve is closed. As a result of experiments, it was found that if the time period is within 7 ms, the response was perceived to be extremely good facilitating driving work and continuous driving.

Therefore, since the first embodiment requires the time period of within 7 ms, the transition to the next nailing operation can proceed rapidly to improve the response. In addition, because of the prompt closure of the main valve, unnecessary air consumption can be avoided.

While the invention has been described in detail and with reference to specific embodiments thereof, it would be apparent to those skilled in the art that various changes and modifications may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates compressed air;

a cylinder disposed within the frame;

a piston disposed within the cylinder and movable between a top dead center and a bottom dead center, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a main valve section disposed in the frame and having a main valve movable between a top dead center and a bottom dead center to alternately open and block fluid communication between the piston upper chamber and the accumulator, a main valve chamber being defined by an upper surface of the main valve and a part of the frame;

a trigger valve section having a plunger movable between a top dead center and a bottom dead center so as to alternately open and block fluid communication from the accumulator to the main valve chamber, and fluid communication from the main valve chamber to atmosphere;

a first channel providing a fluid communication between the main valve chamber and the trigger valve section; and

a trigger adapted to press the plunger when operated by a user;

wherein a ratio obtained from dividing a maximum internal volume of the main valve chamber measured in $m^3$ by a cross sectional area of the first channel measured in $m^2$ is no greater than 0.8.

**2**. The fastener driving tool as defined in claim **1**, wherein the piston moves from the top dead center to the bottom dead center within 11.3 msec when the plunger is pressed.

**3**. The fastener driving tool as defined in claim **1**, wherein the main valve moves from the bottom center to the top dead center within 7 msec when the plunger is pressed.

**4**. A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates a compressed air;

a cylinder disposed within the frame;

a piston disposed in the cylinder and movable between a top dead center and a bottom dead center, a piston upper

30

chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a main valve section disposed in the frame and having a main valve movable between a top dead center and a bottom dead center to alternately open and block fluid communication between the piston upper chamber and the accumulator, a main valve chamber being defined by an upper surface of the main valve and a part of the frame;

a trigger valve section including a trigger valve frame, a valve piston disposed in the trigger valve frame and a plunger disposed extending through the valve piston and movable between a top dead center and a bottom dead center, the valve piston being movable between a top dead center and a bottom center in a direction opposite to movement of the plunger so as to alternately open and block fluid communication from the accumulator to the main valve chamber, and a fluid communication from the main valve chamber to atmosphere;

a trigger valve chamber defined by the trigger valve frame, an end surface of the valve piston and the plunger;

a channel providing fluid communication between the trigger valve chamber and the plunger; and

a trigger adapted to press the plunger when operated by a user;

wherein a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by a cross sectional area of the channel measured in $m^2$ is no greater than 0.20.

**5**. The fastener driving tool as defined in claim **4**, wherein the piston moves from the top dead center to the bottom dead center within 11.3 msec when the plunger is pressed.

**6**. The fastener driving tool as defined in claim **4**, wherein the valve piston moves from the top dead center to the bottom dead center within 0.75 msec when the plunger is pressed.

**7**. A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates compressed air;

a cylinder disposed within the frame;

a piston disposed within the cylinder and movable between a top dead center and a bottom dead center, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a trigger valve section including a trigger valve frame, a valve piston disposed in the trigger valve frame and movable between a top dead center and a bottom dead center and a plunger disposed extending through the trigger valve frame and movable between a top dead center and a bottom dead center in a direction opposite to movement of the valve piston, so as to alternately open and block fluid communication from the accumulator to the piston upper chamber, and fluid communication from the piston upper chamber to atmosphere;

a trigger valve chamber defined by the trigger valve frame, and an end surface of the valve piston and the plunger;

a channel providing fluid communication between the trigger valve chamber and atmosphere; and

a trigger adapted to press the plunger when operated by a user;

wherein a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by a cross sectional area of the channel measured in $m^2$ is no greater than 0.20.

**8**. The fastener driving tool as defined in claim **7**, wherein the piston moves from the top dead center to the bottom dead center within 11.3 msec when the plunger is pressed.

US 7,398,647 B2

| 31 | 32 |

**9**. A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates compressed air;

a cylinder disposed within the frame;

a piston disposed within the cylinder and movable between a top dead center and a bottom dead center, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a trigger valve section including a trigger valve frame and movable between a top dead center and a bottom dead center and a plunger disposed extending through the trigger valve frame and movable between a top dead center and a bottom dead center in a direction opposite to movement of the valve piston so as to alternatively open and block fluid communication from the accumulator to the piston upper chamber, and a first channel providing fluid communication from the piston upper chamber to atmosphere;

a trigger valve chamber defined by the trigger valve frame, and an end surface of the valve piston and the plunger;

a second channel providing fluid communication between the trigger valve chamber and atmosphere; and

a trigger adapted to press the plunger when operated by a user;

wherein a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in m$^3$ by a cross sectional area of the second channel measured by m$^2$ is no greater than 0.20.

**10**. A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates a compressed air;

a cylinder disposed within the frame;

a piston disposed in the cylinder and movable between a top dead center and a bottom dead center, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a main valve section disposed in the frame and having a main valve movable between a top dead center and a bottom dead center to alternately open and block fluid communication between the piston upper chamber and the accumulator, a main valve chamber being defined by an upper surface of the main valve and a part of the frame;

a trigger valve section including a trigger valve frame, a valve piston disposed in the trigger valve frame and a plunger disposed extending through the valve piston and movable between a top dead canter and a bottom dead center, the valve piston being movable between a top dead center and a bottom center in a direction opposite to movement of the plunger so as to alternatively open and block fluid communication from the accumulator to the main valve chamber, and a fluid communication from the main valve chamber to atmosphere;

a first channel providing a fluid communication between the main valve chamber and the trigger valve section; and

a trigger adapted to press the plunger when operated by a user;

wherein a ratio obtained from dividing a maximum internal volume of the main valve chamber measured in m$^3$ by a cross sectional area of the first channel measured in m$^2$ is no greater than 0.8.

* * * * *

# EXHIBIT E

US007325709B2

(12) **United States Patent**    (10) **Patent No.:**    **US 7,325,709 B2**

Ishizawa et al.    (45) **Date of Patent:**    **Feb. 5, 2008**

(54) **FASTENER DRIVING TOOL AND MAGAZINE DEVICE**

(75) Inventors: **Yoshinori Ishizawa**, Hitachinaka (JP);
**Hiroki Kitagawa**, Hitachinaka (JP);
**Masashi Nishida**, Hitachinaka (JP)

(73) Assignee: **Hitachi Koki Co., Ltd.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 113 days.

(21) Appl. No.: **11/078,476**

(22) Filed: **Mar. 14, 2005**

(65) **Prior Publication Data**

US 2005/0211745 A1    Sep. 29, 2005

(30) **Foreign Application Priority Data**

Mar. 29, 2004    (JP)    ........................... P2004-094190

(51) **Int. Cl.**
**B25C 1/04**    (2006.01)

(52) **U.S. Cl.** ..................... **227/120**; 227/119; 227/139; 227/147

(58) **Field of Classification Search** ............... 227/120, 227/119, 139, 147, 150
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,980,179 A * 9/1976 Schrepferman ............. 206/338
4,524,896 A * 6/1985 Morrell, Jr. ................. 227/126
5,816,469 A 10/1998 Ohuchi
6,053,389 A * 4/2000 Chu et al. ................... 227/120

6,296,167 B1 10/2001 Jen
6,431,428 B1 8/2002 Chen
6,609,646 B2 * 8/2003 Miller et al. .................... 227/8
6,641,022 B2 * 11/2003 Hamano et al. ............ 227/120
6,729,524 B1 * 5/2004 Yao ............................ 227/120
7,025,242 B1 * 4/2006 Schnell ...................... 227/120

FOREIGN PATENT DOCUMENTS

CN    2 086 190    10/1991
CN    2442797    10/2000
EP    1 118 435    7/2001
JP    1-222872    9/1989
JP    2001-277149    10/2001
JP    2002-066949    3/2002

* cited by examiner

*Primary Examiner*—Brian D. Nash
(74) *Attorney, Agent, or Firm*—Antonelli, Terry, Stout & Kraus, LLP.

(57)    **ABSTRACT**

A fastener driving tool having a magazine device including a magazine and a nail feeder. The magazine extends in a first direction and defines an accommodation portion for accommodating therein a fastener array. Each fastener has a shaft with a sharp-end and a head connected to the shaft. The plurality of fasteners are directed in a second direction perpendicular to the first direction and positioned side by side to form the fastener array extending in the first direction. The magazine has one end and another end in the second direction. One end is close to the sharp end of the fastener and another end is close to the head of the fastener. The accommodation portion includes an expanding portion having a width in a third direction perpendicular to the first direction and to the second direction. The width is gradually increased from the one end toward the other end.

**18 Claims, 7 Drawing Sheets**



# FIG.1



Case 1:18-cv-00313-CFC-CJB   Document 1-1   Filed 02/23/18   Page 103 of 114 PageID #: 118

# FIG.2



# FIG.3



FIG.4





FIG.5

FIG.6(a)                    FIG.6(b)

# FIG.7



# FIG.8



# FIG.9



# FIG.10



# FIG.11



122

US 7,325,709 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# FASTENER DRIVING TOOL AND MAGAZINE DEVICE

## BACKGROUND OF THE INVENTION

The present invention relates to a fastener driving tool such as a nail gun, and, more particularly, to a fastener driving tool provided with a highly rigid and light-weight magazine.

In a conventional fastener driving tool such as a nail gun, reciprocal motion of a piston is transferred to a driver blade that moves along a nose portion of the nail gun, and a nail supplied to the nose portion is struck by the driver blade to drive the nail into a workpiece such as a piece of wood. To successively supply the nails to the nose portion, the nails are closely positioned side by side and connected to each other to form an array by using a resin or the like. The nail array is inserted into a magazine fixed to the nail gun. The nail array is urged toward the nose portion by a nail feeder provided in the magazine. The provision of a magazine enhances portability and utility of the nail gun.

Various magazine devices each including a magazine and a nail feeder have been proposed to accurately and reliably supply nails accommodated in the magazine to the nose portion as disclosed in laid open Japanese Patent Application publication Nos. H01-222872, 2002-66949 and 2001-277149.

The magazine devices disclosed in these publications are configured to hold the nails by a casing of a magazine itself, or components provided in the magazine casing. The shape of the casing of the conventional magazine **122** is shown in FIG. **11**. The shape is in conformance with the shape of the nails held therein.

## SUMMARY OF THE INVENTION

The present inventors realized the inherent problems in the conventional fastener driving tool. Because the shape of the magazine casing is in conformance with the shape of the nails, the casing is relatively thin in a direction perpendicular to an axis of the fasteners. Thus the ratio of the length in the perpendicular direction to the length in the axial direction is small. This leads to a problem in that the magazine readily flexes and bends in the direction perpendicular to the axis of the fasteners. This may cause the fasteners to come into contact with an inner surface of the casing when the entire magazine flexes, even while fasteners are held within the magazine. Accordingly, reliable supply of fasteners to the nose portion may be degraded.

To solve this problem, thick magazine casing is conceivable to enhance rigidity. However, this would make the magazine heavier and, as a result, destroy the portability thereof.

Further, in a large fastener driving tool with an increased fastener storage capacity, the user cannot hold the fastener driving tool reliably with just one hand on the handle portion which is a grasping section. In such a case, the user may have to use the other hand to hold the magazine that extends outward in the vicinity of the handle portion. With such a conventional magazine that follows the shape of the fasteners, angulated corners are provided. Therefore, it is difficult to hold the magazine by hand. This presents a particularly obvious problem for people with small hands.

It is therefore, an object of the present invention to provide a fastener driving tool provided with a light weight magazine device having sufficient rigidity and facilitating hand-holding.

This and other object of the present invention will be attained by a fastener driving tool including a frame, a nose portion, a driver blade, a handle portion, and a magazine device provided with a magazine and a nail feeder. The nose portion extends outward from the frame for contacting a workpiece. The nose portion is formed with an ejection passage. The driver blade is reciprocally movable within the ejection passage. The handle portion extends outward from the frame and provides a grasping portion. The magazine device bridges between the nose portion and the handle portion for supplying fasteners to a position of the ejection passage. In the magazine, the magazine has one end and another end in a moving direction of the driver blade, and defines an accommodation portion for accommodating therein a fastener array. Each fastener has a shaft with a sharp-end and a head connected to the shaft. A plurality of fasteners are directed in parallel with the moving direction of the driver blade in the magazine and are positioned side by side to form the fastener array. The accommodation portion includes an expanding portion having a width in a direction perpendicular to the shaft of the fastener and to the fastener array. The width is gradually increased from the one end close to the sharp end of the fastener toward the other end close to the head of the fastener. The nail feeder is disposed in the magazine for urging the fastener array toward the ejection passage.

In another aspect of the invention, there is provided a magazine device including a magazine and a nail feeder. The magazine extends in a first direction and defines an accommodation portion for accommodating therein a fastener array. Each fastener has a shaft with a sharp-end and a head connected to the shaft. A plurality of fasteners are directed in a second direction perpendicular to the first direction and are positioned side by side to form the fastener array extending in the first direction. The magazine has one end and another end in the second direction. One end is close to the sharp end of the fastener and the other end is close to the head of the fastener. The accommodation portion includes an expanding portion having a width in a third direction perpendicular to the first direction and to the second direction, and the width is gradually increased from the one end toward the other end. The nail feeder is disposed in the magazine for urging the fastener array in the first direction.

## BRIEF DESCRIPTION OF DRAWINGS

In the drawings:

FIG. **1** is a vertical cross-sectional view of a nail gun according to an embodiment of the present invention;

FIG. **2** is a cross-sectional view taken along the line I-I in FIG. **1**;

FIG. **3** is a cross-sectional view taken along the line II-II in FIG. **1**;

FIG. **4** is a view particularly showing an handle arm of the nail gun according to the embodiment;

FIG. **5** is a cross-sectional view taken along the line III-III in FIG. **4**;

FIG. **6**(*a*) is a cross-sectional view of a part of a magazine in the nail gun according to the embodiment;

FIG. **6**(*b*) is a cross-sectional view of a part of a magazine in a conventional fastener driving tool for the purpose of comparison with the structure shown in FIG. **6**(*a*);

FIG. **7** is a cross-sectional view of a magazine device in a fastener driving tool according to a first modification to the embodiment;

US 7,325,709 B2

3

FIG. **8** is a partial view of a magazine device in a fastener driving tool according to a second modification to the embodiment;

FIG. **9** is a partial view of a magazine device in a fastener driving tool according to a third modification to the embodiment;

FIG. **10** is a cross-sectional view of an end section of the third modification; and

FIG. **11** is a cross-sectional view showing a magazine in a conventional nail gun.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

A fastener driving tool according to an embodiment of the present invention will now be described with reference to FIGS. **1** to **7**. The first embodiment pertains to a nail gun **1** which employs compressed air as a power source to drive nails. The nail gun **1** includes a frame **2**, a handle **2**A located at one end of the frame **2**, and a nose **9** located at a lower end of the frame **2**. The frame **2**, the handle **2**A and the nose **9** are provided integrally. Within the nose **9** is formed an ejection aperture **9***a* that is a space through which nails **10** are supplied and in which a driver blade **4**B (described later) slides reciprocally. An accumulator **3** is defined within the handle **2**A and the frame **2** for accumulating therein compressed air supplied from a compressor (not shown). The accumulator **3** is connected to the compressor by an air hose (not shown). A cylinder **5** is disposed within the frame **2**. A piston **4**A is disposed within the cylinder **5**. The piston **4**A is reciprocally slidably movable relative to the cylinder in an axial direction thereof. The driver blade **4**B is connected integrally with the piston **4**A. The driver blade **4**B has a tip end **4**C to which the nail is abuttable.

A return chamber **6** is provided on a lower outer periphery of the cylinder **5** for saving compressed air in order to return the piston **4**A to its top dead center. An air passageway **6***a* is formed in an axially intermediate portion of the cylinder **5**, and a check valve **7** is provided to cover the air passageway **6***a*. The check valve **7** allows air to flow only in one direction from within the cylinder **5** into the return chamber **6**. Another air passageway **6***b* in continuous communication with the return chamber **6** is formed at the lower end portion of the cylinder **5**. Further, a piston bumper **8** is provided at the lower end of the cylinder **5** for absorbing excess energy of the piston **4**A after one of the nails **10** has been driven.

An operating portion **11** is provided in a base portion of the handle **2**A, and includes a trigger **12**, an arm plate **13**, a push lever **14**, a trigger valve section **15**, and a plunger **16**. The trigger **12** is adapted to be operated by a user. The arm plate **13** is pivotally supported to the trigger **12**. The push lever **14** protrudes from the lower edge of the nose **9**, and extends to the vicinity of the arm plate **13**. The push lever **14** is normally biased to move away from the frame **2** (towards the nose **9** side). The trigger valve section **15** functions as a change-over valve for supplying and exhausting compressed air to and from a main valve unit **41** (described later). The plunger **16** is adapted for transmitting the movement of the arm plate **13** to the trigger valve section **15**.

As is well known, by pulling the trigger **12** and pressing the push lever **14** against a workpiece **48**, the plunger **16** of the trigger valve section **15** is urged to be moved by way of a linking mechanism between the arm plate **13** and the trigger **12**.

A magazine device **21** functioning as a nail ejection portion is in communication with the nose **9**. The magazine device **21** includes a magazine **22**, filled with the nails **10**,

4

and a nail feeder **23** for sequentially supplying the nails **10** in the magazine **22** to the ejection aperture **9***a*. The nail feeder **23** includes a pawl **27**A that presses the nails **10** and a main feeder unit **28** that acts as a casing for the nail feeder **23**.

An end section **21**A (FIG. **1**) on the handle **2**A side of the magazine device **21** is formed to be narrower than the remaining section of the magazine device **21**. At the narrowing end section **21**A, a grasping section **31** having substantially finger-shaped indentations is provided in the vicinity of a gap **22***f* (FIG. **3**) and a guide groove portion **22**C (FIGS. **2** and **3**), which will be described later. The nail feeder **23** is supported at one vertical side wall of the magazine **22**, and a handle arm **32** (FIG. **1**) is supported at another vertical side wall of the magazine **22**. The handle arm **32** serves as an attachment component for connecting the magazine **22** to the handle **2**A.

The main valve unit **41** is provided around the outer periphery of the upper side of the cylinder **5** as shown in FIG. **1**. The main valve unit **41** includes a main valve **42**, a main valve chamber section defining therein a main valve chamber **43**, a main valve spring **44**, and an exhaust rubber **46**. The main valve chamber **43** houses therein the main valve **42**. The main valve **42** is movable in an axial direction of the cylinder **5**. The main valve spring **44** is adapted to urge the main valve **42** towards its bottom dead center. An air passageway **45** is defined having one end in communication with a cylinder space above the piston **4**A and another end in communication with an atmosphere for discharging compressed air in the cylinder space above the piston **4**A to the atmosphere. The exhaust rubber **46** is disposed to selectively contact the main valve **42** in response to the reciprocal movement of the main valve **42** in order to selectively shut off the air passageway **45**. The frame **2** has an upper end formed with an exhaust vent **47** to which the other end of the air passageway **45** is connected.

An essential portion of the magazine device **21** is shown in FIG. **2**. This portion is near the connecting region between the magazine **22** and the handle **2**A. The magazine **22** is made from a soft non-ferrous metal such as aluminum and magnesium, and is produced by extrusion molding into a shape such that the casing thereof covers the nails **10**.

The magazine **22** includes an expanding portion **22**A having two opposing walls in such a manner that a distance between the walls is gradually increased from a location at the sharp end side of the nails **10** toward the heads of the nails **10**. The opposing walls are configured into arcuate shape in cross-section. A flat surface portion **22**B having a substantially flat-surface shape is provided in continuous fashion with the expanding portion **22**A. The flat surface portion **22**B is formed with a bolt hole **22***b* allowing a bolt to pass therethrough for fixing the magazine device **21** to the handle **2**A.

A feeder fixing portion **22**D continuous with the expanding portion **22**A is provided at a location opposite to the flat surface portion **22**B. Thus, the nail feeder **23** is attached to the feeder fixing portion **22**D. The guide groove portion **22**C defines therein a guide groove **24** extending between the flat surface portion **22**B and the feeder fixing portion **22**D. Thus, the heads of the nails **10** is supported in the guide groove **24**.

With such a cross-sectional arrangement of the magazine **22**, modulus of section of the magazine **22** can be increased in a directions perpendicular to the axial direction of the fastener **10** (in a widthwise direction of the magazine **22**, see x in FIG. **6**(*a*)). Therefore, mechanical strength or rigidity is increased in the direction. Thus bending strength and dis-

US 7,325,709 B2

5

torsional strength of the entire magazine can be increased. Further, since the magazine 22 includes the curved region, easy holdability can result.

As best shown in FIG. 2, the guide groove 24 has substantially C-shape cross-section having protrusions 24A protruding from the flat surface portion 22B and the feeder fixing portion 22D. Since the heads of the nails 10 are slidingly movably supported by the protrusions 24A, the nails 10 can be held within the guide groove 24 without releasing from the guide groove 24.

A pair of guide portions 25 are positioned in confrontation with each other. Each guide portion 25 extends toward a shaft part of the nail 10. One guide portion 25 protrudes from the vicinity of the boundary between the expanding portion 22A and the flat surface portion 22B, and the other guide portion 25 protrudes from the vicinity of the boundary between the expanding portion 22A and the feeder fixer portion 22D. Each of the guide portions 25 includes a guide wall 25A and protruding portion 25B. Each guide wall 25A has a vertical guide surface extending in parallel with the nail 10 so that shafts of the nails 10 are in slide contact with the guide surface. The protruding portion 25B supports the guide wall 25A so that the guide wall 25A can support the shafts of the nails 10 at a substantially central location of the magazine 22 in a lengthwise direction of the nail as viewed in cross-section shown in FIG. 2.

The guide surface of the guide wall 25A has a length L and the protruding portion 25B has a thickness t in the lengthwise direction of the nail 10, and the length L is greater than the thickness t as shown in FIG. 2. Therefore, the guide surfaces can maintain accurate orientation of the nails 10 to thus provide smooth guiding to the nails 10. Accordingly damage to the nails 10 and to the guide surfaces can be avoided without excessive abrasion. In other words, wear resistance of the guiding surfaces can be improved.

Since the guide portions 25 protrude from both sides towards the nails 10, the nails 10 do not move violently within the magazine 22. Thus, a nail accommodation portion 30 is provided at the gap between the opposing guide walls 25A and at an area between the guide portions 25 and the guide groove 24. Further, since the guide portions 25 serve as reinforcing ribs for the magazine 22, bending strength of the magazine can be improved.

The nail feeder 23 is provided with a feeder spring 26 for pressing the nails 10 toward the nose 9. A biasing portion 27 including the pawl 27A and a pawl accommodation portion 27B is disposed within the feeder spring 26. The pawl accommodation portion 27B is adapted for housing the pawl 27A. A groove portion 22e is formed between the feeder fixing portion 22D and the guide portion 25 at the side of the feeder fixing portion 22D.

The main feeder unit 28 is provided to accommodate the feeder spring 26 and the pressuring portion 27. The main feeder unit 28 is provided with a convex portion 28A orienting substantially parallel to the axial direction of the nails 10. The convex portion 28A is slidably engaged with the groove portion 22e. Since a part of the biasing portion 27, (the part being the convex portion 28A) is in contact with the wall of the feeder fixing portion 22D and the guide portion 25, the nail feeder 23 including the main feeder unit 28 can slide reciprocally along the groove portion 22e without release from the magazine 22.

A holder portion 29 is provided in the main feeder unit 28 for holding the nail feeder 23 when the nail feeder 23 is pulled against the biasing force of the feeder spring 26.

The end section 21A on the handle 2A side of the magazine 22 (see FIG. 1) is formed to be narrower than the

6

remaining part of the magazine device 21. In other words, the length of the end section 21A in the axial direction of the nails 10 is shorter than that of the remaining part such as a part in the vicinity of the fixing portion of the magazine 22 to the handle 2A. Compare vertical length of the magazine 21 between FIG. 2 and FIG. 3.

The nails 10 are inserted into the accommodation portion 30 from a distal end of the end section 21A. In this case, if the end section 21A is formed to be shorter than the length of the nails 10 (of course, the remaining portion is longer than the length of the nails in the axial direction of the nail), the nails cannot be inserted through the distal end. To avoid this problem, the gap 22f is formed in a location of the magazine 22 at a position opposite to the guide groove 24 and between the guide portions 25 and 25. Thus, even longer nails 10 can be inserted into the accommodation portion 30, since the shaft portions of the nails can travel through the gap 22f.

As shown in FIGS. 4 and 5, a handle arm 32 is fixed to the flat surface portion 22B of the magazine 22 by a bolt 32A extending through the bolt hole 22b formed in the flat surface portion 22B. The bolt is fastened by a nut. Since the handle arm 32 has flat sections in abutment with the flat surface of the flat surface portion 22B, the handle arm 32 can be stably fixed to the magazine 22. The handle 2A has an attachment portion 2B. The handle arm 32 is formed with a fixing hole 32a, so that the handle arm 32 is fixed to the attachment portion 2B of the handle 2A by means of a bolt 32B extending through the fixing hole 32a.

Nail driving operation with the nail gun 1 will next be described. The user holds the handle 2A with one hand and the grasping section 31 of the magazine 22 with the other hand to stabilize the nail gun 1. In this state, the air hose (not shown) is connected to the nail gun 1 and compressed air fills the accumulator 3. During this time, the accumulator 3 and the main valve chamber 43 are in communication with each other through an air passage (not shown) and through the trigger valve section 15.

Since a part of the compressed air within the accumulator 3 flows into the main valve chamber 43, the main valve 42 is positioned at its bottom dead center by a downward load generated by the difference in pressure-receiving surface area between the lower outer peripheral surface of the main valve 42 and the upper end surface of the main valve 42, together with the biasing force of the main valve spring 44.

Locating the main valve 42 at bottom dead center brings the main valve 42 into contact with the upper end of the cylinder 5. Thus, the main valve is distant from the exhaust rubber 46 for opening the air passageway 45. This causes fluid communication between the space above the piston 4A and the atmosphere, bringing the space above the piston 4A to atmospheric pressure. Since the fluid communication between the space above the piston 4A and the accumulator 3 is blocked by the main valve 42, air cannot flow into the space above the piston 4A from the accumulator 3. Thus, the piston 4A is in a halted state at its top dead center.

From the state, the operation of pulling the trigger 12 and the operation of pressing the push lever 14 against the workpiece 48 to be nailed are both performed, to force the plunger 16 up to its top dead center. These operations shut off the fluid communication between the main valve chamber 43 and the accumulator 3 and also allows fluid communication between the main valve chamber 43 and the atmosphere through the air passage (not shown) and through the trigger valve section 15. Thus, the pressure in the main valve chamber 43 drops to substantially atmospheric pressure.

7
8

Bringing the main valve chamber 43 to substantially atmospheric pressure weakens the urging force that pushes the main valve 42 to its bottom dead center, so that the main valve 42 is moved to its top dead center. Thus, the main valve 42 is moved away from the upper end of the cylinder 5 to negate sealing therebetween.

Thus, the compressed air stored in the accumulator 3 flows into the cylinder space above the piston 4A through a gap between the main valve 42 and the upper end of the cylinder 5. The flow of compressed air into the cylinder space above the piston 4A increases the pressure applied to the lower surface of the main valve 42 to move the main valve 42 to its top dead center. Therefore, the main valve 42 is brought into contact with the exhaust rubber 46 to shut-off the air passageway 45. Consequently, a fluid communication between the cylinder space above the piston 4A and the atmosphere is shut-off, so that compressed air pressure is directly applied to the upper surface of the piston 4A to push the piston 4A to its bottom dead center.

During this time, a leading end of the nail array supplied from the magazine device 21 is positioned within the ejection aperture 9a in the nose 9 because of the biasing force applied by the nail feeder 23. Since the tip end 4C of the driver blade 4B is disposed at a reciprocally sliding location within the ejection aperture 9a, the movement of the piston 4A toward its bottom dead center also moves the tip end 4C within the ejection aperture 9a toward the workpiece 48 to be nailed. In this instance, the tip end 4C strikes the head of the nail 10 for driving the nail 10 into the workpiece 48.

Substantially simultaneously with the driving of the nail 10 into the workpiece 48, the air in the cylinder below the piston 4A flows into the return chamber 6 through the air passageway 6a and the check valve 7. When the piston 4A passes the air passageway 6a, a part of the compressed air in the cylinder above the piston 4A flows into the return chamber 6 through the air passageway 6a.

If trigger 12 is released or if the operation of pressing the push lever 14 against the workpiece 48 is stopped, the plunger 16 returns to its bottom dead center. As a result, the fluid communication between the main valve chamber 43 and the atmosphere is blocked and also the main valve chamber 43 and the accumulator 3 are brought into fluid communication with each other. Therefore, the compressed air of the accumulator 3 flows into the main valve chamber 43.

This causes a downward pressure load generated by the difference in pressure-receiving surface area between the lower outer peripheral surface of the main valve 42 and the upper end surface of the main valve 42, together with the biasing force of the main valve spring 44. Thus, the main valve 42 is moved toward its bottom dead center. The fluid communication between the accumulator 3 and the cylinder space above the piston 4A is shut-off when the main valve 42 is seated on the upper end of the cylinder 5. By the movement of the main valve 42, the main valve 42 is separated from the exhaust rubber 46, allowing fluid communication between the cylinder space above the piston 4A and the atmosphere.

Subsequently, the piston 4A moves abruptly toward its top dead center because of the pressure difference between the cylinder space below the piston 4A where compressed air is applied from the return chamber 6 and the cylinder space above the piston 4A where the atmospheric pressure is applied.

During this time, the tip end 4C of the driver blade 4B moves towards the upper dead center of the piston 4A within the ejection aperture 9a until the tip end 4C is located outside the ejection aperture 9a to provide a cavity within the ejection aperture 9a. Since the nail array in the magazine 22 is biased by the nail feeder 23 toward the ejection aperture 9a, a new nail 10 is supplied within the ejection aperture 9a.

By the movement of the piston 4A toward its top dead center, air in the cylinder space above the piston 4A is discharged into the atmosphere out of the exhaust vent 47 through the air passageway 45. Thus, the nail gun 1 returns to its initial state.

While the piston 4A is being driven by compressed air to drive the nail 10, acceleration due to impact occurs in the nail gun 1. This acceleration is also transmitted to the magazine 22 held by the user, and it is assumed that the accelerations will cause the magazine 22 to distort.

A comparison is made between the magazine 122 of the conventional nail gun shown in FIG. 11 and the magazine 22 in accordance with this embodiment. As described above, the magazine 122 has a casing shaped in conformance with the shape of the nails while holding the nails.

The cross-sectional area and modulus of section of each of the magazine 122 and the magazine 22 are compared in an attempt to investigate each strength. More specifically, regarding the magazine 22, attention is drawn to a particular area including the expanding portion 22A and the part of the flat surface portion 22B contiguous therewith as shown in FIG. 6(a). Regarding the magazine 122 an area corresponding to the particular area is taken into attention as shown in FIG. 6(b). In FIGS. 6(a) and 6(b), a horizontal axis represents x-direction and a vertical-axis represents y-direction.

The cross-sectional areas of the magazine 22 and 122 were 249 mm$^2$ (A) and 303 mm$^2$ (B), respectively. This gives a ratio (A)/(B) of 0.82, so that the magazine 22 in accordance with this embodiment has a smaller cross-sectional area. Accordingly, it can be concluded that if the magazines 22 and 122 are designed to the same length and are made from the same material, the magazine 22 will be lighter in weight than the magazine 122.

Similarly, the modulus of section Z in the magazine 22 were Zx=2862 mm$^3$ and Zy=4163 mm$^3$ (A), whereas the modulus of section Z in the magazine 122 were Zx=792 mm$^3$ and Zy=2442 mm$^3$ (B). This gives ratios of (A)Zx/(B)Zx of 3.61 and (A)Zy/(B)Zy of 1.45. This clearly shows that the modulus of section of magazine 22 is greater than that of the magazine 122. Generally, the bending strength and distorsional strength of a component are proportional to the modulus of section thereof. Therefore, it can be concluded that the magazine 22 in accordance with this embodiment provides mechanical strength and rigidity higher than those of the magazine 122.

Thus by employing the magazine device 21 having the magazine 22 in accordance with this embodiment, a wall thickness of the magazine can be reduced and the nail gun can be made lighter than the conventional nail gun while maintaining a high rigidity, so that the magazine device 21 is resistant to distortion even when accelerations due to impact is imparted to the nail gun 1. Consequently, the nails 10 are supplied to the ejection aperture 9a in a stabilized fashion.

As a first modification to the above-described embodiment, as shown in FIG. 7, a periphery of a guide groove portion 22C' could be formed of straight lines. Such a shape can reduce the weight to approximately 75% of that of the magazine 122 in accordance with the conventional example.

As a second modification to the above-described embodiment, as shown in FIG. 8, if the nail gun 1 is smaller and also

US 7,325,709 B2

9

the nails 10 used therein are also smaller, a periphery of a grasping section 31' of the magazine 22' could be formed to be the same shape as the remaining part of the magazine 22'. This enables the formation of the outer shape of the magazine 22' by simple extrusion method without adversely affecting the holding capability of the nail gun. Thus, manufacturing costs and time can be reduced.

In some circumstances, the outer periphery of the grasping section would have to be made larger, if the nails 10 used are large or to ensure the strength of the magazine. In such a case, as shown in FIGS. 9 and 10, a rib 49 could be provided on a side surface of the magazine 22''. This enables a finger to engage with the rib 49, even when the span shown at M in FIG. 9 is difficult to hold by the fingers, making the magazine 22'' easy to hold. Further, the rib 49 is formed with finger-shaped indentations 50 at a bottom surface of the rib 49. This facilitates holding of the magazine 22''.

While the invention has been described in detail and with reference to specific embodiment thereof, it would be apparent to those skilled in the art that various changes and modifications may be made therein without departing from the spirit and scope of the invention.

For example, although compressed air is used as the motive force in the fastener driving tool according to the above-described embodiment, the present invention is not limited thereto, but can be applied to magazine devices to be incorporated into a combustion powered fastener driving tool, or a motor powered fastener driving tool.

What is claimed is:

1. A fastener driving tool comprising:

a frame;

a nose portion extending outward from the frame for contacting a workpiece, and formed with an ejection passage;

a driver blade reciprocally movable within the ejection passage;

a handle portion extending outward from the frame and providing a grasping portion; and

a magazine device bridging between the nose portion and the handle portion for supplying fasteners to a position of the ejection passage, the magazine device comprising:

a magazine having one end and another end in a moving direction of the driver blade, and defining an accommodation portion having two opposing walls for accommodating therein a fastener array, each fastener having a shaft with a sharp-end and a head connected to the shaft, a plurality of fasteners being directed in parallel with the moving direction of the driver blade in the magazine and being positioned side by side to form the fastener array, the accommodation portion comprising an expanding portion having a width delimited between the two opposing walls in a direction perpendicular to the shaft of the fastener and to the fastener array, the width being gradually increased from the one end close to the sharp end of the fastener toward the another end close to the head of the fastener;

a nail feeder disposed in the magazine for urging the fastener array toward the ejection passage; and wherein the one end of the magazine close to the sharp end of the fastener is a closed end formed by joining of the two opposing walls of the accommodation portion, the width of the accommodation portion being continuously increased from the closed end to at least a portion of the opposing walls accommodating the shaft of the fastener therebetween.

10

2. The fastener driving tool as claimed in claim 1, wherein the expanding portion has an arcuate outer surface as viewed in cross-section extending in a direction perpendicular to the shaft of the fastener and to the fastener array.

3. The fastener driving tool as claimed in claim 1, wherein the magazine device further comprises a guide portion protruding from the magazine to a position contactable with the fastener for supporting the fasteners in the magazine.

4. The fastener driving tool as claimed in claim 3, wherein the guide portion comprises:

a protruding portion protruding from the magazine in a direction perpendicular to the shaft of the fastener and to the fastener array; and

a guide wall coupled to the protruding portion and having a guiding surface in contact with the fasteners, the guiding surface having a length in the axial direction of the fastener, and the protruding portion having a thickness in the axial direction of the fastener, the length being greater than the thickness.

5. The fastener driving tool as claimed in claim 1, wherein the magazine extends in a direction of the fastener array, and has one end portion near an end of the handle portion furthest from the frame and a remaining portion, the one end portion having an outer cross-sectional contour smaller than that of the remaining portion.

6. The fastener driving tool as claimed in claim 5, wherein the magazine further comprises substantially finger-shaped indentations provided on an outer periphery of the one end portion.

7. The fastener driving tool as claimed in claim 1, wherein the magazine extends in a direction of the fastener array, and has one end portion near the handle portion furthest from the frame, the magazine further comprising a rib protruding from the one end portion.

8. The fastener driving tool as claimed in claim 1, wherein the magazine has an outer flat surface; and

the fastener driving tool further comprising a handle arm connected to the handle portion and having a flat region in surface contact with the outer flat surface of the magazine.

9. The fastener driving tool as claimed in claim 1, further comprising:

a cylinder disposed in the frame; and

a piston reciprocally slidably disposed in the cylinder, the driver blade being connected to the piston.

10. A magazine device comprising:

a magazine extending in a first direction and defining an accommodation portion having opposing walls for accommodating therein a fastener array, each fastener having a shaft with a sharp-end and a head connected to the shaft, a plurality of fasteners being directed in a second direction perpendicular to the first direction and positioned side by side to form the fastener array extending in the first direction, the magazine having one end and another end in the second direction, the one end being close to the sharp end of the fastener and the another end being close to the head of the fastener, the accommodation portion comprising an expanding portion having a width delimited between the two opposing walls in a third direction perpendicular to the first direction and to the second direction, the width being gradually increased from the one end toward the another end;

a nail feeder disposed in the magazine for urging the fastener array in the first direction; and wherein the one end of the magazine close to the sharp end of the fastener is a closed end formed by joining of the two

US 7,325,709 B2

11

opposing walls of the accommodation portion, the width of the accommodation portion being continuously increased from the closed end to at least a portion of the opposing walls accommodating the shaft of the fastener therebetween.

**11**. The magazine device as claimed in claim **10**, wherein the expanding portion has an arcuate outer surface as viewed in cross-section extending in the second and third directions.

**12**. The magazine device as claimed in claim **10**, further comprising a guide portion protruding from the magazine in the third direction to a position contactable with the fastener for supporting the fasteners in the magazine.

**13**. The magazine as claimed in claim **12**, wherein the guide portion comprises:

a protruding portion protruding from the magazine in the third direction; and

a guide wall coupled to the protruding portion and having a guiding surface in contact with the fastener, the guiding surface having a length in the second direction, and the protruding portion having a thickness in the second direction, the length being greater than the thickness.

**14**. The magazine device as claimed in claim **10**, wherein the magazine has one end portion through which fasteners are inserted, and a remaining portion, the one end portion having an outer cross-sectional contour smaller than that of the remaining portion.

**15**. The magazine device as claimed in claim **14**, wherein the magazine further comprises substantially finger-shaped indentations provided on an outer periphery of the one end portion.

**16**. The magazine device as claimed in claim **10**, wherein the magazine has one end portion through which fasteners are inserted, and the magazine further comprises a rib protruding from the one end portion.

**17**. A fastener driving tool comprising:

a frame;

a nose portion extending outwardly from the frame for contacting a workpiece, and formed with an ejection passage;

12

a driver blade reciprocally movable within the ejection passage;

a handle portion extending outwardly from the frame and providing a grasping portion; and

a magazine device bridging between the nose portion and the handle portion for supplying fasteners to a position of the ejection passage;

wherein the magazine device includes a magazine for accommodating a fastener array and a nail feeder for urging the fastener array toward the ejection passage; and

wherein the magazine includes an expanding portion having two opposing walls which are configured into an arcuate shape and delimit a width between the opposing walls which continuously increases from a closed end where the opposing walls are joined to at least a portion of the opposing walls accommodating a shaft of a fastener therebetween, a flat surface portion having a flat surface shape and being contiguous with the expanding portion, a feeder fixing portion contiguous with the expanding portion at a location opposite to the flat surface portion, a guide groove portion defining therein a guide groove and extending between the flat surface portion and the feeder fixing portion, and first and second guide portions positioned in confrontation to each other, the first guide portion protruding toward a fastener from a boundary between the expanding portion and the flat surface portion, and the second guide portion protruding toward the fastener from a boundary between the expanding portion and the feeder fixing portion.

**18**. The fastener driving tool as claimed in claim **17**, wherein each of the first and second guide portions includes a protruding portion that protrudes from the magazine toward the fastener, and a guide wall connected with the protruding portion and extending in parallel with the fastener toward a head of the fastener.

* * * * *