IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 18-313 (CFC) |
| | ) |
| KYOCERA SENCO INDUSTRIAL TOOLS, INC., | ) |
| | ) |
|     Defendant. | ) |

# [PROPOSED] CLAIM CONSTRUCTION ORDER

WHEREAS, Plaintiff Koki Holdings Co. Ltd. ("Koki Holdings") and Defendant Kyocera Senco Industrial Tools, Inc. ("Kyocera Senco") each submitted briefing and made appearances on October 2, 2019 in support of their respective claim construction positions.

Having considered the submissions of the parties, the arguments of counsel, and for the reasons articulated by the Court at the October 2, 2019 hearing, the Court adopts the following constructions:

| CLAIM TERM | COURT'S CONSTRUCTION |
|---|---|
| "push portion"<br><br>U.S. RE42,987, claims 14-19 | Means-plus-function claim term subject to 35 U.S.C. §112, ¶6<br><br>Structure: "safety portion 12 that is mechanically coupled to trigger 11, the safety portion 12 consisting of upper safety portion 20, cam member 21, and lower safety portion 22"<br><br>Function: "operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward" |

2

| CLAIM TERM | COURT'S CONSTRUCTION |
|---|---|
| "a trigger valve exterior frame to which the main valve control channel is fluidly connected"<br><br>U.S. 7,156,012, claims 2-4 | "a trigger valve exterior frame connected to the main valve control channel such that fluid can pass between the trigger valve and the main control valve channel" |
| "closed end formed by joining of the two opposing walls"<br><br>U.S. 7,325,709, claims 1, 5, 8-10, and 14 | "closed end formed by joining of the two opposing walls" |
| "a handle portion extending from the housing"<br><br>U.S. 8,118,204, claims 12, 13, and 15 | "a handle portion extending from a separate and distinct housing" |
| "the battery pack having an extending portion extending from the housing"<br><br>U.S. 8,118,204, claims 12, 13, and 15 | "the battery pack has an extending portion that attaches to a portion of the housing" |
| "a bottom view"<br><br>U.S. 8,118,204, claims 12, 13, and 15 | "a view that is perpendicular to the side view" |

**SO ORDERED** this _____ day of October, 2019

_____
UNITED STATES DISTRICT JUDGE