IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-313 (CFC) |
| | ) |
| KYOCERA SENCO INDUSTRIAL TOOLS, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT THAT U.S. PATENT NOS. 7,156,012 AND 7,398,647 ARE NOT INVALID**

Plaintiff Koki Holdings Co. Ltd. ("Koki") respectfully moves for summary judgment that Kyocera Senco Industrial Tools, Inc. ("Kyocera") cannot prove by clear and convincing evidence that (i) claim 1 of U.S. Patent No. 7,398,647 ("the '647 patent") is anticipated by the physical SN325+ model; (ii) claim 1 of U.S. Patent No. 7,156,012 (the "'012 patent") is anticipated by the physical SN325+ model; and (iii) claims 1 and 10 of the '647 patent and claims 1-4 of the '012 patent are obvious based on U.S. Patent App. Pub. No. 2001/0009260 to Ishizawa et al. in view of the physical SN325+ model. The grounds for the motion are set forth in Koki's opening brief in support filed concurrently herewith. A proposed order is attached.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Michael J. Flynn* |
| | _____ |
| OF COUNSEL: | Karen Jacobs (#2881) |
| | Michael J. Flynn (#5333) |
| Paul Devinsky | 1201 North Market Street |
| Stephen J. Smith | P.O. Box 1347 |
| MCDERMOTT WILL & EMERY LLP | Wilmington, DE  19899-1347 |
| The McDermott Building | (302) 658-9200 |
| 500 North Capitol Street, N.W. | kjacobs@mnat.com |
| Washington, DC  20001 | mflynn@mnat.com |
| (202) 756-8000 | |
| | *Attorneys for Plaintiff* |
| Amol A. Parikh | *Koki Holdings Co., Ltd.* |
| Thomas DaMario | |
| MCDERMOTT WILL & EMERY LLP | |
| 444 West Lake Street | |
| Chicago, IL  60606 | |
| (312) 372-2000 | |
| | |
| Hitoshi Akiba | |
| KILPATRICK TOWNSEND | |
| & STOCKTON LLP | |
| The Imperial Tower, 15th Floor | |
| 1-1-1 Uchisaiwaicho, | |
| Chiyoda-ku, Tokyo, | |
| Japan 100 | |
| +81.3.350.756.09 | |

June 19, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 19, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert S. Rigg, Esquire<br>David Bernard, Esquire<br>John K. Burke, Esquire<br>VEDDER PRICE P.C.<br>222 North LaSalle Street<br>Chicago, IL  60601<br>*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)