IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KYOCERA SENCO INDUSTRIAL )<br>TOOLS, INC., )<br>)<br>Defendant. ) | C.A. No. 18-313 (CFC) |

**[PROPOSED] ORDER**

Having considered Plaintiff Koki Holdings Co. Ltd. ("Koki") Motion for Summary Judgment That U.S. Patent Nos. 7,156,012 and 7,398,647, are Not Invalid, the Court has determined that Defendant Kyocera Senco Industrial Tools, Inc. cannot meet its burden of proving by clear and convincing evidence that:

(i) claim 1 of U.S. Patent No. 7,398,647 ("the '647 patent") is anticipated by the physical SN325+ model;

(ii) claim 1 of U.S. Patent No. 7,156,012 (the "'012 patent") is anticipated by the physical SN325+ model; and

(iii) claims 1 and 10 of the '647 patent and claims 1-4 of the '012 patent are obvious based on U.S. Patent App. Pub. No. 2001/0009260 to Ishizawa et al. in view of the physical SN325+ model.

Accordingly, IT IS HEREBY ORDERED that Koki's Motion for Summary Judgement That U.S. Patent Nos. 7,156,012 and 7,398,647 are Not Invalid is **GRANTED**.

**SO ORDERED**, this _____ day of _____, 2020

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE