IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-313 (CFC) |
| | ) |
| KYOCERA SENCO INDUSTRIAL TOOLS, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO EXCLUDE
CERTAIN OPINIONS OF MR. KEVEN MILLER**

Plaintiff Koki Holdings Co. Ltd. respectfully moves to exclude certain opinions of Defendant Kyocera Senco Industrial Tools, Inc.'s expert, Mr. Keven Miller, that rely on an incorrect legal standard for assessing non-infringement of the asserted claims of U.S. Patent No. RE42,987. The grounds for the motion are set forth Koki's opening brief in support filed concurrently herewith. A proposed order is attached.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Michael J. Flynn* |
| | _____ |
| OF COUNSEL: | Karen Jacobs (#2881) |
| | Michael J. Flynn (#5333) |
| Paul Devinsky | 1201 North Market Street |
| Stephen J. Smith | P.O. Box 1347 |
| MCDERMOTT WILL & EMERY LLP | Wilmington, DE  19899-1347 |
| The McDermott Building | (302) 658-9200 |
| 500 North Capitol Street, N.W. | kjacobs@mnat.com |
| Washington, DC  20001 | mflynn@mnat.com |
| (202) 756-8000 | |
| | *Attorneys for Plaintiff* |
| Amol A. Parikh | *Koki Holdings Co., Ltd.* |
| Thomas DaMario | |
| MCDERMOTT WILL & EMERY LLP | |
| 444 West Lake Street | |
| Chicago, IL  60606 | |
| (312) 372-2000 | |
| | |
| Hitoshi Akiba | |
| KILPATRICK TOWNSEND | |
| & STOCKTON LLP | |
| The Imperial Tower, 15th Floor | |
| 1-1-1 Uchisaiwaicho, | |
| Chiyoda-ku, Tokyo, | |
| Japan 100 | |
| +81.3.350.756.09 | |
| | |
| June 19, 2020 | |

## AVERMENT OF COUNSEL PURSUANT TO D. DEL. LR 7.1.1

Counsel for Plaintiff Koki Holdings Co., Inc. and counsel for Defendant Kyocera Senco Industrial Tools, Inc., including Delaware counsel for the parties, conferred by teleconference on June 19, 2020, and through related correspondence regarding the subject of the foregoing motion to exclude and despite reasonable efforts were unable to resolve the dispute.

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 19, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert S. Rigg, Esquire<br>David Bernard, Esquire<br>John K. Burke, Esquire<br>VEDDER PRICE P.C.<br>222 North LaSalle Street<br>Chicago, IL  60601<br>*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Michael J. Flynn*
_____
Michael J. Flynn (#5333)