# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO. LTD., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KYOCERA SENCO INDUSTRIAL ) <br> TOOLS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 18-313-CFC <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,156,012

Defendant Kyocera Senco Industrial Tools, Inc. ("Kyocera") respectfully moves this Court for summary judgment of invalidity as to claims 2-4 of U.S. Patent No. 7,156,012. The grounds for this motion are set forth in Kyocera's Brief filed contemporaneously herewith.

OF COUNSEL:

Robert S. Rigg
David Bernard
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
312-609-7500

Dated: June 19, 2020

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com

*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.*

RLF1 23200884v.1