## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KOKI HOLDINGS CO. LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 18-313-CFC |
| | ) | |
| KYOCERA SENCO INDUSTRIAL | ) | **JURY TRIAL DEMANDED** |
| TOOLS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT Defendant Kyocera Senco Industrial

Tools, Inc.'s Motion Summary Judgment of Invalidity of U.S. Patent No. 7,156,012

is **GRANTED**.


_____

UNITED STATES DISTRICT JUDGE