# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KOKI HOLDINGS CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 18-313 (CFC) |
| | ) | |
| v. | ) | |
| | ) | |
| KYOCERA SENCO INDUSTRIAL TOOLS, INC., | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,156,012

OF COUNSEL:

Robert S. Rigg
David Bernard
John K. Burke
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL  60601
(312) 609-7500

Dated:  June 19, 2020

Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com

*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.*

## TABLE OF EXHIBITS

| Exhibit[1] | Description of Document | Abbreviation |
|---|---|---|
| 3 | U.S. Patent No. 7,156,012, bearing bates numbers KHD000001-34 | '012 Patent |
| 5 | Excerpts from Initial Expert Report of Keven Miller Regarding Invalidity, dated February 28, 2020 | Miller Initial |
| 7 | Excerpts from Reply Expert Report of Keven Miller Regarding Invalidity, dated April 24, 2020 | Miller Reply |
| 10 | Excerpts from Rebuttal Expert Report of Glenn Vallee, Ph.D., dated March 27, 2020 | Vallee Rebuttal |
| 12 | Transcript Excerpts from Deposition of Glenn Vallee, Ph.D., taken June 3, 2020 | Vallee Tr. |

---

[1] As used herein, exhibits attached to the Rigg Declaration will be referred to by corresponding "Ex. __."

i

Pursuant to Paragraphs 12(c)-(e) of the Scheduling Order (D.I. 14), Defendant Kyocera Senco Industrial Tools, Inc. ("Defendant") submits the following Concise Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment of Invalidity of Claims 2-4 of U.S. Patent No. 7,156,012:

## CONCISE STATEMENT OF FACTS

1. Asserted claims 2-4 of the '012 Patent each require "a trigger valve exterior frame to which the main valve control channel is fluidly connected." Ex. 3, '012 Patent, 30:40-41.

2. Asserted claims 2-4 of the '012 Patent each require a "trigger valve exterior frame" that defines, at least in part, the following channels and chambers: "a main valve intake channel being defined between the valve piston and the trigger valve exterior frame"; "an air discharge channel being defined between the valve piston and the trigger valve exterior frame"; and "a trigger valve chamber being defined by the trigger valve exterior frame." Ex. 3, '012 Patent, 30:40-31:5; Ex. 5, Miller Opening, ¶480.

3. Asserted claim 4 of the '012 Patent requires a "trigger valve exterior frame" that defines, at least in part, two additional channels: "a trigger valve intake channel being defined between the first section and the valve piston" and "a trigger valve control channel being defined between the second section and the trigger valve exterior frame." Ex. 3, '012 Patent, 31:8-17; Ex. 5, Miller Opening, ¶480.

4.      The specification of the '012 Patent describes the trigger valve exterior frame as constituting an outer wall of the trigger valve 6. Ex. 3, '012 Patent, 7:26-27.

5.      The specification of the '012 Patent describes a fluid connection between a main valve control channel 40 and a space between the outer valve bush 10 and inner valve bush 11, two components of the trigger valve exterior frame, such that fluid can pass between the main valve control channel and the trigger valve. Ex. 3, '012 Patent, 7:25-27, 7:38-43; Ex. 7, Miller Reply, ¶222; Ex. 10, Vallee Rebuttal, ¶306; Ex. 12, Vallee Tr., 164:7-16.

|  |  |
|---|---|
| | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395) |
| OF COUNSEL: | Richards, Layton & Finger, P.A.<br>One Rodney Square |
| Robert S. Rigg | 920 North King Street |
| David Bernard | Wilmington, DE 19801 |
| John K. Burke | 302-651-7700 |
| Vedder Price P.C. | farnan@rlf.com |
| 222 North LaSalle Street | |
| Chicago, Illinois 60601 | *Attorneys for Defendant Kyocera Senco* |
| 312-609-7500 | *Industrial Tools, Inc.* |

Dated:  June 19, 2020

2

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

The foregoing DEFENDANT'S CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,156,012 complies with the type-volume limitations of Paragraph 12(b) of the Scheduling Order (D.I. 14). The text of this statement, including footnotes, was prepared in Times New Roman 14-point. According to the word processing system used to prepare it, this statement contains 329 words, excluding the case caption, tables, and signature block.

Dated:  June 19, 2020

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
farnan@rlf.com