# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 18-313 (CFC) |
| ) | |
| v. ) | |
| ) | |
| KYOCERA SENCO INDUSTRIAL ) | |
| TOOLS, INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF <u>INVALIDITY AND NO INFRINGEMENT OF U.S. PATENT NO. 8,118,204</u>

OF COUNSEL:

Robert S. Rigg
David Bernard
John K. Burke
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL  60601
(312) 609-7500

Dated:  June 19, 2020

Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com

*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.*

## TABLE OF EXHIBITS

| Exhibit[1] | Description of Document | Abbreviation |
|---|---|---|
| 2 | U.S. Patent No. 8,118,204, bearing bates numbers KHD000730-738 | '204 Patent |
| 4 | Excerpts from Prosecution History of U.S. Application No. 12/088,524, which eventually issued as U.S. Patent No. 8,118,204 | '204 Prosecution History |
| 5 | Excerpts from Initial Expert Report of Keven Miller Regarding Invalidity, dated February 28, 2020 | Miller Initial |
| 6 | Excerpts from Rebuttal Expert Report of Keven Miller Regarding Non-Infringement, dated March 27, 2020 | Miller Rebuttal |
| 8 | Transcript Excerpts from Deposition of Keven Miller, taken June 5, 2020 | Miller Tr. |
| 10 | Excerpts from Rebuttal Expert Report of Glenn Vallee, Ph.D., dated March 27, 2020 | Vallee Rebuttal |
| 11 | Excerpts from Reply Expert Report of Glenn Vallee, Ph.D., dated April 24, 2020 | Vallee Reply |
| 12 | Transcript Excerpts from Deposition of Glenn Vallee, Ph.D., taken June 3, 2020 | Vallee Tr. |

---

[1] As used herein, exhibits attached to the Rigg Declaration will be referred to by corresponding "Ex. __."

i

Pursuant to Paragraphs 12(c)-(e) of the Scheduling Order (D.I. 14), Defendant Kyocera Senco Industrial Tools, Inc. ("Defendant") submits the following Concise Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment of Invalidity and No Infringement of U.S. Patent No. 8,118,204:

## CONCISE STATEMENT OF FACTS

1. Asserted claims 12, 13, and 15 of the '204 Patent each recite "a handle portion extending from the housing," which the Court construed to mean "a handle portion extending from a separate and distinct housing." Ex. 2, '204 Patent, 7:59-60, 8:24-25, 8:59-60; D.I. 53 at 2.

2. Asserted claims 12, 13, and 15 of the '204 Patent each require three separate and distinct components: (1) a housing; (2) a handle portion; and (3) a battery pack supporting portion. Ex. 2, '204 Patent, 7:58-62, 8:23-27, 8:59-60; D.I. 53 at 2; Ex. 13, Markman Tr., 71:25-72:3; Ex. 6, Miller Reply, ¶¶50-52; Ex. 10, Vallee Rebuttal, ¶¶129-130.

3. Asserted claims 12, 13, and 15 of the '204 Patent each require "a battery pack supported by the battery pack supporting portion, the battery pack having an extending portion extending from the housing." Ex. 2, '204 Patent, 8:1-3, 8:29-31, 8:59-60.

4. The specification of the '204 Patent describes a single embodiment of a powered nailer as depicted in Figures 1-4 of the '204 Patent. Ex. 2, '204 Patent,

3:33-35, 3:15-22, Figures 1-4; Ex. 5, Miller Opening, ¶ 186; Ex. 12, Vallee Tr., 55:2-11.

5. Figures 1 and 2 of the '204 Patent show the exterior of the single nailer embodiment while Figure 3 shows the interior of the single nailer embodiment. Ex. 2, '204 Patent, 3:15-22, Figures 1-3; *see also* Ex. 12, Vallee Tr., 55:14-22.

6. The single embodiment described in the '204 Patent has a T-shaped profile. Ex. 2, '204 Patent, 3:33-35, 3:15-22; Ex. 5, Miller Opening, ¶186; Ex. 12, Vallee Tr., 55:2-11.

7. The specification of the '204 Patent describes a battery pack supporting portion 2C, the purpose of which is to support the battery. Ex. 2, '204 Patent, 3:38-40; Ex. 12, Vallee Tr., 62:21-22, 64:4; Ex. 6, Miller Rebuttal, ¶57.

8. In Figures 1 and 2 of the '204 Patent, the lead line extending from reference number 2C extends to the exterior of the single nailer embodiment. Ex. 2, '204 Patent, Figures 1-2; Ex. 6, Miller Rebuttal, ¶¶57-58; Ex. 12, Vallee Tr., 55:14-22; 37 C.F.R. § 1.84(q).

9. In Figures 1 and 2 of the '204 Patent, the lead line extending from reference number 2C extends to an exterior component of the single nailer embodiment. Ex. 2, '204 Patent, Figures 1-2; Ex. 6, Miller Rebuttal, ¶¶57-58; 37 C.F.R. § 1.84(q).

10. The term "battery pack supporting portion" was not used in the originally filed patent application that eventually issued as the '204 Patent. Ex. 4, '204 Prosecution History, KHD001088-90.

11. During prosecution of the application that eventually issued as the '204 Patent, the Patent Examiner rejected the claim limitation "a battery pack supporting portion provided on an end of the handle portion" under 35 U.S.C. § 112, ¶ 1 because the term was not supported by the original disclosure. Ex. 4, '204 Prosecution History, KHD001081-82.

12. During prosecution of the application that eventually issued as the '204 Patent, Koki amended the written description to describe a "battery pack supporting portion 2C" and amended the figures to include reference number 2C. Ex. 4, '204 Prosecution History, KHD001088-93.

13. During prosecution of the application that eventually issued as the '204 Patent, Koki provided an annotated version of Figure 3 of the '204 Patent that shaded the battery pack supporting portion 2C. Ex. 4, '204 Prosecution History, KHD001092-93.

14. Defendant's Fusion F-15 Nailer has an O-shaped, or looped, profile. Ex. 5, Miller Opening, ¶187.

15. Defendant's Fusion F-15 Nailer has a widened structure that is designed to mate with a removable battery pack. Ex. 6, Miller Rebuttal, ¶62

16. The widened structure in Defendant's Fusion F-15 Nailer includes elongated grooves that mate with corresponding tongues on the battery pack when the battery pack is attached to the Fusion F-15 Nailer.  Ex. 6, Miller Rebuttal, ¶64; Ex. 12, Vallee Tr., 42:12-14; Ex. 11, Vallee Reply, ¶57.

17. The elongated grooves on the widened structure of the Fusion F-15 Nailer supports the battery pack when the battery pack is attached to the Fusion F-15 Nailer. Ex. 6, Miller Rebuttal, ¶64; Ex. 12, Vallee Tr., 42:12-14; Ex. 11, Vallee Reply, ¶57.

18. Defendant's Fusion F-15 Nailer has an electrical connector designed to mate with a corresponding electrical connector on the battery pack.  Ex. 12, Vallee Tr., 38:12-39:7; Ex. 8, Miller Tr., 182:3-9.

|  |  |
|---|---|
| | */s/ Kelly E. Farnan* |
| | Kelly E. Farnan (#4395) |
| OF COUNSEL: | Richards, Layton & Finger, P.A. |
| | One Rodney Square |
| Robert S. Rigg | 920 North King Street |
| David Bernard | Wilmington, DE 19801 |
| John K. Burke | 302-651-7700 |
| Vedder Price P.C. | farnan@rlf.com |
| 222 North LaSalle Street | |
| Chicago, Illinois 60601 | *Attorneys for Defendant Kyocera Senco* |
| 312-609-7500 | *Industrial Tools, Inc.* |

Dated:  June 19, 2020

4

# **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

The foregoing DEFENDANT'S CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NO INFRINGEMENT OF U.S. PATENT NO. 8,118,204 complies with the type-volume limitations of Paragraph 12(b) of the Scheduling Order (D.I. 14). The text of this statement, including footnotes, was prepared in Times New Roman 14-point. According to the word processing system used to prepare it, this statement contains 762 words, excluding the case caption, tables, and signature block.

Dated:  June 19, 2020

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com