IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KYOCERA SENCO INDUSTRIAL ) <br> TOOLS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 18-313 (CFC) <br><br> REDACTED - PUBLIC VERSION |

**PLAINTIFF'S CONCISE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT THAT
<u>U.S. PATENT NOS. 7,156,012 AND 7,398,647 ARE NOT INVALID</u>**

OF COUNSEL:

Paul Devinsky
Stephen J. Smith
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC  20001
(202) 756-8000

Amol A. Parikh
Thomas DaMario
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL  60606
(312) 372-2000

Original Filing Date: June 19, 2020
Redacted Filing Date: June 26, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiff Koki Holdings Co., Ltd.*

Hitoshi Akiba
KILPATRICK TOWNSEND & STOCKTON LLP
The Imperial Tower, 15th Floor
1-1-1 Uchisaiwaicho,
Chiyoda-ku, Tokyo,
Japan 100
+81.3.350.756.09

Plaintiff submits this concise statement of undisputed facts in support of its motion for summary judgment. The cited exhibits are attached to the Declaration of Michael Flynn, attached hereto.

|   | Fact | Evidentiary Support |
|---|------|---------------------|
| 1. | U.S. Patent No. 7,398,647 ("'647 patent") is a continuation of the application that led to U.S. Patent No. 7,156,012 ("'012 patent"), and the patents share a common specification. | Ex. B at col 1:7-10 |
| 2. | The '012 and '647 patents claim priority to Japanese Patent Application No. P2004-011835 filed on January 20, 2004. Therefore, the critical date for the '012 and '647 patents is January 20, 2003, which is one year before the January 20, 2004 claimed priority date for the '012 and '647 patents. | Ex. A, cover page at (30) Ex. B, cover page at (30). |
| 3. | Claim 1 of the '012 patent includes the following limitation:<br><br>"a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve control channel measured in $m^2$ being not more than 1.0" (the "'012 Ratio Limitation") | Ex. A at col. 30:21-29 |
| 4. | Claims 1 and 10 of the '647 patent include the following limitation:<br><br>"wherein a ratio obtained from dividing a maximum internal volume of the main valve chamber measured in $m^3$ by a cross sectional area of the first channel measured in $m^2$ is no greater than 0.8" (the "'647 Ratio Limitation") | Ex. B at col. 29:52-55, 32:28-32 |

|    | Fact | Evidentiary Support |
|----|------|---------------------|
| 5. | For purposes of this case, the "main valve control channel" in the asserted claims of the '012 patent is equivalent to the "first channel" in the asserted claims of the '647 patent. | Ex. F at ¶ 433<br>Ex. O at 117:20-24 |
| 6. | Kyocera has does not dispute infringement of claims 1-4 of the '012 patent and claims 1 and 10 of the '647 patent. | Ex. E at ¶ 78 |
| 7. | Kyocera asserts that claim 1 of the '647 patent is anticipated by a physical SN325+ model ("SN325+ model"). | Ex. F at ¶ 39 |
| 8. | Kyocera asserts that claim 1 of the '012 patent is anticipated by a physical SN325+ model ("SN325+ model"). | Ex. F at ¶ 40 |
| 9. | Kyocera asserts that claims 1 and 10 of the '647 patent and claims 1-4 of the '012 patent are obvious based on U.S. Patent App. Pub. No. 2001/0009260 to Ishizawa et al. ("Ishizawa") in view of the SN325+ model. | Ex. F at ¶¶ 39-40 |
| 10.| Kyocera is relying on a physical sample of the SN325+ as prior art. | Ex. G at 7 |
| 11.| The SN325+ model that Kyocera relies on as prior art includes the serial number "94903803." | Ex. F at ¶ 58<br>Ex. G at 5, 7<br>Ex. H at ¶ 10 |
| 12.| The SN325+ model that Kyocera relies on as prior art is non-functional and cannot be operated. | Ex. H at ¶¶ 11-12 |
| 13.| Ishizawa does not provide the dimensions of its first channel/main valve control channel or its main valve chamber. | Ex. F at ¶¶ 387, 409,434<br>Ex. D at ¶¶ 247, 253, 291 |
| 14.| Kyocera alleges that the SN325+ model meets the "cross sectional area of the main valve control channel" aspect of the '012 and '647 Ratio Limitations by the combining the cross sectional area of the four separate crossover holes. | Ex. F at ¶¶ 390, 392-393, 423, 434 |

2

| | Fact | Evidentiary Support |
|---|---|---|
| 15. | The specification of the '012 and '647 patents states:<br><br>The present invention relates to a fastener driving tool such as a nail gun driven by compressed air, and more particularly, to such fastener driving tool improving drive response and decreasing air consumption.<br><br>and<br><br>It is therefore an object of the present invention is to provide a fastener driving tool improving the response and continuous shots or nailing performance in nailing work, yet reducing the consumption of compressed air. | Ex. A at col. 1:6-9, 3:21-24<br>Ex. B at col. 1:14-17, 3:26-29 |
| 16. | The specification of the '012 and '647 patents states:<br><br>The trigger valve 6 is fluidly connected to a main valve control channel 40, which is a cylindrical tube extending from a main valve chamber 8 described later. Specifically, the main valve control channel 40 is fluidly connected to a space between the outer valve bush 10 and inner valve bush 11, and opens into the trigger valve 6. This main valve control channel 40 is configured such that its cross-sectional area S1 is $3.2 \times 10^{-5}$ (m$^2$). | Ex. A at col. 7:38-45, 16:42-46<br>Ex. B at col. 7:35-42, 16:23-27 |
| 17. | The specification of the '012 and '647 patents states: | Ex. A at col. 9:51-62<br>Ex. B at col. 9:44-55 |

3

| | Fact | Evidentiary Support |
|---|---|---|
| | The main valve chamber 8 has an internal volume variable in accordance with the vertical movement of the main valve 19, but has a maximum volume V1 of $2.56 \times 10^{-5}$ (m³). As a result, the value obtained from dividing the volume V1 of the main valve chamber 8 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8≦1.0. Likewise, the value obtained from dividing the volume V1 of the main valve chamber 8 by the cross-sectional area Sm of the main valve intake channel 20 is V1/Sm=0.8≦1.0. In addition, the main valve control channel 40 has a curving portion as shown at the location enclosed by a circle in FIG. 3. The curving portion is formed into a gentle arc shape. | |
| 18. | Kyocera's expert testified as follows:<br><br>Q: There's nothing in the specification of the '647 or the '012 Patent that says that the main valve control channel is made up of multiple channels, is there?<br><br>A: No, not to my knowledge, no. | Ex. O at 112:5-9 |
| 19. | Kyocera's expert calculated the volume of the main valve chamber in the SN325+ to be $1.771 \times 10^{-5}$ m³. | Ex. F at ¶¶ 394, 423, 434 |
| 20. | Kyocera's expert calculated the combined cross sectional area of four crossover holes in the SN325+ to be $3.066 \times 10^{-5}$ m², which means he calculated the cross sectional area of a single crossover hole to be $7.665 \times 10^{-6}$ | Ex. F at ¶¶ 393, 423, 434 |

| | Fact | Evidentiary Support |
|---|---|---|
| | $m^2$. | |
| 21. | Using Kyocera's expert's measurements, the ratio obtained from dividing the volume of the main valve chamber ($1.771 \times 10^{-5}$ $m^3$) by the cross sectional area of a single channel ($7.665 \times 10^{-6}$ $m^2$) in the SN325+ is 2.31. | Ex. H at ¶ 61 |
| 22. | Koki's expert calculated the volume of the main valve chamber in the SN325+ to be $1.7 \times 10^{-5}$ $m^3$. | Ex. H at ¶ 44(e), 59 |
| 23. | Koki's expert calculated the calculated the cross sectional area of a single crossover hole in the SN325+ to be $7.79 \times 10^{-6}$ $m^2$. | Ex. H at ¶ 16, 59 |
| 24. | Using Koki's expert's measurements, the ratio obtained from dividing the volume of the main valve chamber ($1.7 \times 10^{-5}$ $m^3$) by the cross sectional area of a single channel ($7.79 \times 10^{-6}$ $m^2$) in the SN325+ is 2.18. | Ex. H at ¶ 60 |
| 25. | The physical sample of the SN325+ that Kyocera Senco relies on as prior art was retained in the Kyocera Senco Engineering Lab as a production archive sample since it was manufactured in September 1994. | Ex. G at 7 |
| 26. | No current Kyocera Senco employee has firsthand knowledge of the first offer for sale and/or first public availability of the SN325+ Nailer, and (due to the age of the tool) Kyocera Senco is unaware of which former employees may have such firsthand knowledge. | Ex. G at 3 |
| 27. | Kyocera's corporate witness testified his understanding is that the SN325+ was first offered for sale in the 1980s and that to the best of his knowledge, Kyocera is currently selling the SN325+. | Ex. N at 37:1-3 (SN325 currently being sold); 201:15—202:5 (alleged to have been first sold in the 1980s). |
| 28. | Kyocera's corporate witness testified that there have been significant changes to the SN325 during the years it was sold. | Ex. N at 202:8-25 |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Michael J. Flynn* |
| | _____ |
| OF COUNSEL: | Karen Jacobs (#2881) |
| | Michael J. Flynn (#5333) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| Paul Devinsky | Wilmington, DE 19899-1347 |
| Stephen J. Smith | (302) 658-9200 |
| MCDERMOTT WILL & EMERY LLP | kjacobs@mnat.com |
| The McDermott Building | mflynn@mnat.com |
| 500 North Capitol Street, N.W. | |
| Washington, DC 20001 | *Attorneys for Plaintiff* |
| (202) 756-8000 | *Koki Holdings Co., Ltd.* |
| | |
| Amol A. Parikh | |
| Thomas DaMario | |
| MCDERMOTT WILL & EMERY LLP | |
| 444 West Lake Street | |
| Chicago, IL 60606 | |
| (312) 372-2000 | |
| | |
| Hitoshi Akiba | |
| KILPATRICK TOWNSEND | |
| & STOCKTON LLP | |
| The Imperial Tower, 15th Floor | |
| 1-1-1 Uchisaiwaicho, | |
| Chiyoda-ku, Tokyo, | |
| Japan 100 | |
| +81.3.350.756.09 | |
| | |
| June 19, 2020 | |

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

The foregoing complies with the type-volume limitations of paragraph 12(e) of the Scheduling Order (D.I. 14). The text of this statement was prepared in Times New Roman 14-point. According to the word processing system used to prepare it, the statement contains 1,311 words, excluding the case caption and signature block.

Dated: June 19, 2020

*/s/ Michael J. Flynn*
Michael J. Flynn (#5333)

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 19, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert S. Rigg, Esquire<br>David Bernard, Esquire<br>John K. Burke, Esquire<br>VEDDER PRICE P.C.<br>222 North LaSalle Street<br>Chicago, IL  60601<br>*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
―――――――――――――――
Michael J. Flynn (#5333)