IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KYOCERA SENCO INDUSTRIAL ) <br> TOOLS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 18-313 (CFC) <br><br> REDACTED - PUBLIC VERSION |

**DECLARATION OF MICHAEL J. FLYNN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT THAT U.S. PATENT NOS. 7,156,012 AND 7,398,647 ARE NOT INVALID AND MOTION TO EXCLUDE CERTAIN OPINIONS OF MR. KEVEN MILLER**

I, Michael Flynn, declare as follows:

1. I am an attorney at Morris, Nichols, Arsht & Tunnell LLP in Wilmington, Delaware. I am one of the lawyers representing Plaintiff Koki Holdings Co., Ltd. in connection with the above action. This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents if called as a witness.

2. Attached to this declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| A | U.S. Patent No. 7,156,012 |
| B | U.S. Patent No. 7,398,647 |

| Exhibit | Description |
|---|---|
| C | Opening Expert Report of Koki's Expert, Glenn Vallee, Ph.D. Regarding Infringement (excerpts) |
| D | Rebuttal Expert Repot of Koki's Expert, Glenn Vallee, Ph.D. Regarding Validity (excerpts) |
| E | Rebuttal Expert Report of Kyocera's Expert, Keven Miller, Regarding Non-Infringement (excerpts) |
| F | Initial Expert Report of Kyocera's Expert, Keven Miller, Regarding Invalidity (excerpts) |
| G | Defendant's Responses And Objections To Plaintiff's Fourth Set Of Interrogatories (Nos. 14-18) (dated April 30, 2020) |
| H | Supplemental Rebuttal Expert Repot of Koki's Expert, Glenn Vallee, Ph.D. Regarding Validity (excerpts) |
| I | Document titled "Air-powered nailers and staplers and the fasteners they drive" produced by Kyocera as KSIT00098338 – 40 |
| J | Document titled "Parts Reference Guide" produced by Kyocera as KSIT00098341 – 44 and a collection of documents titled "Replacement Parts Charts" produced by Kyocera as KSIT00098402 – 05, KSIT00098416 – 19, KSIT00098421 – 24, KSIT00098487 – 90, KSIT00098491 – 94, KSIT00098507 – 510, and KSIT00098511 – 14 |
| K | Document titled "Operating Instructions" produced by Kyocera as KSIT0098374 – 90 |
| L | Collection of documents titled "Service Notes" produced by Kyocera as KSIT00098401, KSIT00098406 – 10, KSIT00098425 – 46, and KSIT00098530 – 31 |
| M | Document titled "The balance of power" produced by Kyocera as KSIT00098532 |
| N | Deposition Transcript of Kyocera corporate witness Thomas McCardle conducted January 8, 2020 (excerpts) |
| O | Deposition Transcript of Kyocera expert Keven McCardle conducted June 5, 2020 (excerpts) |

3

| Exhibit | Description |
|---|---|
| P | Email correspondence between Koki attorney A. Parikh and Kyocera attorney D. Bernard between March 31, 2020 and April 2, 2020 |
| Q | U.S. Patent No. RE42,987 |

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 19th day of June, 2020 in Wilmington, Delaware.

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 19, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert S. Rigg, Esquire<br>David Bernard, Esquire<br>John K. Burke, Esquire<br>VEDDER PRICE P.C.<br>222 North LaSalle Street<br>Chicago, IL  60601<br>*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)