# Exhibit A



US007156012B2

(12) **United States Patent**
Komazaki et al.

(10) Patent No.: **US 7,156,012 B2**
(45) Date of Patent: **Jan. 2, 2007**

(54) **PNEUMATICALLY OPERATED FASTENER DRIVING TOOL**

(75) Inventors: **Yoshiichi Komazaki**, Hitachinaka (JP); **Yoshinori Ishizawa**, Hitachinaka (JP); **Masashi Nishida**, Hitachinaka (JP)

(73) Assignee: **Hitachi Koki Co., Ltd.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 99 days.

(21) Appl. No.: **11/038,115**

(22) Filed: **Jan. 21, 2005**

(65) **Prior Publication Data**

US 2005/0156008 A1    Jul. 21, 2005

(30) **Foreign Application Priority Data**

| | | |
|---|---|---|
| Jan. 20, 2004 | (JP) | .......................... P2004-011835 |
| Mar. 18, 2004 | (JP) | .......................... P2004-078201 |

(51) **Int. Cl.**
**F01L 25/04**    (2006.01)

(52) **U.S. Cl.** ............................. **91/304**; 91/461; 60/413

(58) **Field of Classification Search** ................. 60/413; 91/304, 308, 456, 461
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,713,165 | A | * | 7/1955 | Campbell et al. .............. 91/457 |
| 3,200,716 | A | * | 8/1965 | Le Sage ...................... 91/461 |
| 3,583,496 | A | * | 6/1971 | Fehrs ........................... 91/308 |
| 3,808,620 | A | * | 5/1974 | Rothfuss et al. .............. 91/308 |
| 5,085,126 | A |   | 2/1992 | Mukoyama |
| 5,715,986 | A | * | 2/1998 | Sauer ........................ 227/130 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 54-023274 | 2/1979 |
| JP | 3-208569 | 9/1991 |
| JP | 32-08569 | 9/1991 |
| JP | 5-138548 | 6/1993 |
| JP | 51-38548 | 6/1993 |
| JP | 11-033930 | 2/1999 |

* cited by examiner

*Primary Examiner*—Igor Kershteyn
(74) *Attorney, Agent, or Firm*—Antonelli, Terry, Stout and Kraus, LLP.

(57)    **ABSTRACT**

A pneumatically operated fastener driving tool capable of reducing a time period from operation timing of a trigger to downward movement of a driver blade for fastener driving, and reducing a time period from the release timing of the trigger to a timing at which respective components are returned to their initial positions for a subsequent nail driving. As components a main valve and a trigger valve is provided. The main valve is movable within a main valve chamber connected to a main valve control channel. The trigger valve selectively provides fluid communication between the accumulator and a main valve chamber through the main valve control channel and between the main valve chamber and the atmosphere through the main valve control channel. A ratio of cross-sectional area of the main valve control channel to an internal volume of the main valve chamber is defined to a specified ratio.

**31 Claims, 16 Drawing Sheets**



KHD 000001

# FIG. 1



KHD 000002

FIG. 2



FIG. 3



Case 1:18-cv-00313-CFC-CJB   Document 152-2   Filed 06/26/20   Page 5 of 149 PageID #: 3221

FIG. 4



FIG. 5



KHD 000004

FIG. 6



FIG. 7



KHD 000005

# FIG. 8



KHD 000006

# FIG. 9



# FIG. 10





KHD 000007

# FIG. 11



KHD 000008

FIG. 12



FIG. 13



KHD 000009

FIG. 14



FIG. 15



KHD 000010

Case 1:18-cv-00313-CFC-CJB   Document 152-2   Filed 06/26/20   Page 12 of 149 PageID #: 3228

# FIG. 16



KHD 000011

FIG. 17



FIG. 18



KHD 000012

Case 1:18-cv-00313-CFC-CJB   Document 152-2   Filed 06/26/20   Page 14 of 149 PageID #: 3230

# FIG. 19



KHD 000013



KHD 000014

Case 1:18-cv-00313-CFC-CJB   Document 152-2   Filed 06/26/20   Page 16 of 149 PageID #: 3232



KHD 000015



KHD 000016



KHD 000017

US 7,156,012 B2

1

# PNEUMATICALLY OPERATED FASTENER DRIVING TOOL

## BACKGROUND OF THE INVENTION

The present invention relates to a fastener driving tool such as a nail gun driven by compressed air, and more particularly, to such fastener driving tool improving drive response and decreasing air consumption.

Heretofore, fastener driving tools such as nail guns have existed which drive fasteners such as nails or staples using compressed air as the power source. In such fastener driving tools, compressed air is supplied to a piston upper chamber defined by an inner surface of a cylinder and a piston for rapidly displacing the piston to perform nailing. Compressed air is supplied from an external source and temporarily stored in an accumulator formed within a frame of the nail gun. The accumulator and the piston upper chamber are connected by a channel, but one or more valves which are switched between open and shut-off positions are provided along this channel. These valves are designed to open or shut-off the valve chamber by supplying or expelling compressed air in valve chambers constituted by the spaces each adjacent to each valve. Typically the structure is such that a first valve is activated as a result of external operation of a trigger or the like, and this operation allows a downstream passage to be communicated with or to be shut-off from the first valve. Thus, a downstream valve chamber is brought into communication with or shutting-off from the upstream passage, thereby sequentially activating or deactivating the downstream valves.

In addition, a time period starting from completion of the nail driving operation to restoration to an initial state for the next nailing operation is dependent upon the circulation speed of the compressed air in the fastener driving tool after the trigger is released, and the movement speed of the valves in proportion to this circulation speed. That is, the time period is dependent on the shut-off speed for shutting off the piston upper chamber in the cylinder from the accumulator by a valve caused by, after releasing the trigger or the like, circulation of the compressed air through the channel in the fastener driving tool as a result of the returning motion of a plunger which had been pressed by this trigger.

In a conventional fastener driving tools as disclosed in Japanese Patent Publication No.S58-50833, valve activation is performed sequentially from valves whose valve chamber volume is small to valves with large valve chamber in order to stabilize operation of the valves irrespective of the speed with which the trigger is pulled. Since with this structure the valves are sequentially activated by compressed air, a time period starting from pulling the trigger and/or pushing operation of a push lever against a workpiece to a start of the nailing driving motion is highly dependent upon the time required to sequentially activate the valves.

In order to reduce this time period and increase response, Japanese Patent Publication No. H7-112674 discloses a nail gun, in which a main valve is divided into first and second valves, so that kinetic energy of the first valve is utilized to improve the operating speed of the second valve.

With this structure in which the main valve is divided into two valves, only the time period from when the second valve begins to move until it moves to maximum displacement is reduced. The time period from both pulling the trigger and pushing the push lever onto the workpiece to the operation timing of the first valve is still not reduced. In addition, since only the time period from when the second valve begins to move until it moves to maximum displacement is reduced,

2

it was only possible to reduce the time period from when the trigger is pulled until nailing is performed. Consequently, a time period from the completion timing of the nail driving operation to the start timing of the next nail driving operation cannot be reduced when continuous nailing is performed. That is, a response cannot be improved.

Laid-open Japanese Patent Application Kokai No. H11-33930 discloses a structure in which, an internal volume of a main valve chamber for accommodating therein a main valve is increased. With this arrangement, air damping behavior due to compression of the main valve chamber does not occur when the main valve rises and is contained in the main valve chamber.

With this structure in which the volume of the main valve chamber is increased, the amount of compressed air accumulated in the main valve chamber increases. For this reason, the time period for discharging the compressed air out of the main valve chamber is increased, which degrades the response.

Laid-open Japanese Patent Application Kokai No. H5-138548 discloses communication of a piston lower chamber with a trigger valve chamber. The movement speed of a valve piston and a main valve are increased as a result of the pressure which is generated from the movement of the piston.

With this structure in which the piston lower chamber and trigger valve chamber are connected, at the instant that the piston passes through the one-way valve disposed at an intermediate region of the cylinder, compressed air flows into the trigger valve chamber and closes the main valve. Therefore, the nailing force was reduced. Moreover, extremely complicated structure results.

Another conventional fastener driving tool has been proposed. The tool includes a trigger valve and main valve. A trigger valve exterior frame internally defines a trigger valve chamber. The trigger valve includes a plunger extending through the trigger valve exterior frame and the trigger valve chamber and slidably movable as a result of the movement of the trigger and the abutment of the push lever against the workpiece. The movement of the plunger selectively shuts off a fluid communication between the accumulator and the trigger valve chamber and between the trigger valve chamber and atmosphere. However, the resultant arrangement cannot provide high response for discharging compressed air from the main valve.

Still another conventional fastener driving tool is proposed in which a main valve is not provided, but a trigger valve is additionally equipped with a valve piston. The valve piston is reciprocably slidably disposed in a trigger valve exterior frame, and has one side in the sliding direction facing the accumulator. The valve piston alternately opens and blocks a channel from the piston upper chamber connected to the trigger valve exterior frame to the accumulator and a channel from the piston upper chamber to the atmosphere. With this fastener driving tool, the displacement of the valve piston serves to select the air channel and control the nailing of the fastener. However, the speed of the displacement of the valve piston is low, and the delay in displacement of this valve piston can cause other control to be delayed as well. Consequently, the problem arises that the time lag from when the operator begins the nailing operation until the fastener is actually driven becomes large, response becomes poor to lower workability. In addition, the problem arises that when many fasteners are to be driven in a short period of time, the aforementioned time lag makes continuous nailing difficult to perform.

KHD 000018

US 7,156,012 B2

3

In addition, with the conventional fastener driving tools, after nailing, in order to return the piston to the pre-nailing position, the piston upper chamber and the atmosphere are communicated with each other for releasing the compressed to the atmosphere, while the valve is closed for preventing the compressed air from flowing from the accumulator into the piston upper chamber.

However, during the period from when the valve begins to close until it is completely closed, the accumulator and the piston upper chamber are communicated with each other, and the piston upper chamber and the atmosphere are also communicated with each other. Accordingly, the compressed air in the accumulator would in some cases flow unnecessarily into the piston upper chamber and is expelled into the atmosphere. This causes an increase in air consumption, which consequently requires a high-performance compressor or the like to produce compressed air.

SUMMARY OF THE INVENTION

It is therefore an object of the present invention is to provide a fastener driving tool improving the response and continuous shots or nailing performance in nailing work, yet reducing the consumption of compressed air.

This and other objects of the present invention will be attained by A fastener driving tool including a frame, a cylinder, a piston, a main valve, a main valve chamber section, a trigger valve, and a main valve control section. The frame defines therein an accumulator that accumulates a compressed air. The cylinder is disposed within the frame. The piston is reciprocally slidably disposed within the cylinder. A piston upper chamber is defined by an inner peripheral surface of the cylinder and an upper surface of the piston. The main valve alternately opens and blocks a fluid communication between the piston upper chamber and the accumulator. The main valve chamber section defines therein a main valve chamber in which the main valve is movably disposed. The main valve chamber provides a maximum internal volume. The trigger valve alternately opens and blocks a fluid communication from the accumulator to the main valve chamber, and a fluid communication from the main valve chamber to an atmosphere. The main valve control channel section defines therein a main valve control channel that provides a fluid connection between the main valve chamber and the trigger valve. A value obtained by dividing the maximum internal volume of the main valve chamber by a cross-sectional area of the main valve control channel being not more than 1.0.

In another aspect of the invention, there is provided a fastener driving tool including a frame, a cylinder, a piston, a trigger, and a trigger valve provided with a trigger valve exterior frame, a valve piston and a plunger. The frame defines therein an accumulator for accumulating a compressed air. The cylinder is disposed within the frame. The piston is reciprocally slidably disposed within the cylinder. A piston upper chamber is defined by the frame, an inner peripheral surface of the cylinder and an upper surface of the piston. The trigger functions as an operation input member. A trigger valve alternately opens and blocks a fluid communication between the piston upper chamber and the accumulator and a fluid communication between the piston upper chamber and an atmosphere. The trigger valve exterior frame is in fluid communication with the piston upper chamber and is formed with a through hole. The trigger valve piston is reciprocally slidably disposed in the trigger valve exterior frame. The valve piston is movable between its top dead center where piston upper chamber is communicated with

4

the atmosphere and its bottom dead center where the piston upper chamber is communicated with the accumulator. The valve piston has a first section exposed to the accumulator and formed with a trigger valve intake channel opened to the accumulator and a second section in sliding contact with the trigger valve exterior frame. A trigger valve chamber is defined by the second section and the trigger valve exterior frame and provides a maximum internal volume. The plunger is movable between its top dead center and its bottom dead center and has a first portion associated with the valve piston and a second portion associated with the through hole. A trigger valve control channel is formed between the second portion and the through hole and has a cross-sectional area. The trigger valve control channel is opened when the plunger is moved to its top dead center. A value obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by the cross-sectional area of the trigger valve control channel is not more than 0.20.

Further, in the fastener driving tool including the frame, the cylinder, the piston, the trigger, and the trigger valve provided with the trigger valve exterior frame, the valve piston and the plunger, the trigger valve intake channel has a cross-sectional area of not less than $2.75\times10^{-6}$ $m^2$, and the trigger valve chamber has a maximum internal volume of $4.0\times10^{-7}$ $m^3$.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings;

FIG. **1** is a cross-sectional view of the fastener driving tool according to the first embodiment of the present invention;

FIG. **2** is an enlarged cross-sectional view of a trigger valve in the fastener driving tool according to the first embodiment;

FIG. **3** is a partial cross-sectional view particularly showing a main valve in the fastener driving tool according to the first embodiment;

FIG. **4** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with a plunger having been pushed upward;

FIG. **5** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with the plunger having been pushed upward and a valve piston then having moved to its bottom dead center;

FIG. **6** is a graph showing the relationship between a valve piston displacement time (T2) and a ratio of volume (V2) of trigger valve chamber to a cross-sectional area (S2) of a trigger valve control channel in the fastener driving tool according to the first embodiment;

FIG. **7** is a graph showing the relationship between a time period (T1) until a main valve returns to its initial position after a plunger returns to its initial position and a cross-sectional area (St) of a trigger valve intake channel in the fastener driving tool according to the first embodiment;

FIG. **8** is a partial cross-sectional view particularly showing the main valve in the fastener driving tool according to the first embodiment, with the main valve having moved to the top dead center;

FIG. **9** is a graph showing the relationship between a main valve displacement time (T1) and a ratio of volume (V1) of main valve chamber to a cross-sectional area (S1) of a main valve control channel in the fastener driving tool according to the first embodiment;

KHD 000019

US 7,156,012 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

FIG. **10** is a graph in which a solid line curves shows the relationship between the main valve displacement time (T1) and the ratio of volume (V1) of main valve chamber to the cross-sectional area (S1) of the main valve control channel, and a broken line curves shows the relationship between air consumption amount (NL) and the ratio (V1/S1) or (V1/Sm) in which "Sm" designates a main intake control channel according to the first embodiment;

FIG. **11** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with the valve piston having moved to the bottom dead center and the plunger then having returned to its original position;

FIG. **12** is a partial cross-sectional view particularly showing a main valve according to a modification to the first embodiment;

FIG. **13** is a cross-sectional view of the fastener driving tool according to a second embodiment of the present invention;

FIG. **14** is an enlarged cross-sectional view particularly showing a trigger valve in the fastener driving tool according to the second embodiment;

FIG. **15** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with a plunger having been pushed upward;

FIG. **16** is a cross-sectional view of the fastener driving tool according to the second embodiment, with a main valve having moved to the top dead center;

FIG. **17** is a cross-sectional view of a fastener driving tool according to a third embodiment of the present invention;

FIG. **18** is an enlarged cross-sectional view particularly showing a trigger valve in the fastener driving tool according to the third embodiment;

FIG. **19** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the third embodiment, with a plunger having been pushed upward;

FIG. **20**(*a*) is a graph showing the relationship between time and pressure in a trigger valve chamber **13**, a main valve chamber **8**, an accumulator **2**, a piston upper chamber **4***a*, and a return chamber **33** in a fastener driving tool according to the first embodiment;

FIG. **20**(*b*) is a graph showing the relationship between the time and a displacement of a main valve according to the first embodiment;

FIG. **20**(*c*) is a graph showing the relationship between the time and a displacement of a valve piston according to the first embodiment;

FIG. **20**(*d*) is a graph showing the relationship between the time and a displacement of a piston according to the first embodiment;

FIG. **21**(*a*) is a graph showing the relationship between time and pressure in a trigger valve chamber **13'**, a main valve chamber **8'**, an accumulator **2'**, a piston upper chamber **4***a'*, and a return chamber **33'** in a comparative fastener driving tool;

FIG. **21**(*b*) is a graph showing the relationship between the time and a displacement of a main valve according to the comparative fastener driving tool;

FIG. **21**(*c*) is a graph showing the relationship between the time and a displacement of a valve piston according to the comparative fastener driving tool;

FIG. **21**(*d*) is a graph showing the relationship between the time and a displacement of a piston according to the comparative fastener driving tool;

FIG. **22**(*a*) is a graph showing the relationship between time and pressure in a trigger valve chamber **13**, a main valve chamber **8**, an accumulator **2**, a piston upper chamber **4***a*, and a return chamber **33** in the fastener driving tool according to the first embodiment;

FIG. **22**(*b*) is a graph showing the relationship between the time and a displacement of a main valve according to the first embodiment;

FIG. **22**(*c*) is a graph showing the relationship between the time and a displacement of a valve piston according to the first embodiment;

FIG. **22**(*d*) is a graph showing the relationship between the time and a displacement of a piston according to the first embodiment;

FIG. **22**(*e*) is a graph showing the relationship between the time and a displacement of a tool itself according to the first embodiment;

FIG. **23**(*a*) is a graph showing the relationship between time and pressure in a trigger valve chamber **13'**, a main valve chamber **8'**, an accumulator **2'**, a piston upper chamber **4***a'*, and a return chamber **33'** in another comparative fastener driving tool;

FIG. **23**(*b*) is a graph showing the relationship between the time and a displacement of a main valve according to the comparative fastener driving tool;

FIG. **23**(*c*) is a graph showing the relationship between the time and a displacement of a valve piston according to the comparative fastener driving tool;

FIG. **23**(*d*) is a graph showing the relationship between the time and a displacement of a piston according to the comparative fastener driving tool; and

FIG. **23**(*e*) is a graph showing the relationship between the time and a displacement of a tool itself according to the comparative fastener driving tool.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

A fastener driving tool according to a first embodiment of the present invention will be described with reference to FIGS. **1** through **11**. The fastener driving tool shown in FIG. **1** is a nail gun **1** which uses compressed air as the power source. The nail gun **1** includes a frame **60**, a handle **60**A disposed at one side of the frame **60**, and a nose **41** disposed at a lower end of the frame **60**. These frame **60**, handle **60**A and nose **41** are provided as an integral unit to form an outer frame. An accumulator **2** is formed within the handle **60**A and frame **60** for accumulating therein a compressed air delivered from a compressor (not shown) through an air hose (not shown). A cylinder **3** is provided within the frame **60**, and a piston **4***a* is reciprocally movably provided and slidably within the cylinder **3**. A driver blade **4***b* is provided integrally with the piston **4***a*, and has a free end **4***c* for abutting against the fastener **5** for driving.

A return chamber **33** which accumulates therein a compressed air to return the driver blade **4***b* to its upper dead center is provided around the lower outer peripheral surface of the cylinder **3**. A one-way valve **34** is provided in an axially intermediate portion of the cylinder **3**. An air channel **35** is formed in the cylinder **3** for allowing the compressed air to flow in only one direction, i.e., from inside the cylinder **3** to the return air chamber **33**, outside the cylinder **3**. In addition, an air channel **36** is formed at a lower portion of the cylinder **3** for providing continuous communication between the cylinder **3** and the return chamber **33**. In addition, a piston bumper **37** is provided at the bottom of the

KHD 000020

US 7,156,012 B2

7

cylinder 3 for absorbing excess energy from the driver blade 4b after nailing the fastener 5.

An operating portion 38 is provided at the base of the handle 60A. This operating portion 38 includes a trigger 39 operated by the user, an arm plate 48 which is attached pivotally movably to the trigger 39, and a push lever 42 which projects from the bottom of the nose 41 and extends to the vicinity of the arm plate 48. The push lever 42 is movable along the nose 41 and is biased away from the frame 60. In addition, a trigger valve 6 is provided at the base of the handle 60A and in confrontation with the trigger 39. As is well known in the art, the structure is such that, when both the trigger 39 is pulled and the push lever 42 is pressed against the workpiece, a plunger 7 on the trigger valve 6 is pushed upward, as shown in FIG. 2, by a linking mechanism of the arm plate 48 and the trigger 39.

A nail injection section 43 provided in conjunction with the nose 41 includes a magazine 44 and a feed mechanism 45. The magazine 44 is loaded with fasteners 5 arrayed side by side. The feed mechanism 45 is adapted for successively feeding fasteners 5 loaded in the magazine 44 to an injection opening 46 at the nose 41. The trigger valve 6 shown in FIG. 1 and FIG. 2 mainly includes an outer valve bush 10, an inner valve bush 11, a valve piston 9, a plunger 7, and a spring 12. The outer valve bush 10 and inner valve bush 11 are fixed to the frame 60 to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve. The valve piston 9 is provided reciprocably slidably within the outer valve bush 10 and inner valve bush 11. The valve piston 9 and the outer valve bush 10 are formed with through holes, so that the plunger 7 is provided reciprocably slidably with respect to the through holes. The plunger 7 has a bottom end in contact with the arm plate 48. The spring 12 is interposed between the valve piston 9 and the plunger 7 for biasing the valve piston 9 and the plunger 7 in opposite directions, i.e., for biasing the valve piston 9 upward while biasing the plunger 7 downward.

The trigger valve 6 is fluidly connected to a main valve control channel 40, which is a cylindrical tube extending from a main valve chamber 8 described later. Specifically, the main valve control channel 40 is fluidly connected to a space between the outer valve bush 10 and inner valve bush 11, and opens into the trigger valve 6. This main valve control channel 40 is configured such that its cross-sectional area S1 is $3.2 \times 10^{-5}$ (m²).

In addition, O-rings 17 and 25 are fitted on the inner valve bush 11. The O-ring 17 is adapted for continually blocking fluid connection between the accumulator 2 and the main valve control channel 40. The O-ring 25 is adapted for continually blocking fluid connection between the main valve control channel 40 and an atmosphere.

One side of the valve piston 9 in the sliding direction faces the accumulator 2, and the inner valve bush 11 has an accumulator side and an atmospheric side. An outer diameter at an accumulator side of the valve piston 9 is smaller than an inner diameter of the accumulator side of the inner valve bush 11 to define therebeween a main valve intake channel 20. Further, an outer diameter at an atmospheric side of the valve piston 9 is smaller than an inner diameter of the atmospheric side of the inner valve bush 11 to define therebetween an air channel 22. Further, an O-ring 21 and an O-ring 23 are disposed at the accumulator side and atmospheric side of the valve piston 9, respectively, for selectively blocking the respective channels 20 and 22.

Consequently, the main valve intake channel 20 passes between the valve piston 9 and the inner valve bush 11 to provide fluid communication between the accumulator 2 and

8

the main valve control channel 40 when the O-ring 21 is out of contact from the inner valve bush 11. Further, the air channel 22 passes between the valve piston 9 and the inner valve bush 11 to provide fluid communication between the O-ring 22 is out of contact from the inner valve bush 11. This air channel 22 is formed such that its cross-sectional area extending perpendicular to a flowing direction is larger than that of the main valve channel 40. As a result, the flow resistance at the air channel 22 will be lower than that of the main valve channel 40. The main valve intake channel 20 and air channel 22 are alternately opened and blocked due to the vertical sliding of the valve piston 9. In addition, the main intake control 20 is formed such that its cross-sectional area Sm is $3.2 \times 10^{-5}$ (m²).

A trigger valve chamber 13 is defined by another side (lower side) of the valve piston 9 in the sliding direction and the outer valve bush 10. This trigger valve chamber 13 has an internal volume variable due to the sliding movement of the valve piston 9, and is formed such that a maximum internal volume V2 defined when the valve piston 9 is at the top dead center is $4.0 \times 10^{-7}$ (m³). In addition, an O-ring 24 is fitted onto the valve piston 9 for continually blocking the fluid connection between the air channel 22 and the trigger valve chamber 13.

The plunger 7 extends through the trigger valve chamber 13, and a top end faces the accumulator 2. The valve piston 9 has first and second sliding regions relative to the valve piston 9 and the outer valve bush 10, and O-ring grooves are formed at the respective sliding regions for installing therein an O-ring 15 and an O-ring 18 for maintaining hermetic seal. An outer diameter of the first sliding region is smaller than an inner diameter of the valve piston 9 for defining therebetween a trigger valve intake channel 14, and an outer diameter of the second sliding region is smaller than an inner diameter of the outer valve bush 10 for defining therebetween a trigger valve control channel 16.

Consequently, the trigger valve intake channel 14 passes between the plunger 7 and the valve piston 9 for providing fluid communication from the accumulator 2 to the trigger valve chamber 13 when the O-ring 15 is out of contact from the valve piston 9. Further, the trigger valve control channel 16 passes between the plunger 7 and the outer valve bush 10 to provide fluid communication from the trigger valve chamber 13 to the atmosphere when the O-ring 18 is out of contact from the outer valve bush 10. The trigger valve intake channel 14 and trigger valve control channel 16 are alternately opened and blocked in accordance with the sliding motion of the plunger 7.

The trigger valve intake channel 14 is formed such that its cross-sectional area St is $2.75 \times 10^{-6}$ (m²). Further, the trigger valve control channel 16 is formed such that its cross-sectional area S2 is $1.98 \times 10^{-6}$ (m²). As a result, the value obtained from dividing the volume of the trigger valve chamber 13 by the cross-sectional area of the trigger valve control channel 16 is V2/S2=0.2.

The structure of the trigger valve 6 is such that, when the valve piston 9 is positioned toward the top dead center (for example FIG. 2), the main valve intake channel 20 is opened so that the accumulator 2 and the main valve control channel 40 are communicated with each other, while air channel 22 is closed by the O-ring 23 so that fluid communication between the main valve control channel 40 and the atmosphere is blocked. In addition, when the valve piston 9 is positioned toward the bottom dead center (for example FIG. 5), the main valve intake channel 20 is closed by the O-ring 21, so that fluid communication between the main valve

KHD 000021

US 7,156,012 B2

9

control channel 40 and the accumulator 2 is blocked, while air channel 22 is opened so that and the main valve control channel 40 and the atmosphere are communicated with each other.

When the plunger 7 is positioned toward the top dead center (FIG. 5), the trigger valve control channel 16 is opened so that the trigger valve chamber 13 is communicated with the atmosphere, while the trigger valve intake channel 14 is closed by the O-ring 15 so that fluid communication between the accumulator 2 and the trigger valve chamber 13 is blocked. In addition, when the plunger 7 is positioned toward the bottom dead center (FIG. 2), the trigger valve control channel 16 is closed by the O-ring 18, so that fluid communication between the trigger valve chamber 13 and the atmosphere is blocked, while the trigger valve intake channel 14 is opened so that the accumulator 2 and the trigger valve chamber 13 are communicated with each other.

A main valve section 26 is provided immediately above and around the outer peripheral surface of the cylinder 3 as shown in FIGS. 1 and 3. The main valve section 26 generally includes a main valve 19, a main valve rubber 27, a main valve spring 28, and an exhaust rubber 30. The main valve rubber 27 is fitted to the top end of the cylinder 3. The main valve spring 28 is adapted for biasing the main valve 19 toward its bottom dead center. The exhaust rubber 30 is placed above the cylinder 3. An air discharge passage 29 is formed above the cylinder 3 for discharging the compressed air in the piston upper chamber above the piston 4a. The exhaust rubber 30 is adapted for shutting off the air discharge passage 29 when the main valve 19 is coming into contact with the exhaust rubber 30. In addition, the upper end of the frame 60 is formed with an exhaust hole 49 to which the air passage 29 is connected. Thus, the compressed air in the piston upper chamber can be discharged to the atmosphere.

A main valve sectioning region 61 is provided as an upper part of the frame 60. The main valve sectioning region 61 provides a main valve chamber 8 in which the main valve 19 is vertically slidably movably provided. The main valve chamber 8 is in communication with the main valve control channel 40.

The main valve 19 has top and middle portions provided with O-rings 31 and 32, respectively. The O-ring 31 is adapted for continually blocking fluid communication between the main valve chamber 8 and the air channel 29, and the O-ring 32 is adapted for continually blocking fluid communication between the main valve chamber 8 and the accumulator 2. Thus, the main valve chamber 8 is hermetically maintained by these O-rings 31 and 32.

The main valve chamber 8 has an internal volume variable in accordance with the vertical movement of the main valve 19, but has a maximum volume V1 of $2.56 \times 10^{-5}$ (m³). As a result, the value obtained from dividing the volume V1 of the main valve chamber 8 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8≦1.0. Likewise, the value obtained from dividing the volume V1 of the main valve chamber 8 by the cross-sectional area Sm of the main valve intake channel 20 is V1/Sm=0.8≦1.0. In addition, the main valve control channel 40 has a curving portion as shown at the location enclosed by a circle in FIG. 3. The curving portion is formed into a gentle arc shape.

When the main valve 19 is positioned toward the top dead center, the main valve 19 comes into contact with the exhaust rubber 30 to shut off the air exhaust passage 29, so that fluid communication between the piston upper chamber of the cylinder 3 and the atmosphere is blocked, while the

10

piston upper chamber of the cylinder 3 and the accumulator 2 are communicated with each other. On the other hand, when the main valve 19 is positioned toward the bottom dead center, the main valve 19 comes into contact with the main valve rubber 27 for blocking fluid communication between the piston upper chamber of the cylinder 3 and the accumulator 2, while the main valve 19 separates from the exhaust rubber 30 for opening the air exhaust passage 29, so that the piston upper chamber of the cylinder 3 is communicated with the atmosphere.

The nail driving operation will be described. FIG. 1 to FIG. 3 show state in which compressed air from the compressor (not shown) is accumulated in the accumulator 2 through the hose (not shown). In this state, as shown in FIG. 2, the plunger 7 is positioned at the bottom dead center, since the pressure within the accumulator 2 acts on the upper surface of plunger 7, and since biasing force of the spring 12 is imparted on the plunger 7. Since the plunger 7 is positioned at the bottom dead center, the trigger valve intake channel 14 is open to provide fluid communication between the accumulator 2 and the trigger valve chamber 13. At the same time, the trigger valve control channel 16 is closed by the O-ring 18, so the fluid connection between the trigger valve chamber 13 and the atmosphere is blocked. As a result, a part of the compressed air in the accumulator 2 flows through the trigger valve intake channel 14 and into the trigger valve chamber 13, and air in the trigger valve chamber 13 has the same pressure as in the accumulator 2.

In this case, because of the biasing force of the spring 12 and the difference in pressure receiving areas of the valve piston 9, the valve piston 9 is positioned at its top dead center. Therefore, the main valve intake channel 20 is open to communicate the accumulator 2 with the main valve control channel 40. At the same time, the air channel 22 is closed by the O-ring 23, so the connection between the main valve control channel 40 and the atmosphere is blocked. As a result, a portion of the compressed air in the accumulator 2 flows into the main valve control channel 40, and air accumulates in the main valve chamber 8 at the same pressure as in the accumulator 2.

Since the part of the compressed air in the accumulator 2 flows into the main valve chamber 8, the main valve 19 is positioned at the bottom dead center as shown in FIG. 3 as a result of downward pressing load arising from the difference in pressure receiving areas between the lower peripheral surface 52 and the upper end surface 54 of the main valve 19, along with the biasing force of the main valve spring 28.

Since the main valve 19 is positioned at the bottom dead center, the main valve 19 comes into contact with the main valve rubber 27 while separating from the exhaust rubber 30 to open the air discharge passage 29. As a result, the piston upper chamber of the cylinder 3 is brought into communication with the atmosphere. Thus, the piston upper chamber assumes the atmospheric pressure. In addition, the fluid connection between the piston upper chamber of the cylinder 3 and the accumulator 2 is blocked. Thus, compressed air in the accumulator 2 does not flow into the piston upper chamber. As a result, the piston 4a is maintained at its top dead center position.

FIG. 4 shows the state where the plunger 7 is pushed up to the top dead center by pulling the trigger 39 and pressing the push lever 42 against the workpiece. Since the plunger 7 is positioned at the top dead center, the O-ring 18 loses its sealing effect, and the trigger valve control channel 16 will be opened. As a result, the trigger valve chamber 13 and the atmosphere are communicated with each other, so the inside

KHD 000022

US 7,156,012 B2

11

of the trigger valve chamber 13 assumes the atmospheric pressure. In addition, the trigger valve intake channel 14 is closed by the O-ring 15 for blocking fluid communication between the accumulator 2 and the trigger valve chamber 13. Thus, compressed air does not any more flow from the accumulator 2 into the trigger valve chamber 13.

Since the trigger valve chamber 13 assumes the atmospheric pressure, a difference arises between the pressure imparted to the valve piston 9 at its accumulator side and the pressure imparted to the valve piston 9 in the trigger valve chamber 13. Because of the pressure difference, the valve piston 9 moves to the bottom dead center as shown in FIG. 5.

The value obtained from dividing the maximum volume V2 of the trigger valve chamber 13 by the cross-sectional area S2 of the trigger valve control channel 16 is V2/S2=0.2. This value is set smaller than that in conventional fastener driving tools. This is a design concept obtained as a result of recognition of the principle in a tube flow that there is a proportional relationship between the mass rate of flow and the cross-sectional area of the tube. More specifically, it is based on the discovery that, with fastener driving tools which have valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air decreases in accordance with an increase in the cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

FIG. 6 shows the relationship between V2/S2 and the time period T2 from when the pressure inside the trigger valve chamber 13 begins to drop until the valve piston 9 moves to maximum displacement. The smaller V2/S2 is made, the smaller T2 becomes as well. For the value in this first embodiment, V2/S2=0.2, T2 is approximately 0.75 ms. Consequently, the time period required for the pressure in the trigger valve chamber 13 to drop to a specific pressure decreases, and accordingly, time period from when the plunger 7 is pressed until the valve piston 9 moves to maximum displacement can be reduced. As a result, the amount of time from when the trigger 39 and the push lever 42 are operated until the nailing motion occurs due to the displacement of the trigger valve can be further reduced. Incidentally, by making V2/S2=0.15, T2 can be made smaller, and by making V2/S2=0.10, T2 can be made smaller still, and the amount of time until the nailing motion occurs can be shortened.

Thus, by setting the maximum volume V2 of the trigger valve chamber 13 and the cross-sectional area S2 of the trigger valve control channel 16 to the aforementioned values, discharge of the compressed air from the trigger valve chamber 13 can be promptly performed, and the time period until the trigger valve chamber 13 assumes the atmospheric pressure can be reduced. Furthermore, since the discharge of air from the trigger valve chamber 13 can be improved when the valve piston 9 is moved to the bottom dead center, a so-called air damper in which the pressure in the trigger valve chamber 13 impedes the movement of the valve piston 9 is not readily formed. Accordingly, the valve piston 9 can be moved immediately from the top dead center to the bottom dead center without being interrupted by the air damper. Incidentally, even though the valve piston 9 is biased toward the top dead center by the spring 12, the valve piston 9 is movable to the bottom dead center by the pressure difference since the biasing force of the spring 12 is set beforehand to be weaker than the force caused by the pressure difference.

12

As shown in FIG. 5, since the valve piston 9 is positioned at the bottom dead center, the main valve intake channel 20 is closed by the O-ring 21 to block fluid communication from the accumulator 2 to the main valve control channel 40. In addition, the O-ring 23 loses its sealing effect to open the air channel 22, so that the main valve control channel 40 is brought into communication with the atmosphere. As a result, the main valve control channel 40 and the main valve chamber 8 assume atmospheric pressure.

When the main valve chamber 8 assumes generally the atmospheric pressure, the main valve 19 then moves to the top dead center as shown in FIG. 8 as a result of the upward pressure arising from the difference in pressure receiving areas at the lower outer peripheral surface 52 and at the upper end surface 54 of the main valve 19. When the main valve 19 begins to move toward the top dead center, the accumulator 2 and the piston upper chamber in the cylinder 3 are brought into fluid communication with each other. Thus, because of the pressure imparted to the lower outer peripheral surface 52 as well as to the lower end surface 53 of the main valve 19, the main valve 19 moves rapidly toward the top dead center, and comes into contact with the exhaust rubber 30 to close the air discharge passage 29 whereupon the piston upper chamber is shut off from the atmosphere. In this case, the accumulator 2 is also shut off from the atmosphere.

By the movement of the main valve 19 toward its upper dead center, the fluid in the main valve chamber 8 is discharged into the main valve control channel 40. As described above, the value obtained from dividing the maximum volume V1 of the main valve chamber 8 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8. This value is set smaller than that in the conventional fastener driving tools. This is a design concept which, just as with the design concept described above, was also obtained as a result of recognition of the flow principle that, with fastener driving tools which have valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air decreases in accordance with an increase in cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

FIG. 9 shows the relationship between V1/S1 and the time period T1 from when the pressure in the main valve chamber 8 begins to drop until the main valve 19 moves to maximum displacement. The smaller V1/S1 is made, the smaller T1 becomes as well. For the value in this first embodiment, V1/S1=0.8 at which T1 is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber 8 to drop to a specific pressure decreases. Accordingly, the time period from when the plunger 7 is pressed as a result of the trigger 39 and the push lever 42 being operated until the main valve 19 moves to maximum displacement can be reduced. As a result, the time period from when the trigger 39 and the push lever 42 are operated until the nailing motion occurs because of the displacement of the main valve 19 can be reduced. Incidentally, if V1/S1 is set to 1.0, T1 becomes 7.5 ms, which is sufficiently small. If V1/S1 is set to 0.6, T1 can be made even smaller, about 5.0 ms. Thus, time period until the nailing motion occurs can be further shortened.

In the first embodiment, a bending section is provided in the main valve control channel 40. However, the bending section does not cause significant flow path resistance, since the bending section is configured into an gentle arcuate shape. Consequently, there is no obstruction in the flow of air in the main valve control channel 40. Furthermore, as

KHD 000023

US 7,156,012 B2

13

described above, the air in the main valve chamber **8** passes from the main valve control channel **40** through air channel **22** of the trigger valve **6** and is discharged into the atmosphere. In this case, since cross-sectional area of the air channel **22** is larger than that of the main valve control channel **40** in terms of air flowing passage, the air channel **22** does not prevent the air from flowing from the main valve chamber **8** into the atmosphere. Consequently, the time period from when the trigger **39** and the push lever are operated until the nailing motion occurs can be shortened.

Thus, by setting the maximum volume of the main valve chamber **8** and the cross-sectional area of the main valve control channel **40** to the aforementioned values, the compressed air in the main valve chamber **8** will escape more quickly, so that the time period until the main valve chamber **8** assumes the atmospheric pressure can be reduced. Furthermore, a so-called air damper in the main valve chamber **8** is not readily formed because of the improvement on the shape of the main valve control channel **40** and improvement on passing of air through the air channel **22**. Accordingly, the escape of air from the main valve chamber **8** can be improved even when the main valve **19** rises to the top dead center. Consequently, the main valve **19** can be moved immediately from the bottom dead center to the top dead center.

By the movement of the main valve **19** from its bottom dead center to the top dead center, the compressed air rapidly flows from the accumulator **2** into the piston upper chamber, thereby rapidly moving the piston **4**a toward its bottom dead center. Thus, the fastener **5** is driven by the tip end **4**c of the driver blade **4**b connected to the piston **4**a. The air in the underside of the piston **4**a in the cylinder **3** flows through air channel **36** into the return air chamber **33**. Further, a portion of the compressed air in the piston upper chamber also flows through the air channel **35** into the return air chamber **33**, after the piston **4**a is moved past the air channel **35**.

FIG. **11** shows the state where the plunger **7** has just returned to the bottom dead center after release of the trigger **39** or after the pressing of the push lever **42** against the workpiece is stopped. The plunger **7** has moved to the bottom dead center because of the pressure applied to the upper end face of the plunger **7** from the accumulator **2** and the biasing force of the spring **12**.

By the movement of the plunger **7** to the bottom dead center, the trigger valve control channel **16** is closed by the O-ring **18**, while the O-ring **15** loses its sealing effect. Thus, the compressed air in the accumulator **2** flows through the trigger valve intake channel **14** into the trigger valve chamber **13**.

In this case, as described above, the cross-sectional area St of the trigger valve intake channel **14** is set to $2.75 \times 10^{-6}$ (m$^2$), which is relatively larger than that of the conventional tool. This is due to a design concept obtained as a result of recognition of the tube flow principle that there is a proportional relationship between the mass rate of flow and the cross-sectional area of the tube. More specifically, it is based on the discovery that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure due to introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

FIG. **7** shows the relationship (solid line curve) between the cross-sectional area (St) of the trigger valve intake channel **14**, and the time period T1 until the main valve

14

returns to the initial position. FIG. **7** also shows the relationship (broken line curve) between the cross-sectional area (St) and air consumption volume NL. As the cross-sectional area St decreases, the main valve return time period can be reduced and the air consumption volume can be decreased. These curves T1 and NL appear as convex functions toward the lower direction. Therefore, the reducing or decreasing effects are not greatly exhibited at the greater range of the cross-sectional area. Taking the phenomena into consideration, the specific value was determined experimentally to be $2.75 \times 10^{-6}$ (m$^2$). As a result, the time period required for the pressure in the trigger valve chamber **13** to rise to a specific pressure due to the inflow of compressed air is reduced. Thus, the time period from when the pressing force on the plunger **7** ceases until the valve piston **9** returns to the pre-nailing position can be shortened.

By the introduction of the compressed air into the trigger valve chamber **13**, the valve piston **9** is moved to its top dead center. Thus, the O-ring **23** blocks fluid communication between the air channel **22** and the main valve control channel **40**, while the O-ring **21** loses its sealing effect so that the accumulator **2** is fluidly connected to the main valve chamber **8** via the main valve intake channel **20** and the main valve control channel **40**. Thus, compressed air flows from the accumulator **2** into the main valve chamber **8**.

As described above, the value obtained from dividing the maximum volume V1 of the main valve chamber **8** by the cross-sectional area S1 of the main valve control channel **40** is V1/S1=0.8. This value is set smaller than that of the conventional fastener driving tools. As with the design concept for the trigger valve intake channel **14**, this value is determined based on the design concept that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure by the introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

FIG. **10** shows the relationship between V1/S1, and the time period T1 until the main valve **19** returns to the initial position (lower dead position). FIG. **10** also shows the relationship between V1/S1 and the air consumption volume NL. The lower V1/S1 becomes, the lower T1 becomes as well. For the value in this first embodiment, V1/S1 is set to 0.8 at which T1 is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber **8** to rise to a specific pressure by the introduction of compressed air thereinto can be reduced. Thus, the time period from when the valve piston **9** begins to return to the pre-nailing position (toward the top dead center) until the main valve **19** closes the main valve rubber **27** can be reduced. As a result, the time period to the restoration timing for the subsequent nail driving operation after the actual nail driving operation can be reduced. More specifically, the time period from when the trigger **39** and the push lever **42** are operated until the main valve reaches its bottom dead center as a result of the movement of the valve piston **9** to the pre-nailing position can be reduced. Further, since the time period for the main valve **19** to be closed is reduced, the amount of compressed air flowing from the accumulator **2** to the piston upper chamber can be reduced during movement of the main valve **19** toward its bottom dead center. Incidentally, even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison to the conventional examples. If V1/S1 is set to 0.6, T1 can be made even smaller, approximately 5.5 ms. Consequently, the

KHD 000024

US 7,156,012 B2

15

time period, following nailing, for the return to the pre-nailing state can be further reduced, while the amount of compressed air which flows from the accumulator 2 to the piston upper chamber can be further decreased.

In addition, the value obtained from dividing the maximum volume V1 of the main valve chamber 8 by the cross-sectional area Sm of the main valve intake channel 20 is likewise set to V1/S1=0.8. The main valve intake channel 20 and the main valve control channel 40 become a contiguous inflow passage directing to the main valve chamber 8. In this connection, the main valve intake channel 20 should provide a performance at least equal to that of the main valve control channel 40. As a result, V1/Sm was also set to 1.0 or less. In addition, V1/S1 and V1/Sm need not be the same value provided that they are both 1.0 or less. Incidentally, there is the curved area at the main valve control channel 40. However, the curved area does not lead to a significant flow resistance because of the gentle arcuate shape in the curved area. Thus, there is no obstruction in the flow of air to be directed into the main valve chamber 8.

As a result, the compressed air can instantaneously flow into the main valve chamber 8 so that a downward pressing force arises because of the difference in pressure receiving areas among the lower outer peripheral surface 52, the lower end surface 53, and the top end surface 54 of the main valve 19. In this first embodiment, by setting both V1/S1 and V1/Sm to 0.8, the time period required for the main valve 19 to move to the bottom dead center, that is, to return the main valve 19 to its pre-nailing position can be reduced to approximately 3.8 ms. This returning movement is also due to the pressing force arising from the compressed air flowing into the main valve chamber 8 and the biasing force of the main valve spring 28.

Upon movement of the main valve 19 to its bottom dead center, the main valve 19 is coming into contact with the main valve rubber 27 to shut off fluid connection between the accumulator 2 and the piston upper chamber. Further, immediately before the main valve 19 reaches its bottom dead center, the main valve 19 is separated from the exhaust rubber 30 for providing fluid communication from the piston upper chamber with the atmosphere. As a result of the structural relationships, the main valve 19 is separated from the exhaust rubber 30 prior to the complete return of the main valve 19 to the bottom dead center. In this instance, since the accumulator 2 and the piston upper chamber are not yet completely blocked from each other, the accumulator 2 is connected to the atmosphere through the piston upper chamber and the air discharge passage 29, so that the compressed air is discharged unnecessarily into the atmosphere. However, by setting VI/S1 and V1/Sm to 1.0 or less, and also setting the cross-sectional area St of the trigger valve intake channel 14 to 2.75×0⁻⁶ (m²), the time period for the main valve 19 to move to the bottom dead center can be shortened, so that the unwanted consumption of the compressed air due to leakage of compressed air from the accumulator 2 to the atmosphere can be reduced as is apparent from FIG. 10.

Then, underside of the piston 4a is then pressed by the compressed air accumulated in the return air chamber 33, and the piston 4a rapidly moves to its top dead center. The air in the piston upper chamber is released from the exhaust hole 49 to the atmosphere through the air discharge passage 29, and the fastener driving tool 1 returns to the initial state shown in FIG. 1.

FIG. 12 shows a modification to the main valve control channel 40. In the first embodiment shown in FIG. 3, the bending portion (enclosed by the circle 51) of the main valve

16

control channel 40, is configured into the gentle arcuate shape. In the modification shown in FIG. 12, the bending portion can include at least two bent areas. In the latter case, the bending angle is preferably not less than 100°. With this arrangement, air can be smoothly flowed into the main valve chamber 8, and the air in the main valve chamber 8 can be smoothly discharged therefrom, without excessive channel resistance. As an another modification, the cross-sectional area of the trigger valve intake channel 14 can be made large such as 3.00×10⁻⁶ (m²) or 3.25×10⁻⁶ (m²). In so doing, the unit rate of flow of the compressed air entering the trigger valve chamber 13 increases, so that the time period required for the pressure increase in the trigger valve chamber 13 can be shortened.

Next, a fastener driving tool according to a second embodiment of the present invention will be described with reference to FIG. 13 to FIG. 16. The overall structure of the fastener driving tool 101 shown in FIG. 13 is substantially the same as the first embodiment except that the valve piston 9 in the first embodiment is not provided. Consequently, a detailed description will be omitted. In FIGS. 13 through 16, like parts and components are designated by reference numerals added with 100 to the reference numerals shown in FIGS. 1 through 11.

A nail gun 101 includes a frame 160, a handle 160A, a nose 141 having an injection opening 146, an accumulator 102, a cylinder 103, a piston 104a, a driver blade 104b and its tip end 104c, a return air chamber 133, one way valve 134, air channels 135, 136, a piston bumper 137, a trigger 139, a trigger valve 106 including a plunger 107, a push lever 142, a magazine 144, and a main valve 126.

The trigger valve 106 shown in FIGS. 13 and 14 mainly includes a valve bush 110, a plunger 107, and a spring 112. The valve bush 110 formed with a through hole is fixed to the frame 160 to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve 106. The plunger 107 is provided reciprocably slidably with respect to the through hole of the valve bush 110. The plunger 9 has a bottom end in contact with the trigger 139. The spring 112 is interposed between the frame 160 and the plunger 107 for biasing the plunger 107 downward.

The trigger valve 106 is fluidly connected to a cylindrical main valve control channel 140 extending from a main valve chamber 108. Specifically, the main valve control channel 140 is configured such that its cross-sectional area S1 is 3.2×10⁻⁵ (m²).

In addition, an O-rings 125 is fitted on the valve bush 110 for continually blocking fluid connection between the main valve control channel 140 and an atmosphere. A trigger valve chamber 113 is defined by the frame 160 and the valve bush 110 secured to the frame 160.

The plunger 107 extends through the trigger valve chamber 113, and has an upper portion extending through a through-hole formed in the frame 160. An annular space is defined between the through-hole and the plunger 107 for serving as a main valve intake channel 120. The main valve intake channel 120 has a cross-sectional area Sm of 3.2×10⁻⁵ (m²). The cross-section extends in a direction perpendicular to the flowing direction. An O-ring 115 is fitted at the through-hole of the frame 160 for shutting off the main valve intake channel 120 when the plunger 107 is moved to its top dead center.

The plunger 107 has a lower section associated with the through hole of the valve bush 110. The lower section has an outer diameter slightly smaller than an inner diameter of the through hole of the valve bush 110 for defining an air channel 116 therebetween. This air channel 116 has a

KHD 000025

US 7,156,012 B2

17

cross-sectional area of at least $3.2 \times 0^{-5}$ ($m^2$). An O-ring 118 is fitted onto the lower section of the valve bush 110 for closing the air channel 116 when the plunger 107 is moved to the bottom dead center. The main valve intake channel 120 and air channel 116 are alternately blocked in accordance with the sliding motion of the plunger 107.

The main valve 126 is provided at an upper end and around an outer peripheral surface of the cylinder 103 as shown in FIG. 13. The main valve 126 includes a main valve 119 and a main valve spring 128 for biasing the main valve 119 toward its bottom dead center. An discharge passage 129 is formed above the main valve 119, and an exhaust port 149 in communication with the discharge passage 129 is formed at an upper portion of the frame 160.

A main valve sectioning region 161 is provided as a part of the frame 160 for defining a main valve chamber 108 in which the main valve 119 is vertically movably disposed. The main valve chamber 108 is in communication with the main valve control channel 140.

The main valve chamber 108 is hermetically provided by O-rings (not shown). The main valve chamber 8 has an internal volume variable in accordance with the vertical movement of the main valve 119, but has a maximum volume V1 of $2.56 \times 10^{-5}$ ($m^3$). As a result, the value obtained from dividing the volume V1 by the cross-sectional area S1 of the main valve control channel 40 is $V1/S1=0.8 \leqq 1.0$. Likewise, the value obtained from dividing the volume V1 by the cross-sectional area Sm of the main valve intake channel 120 is $V1/Sm=0.8 \leqq 1.0$. In addition, the main valve control channel 140 has a curving portion. The curving portion is formed into a gentle arcuate shape.

The nail driving operation will be described. FIGS. 13 and 14 show a state in which compressed air from the compressor (not shown) is introduced to the accumulator 102 through the hose (not shown). In this state, as shown in FIG. 14, the plunger 107 is positioned at its bottom dead center by the biasing force of the spring 112. Since the plunger 107 is positioned at the bottom dead center, the main valve intake channel 120 is open to provide fluid communication between the accumulator 102 and the trigger valve chamber 113. At the same time, the air channel 116 is closed by the O-ring 118, so the fluid connection between the trigger valve chamber 113 and the atmosphere is blocked.

As shown in FIG. 14, since the trigger valve chamber 113 is in communication with the main valve control channel 140, a portion of the compressed air in an accumulator 102 also flows into the main valve control channel 140. Therefore, compressed air is accumulated in the main valve chamber 108 at the same pressure as in the accumulator 102.

Since the part of the compressed air in the accumulator 102 flows into the main valve chamber 108, the main valve 119 is positioned at its bottom dead center as shown in FIG. 13 as a result of downward pressing load arising from the difference in pressure receiving areas between a lower peripheral surface 142 and an upper end surface 143 of the main valve 119, along with the biasing force of the main valve spring 128.

Since the main valve 119 is positioned at the bottom dead center, the main valve 119 comes into contact with an upper end of the cylinder 103 to block fluid communication between the accumulator 102 and the piston upper space in the cylinder 103. In this case, the main valve 119 is separated from the frame 160 to open the air discharge passage 129. As a result, the piston upper chamber of the cylinder 103 is brought into communication with the atmosphere through the air discharge passage 129. Thus, the piston upper chamber assumes the atmospheric pressure. In addition, since the

18

fluid connection between the piston upper chamber and the accumulator 102 is blocked, compressed air in the accumulator 102 does not flow into the piston upper chamber. As a result, the piston 104a is maintained at its top dead center position.

FIGS. 15 and 16 show the state where the plunger 107 is pushed up to the top dead center by pulling the trigger 139 and pressing the push lever 142 against the workpiece. Since the upper portion of the plunger 107 extends through the O-ring 115, the fluid connection between the trigger valve chamber 113 and the accumulator 102 is blocked. In addition, the O-ring 118 loses its sealing effect to open the trigger valve control channel 116. As a result, the trigger valve chamber 113 and the atmosphere are fluidly connected to each other, so the inside of the trigger valve chamber 113 assumes the atmospheric pressure. The cross-sectional area of the air channel 116 is greater than that of the main valve channel 140. Thus, the channel resistance in air channel 116 is smaller than that in the main valve channel 140. The main valve control channel 140 connected to the trigger valve chamber 113 is also connected to the atmosphere, and in addition, the main valve chamber 108 connected to the main valve control channel 140 is also connected to the atmosphere and assumes the atmosphere pressure.

When the main valve chamber 108 assumes roughly the atmospheric pressure, the main valve 119 moves to its top dead center as shown in FIG. 16 because compressed air pressure is applied to the lower outer peripheral surface 147 of the main valve 119 whereas the atmospheric pressure is applied to the upper end face 143 of the main valve. When the main valve 119 begins to move toward the top dead center, the accumulator 102 and a piston upper chamber in the cylinder 103 are brought into communication with each other, so that compressed air pressure is also applied to the lower end face 148 of the main valve 119. Thus, the main valve 119 moves rapidly toward the top dead center. As a result, the top end face of the main valve 119 comes into contact with the frame 160 to close the exhaust hole 149, so that fluid communication between the piston upper chamber and the atmosphere is blocked.

In the second embodiment, similar to the first embodiment, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area S1 of the main valve control channel 140 is $V1/S1=0.8$. This is a design concept which, just as with the design concept in the first embodiment, was obtained as a result of recognition of the flow principle that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air can be reduced in accordance with an increase in cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

The relationship between V1/S1 and the time period T1 from when the pressure in the main valve chamber 108 begins to drop until the main valve 119 moves to maximum displacement is basically the same as that shown in FIG. 9. For the value in this second embodiment, if V1/S1 is 0.8, T1 is approximately 7.0 ms. Further, even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison with the conventional tools. With a fastener driving tool which is at least equipped with the main valve 119, the time period required for the pressure in the main valve chamber 108 to drop to a specific pressure due to the discharge of air can be reduced. Accordingly, the time period from when the trigger 139 and the push lever 142 are operated until the nailing motion occurs because of the

KHD 000026

US 7,156,012 B2

19

displacement of the main valve 119 can be reduced. Incidentally, if V1/S1 is set to 0.6, T1 can be made even smaller, about 5.0 ms. Thus, time period until the nailing motion occurs can be further shortened. These values for T1 are sufficiently smaller than those in conventional fastener driving tools.

The air in the main valve chamber 108 passes through the main valve control channel 140 and through the air channel 116 of the trigger valve 106 and is discharged into the atmosphere. In this case, since cross-sectional area of the air channel 116 is larger than that of the main valve control channel 140, the air channel 116 does not prevent the air from flowing from the main valve chamber 108 into the atmosphere. Consequently, the time period from when the trigger 139 and the push lever are operated until the main valve 119 is moved to the top dead center can be shortened.

Thus, by setting the maximum volume of the main valve chamber 108 and the cross-sectional area of the main valve control channel 140 to the aforementioned values, the compressed air in the main valve chamber 108 can be discharged quickly, so that the time period until the main valve chamber 108 assumes the atmospheric pressure can be reduced. Furthermore, a so-called air damper in the main valve chamber 108 is not readily formed because of the improvement on the shape of the main valve control channel 140 and improvement on passing of air through the air channel 116. Accordingly, the discharge of air from the main valve chamber 108 can be improved even when the main valve 119 rises to the top dead center. Consequently, the main valve 119 can be moved immediately from the bottom dead center to the top dead center.

By the movement of the main valve 119 from its bottom dead center to the top dead center, the compressed air rapidly flows from the accumulator 102 into the piston upper chamber, thereby rapidly moving the piston 104a toward its bottom dead center. Thus, the fastener is driven by the tip end 104c of the driver blade 104b connected to the piston 104a. The air in the underside of the piston 104a in the cylinder 103 flows through air channel 136 into the return air chamber 133. Further, a portion of the compressed air in the piston upper chamber also flows through the air channel 135 into the return air chamber 133, after the piston 104a is moved past the air channel 135.

When the trigger 139 is returned or the pressing of the push lever 142 against the workpiece is stopped, the plunger 107 moves to the bottom dead center because of the pressure applied to the plunger 107 from the accumulator 102 and the biasing force of the spring 112 (FIG. 14).

By the movement of the plunger 107 to the bottom dead center, the air channel 116 is closed by the O-ring 118, while the O-ring 115 loses its sealing effect. Thus, the compressed air in the accumulator 102 flows through the main valve intake channel 120 into the trigger valve chamber 113. In this case, because the trigger valve chamber 113 is in communication with the main valve control channel 140, the main valve chamber 108 is communicated with the accumulator 102 through the main valve intake channel 120. Thus compressed air is introduced into the main valve chamber 108.

As described above, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area S1 of the main valve control channel 140 is V1/S1=0.8. This value is set smaller than that of the conventional fastener driving tools. As with the design concept for the trigger valve intake channel 14, this value is determined based on the design concept that, with fastener driving tools having valve chambers, the time period

20

required for the pressure in these valve chambers to be increased to a specific pressure by the introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

The graph shown in FIG. 10 is also available in the second embodiment. The lower V1/S1 becomes, the lower T1 becomes as well. Since V1/S1 is set to 0.8, T1 is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber 108 to rise to a specific pressure by the introduction of compressed air thereinto can be reduced. Thus, the time period from when the main valve 119 begins to return to the pre-nailing position (toward the bottom dead center) until the main valve 119 closes the top end of the cylinder 103 can be reduced. As a result, the time period from when the trigger 139 and the push lever 142 are operated until the main valve 119 reaches its bottom dead center (until the pre-nailing state for the subsequent nail driving operation) can be reduced. Further, since the time period for the main valve 119 to be closed is reduced, the amount of compressed air flowing from the accumulator 102 to the piston upper chamber can be reduced during movement of the main valve 119 toward its bottom dead center. Incidentally, even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison to the conventional tools. If V1/S1 is set to 0.6, T1 can be made even smaller, approximately 5.5 ms. Consequently, the time period, following nailing, for the return to the pre-nailing state can be further reduced, while the amount of compressed air which flows from the accumulator 102 to the piston upper chamber can be further decreased.

In addition, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area Sm of the main valve intake channel 120 is likewise set to V1/S1=0.8. The main valve intake channel 120 and the main valve control channel 140 become a contiguous inflow passage directing to the main valve chamber 108. In this connection, the main valve intake channel 120 should provide a performance at least equal to that of the main valve control channel 140. As a result, V1/Sm was also set to 1.0 or less. In addition, V1/S1 and V1/Sm need not be the same value provided that they are both 1.0 or less. Incidentally, there is the curved area at the main valve control channel 140. However, the curved area does not lead to a significant flow resistance because of the gentle arcuate shape in the curved area. Thus, there is no obstruction in the flow of air to be directed into the main valve chamber 108.

As a result, the compressed air can instantaneously flow into the main valve chamber 108 so that a downward pressing force is imparted on the main valve 108 because of the difference in pressure receiving areas between the lower outer peripheral surface 147 and the top end surface 143 of the main valve 119. In the second embodiment, by setting both V1/S1 and V1/Sm to 0.8, the time period required for the main valve 119 to move to the bottom dead center, that is, to return the main valve 119 to its pre-nailing position can be reduced to approximately 3.8 ms. This returning movement is also due to the pressing force arising from the compressed air flowing into the main valve chamber 108 and the biasing force of the main valve spring 128.

Upon movement of the main valve 119 to its bottom dead center, the main valve 119 is coming into contact with the upper end of the cylinder 103 to shut off fluid connection between the accumulator 102 and the piston upper chamber.

KHD 000027

US 7,156,012 B2

21

Further, immediately before the main valve 119 reaches its bottom dead center, the main valve 119 is separated from the frame 160 for providing fluid communication from the piston upper chamber with the atmosphere. As a result of the structural relationships, the main valve 119 is separated from the frame 160 prior to the complete return of the main valve 119 to the bottom dead center. In this instance, since the accumulator 102 and the piston upper chamber are not yet completely blocked from each other, the accumulator 102 is connected to the atmosphere through the piston upper chamber and the air discharge passage 129, so that the compressed air is discharged unnecessarily into the atmosphere. However, by setting V1/S1 and V1/Sm to 1.0 or less, the time period for the main valve 119 to move to the bottom dead center can be shortened, so that the unwanted consumption of the compressed air due to leakage of compressed air from the accumulator 102 to the atmosphere can be reduced as is also apparent from FIG. 10.

Then, underside of the piston 104a is then pressed by the compressed air accumulated in the return air chamber 133, and the piston 104a rapidly moves to its top dead center. The air in the piston upper chamber is released from the exhaust hole 149 to the atmosphere through the air discharge passage 129, and the fastener driving tool 1 returns to the initial state shown in FIG. 13.

In the second embodiment, the bending portion of the main valve control channel 140 is configured into the gentle arcuate shape. As a modification, the bending portion can include at least two bent areas. In the latter case, the bending angle is preferably not less than 100°. With this arrangement, air can be smoothly flowed into the main valve chamber 108, and the air in the main valve chamber 108 can be smoothly discharged therefrom, without excessive channel resistance. With this arrangement, can be reduced the first time period from operation timing of the trigger 139 and the push lever 142 to the actual driving operation, and the second time period from release timing of the plunger 107 to the timing at which the main valve 119 has returned to its pre-driving position.

A fastener driving tool according to a third embodiment of the present invention will next be described with reference to FIGS. 17 through 19. The overall structure of the fastener driving tool 201 is substantially the same as the first embodiment except that the main valve section 26 in the first embodiment is not provided. In FIGS. 17 through 19, like parts and components are designated by reference numerals added with 200 to the reference numerals shown in FIGS. 1 through 11.

A nail gun 201 includes a frame 260, a handle 206A, a nose 241 having an injection opening 246, an accumulator 202, a cylinder 203, a piston 204a, a driver blade 204b and its tip end 204c, a return air chamber 233, one way valve 234, air channels 235, 236, a piston bumper 237, a trigger 239, a trigger valve 206 including a plunger 207, and a magazine 244.

A piston upper chamber 266 is defined by the piston 204a, the cylinder 203, and the frame 260. The piston upper chamber 266 extends into an upper section of the frame 260. Further, an air channel 262 extends from the piston upper chamber 266 to the trigger valve 206.

The trigger valve 206 shown in FIGS. 17 and 18 mainly includes a valve bush 210, a valve piston 209, the plunger 207, and a spring 212. The valve bush 210 formed with a through hole is fixed to the frame 260 to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve 206. The valve piston 209 is reciprocably slidably disposed in the valve bush 210. The plunger 207 is provided

22

reciprocably slidably with respect to the through hole of the valve bush 210. The plunger 207 has a bottom end in contact with the trigger 239. The spring 212 is interposed between the valve piston 209 and the plunger 207 for biasing the valve piston 209 and the plunger 207 in opposite directions, that is, the valve piston 209 is biased upward, and the plunger 207 is biased downward.

An air channel 262 having a circular cross-section is formed within the frame 260 and extends from the piston upper chamber 266. The air channel 262 is connected to the trigger valve 206. In addition, an exhaust pipe 263 is provided in the handle 206A and has one end serving as an exhaust hole 249 opened at an end face of the handle 260A. The exhaust pipe 263 is connected to the trigger valve 206 at a position below the location at which the air channel 262 is connected to the trigger valve 206. Further, in the trigger valve 206, a valve plate 264 formed with a hole is disposed at a position between the connecting position between the air channel 262 and the trigger valve 206 and the connecting position between the exhaust pipe 263 and the trigger valve 206. The valve piston 209 extends through the hole of the valve plate 264. Further, a space is defined between the hole of the valve plate 264 and the valve piston 209. The space serves as an air channel 222.

Another air channel 220 is formed at the part of the frame 260, the part serving as a part of the trigger valve 206. The air channel 220 is adapted to provide a communication between the accumulator 202 and the trigger valve 206.

One end of the valve piston 209 in the sliding direction faces the accumulator 202. A valve piston rubber 221 is fitted in the vicinity of the opening of air channel 262 and at the upper end portion (a small diameter section) of the valve piston 209. The valve piston rubber 221 is adapted to come into -contact with the frame 260 near the periphery of air channel 220 when the valve piston 209 is at its top dead center (FIG. 18), and come into contact with an area near the periphery of the center hole of the valve plate 264 when the valve piston 209 is at its bottom dead center (FIG. 19). The air channel 222 provides fluid communication between the piston upper chamber 266 and the air channel 262 when the valve piston rubber 221 is released from the valve plate 264 in accordance with the movement of the valve piston 209 to its upper dead center.

The valve piston 209 has a large diameter section provided with an O-ring 224 in sliding contact with the valve bush 210. The O-ring 224 provides sealing at the boundary between the valve piston 209 and the large diameter section.

A trigger valve chamber 213 is defined by one end (lower end) of the large diameter section of the valve piston 209 and the valve bush 210. The trigger valve chamber 213 has an internal volume variable due to the sliding movement of the valve piston 209, and is formed such that a maximum internal volume V2 defined when the valve piston 209 is at the top dead center is $4.0 \times 10^{-7}$ (m$^3$). The O-ring 224 is adapted for blocking the fluid connection between the air channel 222 and the trigger valve chamber 213.

The plunger 207 extends into the trigger valve chamber 213, and a top end faces the accumulator 2. The small diameter section of the valve piston 209 is formed with a central bore 261 in communication with the accumulator 202, and the large diameter section of the valve piston 209 is formed with a stepped bore in communication with the central bore 261. An O-ring 215 is assembled at the stepped bore.

The plunger 207 has a small diameter section in association with the stepped bore. The outer diameter of the small diameter section of the plunger 207 is smaller than an inner

KHD 000028

US 7,156,012 B2

23                                                                                    24

diameter of the stepped bore. The small diameter section of plunger 207 is slidingly engagable with the O-ring 215 (FIG. 19) when the plunger 207 is moved to its top dead center. A trigger valve intake channel 214 is defined by the central bore 261.

The plunger 207 has a large diameter section provided with an O-ring 218 and in association with the through hole of the valve bush 210. An outer diameter of the large diameter section of the plunger 207 is smaller than an inner diameter of the through hole of the valve bush 210 to thus define a trigger valve control channel 216.

Consequently, the trigger valve intake channel 214 provides fluid communication between the accumulator 202 and the trigger valve chamber 213 when the small diameter section of the plunger 207 is disengaged from the O-ring 215. Further, the trigger valve control channel 216 provides fluid communication from the trigger valve chamber 213 to the atmosphere when the O-ring 218 is out of contact from the valve bush 210. The trigger valve intake channel 214 and trigger valve control channel 216 are alternately opened and blocked in accordance with the sliding motion of the plunger 207.

The trigger valve intake channel 214 is formed such that its cross-sectional area St is $2.75 \times 10^{-6}$ (m²). Further, the trigger valve control channel 216 is formed such that its cross-sectional area S2 is $1.98 \times 10^{-6}$ (m²). As a result, the value obtained from dividing the maximum volume of the trigger valve chamber 213 by the cross-sectional area of the trigger valve control channel 216 is V2/S2=0.2.

The structure of the trigger valve 206 is such that, when the valve piston 209 is positioned at the top dead center (FIG. 18), the valve piston rubber 221 is in abutment with the frame 260 near the air channel 220. Since the air channel 220 is closed by the valve piston rubber 221, the communication between the accumulator 202 and the piston upper chamber 266 through the air channels 262 and 220 is blocked. Further, the air channel 222 is opened to allow fluid communication between the piston upper chamber 266 and the exhaust pipe 263 through the air channels 262, 220,222. On the other hand, when the valve piston 209 is positioned at the bottom dead center (FIG. 19), the valve piston rubber 221 is seated on the valve plate 264 to close the air channel 222. Thus, fluid communication between the piston upper chamber 266 and the exhaust pipe 263 is shut off. Further, the air channel 220 is opened to provide fluid communication between the accumulator 202 and the piston upper chamber 266 through the air channels 262 and 220.

When the plunger 207 is positioned at the top dead center (FIG. 19), the trigger valve control channel 216 is opened so that the trigger valve chamber 213 is communicated with the atmosphere, while the trigger valve intake channel 214 is closed by the O-ring 215 so that fluid communication between the accumulator 202 and the trigger valve chamber 213 is blocked. On the other hand, when the plunger 207 is positioned at its bottom dead center (FIG. 18), the trigger valve control channel 216 is closed by the O-ring 218, so that fluid communication between the trigger valve chamber 213 and the atmosphere is blocked, while the trigger valve intake channel 214 is opened so that the accumulator 202 and the trigger valve chamber 213 are communicated with each other.

The nail driving operation will be described. FIGS. 17 and 18 show a state in which compressed air from the compressor (not shown) is accumulated in the accumulator 202 through the hose (not shown). In this state, as shown in FIG. 18, the plunger 207 is positioned at its bottom dead center by the biasing force of the spring 212. Since the plunger 207

is positioned at the bottom dead center, the main valve intake channel 214 is open to provide fluid communication between the accumulator 202 and the trigger valve chamber 213. At the same time, the trigger valve control channel 216 is closed by the O-ring 218, so the fluid connection between the trigger valve chamber 213 and the atmosphere is blocked.

In this case, because of the biasing force of the spring 212 and the difference in pressure receiving areas between the lower end area and the upper end area of the valve piston 210, the valve piston 209 is positioned at its top dead center. Therefore, air channel 220 is closed by the valve piston rubber 221 to shut off communication between the accumulator 202 and the air channel 262. At the same time, since the air channel 222 is opened by the valve piston rubber 221, the air channel 262 and the exhaust pipe 263 are fluidly connected to each other. Thus, the piston upper chamber 266 assumes the atmospheric pressure, and the piston 204a is positioned at its dead center as shown in FIG. 17.

FIG. 19 shows the state where the plunger 207 is pushed up to the top dead center by pulling the trigger 239. In this state, the O-ring 218 loses its sealing effect to open the trigger valve control channel 216. As a result, the trigger valve chamber 213 and the atmosphere are fluidly connected to each other, so the trigger valve chamber 213 assumes the atmospheric pressure. Further, since the trigger valve intake channel 214 is closed by the O-ring 215, fluid communication between the accumulator 202 and the trigger valve chamber 213 is blocked.

Since the pressure in the trigger valve chamber 213 becomes atmospheric pressure, pressure difference is provided between the accumulator side and the trigger valve chamber side of the valve piston 209. Thus, the valve piston 209 is moved to its bottom dead center.

The relationship between V2/S2 and the time period T2 from when the pressure in the trigger valve chamber 213 begins to drop until the valve piston 209 moves to maximum displacement is basically the same as that shown in FIG. 6. In the third embodiment, if V2/S2 is 0.2, the time period for the valve piston 209 to move from its top dead center to its bottom dead center is approximately 0.75 ms. With a fastener driving tool which is at least equipped with the valve piston 209, by making the cross-sectional area of the trigger valve used to discharge the air rather large with respect to the volume of the trigger valve 213, the time period required for the pressure in the trigger valve chamber 213 to drop to a specific pressure because of the discharge of air can be decreased. Accordingly, the time period from when the plunger 207 is pressed until the valve piston 209 moves to maximum displacement can be shortened. As a result, the time period from when the trigger 239 is operated until the nailing motion occurs due to the displacement of the valve piston 209 can be shortened. Incidentally, if V2/S2 is set to 0.15, T2 can be made even smaller, and if V2/S2 is set to 0.10, T2 can be made smaller still. These values for T2 are sufficiently smaller than those in conventional fastener driving tools.

Thus, by setting the maximum volume V2 of the trigger valve chamber 213 and the cross-sectional area S2 of the trigger valve control channel 216 to the aforementioned values, discharge of the compressed air from the trigger valve chamber 213 can be promptly performed, and the time period until the trigger valve chamber 213 assumes the atmospheric pressure can be reduced. Furthermore, since the discharge of air from the trigger valve chamber 213 can be improved when the valve piston 209 is moved to the bottom dead center, a so-called air damper in which the pressure in

US 7,156,012 B2

25

the trigger valve chamber 213 impedes the movement of the valve piston 209 is not readily formed. Accordingly, the valve piston 209 can be moved immediately from the top dead center to the bottom dead center without being interrupted by the air damper. Incidentally, even though the valve piston 209 is biased toward the top dead center by the spring 212, the valve piston 209 is movable to the bottom dead center against the biasing force because of the pressure difference since the biasing force of the spring 212 is set beforehand to be weaker than the force caused by the pressure difference.

As shown in FIG. 19, when the valve piston 209 reaches its bottom dead center, the air channel 222 is closed by the valve piston rubber 221 to block fluid communication between the air channel 262 and the exhaust pipe 263. At the same time, the air channel 220 is opened by the valve piston rubber 221, so that the accumulator 202 and air channel 262 are fluidly connected to each other. Thus, air flows from the accumulator 202 into the piston upper chamber 266, and the piston upper chamber 266 provides the pressure level the same as that in the accumulator 202. In this instance, since the pressure in the piston upper chamber 266 becomes greater than the pressure in the piston lower chamber in the cylinder 203, the piston 204a moves rapidly to its bottom dead point. Thus, the fastener is driven by the tip end 204c of the driver blade 204b. The air in the underside of the piston 204a in the cylinder 203 flows through an air channel 236 into the return air chamber 233. Further, a portion of the compressed air in the piston upper chamber 266 flows through the air channel 235 into the return air chamber 233, after the piston 204a is moved past the air channel 235.

When the trigger 207 is returned, the plunger 207 moves to its bottom dead center because of the pressure applied from the accumulator 202 and the biasing force of the spring 212. In this case, as described above, the cross-sectional area St of the trigger valve intake channel 214 is set to $2.75 \times 10^{-6}$ (m²), which is relatively larger than that of the conventional tool. This is due to a design concept in that the mass rate of flow is proportional to the cross-sectional area of the tube. That is, it is based on the discovery that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure due to introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

At this point, since the cross-sectional area St of the trigger valve intake channel 214 is set to $2.75 \times 10^{-6}$ (m²), the pressure in the trigger valve chamber 213 instantaneously rises. As a result, the time period required for the pressure in the trigger valve chamber 213 to rise to a specific pressure due to the flow of compressed air can be decreased. Thus, the time period from when the pressing force on the plunger 207 ceases until the valve piston 209 returns to the pre-nailing position can be shortened. The valve piston rubber 221 provided on the valve piston 209 comes into contact with the frame 260 at the top dead center of the valve piston 209, and comes into contact with the valve plate 264 at the bottom dead center of the valve piston 209. Therefore, a fluid connection between the piston upper chamber 266 and the accumulator 202, and a fluid connection between the piston upper chamber 266 and the exhaust pipe 263 is alternately provided.

However, in more detailed aspect, during the movement of the valve piston 209 from its bottom dead center to its top dead center, the valve piston rubber 264 is out of contact

26

from the frame 260 and from the valve plate 264. Accordingly, the connection between the piston upper chamber 266 and the accumulator 202 and the connection between the piston upper chamber 266 and the atmosphere can be simultaneously formed. As a result, the accumulator 202 and the atmosphere are connected, and the compressed air in the accumulator 202 is discharged into the atmosphere even during the movement of the valve piston 209 from its bottom dead center to its top dead center, which results in a waste of compressed air. However, since the valve piston 209 in the third embodiment can move from the bottom dead center to the top dead center more quickly than with the conventional tools, the amount of wasted compressed air which is unnecessarily discharged can be reduced.

At that point, the air channel 220 is closed by the valve piston rubber 221 to block communication between the accumulator 202 and the air channel 262. Thus, the flow of air from the accumulator 202 to the piston upper chamber 266 stops. In addition, air channel 222 is opened, so that air channel 262 and the exhaust pipe 263 are fluidly connected to each other. As a result, the air which has been accumulated in the piston upper chamber 266 is discharged to the atmosphere through the air channel 262, 222, exhaust pipe 263 and the exhaust hole 249. Thus, the piston upper chamber 266 assumes the atmospheric pressure.

Consequently, the piston 204a moves rapidly to the top dead point because the bottom of the piston 204a is imparted with a pressing force by the compressed air accumulated in the return air chamber 233, and the fastener driving tool 201 returns to the state shown in FIG. 17. Incidentally, the cross-sectional area of the trigger valve intake channel 214 can be made larger such as $3.00 \times 10^{-6}$ (m²) or $3.25 \times 10^{-6}$ (m²). With this arrangement, the unit rate of flow of the compressed air entering the trigger valve chamber 213 increases, so that the time period required for the pressure increase in the trigger valve chamber 213 can be shortened.

Characteristic in nailing motion of the fastener driving tool according to the first embodiment will be described chronologically in comparison with a comparative fastener driving tool. In the graph shown in FIG. 20, the characteristics of the process of driving a nail into wood are shown for the fastener driving tool 1 involved in the first embodiment, and in the graph shown in FIG. 21, the characteristics of the process of driving a nail into wood with a fastener driving tool are shown for the comparative fastener driving tool.

In these graphs, the x-axis represents time, and y-axis in FIG. 20(a) represents pressure in the trigger valve chamber 13, the main valve chamber 8, the accumulator 2, the piston 4a upper chamber, and the return chamber 33 in the fastener driving tool according to the first embodiment. Further, Y-axes in FIGS. 20(b) through 20(d) represent a displacement of the main valve 19, a displacement of the valve piston 9, and a displacement of piston 4a according to the first embodiment. Here, the origin of the x-axis (0 ms) represents the time at which the plunger 7 is pressed and the pressure in the trigger valve chamber 13 begins to drop. The same is true with respect to FIGS. 21(a) through (d) for the comparative fastener driving tool.

The dimensions in the comparative fastener driving tool involved in the nailing process were: maximum main valve chamber volume $V1' = 2.56 \times 10^{-5}$ (m³); main valve control channel cross-sectional area $S1' = 0.8 \times 10^{-5}$ (m²); $V1'/S1' = 3.2$; maximum trigger valve chamber volume $V2' = 4.0 \times 10^{-7}$ (m³); trigger valve control channel cross-sectional area $S2' = 0.465 \times 10^{-6}$ (m²); $V2'/S2' = 0.86$. The dimensions in the fastener driving tool involved in the first embodiment were:

US 7,156,012 B2

27                                                                    28

maximum main valve chamber **8** volume $V1=2.56\times10^{-5}$ (m³); main valve control channel **40** cross-sectional area $S1=3.2\times10^{}$ (m²); $V1/S1=0.8$; maximum trigger valve chamber **13** volume $V2=4.0\times10^{-7}$ (m³); trigger valve control channel **16** cross-sectional area $S2=1.98\times10^{-6}$ (m²); $V2/S2=0.2$.

In FIGS. **20** and **21**, A and A' represent the timing at which pressure drop in the trigger valve chamber **13** is started, B and B' represent the timing at which the pressure in the trigger valve chamber **13** becomes atmospheric pressure, C and C' represents the timing at which the movement of the main valve **19** toward its upper dead center is started, D and D' represent the timing at which the main valve **19** reaches its top dead center, E and E' represent the timing at which the movement of the valve piston **9** toward its bottom dead center is started, F and F' represent the timing that the valve piston **9** reaches its bottom dead center, and G and G' represent the timing at which the piston **4a** reaches its bottom dead center.

By pressing the plunger **7**, the pressure in the trigger chamber **13** drops and, in conjunction with this pressure change, the valve piston **9** begins to be displaced from the top dead center. At that point, since $V2/S2=0.2$ in the first embodiment has been set smaller than the value $V2'/S2'=0.86$ in the comparative tool, so the compressed air in the trigger valve chamber **13** can be instantaneously discharged through the trigger valve control channel **16** into the atmosphere. As a result, only 3.0 ms was required for the pressure drop to the atmosphere in the trigger valve chamber **13**, whereas 11.3 ms was required for the pressure drop in the comparative tool (see B and B'). Further, only 0.74 ms was required for moving the valve piston **9** to its bottom dead center in the first embodiment whereas 0.85 ms was required for the movement in the comparative tool (see F and F').

Because of the displacement of the valve piston **9** toward its bottom dead center, the O-ring **23** loses its sealing effect, so that the air channel **22** and the main valve control channel **40** are fluidly connected to each other and the pressure in the main valve chamber **8** begins to drop. At that point, since $V1/S1=0.8$ in the first embodiment is smaller than $V1'/S1'=3.2$ in the comparative tool, the compressed air in the main valve chamber **8** can be instantaneously discharged through the main valve control channel **40** and the air channel **22** into the atmosphere. As a result, 22.4 ms was required for the pressure drop in the conventional main valve chamber to the minimum value for starting movement of the main valve from its bottom dead center. On the other hand, only 6.1 ms was required for the pressure drop in the main valve chamber **13** to the minimum value for starting movement of the main valve **19** from its bottom dead center (see C and C'). During this period, the pressure in the main valve chamber **8** rises temporarily due to the displacement of the main valve **19**. However, since the cross-sectional area of the air channel **22** was set to be smaller than the cross-sectional area of the main valve control channel **40**, excessive back-pressure is not applied to the main valve chamber **8**. Then, the main valve **19** in the first embodiment reaches the top dead point after 7.1 ms (see D).

By the movement of the main valve **19** toward its top dead center, the compressed air flows from the accumulator **2** to the piston upper chamber, so that the piston upper chamber becomes highly pressurized. Due to the pressure difference between the upper chamber and lower chamber of the piston **4a**, the piston **4a** drops to the bottom dead center for driving the fastener **5**. As a result of this, the process from when the worker pulls the trigger **39** until the fastener **5** is driven is

completed. In the first embodiment, the process only requires 11.3 ms, whereas the comparative tool requires 27.1 ms (see F and F'). This difference clearly represents an improvement on the nailing response.

In addition, as a result of experimentation using a variety of fastener driving tools and investigating what degree of improvement in the response was sufficient for the effect to be perceived, it was found that if nailing occurred within 12 ms after the trigger is pulled and the push lever was pressed against the workpiece, the response was perceived to be good, the work became easy to perform, and it became easy to drive fasteners in a continuous manner. Moreover, it was found that as this amount of time grew longer, the response gradually grew worse, and in the vicinity of the 27.1 ms of the conventional tool, the work became difficult to perform and it became difficult to drive fasteners in a continuous manner. From this perspective as well, the response was improved, and the work performance was improved as well based on the fastener driving tool **1** in the first embodiment.

Next, an entire one-shot process starting from the pushing timing of the plunger **7** to the recovery timing to the initial state for starting the next nail driving operation will be described with reference to FIGS. **22**(*a*) through **23**(*e*). These graphs are particularly useful for the explanation of the process of returning to the initial state.

In these graphs, the x-axis represents time, and y-axis in FIG. **22**(*a*) represents pressure in the trigger valve chamber **13**, the main valve chamber **8**, the accumulator **2**, the piston **4a** upper chamber, and the return chamber **33** in the fastener driving tool according to the first embodiment. Further, Y-axes in FIGS. **22**(*b*) through **22**(*d*) represent a displacement of the main valve **19**, a displacement of the valve piston **9**, a displacement of the piston **4a**, and a displacement of a tool itself according to the first embodiment. Here, the origin of the x axis (0 ms) represents the time at which the plunger **7** is pressed and the pressure in the trigger valve chamber **13** begins to drop. The same is true with respect to FIGS. **23**(*a*) through (*e*) for another comparative fastener driving tool.

The dimensions in the comparative fastener driving tool involved were; maximum main valve chamber volume $V1'=2.621\times10^{}$ (m³); main valve control channel cross-sectional area $S1'=1.963\times10^{-5}$ (m²); $V1'/S1'=1.335$; main valve intake channel cross-sectional area $Sm'=0.41\times10^{-5}$ (m²); $V1'/Sm'=6.5$; trigger valve intake channel cross-sectional area $St'=1.78\times10^{-6}$ (m²). The dimensions in the fastener driving tool involved in the first embodiment were: maximum main valve chamber **8** volume $V1=2.56\times10^{-5}$ (m³); main valve control channel **40** cross-sectional area $S1=3.2\times10^{}$ (m²); $V1/S1=0.8$; main valve intake channel **20** cross-sectional area $Sm=3.2\times10^{5}$ (m²); $V1/Sm=0.8$; trigger valve intake channel cross-sectional area $St=2.75\times10^{-6}$ (m²).

In FIGS. **22**(*a*) through **23**(*e*), A through G and A' through G' are the same as those shown in FIGS. **20**(*a*) through **21**(*d*). H and H' represent the timing at which the returning motion of the main valve is started. I and I' represent the timing at which the main valve is returned to its initial position. J and J' represent the timing at which the returning motion of the valve piston is started. K and K' represent the timing at which the valve piston is returned to its initial position. L and L' represent the timing at which the piston is returned to its initial position. M and M' represent the timing at which the entire tool is displaced by a maximum amount.

In the first embodiment, 6.9 ms was required for starting nail driving by starting the movement of the piston **4a** whereas the comparative tool required 22.2 ms for the

US 7,156,012 B2

29

starting (see FIGS. 22(d) and 23(d). In reaction to the movement of the piston, the tool body itself begins to move upward. Subsequently the piston 4a reaches the bottom dead center, and nailing was completed after 11.3 ms in the first embodiment, as opposed to after 26.9 ms in the comparative tool. The upward displacement of both the fastener driving tool 1 and the comparative tool at this point was 5 mm. Further, in the first embodiment, the upward displacement of the tool itself reached 10 mm at 18.6 ms, whereas in the comparative tool, the upward displacement of the tool itself reached 10 mm at 35.1 ms (see FIGS. 22(e) and 23(e)).

At this point, the relative position between the push lever 42 and the nose 41 was restored to the initial position, and the plunger 7 which has been biased upward by the push lever 42 is returned to its initial position. In the first embodiment, the valve piston 9 began to move due to the pressure of the accumulator 2 and the pressing force of the spring 12 at 18.6 ms, and the valve piston 9 was returned to the initial position at 20.3 ms. On the other hand, in the comparative tool, the valve piston began to move at 35.2 ms, and returned to the initial position at 37.4 ms (See FIGS. 22(c) and 23(c)).

By the movement of the valve piston 9, the compressed air in the accumulator 2 flows into the main valve chamber 8 through the main valve intake channel 20 and the main valve control channel 40. As a result in the first embodiment, the main valve 19 began to move at 21.4 ms, whereas in the comparative tool, the main valve 19' began to move at 38.9 ms (see H and H'). In addition, in the first embodiment, the main valve 19 was returned to the initial position at its bottom dead center at 25.2 ms, whereas in the comparative tool, the main valve 19' was returned to the initial position at its bottom dead center at 44.3 ms (see I and I'). Simultaneously, the compressed air filled in the piston upper chamber is released to the atmosphere through air channel 29 and the exhaust hole 49, and the tool was returned to the initial state.

As described above, in the first embodiment, the time period from the moment when either the pulling of the trigger 39 is released or the pressing of the push lever 42 against the workpiece is released (18.6 ms) until the main valve is closed (25.2 ms) was 25.2 ms−18.6 ms=6.6 ms. On the other hand, in the comparative tool, the time period was 44.3 ms−35.2 ms=9.1 ms.

In addition, experimentations were conducted using a variety of fastener driving tools for investigating how much the time period needed to be shortened in order for a sufficient improvement on response to be perceived, the time period being from the moment when either the pressing of the trigger 39 was released or the pressing of the push lever 42 against the workpiece is released until the main valve is closed. As a result of experiments, it was found that if the time period is within 7 ms, the response was perceived to be extremely good facilitating driving work and continuous driving.

Therefore, since the first embodiment requires the time period of within 7 ms, the transition to the next nailing operation can proceed rapidly to improve the response. In addition, because of the prompt closure of the main valve, unnecessary air consumption can be avoided.

While the invention has been described in detail and with reference to specific embodiments thereof, it would be apparent to those skilled in the art that various changes and modifications may be made therein without departing from the spirit and scope of the invention.

30

What is claimed is:

1. A fastener driving tool comprising:
a frame defining therein an accumulator that accumulates a compressed air;
a cylinder disposed within the frame;
a piston reciprocally slidably disposed within the cylinder, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;
a main valve which alternately opens and blocks a fluid communication between the piston upper chamber and the accumulator;
a main valve chamber section defining therein a main valve chamber in which the main valve is movably disposed, the main valve chamber providing a maximum internal volume;
a trigger valve which alternately opens and blocks a fluid communication from the accumulator to the main valve chamber, and a fluid communication from the main valve chamber to an atmosphere; and
a main valve control channel section defining therein a main valve control channel that provides a fluid connection between the main valve chamber and the trigger valve, the main valve control channel having a cross-sectional area, a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve control channel measured in m² being not more than 1.0.

2. The fastener driving tool as claimed in claim 1, further comprising:
a push lever in pressure contact with a workpiece; and
a trigger functioning as an operation input member; and
wherein the main valve is reciprocally movably provided in the main valve chamber for alternately providing a fluid communication between the piston upper chamber and the accumulator and between the piston upper chamber and the atmosphere; and
wherein the trigger valve comprises:
a trigger valve exterior frame to which the main valve control channel is fluidly connected;
a valve piston reciprocally slidably disposed within the trigger valve exterior frame and having one end exposed to the accumulator and another end, the valve piston being movable between a top dead center and a bottom dead center, a main valve intake channel being defined between the valve piston and the trigger valve exterior frame for providing fluid connection between the accumulator and the main valve control channel when the valve piston is moved to the upper dead center, and an air discharge channel being defined between the valve piston and the trigger valve exterior frame for providing fluid connection between the main valve control channel and the atmosphere when the valve piston is moved to the bottom dead center, a main valve intake channel and the air discharge channel being alternately opened; and
a plunger movable in an axial direction thereof between its top dead center and its bottom dead center and extending through the valve piston and the trigger valve exterior frame, a trigger valve chamber being defined by the trigger valve exterior frame, the another end of the valve piston and the plunger, the air discharge channel having a cross-sectional area not less than the cross-sectional area of the main valve control channel.

3. The fastener driving tool as claimed in claim 2, wherein the main valve intake channel has a cross-sectional area, a

KHD 000032

US 7,156,012 B2

31

32

ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve intake channel measured in m² being not more than 1.0.

**4**. The fastener driving tool as claimed in claim **2**, wherein the plunger has a first section exposed to the accumulator and extending through the valve piston, and a second section extending through the trigger valve exterior frame, a trigger valve intake channel being defined between the first section and the valve piston for providing a fluid connection between the accumulator and the trigger valve chamber when the plunger is moved to its bottom dead center, and a trigger valve control channel being defined between the second section and the trigger valve exterior frame for providing a fluid connection between the trigger valve chamber and the atmosphere when the plunger is moved to its top dead center, the trigger valve intake channel and the trigger valve control channel being alternately opened.

**5**. The fastener driving tool as claimed in claim **4**, wherein the trigger valve intake channel has a cross-sectional area of not less than $3.00 \times 10^{-6}$ m².

**6**. The fastener driving tool as claimed in claim **4**, wherein the trigger valve intake channel has a cross-sectional area of not less than $3.25 \times 10^{-6}$ m².

**7**. The fastener driving tool as claimed in claim **4**, wherein the trigger valve intake channel has a cross-sectional area of not less than $2.75 \times 10^{-6}$ m².

**8**. The fastener driving tool as claimed in claim **2**, wherein a ratio obtained from dividing a maximum volume of the trigger valve chamber measured in m³ by the cross-sectional area of the trigger valve control channel measured in m² is not more than 0.20.

**9**. The fastener driving tool as claimed in claim **8**, wherein a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in m³ by the cross-sectional area of the trigger valve control channel measured in m² is not more than 0.15.

**10**. The fastener driving tool as claimed in claim **9**, wherein a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in m³ by the cross-sectional area of the trigger valve control channel measured in m² is not more than 0.10.

**11**. The fastener driving tool as claimed in claim **2**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve control channel measured in m² is not more than 0.8, and

wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by a cross-sectional area of the main valve intake channel measured in m² is not more than 0.8.

**12**. The fastener driving tool as claimed in claim **2**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve control channel measured in m² is not more than 0.6, and

wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve intake channel measured in m² is not more than 0.6.

**13**. The fastener driving tool as claimed in claim **2**, wherein the main valve control channel has a curving portion along its path, the curving portion being composed of one of a continuous arcuate portion and discontinuous two bending portions.

**14**. The fastener driving tool as claimed in claim **13**, wherein the two bending portions provide bending angles of not less than 100°.

**15**. The fastener driving tool as claimed in claim **2**, wherein a ratio obtained from dividing the maximum volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve control channel measured in m² is not more than 0.8.

**16**. The fastener driving tool as claimed in claim **2**, wherein a ratio obtained from dividing the maximum volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve control channel measured in m² is not more than 0.6.

**17**. The fastener driving tool as claimed in claim **1**, further comprising:

a push lever in pressure contact with a workpiece; and

a trigger functioning as an operation input member; and

wherein the main valve is reciprocably movably provided in the main valve chamber for alternately providing a fluid communication between the piston upper chamber and the accumulator and between the piston upper chamber and the atmosphere; and

wherein the trigger valve comprises:

a trigger valve frame to which the main valve control channel is fluidly connected, the trigger valve frame having a first through hole serving as a main valve intake channel and exposed to the accumulator and a second through hole; and

a plunger movable in an axial direction thereof between its top dead center and its bottom dead center relative to the trigger valve frame, the plunger having a first section closing the first through hole when the plunger is moved to its upper dead center for closing the main valve intake channel to shut off fluid communication between the accumulator and the main valve control channel and opening the main valve intake channel to provide communication between the accumulator and the main valve control channel, the plunger also having a second section extending through the second trough hole, an air discharge channel being defined between the second through hole and the second section, the air discharge channel being opened when the plunger is moved to its top dead center to provide fluid communication between the main valve control channel and the atmosphere and being closed when the plunger is moved to its bottom dead center, the main valve intake channel and the air discharge channel being alternately opened by the movement of the plunger.

**18**. The fastener driving tool as claimed in claim **17**, wherein the main valve intake channel has a cross-sectional area, a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve intake channel measured in m² being not more than 1.0.

**19**. The fastener driving tool as claimed in claim **18**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve control channel measured in m² is not more than 0.8, and

wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve intake channel measured in m² is not more than 0.8.

**20**. The fastener driving tool as claimed in claim **18**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by

KHD 000033

US 7,156,012 B2

33

the cross-sectional area of the main valve control channel measured in m² is not more than 0.6, and

    wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve intake channel measured in m² is not more than 0.6.

**21**. The fastener driving tool as claimed in claim **17**, wherein the main valve control channel has a curving portion along its path, the curving portion being composed of one of a continuous arcuate portion and discontinuous two bending portions.

**22**. The fastener driving tool as claimed in claim **21**, wherein the two bending portions provide bending angles of not less than 100°.

**23**. The fastener driving tool as claimed in claim **17**, wherein the air discharge channel has a cross-sectional area equal to or greater than that of the main valve control channel.

**24**. The fastener driving tool as claimed in claim **17**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve control channel measured in m² is not more than 0.8.

**25**. The fastener driving tool as claimed in claim **17**, wherein a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve control channel measured in m² is not more than 0.6.

**26**. A fastener driving tool comprising:

    a frame defining therein an accumulator for accumulating a compressed air;

    a cylinder disposed within the frame;

    a piston reciprocally slidably disposed within the cylinder, a piston upper chamber being defined by the frame, an inner peripheral surface of the cylinder and an upper surface of the piston;

    a trigger functioning as an operation input member;

    a trigger valve alternately opening and blocking a fluid communication between the piston upper chamber and the accumulator and a fluid communication between the piston upper chamber and an atmosphere, the trigger valve comprising:

        a trigger valve exterior frame in fluid communication with the piston upper chamber and formed with a through hole;

        a valve piston reciprocally slidably disposed in the trigger valve exterior frame, the valve piston being movable between its top dead center where piston upper chamber is communicated with the atmosphere and its bottom dead center where the piston upper chamber is communicated with the accumulator, the valve piston having a first section exposed to the accumulator and formed with a trigger valve intake channel opened to the accumulator and a second section in sliding contact with the trigger valve exterior frame, a trigger valve chamber being defined by the second section and the trigger valve exterior frame, and providing a maximum internal volume; and

        a plunger movable between its top dead center and its bottom dead center and having a first portion associated with the valve piston and a second portion associated with the through hole, a trigger valve control channel being formed between the second portion and the through hole and having a cross-sectional area, the trigger valve control channel being opened when the plunger is moved to its top

34

dead center, a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in m³ by the cross-sectional area of the trigger valve control channel measured in m² being not more than 0.20.

**27**. The fastener driving tool as claimed in claim **26**, wherein the ratio obtained from dividing the maximum volume of the trigger valve chamber measured in m³ by the cross-sectional area of the trigger valve control channel measured in m² is not more than 0.15.

**28**. The fastener driving tool as claimed in claim **26**, wherein the ratio obtained from dividing the maximum volume of the trigger valve chamber measured in m³ by the cross-sectional area of the trigger valve control channel measured in m² is not more than 0.1.

**29**. A fastener driving tool comprising:

    a frame defining therein an accumulator for accumulating a compressed air;

    a cylinder disposed within the frame;

    a piston reciprocally slidably disposed within the cylinder, a piston upper chamber being defined by the frame, an inner peripheral surface of the cylinder and an upper surface of the piston;

    a trigger functioning as an operation input member;

    a trigger valve alternately opening and blocking a fluid communication between the piston upper chamber and the accumulator and a fluid communication between the piston upper chamber and an atmosphere, the trigger valve comprising:

        a trigger valve exterior frame in fluid communication with the piston upper chamber and formed with a through hole;

        a valve piston reciprocably slidably disposed in the trigger valve exterior frame, the valve piston being movable between its top dead center where piston upper chamber is communicated with the atmosphere and its bottom dead center where the piston upper chamber is communicated with the accumulator, the valve piston having a first section exposed to the accumulator and formed with a trigger valve intake channel opened to the accumulator and a second section in sliding contact with the trigger valve exterior frame, a trigger valve chamber being defined by the second section and the trigger valve exterior frame and providing a maximum internal volume; and

        a plunger movable between its top dead center and its bottom dead center and having a first portion associated with the valve piston and a second portion associated with the through hole, a trigger valve control channel being formed between the second portion and the through hole and having a cross-sectional area, the trigger valve control channel being opened when the plunger is moved to its top dead center, the trigger valve intake channel having a cross-sectional area of not less than $2.75{\times}10^{-6}$ m², and the trigger valve chamber having a maximum internal volume of $4.0{\times}10^{-7}$ m³.

**30**. The fastener driving tool as claimed in claim **29**, wherein the trigger valve intake channel has the cross-sectional area of not less than $3.00{\times}10^{-6}$ m².

**31**. The fastener driving tool as claimed in claim **29**, wherein the trigger valve intake channel has the cross-sectional area of not less than $3.25{\times}10^{-6}$ m².

* * * * *

KHD 000034

# Exhibit B

US007398647B2

(12) **United States Patent**
Komazaki et al.

(10) Patent No.: **US 7,398,647 B2**
(45) Date of Patent: **Jul. 15, 2008**

(54) **PNEUMATICALLY OPERATED FASTENER DRIVING TOOL**

(75) Inventors: **Yoshiichi Komazaki**, Hitachinaka (JP); **Yoshinori Ishizawa**, Hitachinaka (JP); **Masashi Nishida**, Hitachinaka (JP)

(73) Assignee: **Hitachi Koki Co., Ltd.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/642,721**

(22) Filed: **Dec. 21, 2006**

(65) **Prior Publication Data**
US 2007/0113733 A1 May 24, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 11/038,115, filed on Jan. 21, 2005, now Pat. No. 7,156,012.

(30) **Foreign Application Priority Data**

Jan. 20, 2004 (JP) .......................... P2004-011835
Mar. 18, 2004 (JP) .......................... P2004-078201

(51) **Int. Cl.**
    *F01L 25/02* (2006.01)
(52) **U.S. Cl.** ............................. **60/413**; 91/304; 91/308; 91/456; 91/461
(58) **Field of Classification Search** ................. 60/413; 91/304, 308, 456, 461
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,713,165 A     7/1955 Campbell et al.

| | | | | |
|---|---|---|---|---|
| 3,056,964 A | * | 10/1962 | Beckman et al. | 91/418 |
| 3,200,716 A | | 8/1965 | Le Sage | |
| 3,568,909 A | * | 3/1971 | Perkins | 227/130 |
| 3,583,496 A | | 6/1971 | Fehrs | |
| 3,808,620 A | | 5/1974 | Rothfuss | |
| 4,667,572 A | * | 5/1987 | Elliesen | 91/461 |
| 5,085,126 A | | 2/1992 | Mukoyama | |
| 5,715,986 A | | 2/1998 | Sauer | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 54-023274 | 2/1979 |
| JP | 3-208569 | 9/1991 |
| JP | 5-138548 | 6/1993 |
| JP | 11-033930 | 2/1999 |

* cited by examiner

*Primary Examiner*—Igor Kershteyn
(74) *Attorney, Agent, or Firm*—Antonelli, Terry, Stout & Kraus, LLP.

(57) **ABSTRACT**

A fastener driving tool includes a frame defining therein an accumulator that accumulates compressed air, a cylinder, a piston movable between a top dead center and a bottom dead center, a main valve section having a main valve movable between a top dead center and a bottom dead center to alternately open and block fluid communication between a piston upper chamber and the accumulator, a trigger valve section having a plunger movable between a top dead center and a bottom dead center so as to alternately open and block fluid communication from the accumulator to a main valve chamber, and fluid communication from the main valve chamber to atmosphere, and a trigger adapted to press the plunger when operated by a user. The piston moves from the top dead center to the bottom dead center within 11.3 msec when the plunger is pressed.

**10 Claims, 16 Drawing Sheets**



# FIG. 1



KHD 000512

Case 1:18-cv-00313-CFC-CJB   Document 152-2   Filed 06/26/20   Page 39 of 149 PageID #: 3255

FIG. 2



FIG. 3



KHD 000513

# FIG. 4



# FIG. 5



KHD 000514

FIG. 6



FIG. 7



KHD 000515

FIG. 8



KHD 000516

FIG. 9



FIG. 10



KHD 000517

# FIG. 11



KHD 000518

# FIG. 12



# FIG. 13



KHD 000519

FIG. 14



FIG. 15



KHD 000520

# FIG. 16



KHD 000521

FIG. 17



FIG. 18



KHD 000522

# FIG. 19



KHD 000523



FIG. 20 (a)

FIG. 20 (b)

FIG. 20 (c)

FIG. 20 (d)

KHD 000524



KHD 000525



KHD 000526



KHD 000527

US 7,398,647 B2

**1**

# PNEUMATICALLY OPERATED FASTENER DRIVING TOOL

## CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. application Ser. No. 11/038,115, filed Jan. 21, 2005, now U.S. Pat. No. 7,156,012, the contents of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The present invention relates to a fastener driving tool such as a nail gun driven by compressed air, and more particularly, to such fastener driving tool improving drive response and decreasing air consumption.

Heretofore, fastener driving tools such as nail guns have existed which drive fasteners such as nails or staples using compressed air as the power source. In such fastener driving tools, compressed air is supplied to a piston upper chamber defined by an inner surface of a cylinder and a piston for rapidly displacing the piston to perform nailing. Compressed air is supplied from an external source and temporarily stored in an accumulator formed within a frame of the nail gun. The accumulator and the piston upper chamber are connected by a channel, but one or more valves which are switched between open and shut-off positions are provided along this channel. These valves are designed to open or shut-off the channel by supplying or expelling compressed air in valve chambers constituted by the spaces each adjacent to each valve. Typically the structure is such that a first valve is activated as a result of external operation of a trigger or the like, and this operation allows a downstream passage to be communicated with or to be shut-off from the first valve. Thus, a downstream valve chamber is brought into communication with or shutting-off from the upstream passage, thereby sequentially activating or deactivating the downstream valves.

In addition, a time period starting from completion of the nail driving operation to restoration to an initial state for the next nailing operation is dependent upon the circulation speed of the compressed air in the fastener driving tool after the trigger is released, and the movement speed of the valves in proportion to this circulation speed. That is, the time period is dependent on the shut-off speed for shutting off the piston upper chamber in the cylinder from the accumulator by a valve caused by, after releasing the trigger or the like, circulation of the compressed air through the channel in the fastener driving tool as a result of the returning motion of a plunger which had been pressed by this trigger.

In a conventional fastener driving tools as disclosed in Japanese Patent Publication No. S58-50833, valve activation is performed sequentially from valves whose valve chamber volume is small to valves with large valve chamber in order to stabilize operation of the valves irrespective of the speed with which the trigger is pulled. Since with this structure the valves are sequentially activated by compressed air, a time period starting from pulling the trigger and/or pushing operation of a push lever against a workpiece to a start of the nailing motion is highly dependent upon the time required to sequentially activate the valves.

In order to reduce this time period and increase response, Japanese Patent Publication No. H7-112674 discloses a nail gun, in which a main valve is divided into first and second valves, so that kinetic energy of the first valve is utilized to improve the operating speed of the second valve.

**2**

With this structure in which the main valve is divided into two valves, only the time period from when the second valve begins to move until it moves to maximum displacement is reduced. The time period from both pulling the trigger and pushing the push lever onto the workpiece to the operation timing of the first valve is still not reduced. In addition, since only the time period from when the second valve begins to move until it moves to maximum displacement is reduced, it was only possible to reduce the time period from when the trigger is pulled until nailing is performed. Consequently, a time period from the completion timing of the nail driving operation to the start timing of the next nail driving operation cannot be reduced when continuous nailing is performed. That is, a response cannot be improved.

Laid-open Japanese Patent Application Kokai No. H11-33930 discloses a structure in which, an internal volume of a main valve chamber for accommodating therein a main valve is increased. With this arrangement, air damping behavior due to compression of the main valve chamber does not occur when the main valve rises and is contained in the main valve chamber.

With this structure in which the volume of the main valve chamber is increased, the amount of compressed air accumulated in the main valve chamber increases. For this reason, the time period for discharging the compressed air out of the main valve chamber is increased, which degrades the response.

Laid-open Japanese Patent Application Kokai No. H5-138548 discloses communication of a piston lower chamber with a trigger valve chamber. The movement speed of a valve piston and a main valve are increased as a result of the pressure which is generated from the movement of the piston.

With this structure in which the piston lower chamber and trigger valve chamber are connected, at the instant that the piston passes through the one-way valve disposed at an intermediate region of the cylinder, compressed air flows into the trigger valve chamber and closes the main valve. Therefore, the nailing force was reduced. Moreover, extremely complicated structure results.

Another conventional fastener driving tool has been proposed. The tool includes a trigger valve and main valve. A trigger valve exterior frame internally defines a trigger valve chamber. The trigger valve includes a plunger extending through the trigger valve exterior frame and the trigger valve chamber and slidably movable as a result of the movement of the trigger and the abutment of the push lever against the workpiece. The movement of the plunger selectively shuts off a fluid communication between the accumulator and the trigger valve chamber and between the trigger valve chamber and an atmosphere. However, the resultant arrangement cannot provide high response for discharging compressed air from the main valve.

Still another conventional fastener driving tool is proposed in which a main valve is not provided, but a trigger valve is additionally equipped with a valve piston. The valve piston is reciprocally slidably disposed in a trigger valve exterior frame, and has one side in the sliding direction facing the accumulator. The valve piston alternately opens and blocks a channel from the piston upper chamber connected to the trigger valve exterior frame to the accumulator and a channel from the piston upper chamber to the atmosphere. With this fastener driving tool, the displacement of the valve piston serves to select the air channel and control the nailing of the fastener. However, the speed of the displacement of the valve piston is low, and the delay in the displacement of this valve piston can cause other control to be delayed as well. Consequently, the problem arises that the time lag from when the operator begins the nailing operation until the fastener is

KHD 000528

US 7,398,647 B2

**3**

actually driven becomes large, response becomes poor to lower workability. In addition, the problem arises that when many fasteners are to be driven in a short period of time, the aforementioned time lag makes continuous nailing difficult to perform.

In addition, with the conventional fastener driving tools, after nailing, in order to return the piston to the pre-nailing position, the piston upper chamber and the atmosphere are communicated with each other for releasing the compressed air to the atmosphere, while the valve is closed for preventing the compressed air from flowing from the accumulator into the piston upper chamber.

However, during the period from when the valve begins to close until it is completely closed, the accumulator and the piston upper chamber are communicated with each other, and the piston upper chamber and the atmosphere are also communicated with each other. Accordingly, the compressed air in the accumulator would in some cases flow unnecessarily into the piston upper chamber and is expelled into the atmosphere. This causes an increase in air consumption, which consequently requires a high-performance compressor or the like to produce compressed air.

SUMMARY OF THE INVENTION

It is therefore an object of the present invention is to provide a fastener driving tool improving the response and continuous shots or nailing performance in nailing work, yet reducing the consumption of compressed air.

This and other objects of the present invention will be attained by A fastener driving tool including a frame, a cylinder, a piston, a main valve, a main valve chamber section, a trigger valve, and a main valve control channel section. The frame defines therein an accumulator that accumulates a compressed air. The cylinder is disposed within the frame. The piston is reciprocably slidably disposed within the cylinder. A piston upper chamber is defined by an inner peripheral surface of the cylinder and an upper surface of the piston. The main valve alternately opens and blocks a fluid communication between the piston upper chamber and the accumulator. The main valve chamber section defines therein a main valve chamber in which the main valve is movably disposed. The main valve chamber provides a maximum internal volume. The trigger valve alternately opens and blocks a fluid communication from the accumulator to the main valve chamber, and a fluid communication from the main valve chamber to an atmosphere. The main valve control channel section defines therein a main valve control channel that provides a fluid connection between the main valve chamber and the trigger valve. A value obtained from dividing the maximum internal volume of the main valve chamber by a cross-sectional area of the main valve control channel being not more than 1.0.

In another aspect of the invention, there is provided a fastener driving tool including a frame, a cylinder, a piston, a trigger, and a trigger valve provided with a trigger valve exterior frame, a valve piston and a plunger. The frame defines therein an accumulator for accumulating a compressed air. The cylinder is disposed within the frame. The piston is reciprocably slidably disposed within the cylinder. A piston upper chamber is defined by the frame, an inner peripheral surface of the cylinder and an upper surface of the piston. The trigger functions as an operation input member. A trigger valve alternately opens and blocks a fluid communication between the piston upper chamber and the accumulator and a fluid communication between the piston upper chamber and an atmosphere. The trigger valve exterior frame is in fluid communication with the piston upper chamber and is formed

**4**

with a through hole. The valve piston is reciprocably slidably disposed in the trigger valve exterior frame. The valve piston is movable between its top dead center where piston upper chamber is communicated with the atmosphere and its bottom dead center where the piston upper chamber is communicated with the accumulator. The valve piston has a first section exposed to the accumulator and formed with a trigger valve intake channel opened to the accumulator and a second section in sliding contact with the trigger valve exterior frame. A trigger valve chamber is defined by the second section and the trigger valve exterior frame and provides a maximum internal volume. The plunger is movable between its top dead center and its bottom dead center and has a first portion associated with the valve piston and a second portion associated with the through hole. A trigger valve control channel is formed between the second portion and the through hole and has a cross-sectional area. The trigger valve control channel is opened when the plunger is moved to its top dead center. A value obtained from dividing the maximum volume of the trigger valve chamber by the cross-sectional area of the trigger valve control channel is not more than 0.20.

Further, in the fastener driving tool including the frame, the cylinder, the piston, the trigger, and the trigger valve provided with the trigger valve exterior frame, the valve piston and the plunger, the trigger valve intake channel has a cross-sectional area of not less than $2.75 \times 10^{-6}$ m², and the trigger valve chamber has a maximum internal volume of $4.0 \times 10^{-7}$ m³.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings;

FIG. **1** is a cross-sectional view of the fastener driving tool according to the first embodiment of the present invention;

FIG. **2** is an enlarged cross-sectional view of a trigger valve in the fastener driving tool according to the first embodiment;

FIG. **3** is a partial cross-sectional view particularly showing a main valve in the fastener driving tool according to the first embodiment;

FIG. **4** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with a plunger having been pushed upward;

FIG. **5** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with the plunger having been pushed upward and a valve piston then having moved to its bottom dead center;

FIG. **6** is a graph showing the relationship between a valve piston displacement time (T2) and a ratio of volume (V2) of trigger valve chamber to a cross-sectional area (S2) of a trigger valve control channel in the fastener driving tool according to the first embodiment;

FIG. **7** is a graph showing the relationship between a time period (T1) until a main valve returns to its initial position after a plunger returns to its initial position and a cross-sectional area (St) of a trigger valve intake channel in the fastener driving tool according to the first embodiment;

FIG. **8** is a partial cross-sectional view particularly showing the main valve in the fastener driving tool according to the first embodiment, with the main valve having moved to its top dead center;

FIG. **9** is a graph showing the relationship between a main valve displacement time (T1) and a ratio of volume (V1) of main valve chamber to a cross-sectional area (S1) of a main valve control channel in the fastener driving tool according to the first embodiment;

KHD 000529

US 7,398,647 B2

5

FIG. **10** is a graph in which a solid line curves shows the relationship between the main valve displacement time (T1) and the ratio of volume (V1) of main valve chamber to the cross-sectional area (S1) of the main valve control channel, and a broken line curves shows the relationship between air consumption amount (NL) and the ratio (V1/S1) or (V1/Sm) in which "Sm" designates a main intake control channel according to the first embodiment;

FIG. **11** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with the valve piston having moved to the bottom dead center and the plunger then returned to its original position;

FIG. **12** is a partial cross-sectional view particularly showing a main valve according to a modification to the first embodiment;

FIG. **13** is a cross-sectional view of the fastener driving tool according to a second embodiment of the present invention;

FIG. **14** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the second embodiment;

FIG. **15** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the first embodiment, with a plunger having been pushed upward;

FIG. **16** is a cross-sectional view of the fastener driving tool according to the second embodiment, with a main valve having moved to the top dead center;

FIG. **17** is a cross-sectional view of a fastener driving tool according to a third embodiment of the present invention;

FIG. **18** is an enlarged cross-sectional view particularly showing a trigger valve in the fastener driving tool according to the third embodiment;

FIG. **19** is an enlarged cross-sectional view particularly showing the trigger valve in the fastener driving tool according to the third embodiment, with a plunger having been pushed upward;

FIG. **20**(a) is a graph showing the relationship between time and pressure in a trigger valve chamber 13, a main valve chamber 8, an accumulator 2, a piston upper chamber 4a, and a return chamber 33 in a fastener driving tool according to the first embodiment;

FIG. **20**(b) is a graph showing the relationship between the time and a displacement of a main valve according to the first embodiment;

FIG. **20**(c) is a graph showing the relationship between time and a displacement of a valve piston according to the first embodiment;

FIG. **20**(d) is a graph showing the relationship between the time and a displacement of a piston according to the first embodiment;

FIG. **21**(a) is a graph showing the relationship between time and pressure in a trigger valve chamber 13', a main valve chamber 8', an accumulator 2', a piston upper chamber 4a', and a return chamber 33' in a comparative fastener driving tool;

FIG. **21**(b) is a graph showing the relationship between the time and a displacement of a main valve according to the comparative fastener driving tool;

FIG. **21**(c) is a graph showing the relationship between the time and a displacement of a valve piston according to the comparative fastener driving tool;

FIG. **21**(d) is a graph showing the relationship between the time and a displacement of a piston according to the comparative fastener driving tool;

FIG. **22**(a) is a graph showing the relationship between time and pressure in a trigger valve chamber 13, a main valve

6

chamber 8, an accumulator 2, a piston upper chamber 4a, and a return chamber 33 in the fastener driving tool according to the first embodiment;

FIG. **22**(b) is a graph showing the relationship between the time and a displacement of a main valve according to the first embodiment;

FIG. **22**(c) is a graph showing the relationship between the time and a displacement of a valve piston according to the first embodiment;

FIG. **22**(d) is a graph showing the relationship between the time and a displacement of a piston according to the first embodiment;

FIG. **22**(e) is a graph showing the relationship between the time and a displacement of a tool itself according to the first embodiment;

FIG. **23**(a) is a graph showing the relationship between time and pressure in a trigger valve chamber 13', a main valve chamber 8', an accumulator 2', a piston upper chamber 4a', and a return chamber 33' in another comparative fastener driving tool;

FIG. **23**(b) is a graph showing the relationship between the time and a displacement of a main valve according to the comparative fastener driving tool;

FIG. **23**(c) is a graph showing the relationship between the time and a displacement of a valve piston according to the comparative fastener driving tool;

FIG. **23**(d) is a graph showing the relationship between the time and a displacement of a piston according to the comparative fastener driving tool; and

FIG. **23**(e) is a graph showing the relationship between the time and a displacement of a tool itself according to the comparative fastener driving tool.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

A fastener driving tool according to a first embodiment of the present invention will be described with reference to FIG. **1** through **11**. The fastener driving tool shown in FIG. 1 is a nail gun 1 which uses compressed air as the power source. The nail gun 1 includes a frame 60, a handle 60A disposed at one side of the frame 60, and a nose 41 disposed at a lower end of the frame 60. These frame 60, handle 60A and nose 41 are provided as an integral unit to form an outer frame. An accumulator 2 is formed within the handle 60A and frame 60 for accumulating therein a compressed air delivered from a compressor (not shown) through an air hose (not shown). A cylinder 3 is provided within the frame 60, and a piston 4a is reciprocally movably provided and slidably within the cylinder 3. A driver blade 4b is provided integrally with the piston 4a, and has a free end 4c for abutting against the fastener 5 for driving.

A return chamber 33 which accumulates therein a compressed air to return the driver blade 4b to its upper dead center is provided around the lower outer peripheral surface of the cylinder 3. A one-way valve 34 is provided in an axially intermediate portion of the cylinder 3. An air channel 35 is formed in the cylinder 3 for allowing the compressed air to flow in only one direction, i.e., from inside the cylinder 3 to the return air chamber 33, outside the cylinder 3. In addition, an air channel 36 is formed at a lower portion of the cylinder 3 for providing continuous communication between the cylinder 3 and the return chamber 33. In addition, a piston bumper 37 is provided at the bottom of the cylinder 3 for absorbing excess energy from the driver blade 4b after nailing the fastener 5.

KHD 000530

US 7,398,647 B2

7

An operating portion 38 is provided at the base of the handle 60A. This operating portion 38 includes a trigger 39 operated by the user, an arm plate 48 which is attached pivotally movably to the trigger 39, and a push lever 42 which projects from the bottom of the nose 41 and extends to the vicinity of the arm plate 48. The push lever 42 is movable along the nose 41 and is biased away from the frame 60. In addition, a trigger valve 6 is provided at the base of the handle 60A and in confrontation with the trigger 39. As is well known in the art, the structure is such that, when both the trigger 39 is pulled and the push lever 42 is pressed against the workpiece, a plunger 7 on the trigger valve 6 is pushed upward, as shown in FIG. 2, by a linking mechanism of the arm plate 48 and the trigger 39.

A nail injection section 43 provided in conjunction with the nose 41 includes a magazine 44 and a feed mechanism 45. The magazine 44 is loaded with fasteners 5 arrayed side by side. The feed mechanism 45 is adapted for successively feeding fasteners 5 loaded in the magazine 44 to an injection opening 46 at the nose 41. The trigger valve 6 shown in FIG. 1 and FIG. 2 mainly includes an outer valve bush 10, an inner valve bush 11, a valve piston 9, a plunger 7, and a spring 12. The outer valve bush 10 and inner valve bush 11 are fixed to the frame 60 to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve. The valve piston 9 is provided reciprocably slidably within the outer valve bush 10 and inner valve bush 11. The valve piston 9 and the outer valve bush 10 are formed with through holes, so that the plunger 7 is provided reciprocably slidably with respect to the through holes. The plunger 7 has a bottom end in contact with the arm plate 48. The spring 12 is interposed between the valve piston 9 and the plunger 7 for biasing the valve piston 9 and the plunger 7 in opposite directions, i.e., for biasing the valve piston 9 upward while biasing the plunger 7 downward.

The trigger valve 6 is fluidly connected to a main valve control channel 40, which is a cylindrical tube extending from a main valve chamber 8 described later. Specifically, the main valve control channel 40 is fluidly connected to a space between the outer valve bush 10 and inner valve bush 11, and opens into the trigger valve 6. This main valve control channel 40 is configured such that its cross-sectional area S1 is 3.2× $10^{-5}$ ($m^2$).

In addition, O-rings 17 and 25 are fitted on the inner valve bush 11. The O-ring 17 is adapted for continually blocking fluid connection between the accumulator 2 and the main valve control channel 40. The O-ring 25 is adapted for continually blocking fluid connection between the main valve control channel 40 and an atmosphere.

One side of the valve piston 9 in the sliding direction faces the accumulator 2, and the inner valve bush 11 has an accumulator side and an atmospheric side. An outer diameter at an accumulator side of the valve piston 9 is smaller than an inner diameter of the accumulator side of the inner valve bush 11 to define thereween a main valve intake channel 20. Further, an outer diameter at an atmospheric side of the valve piston 9 is smaller than an inner diameter of the atmospheric side of the inner valve bush 11 to define therebetween an air channel 22. Further, an O-ring 21 and an O-ring 23 are disposed at the accumulator side and atmospheric side of the valve piston 9, respectively, for selectively blocking the respective channels 20 and 22.

Consequently, the main valve intake channel 20 passes between the valve piston 9 and the inner valve bush 11 to provide fluid communication between the accumulator 2 and the main valve control channel 40 when the O-ring 21 is out of contact from the inner valve bush 11. Further, the air channel 22 passes between the valve piston 9 and the inner

8

valve bush 11 to provide fluid communication between the main valve control channel 40 and the atmosphere when the O-ring 22 is out of contact from the inner valve bush 11. This air channel 22 is formed such that its cross-sectional area extending perpendicular to a flowing direction is larger than that of the main valve control channel 40. As a result, the flow resistance at the air channel 22 will be lower than that of the main valve channel 40. The main valve intake channel 20 and air channel 22 are alternately opened and blocked due to the vertical sliding of the valve piston 9. In addition, the main intake control channel 20 is formed such that its cross-sectional area Sm is 3.2× $10^{-5}$ ($m^2$).

A trigger valve chamber 13 is defined by another side (lower side) of the valve piston 9 in the sliding direction and the outer valve bush 10. This trigger valve chamber 13 has an internal volume variable due to the sliding movement of the valve piston 9, and is formed such that a maximum internal volume V2 defined when the valve piston 9 is at the top dead center is 4.0× $10^{-7}$ ($m^3$). In addition, an O-ring 24 is fitted onto the valve piston 9 for continually blocking the fluid connection between the air channel 22 and the trigger valve chamber 13.

The plunger 7 extends through the trigger valve chamber 13, and a top end faces the accumulator 2. The valve piston 9 has first and second sliding regions relative to the valve piston 9 and the outer valve bush 10, and O-ring grooves are formed at the respective sliding regions for installing therein an O-ring 15 and an O-ring 18 for maintaining hermetic seal. An outer diameter of the first sliding region is smaller than an inner diameter of the valve piston 9 for defining therebetween a trigger valve intake channel 14, and an outer diameter of the second sliding region is smaller than an inner diameter of the outer valve bush 10 for defining therebetween a trigger valve control channel 16.

Consequently, the trigger valve intake channel 14 passes between the plunger 7 and the valve piston 9 for providing fluid communication from the accumulator 2 to the trigger valve chamber 13 when the O-ring 15 is out of contact from the valve piston 9. Further, the trigger valve control channel 16 passes between the plunger 7 and the outer valve bush 10 to provide fluid communication from the trigger valve chamber 13 to the atmosphere when the O-ring 18 is out of contact from the outer valve bush 10. The trigger valve intake channel 14 and trigger valve control channel 16 are alternately opened and blocked in accordance with the sliding motion of the plunger 7.

The trigger valve intake channel 14 is formed such that its cross-sectional area St is 2.75× $10^{-6}$ ($m^2$). Further, the trigger valve control channel 16 is formed such that its cross-sectional area S2 is 1.98× $10^{-6}$ ($m^2$). As a result, the value obtained from dividing the volume of the trigger valve chamber 13 by the cross-sectional area of the trigger valve control channel 16 is V2/S2=0.2.

The structure of the trigger valve 6 is such that, when the valve piston 9 is positioned toward the top dead center (for example FIG. 2), the main valve intake channel 20 is opened so that the accumulator 2 and the main valve control channel 40 are communicated with each other, while air channel 22 is closed by the O-ring 23 so that fluid communication between the main valve control channel 40 and the atmosphere is blocked. In addition, when the valve piston 9 is positioned toward the bottom dead center (for example FIG. 5), the main valve intake channel 20 is closed by the O-ring 21, so that fluid communication between the main valve control channel 40 and the accumulator 2 is blocked, while air channel 22 is opened so that and the main valve control channel 40 and the atmosphere are communicated with each other.

KHD 000531

US 7,398,647 B2

9

When the plunger 7 is positioned toward the top dead center (FIG. 5), the trigger valve control channel 16 is opened so that the trigger valve chamber 13 is communicated with the atmosphere, while the trigger valve intake channel 14 is closed by the O-ring 15 so that fluid communication between the accumulator 2 and the trigger valve chamber 13 is blocked. In addition, when the plunger 7 is positioned toward the bottom dead center (FIG. 2), the trigger valve control channel 16 is closed by the O-ring 18, so that fluid communication between the trigger valve chamber 13 and the atmosphere is blocked, while the trigger valve intake channel 14 is opened so that the accumulator 2 and the trigger valve chamber 13 are communicated with each other.

A main valve section 26 is provided immediately above and around the outer peripheral surface of the cylinder 3 as shown in FIGS. 1 and 3. The main valve section 26 generally includes a main valve 19, a main valve rubber 27, a main valve spring 28, and an exhaust rubber 30. The main valve rubber 27 is fitted to the top end of the cylinder 3. The main valve spring 28 is adapted for biasing the main valve 19 toward its bottom dead center. The exhaust rubber 30 is placed above the cylinder 3. An air discharge passage 29 is formed above the cylinder 3 for discharging the compressed air in the piston upper chamber above the piston 4a. The exhaust rubber 30 is adapted for shutting off the air discharge passage 29 when the main valve 19 is coming into contact with the exhaust rubber 30. In addition, the upper end of the frame 60 is formed with an exhaust hole 49 to which the air passage 29 is connected. Thus, the compressed air in the piston upper chamber can be discharged to the atmosphere.

A main valve sectioning region 61 is provided as an upper part of the frame 60. The main valve sectioning region 61 provides a main valve chamber 8 in which the main valve 19 is vertically slidably movably provided. The main valve chamber 8 is in communication with the main valve control channel 40. The main valve 19 has top and middle portions provided with O-rings 31 and 32, respectively. The O-ring 31 is adapted for continually blocking fluid communication between the main valve chamber 8 and the air channel 29, and the O-ring 32 is adapted for continually blocking fluid communication between the main valve chamber 8 and the accumulator 2. Thus, the main valve chamber 8 is hermetically maintained by these O-rings 31 and 32.

The main valve chamber 8 has an internal volume variable in accordance with the vertical movement of the main valve 19, but has a maximum volume V1 of $2.56 \times 10^{-5}$ (m³). As a result, the value obtained from dividing the volume V1 of the main valve chamber 8 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8≦1.0. Likewise, the value obtained from dividing the volume V1 of the main valve chamber 8 by the cross-sectional area Sm of the main valve intake channel 20 is V1/Sm=0.8≦1.0. In addition, the main valve control channel 40 has a curving portion as shown at the location enclosed by a circle in FIG. 3. The curving portion is formed into a gentle arc shape.

When the main valve 19 is positioned toward the top dead center, the main valve 19 comes into contact with the exhaust rubber 30 to shut off the air exhaust passage 29, so that fluid communication between the piston upper chamber of the cylinder 3 and the atmosphere is blocked, while the piston upper chamber of the cylinder 3 and the accumulator 2 are communicated with each other. On the other hand, when the main valve 19 is positioned toward the bottom dead center, the main valve 19 comes into contact with the main valve rubber 27 for blocking fluid communication between the piston upper chamber of the cylinder 3 and the accumulator 2, while the main valve 19 separates from the exhaust rubber 30

10

for opening the air exhaust passage 29, so that the piston upper chamber of the cylinder 3 is communicated with the atmosphere.

The nail driving operation will be described. FIG. 1 to FIG. 3 show state in which compressed air from the compressor (not shown) is accumulated in the accumulator 2 through the hose (not shown). In this state, as shown in FIG. 2, the plunger 7 is positioned at the bottom dead center, since the pressure within the accumulator 2 acts on the upper surface of plunger 7, and since biasing force of the spring 12 is imparted on the plunger 7. Since the plunger 7 is positioned at the bottom dead center, the trigger valve intake channel 14 is open to provide fluid communication between the accumulator 2 and the trigger valve chamber 13. At the same time, the trigger valve control channel 16 is closed by the O-ring 18, so the fluid connection between the trigger valve chamber 13 and the atmosphere is blocked. As a result, a part of the compressed air in the accumulator 2 flows through the trigger valve intake channel 14 and into the trigger valve chamber 13, and air in the trigger valve chamber 13 has the same pressure as in the accumulator 2.

In this case, because of the biasing force of the spring 12 and the difference in pressure receiving areas of the valve piston 9, the valve piston 9 is positioned at its top dead center. Therefore, the main valve intake channel 20 is open to communicate the accumulator 2 with the main valve control channel 40. At the same time, the air channel 22 is closed by the O-ring 23, so the connection between the main valve control channel 40 and the atmosphere is blocked. As a result, a portion of the compressed air in the accumulator 2 flows into the main valve control channel 40, and air accumulates in the main valve chamber 8 at the same pressure as in the accumulator 2.

Since the part of the compressed air in the accumulator 2 flows into the main valve chamber 8, the main valve 19 is positioned at the bottom dead center as shown in FIG. 3 as a result of downward pressing load arising from the difference in pressure receiving areas between the lower peripheral surface 52 and the upper end surface 54 of the main valve 19, along with the biasing force of the main valve spring 28.

Since the main valve 19 is positioned at the bottom dead center, the main valve 19 comes into contact with the main valve rubber 27 while separating from the exhaust rubber 30 to open the air discharge passage 29. As a result, the piston upper chamber of the cylinder 3 is brought into communication with the atmosphere. Thus, the piston upper chamber assumes the atmospheric pressure. In addition, the fluid connection between the piston upper chamber of the cylinder 3 and the accumulator 2 is blocked. Thus, compressed air in the accumulator 2 does not flow into the piston upper chamber. As a result, the piston 4a is maintained at its top dead center position.

FIG. 4 shows the state where the plunger 7 is pushed up to the top dead center by pulling the trigger 39 and pressing the push lever 42 against the workpiece. Since the plunger 7 is positioned at the top dead center, the O-ring 18 loses its sealing effect, and the trigger valve control channel 16 will be opened. As a result, the trigger valve chamber 13 and the atmosphere are communicated with each other, so the inside of the trigger valve chamber 13 assumes the atmospheric pressure. In addition, the trigger valve intake channel 14 is closed by the O-ring 15 for blocking fluid communication between the accumulator 2 and the trigger valve chamber 13. Thus, compressed air does not any more flow from the accumulator 2 into the trigger valve chamber 13.

Since the trigger valve chamber 13 assumes the atmospheric pressure, a difference arises between the pressure

KHD 000532

US 7,398,647 B2

11

imparted to the valve piston 9 at its accumulator side and the pressure imparted to the valve piston 9 in the trigger valve chamber 13. Because of the pressure difference, the valve piston 9 moves to the bottom dead center as shown in FIG. 5.

The value obtained from dividing the maximum volume V2 of the trigger valve chamber 13 by the cross-sectional area S2 of the trigger valve control channel 16 is V2/S2=0.2. This value is set smaller than that in conventional fastener driving tools. This is a design concept obtained as a result of recognition of the principle in a tube flow that there is a proportional relationship between the mass rate of flow and the cross-sectional area of the tube. More specifically, it is based on the discovery that, with fastener driving tools which have valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air decreases in accordance with an increase in the cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

FIG. 6 shows the relationship between V2/S2 and the time period T2 from when the pressure inside the trigger valve chamber 13 begins to drop until the valve piston 9 moves to maximum displacement. The smaller V2/S2 is made, the smaller T2 becomes as well. For the value in this first embodiment, V2/S2=0.2, T2 is approximately 0.75 ms. Consequently, the time period required for the pressure in the trigger valve chamber 13 to drop to a specific pressure decreases, and accordingly, time period from when the plunger 7 is pressed until the valve piston 9 moves to maximum displacement can be reduced. As a result, the amount of time from when the trigger 39 and the push lever 42 are operated until the nailing motion occurs due to the displacement of the trigger valve can be further reduced. Incidentally, by making V2/S2=0.15, T2 can be made smaller, and by making V2/S2=0.10, T2 can be made smaller still, and the amount of time until the nailing motion occurs can be shortened.

Thus, by setting the maximum volume V2 of the trigger valve chamber 13 and the cross-sectional area S2 of the trigger valve control channel 16 to the aforementioned values, discharge of the compressed air from the trigger valve chamber 13 can be promptly performed, and the time period until the trigger valve chamber 13 assumes the atmospheric pressure can be reduced. Furthermore, since the discharge of air from the trigger valve chamber 13 can be improved when the valve piston 9 is moved to the bottom dead center, a so-called air damper in which the pressure in the trigger valve chamber 13 impedes the movement of the valve piston 9 is not readily formed. Accordingly, the valve piston 9 can be moved immediately from the top dead center to the bottom dead center without being interrupted by the air damper. Incidentally, even though the valve piston 9 is biased toward the top dead center by the spring 12, the valve piston 9 is movable to the bottom dead center by the pressure difference since the biasing force of the spring 12 is set beforehand to be weaker than the force caused by the pressure difference.

As shown in FIG. 5, since the valve piston 9 is positioned at the bottom dead center, the main valve intake channel 20 is closed by the O-ring 21 to block fluid communication from the accumulator 2 to the main valve control channel 40. In addition, the O-ring 23 loses its sealing effect to open the air channel 22, so that the main valve control channel 40 is brought into communication with the atmosphere. As a result, the main valve control channel 40 and the main valve chamber 8 assume atmospheric pressure.

When the main valve chamber 8 assumes generally the atmospheric pressure, the main valve 19 then moves to the top dead center as shown in FIG. 8 as a result of the upward pressure arising from the difference in pressure receiving

12

areas at the lower outer peripheral surface 52 and at the upper end surface 54 of the main valve 19. When the main valve 19 begins to move toward the top dead center, the accumulator 2 and the piston upper chamber in the cylinder 3 are brought into fluid communication with each other. Thus, because of the pressure imparted to the lower outer peripheral surface 52 as well as to the lower end surface 53 of the main valve 19, the main valve 19 moves rapidly toward the top dead center, and comes into contact with the exhaust rubber 30 to close the air discharge passage 29 whereupon the piston upper chamber is shut off from the atmosphere. In this case, the accumulator 2 is also shut off from the atmosphere.

By the movement of the main valve 19 toward its upper dead center, the fluid in the main valve chamber 8 is discharged into the main valve control channel 40. As described above, the value obtained from dividing the maximum volume V1 of the main valve chamber 8 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8. This value is set smaller than that in the conventional fastener driving tools. This is a design concept which, just as with the design concept described above, was also obtained as a result of recognition of the flow principle that, with fastener driving tools which have valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air decreases in accordance with an increase in cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

FIG. 9 shows the relationship between V1/S1 and the time period T1 from when the pressure in the main valve chamber 8 begins to drop until the main valve 19 moves to maximum displacement. The smaller V1/S1 is made, the smaller T1 becomes as well. For the value in this first embodiment, V1/S1=0.8 at which T1 is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber 8 to drop to a specific pressure decreases. Accordingly, the time period from when the plunger 7 is pressed as a result of the trigger 39 and the push lever 42 being operated until the main valve 19 moves to maximum displacement can be reduced. As a result, the time period from when the trigger 39 and the push lever 42 are operated until the nailing motion occurs because of the displacement of the main valve 19 can be reduced. Incidentally, if V1/S1 is set to 1.0, T1 becomes 7.5 ms, which is sufficiently small. If V1/S1 is set to 0.6, T1 can be made even smaller, about 5.0 ms. Thus, time period until the nailing motion occurs can be further shortened.

In the first embodiment, a bending section is provided in the main valve control channel 40. However, the bending section does not cause significant flow path resistance, since the bending section is configured into an gentle arcuate shape. Consequently, there is no obstruction in the flow of air in the main valve control channel 40. Furthermore, as described above, the air in the main valve chamber 8 passes from the main valve control channel 40 through air channel 22 of the trigger valve 6 and is discharged into the atmosphere. In this case, since cross-sectional area of the air channel 22 is larger than that of the main valve control channel 40 in terms of air flowing passage, the air channel 22 does not prevent the air from flowing from the main valve chamber 8 into the atmosphere. Consequently, the time period from when the trigger 39 and the push lever are operated until the nailing motion occurs can be shortened.

Thus, by setting the maximum volume of the main valve chamber 8 and the cross-sectional area of the main valve control channel 40 to the aforementioned values, the compressed air in the main valve chamber 8 will escape more

US 7,398,647 B2

13

quickly, so that the time period until the main valve chamber **8** assumes the atmospheric pressure can be reduced. Furthermore, a so-called air damper in the main valve chamber **8** is not readily formed because of the improvement on the shape of the main valve control channel **40** and improvement on passing of air through the air channel **22**. Accordingly, the escape of air from the main valve chamber **8** can be improved even when the main valve **19** rises to the top dead center. Consequently, the main valve **19** can be moved immediately from the bottom dead center to the top dead center.

By the movement of the main valve **19** from its bottom dead center to the top dead center, the compressed air rapidly flows from the accumulator **2** into the piston upper chamber, thereby rapidly moving the piston **4a** toward its bottom dead center. Thus, the fastener **5** is driven by the tip end **4c** of the driver blade **4b** connected to the piston **4a**. The air in the underside of the piston **4a** in the cylinder **3** flows through air channel **36** into the return air chamber **33**. Further, a portion of the compressed air in the piston upper chamber also flows through the air channel **35** into the return air chamber **33**, after the piston **4a** is moved past the air channel **35**.

FIG. **11** shows the state where the plunger **7** has just returned to the bottom dead center after release of the trigger **39** or after the pressing of the push lever **42** against the workpiece is stopped. The plunger **7** has moved to the bottom dead center because of the pressure applied to the upper end face of the plunger **7** from the accumulator **2** and the biasing force of the spring **12**.

By the movement of the plunger **7** to the bottom dead center, the trigger valve control channel **16** is closed by the O-ring **18**, while the O-ring **15** loses its sealing effect. Thus, the compressed air in the accumulator **2** flows through the trigger valve intake channel **14** into the trigger valve chamber **13**.

In this case, as described above, the cross-sectional area St of the trigger valve intake channel **14** is set to $2.75 \times 10^{-6}$ (m$^2$), which is relatively larger than that of the conventional tool. This is due to a design concept obtained as a result of recognition of the tube flow principle that there is a proportional relationship between the mass rate of flow and the cross-sectional area of the tube. More specifically, it is based on the discovery that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure due to introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

FIG. **7** shows the relationship (solid line curve) between the cross-sectional area (St) of the trigger valve intake channel **14**, and the time period T1 until the main valve returns to the initial position. FIG. **7** also shows the relationship (broken line curve) between the cross-sectional area (St) and air consumption volume NL. As the cross-sectional area St decreases, the main valve return time period can be reduced and the air consumption volume can be decreased. These curves T1 and NL appear as convex functions toward the lower direction. Therefore, the reducing or decreasing effects are not greatly exhibited at the greater range of the cross-sectional area. Taking the phenomena into consideration, the specific value was determined experimentally to be $2.75 \times 10^{-6}$ (m$^2$). As a result, the time period required for the pressure in the trigger valve chamber **13** to rise to a specific pressure due to the inflow of compressed air is reduced. Thus, the time period from when the pressing force on the plunger **7** ceases until the valve piston **9** returns to the pre-nailing position can be shortened.

14

By the introduction of the compressed air into the trigger valve chamber **13**, the valve piston **9** is moved to its top dead center. Thus, the O-ring **23** blocks fluid communication between the air channel **22** and the main valve control channel **40**, while the O-ring **21** loses its sealing effect so that the accumulator **2** is fluidly connected to the main valve chamber **8** via the main valve intake channel **20** and the main valve control channel **40**. Thus, compressed air flows from the accumulator **2** into the main valve chamber **8**.

As described above, the value obtained from dividing the maximum volume V1 of the main valve chamber **8** by the cross-sectional area S1 of the main valve control channel **40** is V1/S1=0.8. This value is set smaller than that of the conventional fastener driving tools. As with the design concept for the trigger valve intake channel **14**, this value is determined based on the design concept that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure by the introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

FIG. **10** shows the relationship between V1/S1, and the time period T1 until the main valve **19** returns to the initial position (lower dead position). FIG. **10** also shows the relationship between V1/S1 and the air consumption volume NL. The lower V1/S1 becomes, the lower T1 becomes as well. For the value in this first embodiment, V1/S1 is set to 0.8 at which T1 is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber **8** to rise to a specific pressure by the introduction of compressed air thereinto can be reduced. Thus, the time period from when the valve piston **9** begins to return to the pre-nailing position (toward the top dead center) until the main valve **19** closes the main valve rubber **27** can be reduced. As a result, the time period to the restoration timing for the subsequent nail driving operation after the actual nail driving operation can be reduced. More specifically, the time period from when the trigger **39** and the push lever **42** are operated until the main valve reaches its bottom dead center as a result of the movement of the valve piston **9** to the pre-nailing position can be reduced. Further, since the time period for the main valve **19** to be closed is reduced, the amount of compressed air flowing from the accumulator **2** to the piston upper chamber can be reduced during movement of the main valve **19** toward its bottom dead center. Incidentally, even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison to the conventional examples. If V1/S1 is set to 0.6, T1 can be made even smaller, approximately 5.5 ms. Consequently, the time period, following nailing, for the return to the pre-nailing state can be further reduced, while the amount of compressed air which flows from the accumulator **2** to the piston upper chamber can be further decreased.

In addition, the value obtained from dividing the maximum volume V1 of the main valve chamber **8** by the cross-sectional area Sm of the main valve intake channel **20** is likewise set to V1/S1=0.8. The main valve intake channel **20** and the main valve control channel **40** become a contiguous inflow passage directing to the main valve chamber **8**. In this connection, the main valve intake channel **20** should provide a performance at least equal to that of the main valve control channel **40**. As a result, V1/Sm was also set to 1.0 or less. In addition, V1/S1 and V1/Sm need not be the same value provided that they are both 1.0 or less. Incidentally, there is the curved area at the main valve control channel **40**. However, the curved area does not lead to a significant flow resistance because of the gentle

US 7,398,647 B2

15

arcuate shape in the curved area. Thus, there is no obstruction in the flow of air to be directed into the main valve chamber **8**.

As a result, the compressed air can instantaneously flow into the main valve chamber **8** so that a downward pressing force arises because of the difference in pressure receiving areas among the lower outer peripheral surface **52**, the lower end surface **53**, and the top end surface **54** of the main valve **19**. In this first embodiment, by setting both V1/S1 and V1/Sm to 0.8, the time period required for the main valve **19** to move to the bottom dead center, that is, to return the main valve **19** to its pre-nailing position can be reduced to approximately 3.8 ms. This returning movement is also due to the pressing force arising from the compressed air flowing into the main valve chamber **8** and the biasing force of the main valve spring **28**.

Upon movement of the main valve **19** to its bottom dead center, the main valve **19** is coming into contact with the main valve rubber **27** to shut off fluid connection between the accumulator **2** and the piston upper chamber. Further, immediately before the main valve **19** reaches its bottom dead center, the main valve **19** is separated from the exhaust rubber **30** for providing fluid communication from the piston upper chamber with the atmosphere. As a result of the structural relationships, the main valve **19** is separated from the exhaust rubber **30** prior to the complete return of the main valve **19** to the bottom dead center. In this instance, since the accumulator **2** and the piston upper chamber are not yet completely blocked from each other, the accumulator **2** is connected to the atmosphere through the piston upper chamber and the air discharge passage **29**, so that the compressed air is discharged unnecessarily into the atmosphere. However, by setting V1/S1 and V1/Sm to 1.0 or less, and also setting the cross-sectional area St of the trigger valve intake channel **14** to $2.75 \times 10^{-5}$ (m²), the time period for the main valve **19** to move to the bottom dead center can be shortened, so that the unwanted consumption of the compressed air due to leakage of compressed air from the accumulator **2** to the atmosphere can be reduced as is apparent from FIG. **10**.

Then, underside of the piston **4a** is then pressed by the compressed air accumulated in the main air chamber **33**, and the piston **4a** rapidly moves to its top dead center. The air in the piston upper chamber is released from the exhaust hole **49** to the atmosphere through the air discharge passage **29**, and the fastener driving tool **1** returns to the initial state shown in FIG. **1**.

FIG. **12** shows a modification to the main valve control channel **40**. In the first embodiment shown in FIG. **3**, the bending portion (enclosed by the circle **51**) of the main valve control channel **40**, is configured into the gentle arcuate shape. In the modification shown in FIG. **12**, the bending portion can include at least two bent areas. In the latter case, the bending angle is preferably not less than about 100°. With this arrangement, air can be smoothly flowed into the main valve chamber **8**, and the air in the main valve chamber **8** can be smoothly discharged therefrom, without excessive channel resistance. As an another modification, the cross-sectional area of the trigger valve intake channel **14** can be made large such as $3.00 \times 10^{-6}$ (m²) or $3.25 \times 10^{-6}$ (m²). In so doing, the unit rate of flow of the compressed air entering the trigger valve chamber **13** increases, so that the time period required for the pressure increase in the trigger valve chamber **13** can be shortened.

Next, a fastener driving tool according to a second embodiment of the present invention will be described with reference to FIG. **13** to FIG. **16**. The overall structure of the fastener driving tool **101** shown in FIG. **13** is substantially the same as the first embodiment except that the valve piston **9** in the first

16

embodiment is not provided. Consequently, a detailed description will be omitted. In FIGS. **13** through **16**, like parts and components are designated by reference numerals added with 100 to the reference numerals shown in FIGS. **1** through **11**.

A nail gun **101** includes a frame **160**, a handle **160**A, a nose **141** having an injection opening **146**, an accumulator **102**, a cylinder **103**, a piston **104a**, a driver blade **104b** and its tip end **104c**, a return air chamber **133**, one way valve **134**, air channels **135**, **136**, a piston bumper **137**, a trigger **139**, a trigger valve **106** including a plunger **107**, a push lever **142**, a magazine **144**, and a main valve **126**.

The trigger valve **106** shown in FIGS. **13** and **14** mainly includes a valve bush **110**, a plunger **107**, and a spring **112**. The valve bush **110** formed with a through hole is fixed to the frame **160** to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve **106**. The plunger **107** is provided reciprocably slidably with respect to the through hole of the valve bush **110**. The plunger **9** has a bottom end in contact with the trigger **139**. The spring **112** is interposed between the frame **160** and the plunger **107** for biasing the plunger **107** downward.

The trigger valve **106** is fluidly connected to a cylindrical main valve control channel **140** extending from a main valve chamber **108**. Specifically, the main valve control channel **140** is configured such that its cross-sectional area S1 is $3.2 \times 10^{-7}$ (m²).

In addition, an O-rings **125** is fitted on the valve bush **110** for continually blocking fluid connection between the main valve control channel **140** and an atmosphere. A trigger valve chamber **113** is defined by the frame **160** and the valve bush **110** secured to the frame **160**.

The plunger **107** extends through the trigger valve chamber **113**, and has an upper portion extending through a throughhole formed in the frame **160**. An annular space is defined between the through-hole and the plunger **107** for serving as a main valve intake channel **120**. The main valve intake channel **120** has a cross-sectional area Sm of $3.2 \times 10^{-5}$ (m²). The cross-section extends in a direction perpendicular to the flowing direction. An O-ring **115** is fitted at the through-hole of the frame **160** for shutting off the main valve intake channel **120** when the plunger **107** is moved to its top dead center.

The plunger **107** has a lower section associated with the through hole of the valve bush **110**. The lower section has an outer diameter slightly smaller than an inner diameter of the through hole of the valve bush **110** for defining an air channel **116** therebetween. This air channel **116** has across-sectional area of at least $3.2 \times 10^{-5}$ (m²). An O-ring **118** is fitted onto the lower section of the valve bush **110** for closing the air channel **116** when the plunger **107** is moved to the bottom dead center. The main valve intake channel **120** and air channel **116** are alternately blocked in accordance with the sliding motion of the plunger **107**.

The main valve **126** is provided at an upper end and around an outer peripheral surface of the cylinder **103** as shown in FIG. **13**. The main valve **126** includes a main valve **119** and a main valve spring **128** for biasing the main valve **119** toward its bottom dead center. A discharge passage **129** is formed above the main valve **119**, and an exhaust port **149** in communication with the discharge passage **129** is formed at an upper portion of the frame **160**.

A main valve sectioning region **161** is provided as a part of the frame **160** for defining a main valve chamber **108** in which the main valve **119** is vertically movably disposed. The main valve chamber **108** is in communication with the main valve control channel **140**.

KHD 000535

US 7,398,647 B2

17

The main valve chamber 108 is hermetically provided by O-rings (not shown). The main valve chamber 8 has an internal volume variable in accordance with the vertical movement of the main valve 119, but has a maximum volume V1 of $2.56 \times 10^{-5}$ (m³). As a result, the value obtained from dividing the volume V1 by the cross-sectional area S1 of the main valve control channel 40 is V1/S1=0.8≦1.0. Likewise, the value obtained from dividing the volume V1 by the cross-sectional area Sm of the main valve intake channel 120 is V1/Sm=0.8≦1.0. In addition, the main valve control channel 140 has a curving portion. The curving portion is formed into a gentle arcuate shape.

The nail driving operation will be described. FIGS. 13 and 14 show a state in which compressed air from the compressor (not shown) is accumulated in the accumulator 102 through the hose (not shown). In this state, as shown in FIG. 14, the plunger 107 is positioned at its bottom dead center by the biasing force of the spring 112. Since the plunger 107 is positioned at the bottom dead center, the main valve intake channel 120 is open to provide fluid communication between the accumulator 102 and the trigger valve chamber 113. At the same time, the air channel 116 is closed by the O-ring 118, so the fluid connection between the trigger valve chamber 113 and the atmosphere is blocked.

As shown in FIG. 14, since the trigger valve chamber 113 is in communication with the main valve control channel 140, a portion of the compressed air in an accumulator 102 also flows into the main valve control channel 140. Therefore, compressed air is accumulated in the main valve chamber 108 at the same pressure as in the accumulator 102.

Since the part of the compressed air in the accumulator 102 flows into the main valve chamber 108, the main valve 119 is positioned at its bottom dead center as shown in FIG. 13 as a result of downward pressing load arising from the difference in pressure receiving areas between a lower peripheral surface 142 and an upper end surface 143 of the main valve 119, along with the biasing force of the main valve spring 128.

Since the main valve 119 is positioned at the bottom dead center, the main valve 119 comes into contact with an upper end of the cylinder 103 to block fluid communication between the accumulator 102 and the piston upper space in the cylinder 103. In this case, the main valve 110 is separated from the frame 160 to open the air discharge passage 129. As a result, the piston upper chamber of the cylinder 103 is brought into communication with the atmosphere through the air discharge passage 129. Thus, the piston upper chamber assumes the atmospheric pressure. In addition, since the fluid connection between the piston upper chamber and the accumulator 102 is blocked, compressed air in the accumulator 102 does not flow into the piston upper chamber. As a result, the piston 104a is maintained at its top dead center position.

FIGS. 15 and 16 show the state where the plunger 107 is pushed up to the top dead center by pulling the trigger 139 and pressing the push lever 142 against the workpiece. Since the upper portion of the plunger 107 extends through the O-ring 115, the fluid connection between the trigger valve chamber 113 and the accumulator 102 is blocked. In addition, the O-ring 118 loses its sealing effect to open the trigger valve control channel 116. As a result, the trigger valve chamber 113 and the atmosphere are fluidly connected to each other, so the inside of the trigger valve chamber 113 assumes the atmospheric pressure. The cross-sectional area of the air channel 116 is greater than that of the main valve channel 140. Thus, the channel resistance in air channel 116 is smaller than that in the main valve channel 140. The main valve control channel 140 connected to the trigger valve chamber 113 is also connected to the atmosphere, and in addition, the main valve

18

chamber 108 connected to the main valve control channel 140 is also connected to the atmosphere and assumes the atmospheric pressure.

When the main valve chamber 108 assumes roughly the atmospheric pressure, the main valve 119 moves to its top dead center as shown in FIG. 16 because compressed air pressure is applied to the lower outer peripheral surface 147 of the main valve 119 whereas the atmospheric pressure is applied to the upper end face 143 of the main valve. When the main valve 119 begins to move toward the top dead center, the accumulator 102 and a piston upper chamber in the cylinder 103 are brought into communication with each other, so that compressed air pressure is applied to the lower end face 148 of the main valve 119. Thus, the main valve 119 moves rapidly toward the top dead center. As a result, the top end face of the main valve 119 comes into contact with the frame 160 to close the exhaust hole 149, so that fluid communication between the piston upper chamber and the atmosphere is blocked.

In the second embodiment, similar to the first embodiment, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area S1 of the main valve control channel 140 is V1/S1=0.8. This is a design concept which, just as with the design concept in the first embodiment, was obtained as a result of recognition of the flow principle that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to drop to a specific pressure due to the discharge of air can be reduced in accordance with an increase in cross-sectional area of the channels used to discharge air with respect to the volume of these valve chambers.

The relationship between V1/S1 and the time period T1 from when the pressure in the main valve chamber 108 begins to drop until the main valve 119 moves to maximum displacement is basically the same as that shown in FIG. 9. For the value in this second embodiment, if V1/S1 is 0.8, T1 is approximately 7.0 ms. Further, even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison with the conventional tools. With a fastener driving tool which is at least equipped with the main valve 119, the time period required for the pressure in the main valve chamber 108 to drop to a specific pressure due to the discharge of air can be reduced. Accordingly, the time period from when the trigger 139 and the push lever 142 are operated until the nailing motion occurs because of the displacement of the main valve 119 can be reduced. Incidentally, if V1/S1 is set to 0.6, T1 can be made even smaller, about 5.0 ms. Thus, time period until the nailing motion occurs can be further shortened. These values for T1 are sufficiently smaller than those in conventional fastener driving tools.

The air in the main valve chamber 108 passes through the main valve control channel 140 and through the air channel 116 of the trigger valve 106 and is discharged into the atmosphere. In this case, since cross-sectional area of the air channel 116 is larger than that of the main valve control channel 140, the air channel 116 does not prevent the air from flowing from the main valve chamber 108 into the atmosphere. Consequently, the time period from when the trigger 139 and the push lever are operated until the main valve 119 is moved to the top dead center can be shortened.

Thus, by setting the maximum volume of the main valve chamber 108 and the cross-sectional area of the main valve control channel 140 to the aforementioned values, the compressed air in the main valve chamber 108 can be discharged quickly, so that the time period until the main valve chamber 108 assumes the atmospheric pressure can be reduced. Furthermore, a so-called air damper in the main valve chamber

KHD 000536

US 7,398,647 B2

19                                                                                        20

108 is not readily formed because of the improvement on the shape of the main valve control channel 140 and improvement on passing of air through the air channel 116. Accordingly, the discharge of air from the main valve chamber 108 can be improved even when the main valve 119 rises to the top dead center. Consequently, the main valve 119 can be moved immediately from the bottom dead center to the top dead center.

By the movement of the main valve 119 from its bottom dead center to the top dead center, the compressed air rapidly flows from the accumulator 102 into the piston upper chamber, thereby rapidly moving the piston 104a toward its bottom dead center. Thus, the fastener is driven by the tip and 104c of the driver blade 104b connected to the piston 104a. The air in the underside of the piston 104a in the cylinder 103 flows through air channel 136 into the return air chamber 133. Further, a portion of the compressed air in the piston upper chamber also flows through the main valve chamber 135 into the return air chamber 133, after the piston 104a is moved past the air channel 135.

When the trigger 139 is returned or the pressing of the push lever 142 against the workpiece is stopped, the plunger 107 moves to the bottom dead center because of the pressure applied to the plunger 107 from the accumulator 102 and the biasing force of the spring 112 (FIG. 14).

By the movement of the plunger 107 to the bottom dead center, the air channel 116 is closed by the O-ring 118, while the O-ring 115 loses its sealing effect. Thus, the compressed air in the accumulator 102 flows through the main valve intake channel 120 into the trigger valve chamber 113. In this case, because the trigger valve chamber 113 is in communication with the main valve control channel 140, the main valve chamber 108 is communicated with the accumulator 102 through the main valve intake channel 120. Thus compressed air is introduced into the main valve chamber 108. As described above, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area S1 of the main valve control channel 140 is V1/S1=0.8. This value is set smaller than that of the conventional fastener driving tools. As with the design concept for the trigger valve intake channel 14, this value is determined based on the design concept that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure by the introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

The graph shown in FIG. 10 is also available in the second embodiment. The lower V1/S1 becomes, the lower T1 becomes as well. Since V1/S1 is set to 0.8, T1 is approximately 7.0 ms. Consequently, the time period required for the pressure in the main valve chamber 108 to rise to a specific pressure by the introduction of compressed air thereinto can be reduced. Thus, the time period from when the main valve 119 begins to return to the pre-nailing position (toward the bottom dead center) until the main valve 119 closes the top end of the cylinder 103 can be reduced. As a result, the time period from when the trigger 139 and the push lever 142 are operated until the main valve 119 reaches its bottom dead center (until the pre-nailing state for the subsequent nail driving operation) can be reduced. Further, since the time period for the main valve 119 to be closed is reduced, the amount of compressed air flowing from the accumulator 102 to the piston upper chamber can be reduced during movement of the main valve 119 toward its bottom dead center. Incidentally,

even if V1/S1 is set to 1.0, T1 will be approximately 7.5 ms, which is sufficiently small in comparison to the conventional tools. If V1/S1 is set to 0.6, T1 can be made even smaller, approximately 5.5 ms. Consequently, the time period, following nailing, for the return to the pre-nailing state can be further reduced, while the amount of compressed air which flows from the accumulator 102 to the piston upper chamber can be further decreased.

In addition, the value obtained from dividing the maximum volume V1 of the main valve chamber 108 by the cross-sectional area Sm of the main valve intake channel 120 is likewise set to V1/S1=0.8. The main valve intake channel 120 and the main valve control channel 140 become a contiguous inflow passage directing to the main valve chamber 108. In this connection, the main valve intake channel 120 should provide a performance at least equal to that of the main valve control channel 140. As a result, V1/Sm was also set to 1.0 or less. In addition, V1/S1 and V1/Sm need not be the same value provided that they are both 1.0 or less. Incidentally, there is the curved area at the main valve control channel 140. However, the curved area does not lead to a significant flow resistance because of the gentle arcuate shape in the curved area. Thus, there is no obstruction in the flow of air to be directed into the main valve chamber 108.

As a result, the compressed air can instantaneously flow into the main valve chamber 108 so that a downward pressing force is imparted on the main valve 108 because of the difference in pressure receiving areas between the lower outer peripheral surface 147 and the top end surface 143 of the main valve 119. In the second embodiment, by setting both V1/S1 and V1/Sm to 0.8, the time period required for the main valve 119 to move to the bottom dead center, that is, to return the main valve 119 to its pre-nailing position can be reduced to approximately 3.8 ms. This returning movement is also due to the pressing force arising from the compressed air flowing into the main valve chamber 108 and the biasing force of the main valve spring 128.

Upon movement of the main valve 119 to its bottom dead center, the main valve 119 is coming into contact with the upper end of the cylinder 103 to shut off fluid connection between the accumulator 102 and the piston upper chamber. Further, immediately before the main valve 119 reaches its bottom dead center, the main valve 119 is separated from the frame 160 for providing fluid communication from the piston upper chamber with the atmosphere. As a result of the structural relationships, the main valve 119 is separated from the frame 160 prior to the complete return of the main valve 119 to the bottom dead center. In this instance, since the accumulator 102 and the piston upper chamber are not yet completely blocked from each other, the accumulator 102 is connected to the atmosphere through the piston upper chamber and the air discharge passage 129, so that the compressed air is discharged unnecessarily into the atmosphere. However, by setting V1/S1 and V1/Sm to 1.0 or less, the time period for the main valve 119 to move to the bottom dead center can be shortened, so that the unwanted consumption of the compressed air due to leakage of compressed air from the accumulator 102 to the atmosphere can be reduced as is also apparent from FIG. 10.

Then, underside of the piston 104a is then pressed by the compressed air accumulated in the return air chamber 133, and the piston 104a rapidly moves to its top dead center. The air in the piston upper chamber is released from the exhaust hole 149 to the atmosphere through the air discharge passage 129, and the fastener driving tool 1 returns to the initial state shown in FIG. 13.

US 7,398,647 B2

**21**

In the second embodiment, the bending portion of the main valve control channel 140 is configured into the gentle arcuate shape. As a modification, the bending portion can include at least two bent areas. In the latter case, the bending angle is preferably not less than 100°. With this arrangement, air can be smoothly flowed into the main valve chamber 108, and the air in the main valve chamber 108 can be smoothly discharged therefrom, without excessive channel resistance. With this arrangement, can be reduced the first time period from operation timing of the trigger 139 and the push lever 142 to the actual driving operation, and the second time period from release timing of the plunger 107 to the timing at which the main valve 119 has returned to its pre-driving position.

A fastener driving tool according to a third embodiment of the present invention will next be described with reference to FIGS. 17 through 19. The overall structure of the fastener driving tool 201 is substantially the same as the first embodiment except that the main valve section 26 in the first embodiment is not provided. In FIGS. 17 through 19, like parts and components are designated by reference numerals added with 200 to the reference numerals shown in FIGS. 1 through 11.

A nail gun 201 includes a frame 260, a handle 260A, a nose 241 having an injection opening 246, an accumulator 202, a cylinder 203, a piston 204a, a driver blade 204b and its tip end 204c, a return air chamber 233, one way valve 234, air channels 235, 236, a piston bumper 237, a trigger 239, a trigger valve 206 including a plunger 207, and a magazine 244.

A piston upper chamber 266 is defined by the piston 204a, the cylinder 203, and the frame 260. The piston upper chamber 266 extends into an upper section of the frame 260. Further, an air channel 262 extends from the piston upper chamber 266 to the trigger valve 206.

The trigger valve 206 shown in FIGS. 17 and 18 mainly includes a valve bush 210, a valve piston 209, the plunger 207, and a spring 212. The valve bush 210 formed with a through hole is fixed to the frame 260 to form a trigger valve exterior frame which constitutes an outer wall of the trigger valve 206. The valve piston 209 is reciprocally slidably disposed in the valve bush 210. The plunger 207 is provided reciprocably slidably with respect to the through hole of the valve bush 210. The plunger 207 has a bottom end in contact with the trigger 239. The spring 212 is interposed between the valve piston 209 and the plunger 207 for biasing the valve piston 209 and the plunger 207 in opposite directions, that is, the valve piston 209 is biased upward, and the plunger 207 is biased downward.

An air channel 262 having a circular cross-section is formed within the frame 260 and extends from the piston upper chamber 266. The air channel 262 is connected to the trigger valve 206. In addition, an exhaust pipe 263 is provided in the handle 206A and has one end serving as an exhaust hole 249 opened at an end face of the handle 260A. The exhaust pipe 263 is connected to the trigger valve 206 at a position below the location at which the air channel 262 is connected to the trigger valve 206. Further, in the trigger valve 206, a valve plate 264 formed with a hole is disposed at a position between the connecting position between the air channel 262 and the trigger valve 206 and the connecting position between the exhaust pipe 263 and the trigger valve 206. The valve piston 209 extends through the hole of the valve plate 264. Further, a space is defined between the hole of the valve plate 264 and the valve piston 209. The space serves as an air channel 222.

Another air channel 220 is formed at the part of the frame 260, the part serving as a part of the trigger valve 206. The air channel 220 is adapted to provide a communication between the accumulator 202 and the trigger valve 206.

**22**

One end of the valve piston 209 in the sliding direction faces the accumulator 202. A valve piston rubber 221 is fitted in the vicinity of the opening of air channel 262 and at the upper end portion (a small diameter section) of the valve piston 209. The valve piston rubber 221 is adapted to come into contact with the frame 260 near the periphery of air channel 220 when the valve piston 209 is at its top dead center (FIG. 18), and come into contact with an area near the periphery of the center hole of the valve plate 264 when the valve piston 209 is at its bottom dead center (FIG. 19). The air channel 222 provides fluid communication between the piston upper chamber 266 and the air channel 262 when the valve piston rubber 221 is released from the valve plate 264 in accordance with the movement of the valve piston 209 to its upper dead center.

The valve piston 209 has a large diameter section provided with an O-ring 224 in sliding contact with the valve bush 210. The O-ring 224 provides sealing at the boundary between the valve piston 209 and the large diameter section.

A trigger valve chamber 213 is defined by one end (lower end) of the large diameter section of the valve piston 209 and the valve bush 210. The trigger valve chamber 213 has an internal volume variable due to the sliding movement of the valve piston 209, and is formed such that a maximum internal volume V2 defined when the valve piston 209 is at the top dead center is $4.0 \times 10^{-7}$ (m³). The O-ring 224 is adapted for blocking the fluid connection between the air channel 222 and the trigger valve chamber 213.

The plunger 207 extends into the trigger valve chamber 213, and a top end faces the accumulator 2. The small diameter section of the valve piston 209 is formed with a central bore 261 in communication with the accumulator 202, and the large diameter section of the valve piston 209 is formed with a stepped bore in communication with the central bore 261. An O-ring 215 is assembled at the stepped bore.

The plunger 207 has a small diameter section in association with the stepped bore. The outer diameter of the small diameter section of the plunger 207 is smaller than an inner diameter of the stepped bore. The small diameter section of plunger 207 is slidingly engagable with the O-ring 215 (FIG. 19) when the plunger 207 is moved to its top dead center. A trigger valve intake channel 214 is defined by the central bore 261.

The plunger 207 has a large diameter section provided with an O-ring 218 and in association with the through hole of the valve bush 210. An outer diameter of the large diameter section of the plunger 207 is smaller than an inner diameter of the through hole of the valve bush 210 to thus define a trigger valve control channel 216.

Consequently, the trigger valve intake channel 214 provides fluid communication between the accumulator 202 and the trigger valve chamber 213 when the small diameter section of the plunger 207 is disengaged from the O-ring 215. Further, the trigger valve control channel 216 provides fluid communication from the trigger valve chamber 213 to the atmosphere when the O-ring 218 is out of contact from the valve bush 210. The trigger valve intake channel 214 and trigger valve control channel 216 are alternately opened and blocked in accordance with the sliding motion of the plunger 207.

The trigger valve intake channel 214 is formed such that its cross-sectional area St is $2.75 \times 10^{-6}$ (m²). Further, the trigger valve control channel 216 is formed such that its cross-sectional area S2 is $1.98 \times 10^{-6}$ (m²). As a result, the value obtained from dividing the maximum volume of the trigger valve chamber 213 by the cross-sectional area of the trigger valve control channel 216 is V2/S2=0.2.

KHD 000538

US 7,398,647 B2

23

The structure of the trigger valve 206 is such that, when the valve piston 209 is positioned at the top dead center (FIG. 18), the valve piston rubber 221 is in abutment with the frame 260 near the air channel 220. Since the air channel 220 is closed by the valve piston rubber 221, the communication between the accumulator 202 and the piston upper chamber 266 through the air channels 262 and 220 is blocked. Further, the air channel 222 is opened to allow fluid communication between the piston upper chamber 266 and the exhaust pipe 263 through the air channels 262, 220,222.

On the other hand, when the valve piston 209 is positioned at the bottom dead center (FIG. 19), the valve piston rubber 221 is seated on the valve plate 264 to close the air channel 222. Thus, fluid communication between the piston upper chamber 266 and the exhaust pipe 263 is shut off. Further, the air channel 220 is opened to provide fluid communication between the accumulator 202 and the piston upper chamber 266 through the air channels 262 and 220.

When the plunger 207 is positioned at the top dead center (FIG. 19), the trigger valve control channel 216 is opened so that the trigger valve chamber 213 is communicated with the atmosphere, while the trigger valve intake channel 214 is closed by the O-ring 215 so that fluid communication between the accumulator 202 and the trigger valve chamber 213 is blocked. On the other hand, when the plunger 207 is positioned at its bottom dead center (FIG. 18), the trigger valve control channel 216 is closed by the O-ring 218, so that fluid communication between the trigger valve chamber 213 and the atmosphere is blocked, while the trigger valve intake channel 214 is opened so that the accumulator 202 and the trigger valve chamber 213 are communicated with each other.

The nail driving operation will be described. FIGS. 17 and 18 show a state in which compressed air from the compressor (not shown) is accumulated in the accumulator 202 through the hose (not shown). In this state, as shown in FIG. 18, the plunger 207 is positioned at its bottom dead center by the biasing force of the spring 212. Since the plunger 207 is positioned at the bottom dead center, the main valve intake channel 214 is open to provide fluid communication between the accumulator 202 and the trigger valve chamber 213. At the same time, the trigger valve control channel 216 is closed by the O-ring 218, so the fluid connection between the trigger valve chamber 213 and the atmosphere is blocked.

In this case, because of the biasing force of spring 212 and the difference in pressure receiving areas between the lower end and the upper end area of the valve piston 210, the valve piston 209 is positioned at its top dead center. Therefore, air channel 220 is closed by the valve piston rubber 221 to shut off communication between the accumulator 202 and the air channel 262. At the same time, since the air channel 222 is opened by the valve piston rubber 221, the air channel 262 and the exhaust pipe 263 are fluidly connected to each other. Thus, the piston upper chamber 266 assumes the atmospheric pressure, and the piston 204a is positioned at its top dead center as shown in FIG. 17.

FIG. 19 shows the state where the plunger 207 is pushed up to the top dead center by pulling the trigger 239. In this state, the O-ring 218 loses its sealing effect to open the trigger valve control channel 216. As a result, the trigger valve chamber 213 and the atmosphere are fluidly connected to each other, so the trigger valve chamber 213 assumes the atmospheric pressure. Further, since the trigger valve intake channel 214 is closed by the O-ring 215, fluid communication between the accumulator 202 and the trigger valve chamber 213 is blocked.

Since the pressure in the trigger valve chamber 213 becomes atmospheric pressure, pressure difference is pro-

24

vided between the accumulator side and the trigger valve chamber side of the valve piston 209. Thus, the valve piston 209 is moved to its bottom dead center.

The relationship between V2/S2 and the time period T2 from when the pressure in the trigger valve chamber 213 begins to drop until the valve piston 209 moves to maximum displacement is basically the same as that shown in FIG. 6. In the third embodiment, if V2/S2 is 0.2, the time period for the valve piston 209 to move from its top dead center to its bottom dead center is approximately 0.75 ms. With a fastener driving tool which is at least equipped with the valve piston 209, by making the cross-sectional area of the trigger valve used to discharge the air larger with respect to the volume of the trigger valve 213, the time period required for the pressure in the trigger valve chamber 213 to drop to a specific pressure because of the discharge of air can be decreased. Accordingly, the time period from when the plunger 207 is pressed until the valve piston 209 moves to maximum displacement can be shortened. As a result, the time period from when the trigger 239 is operated until the nailing motion occurs due to the displacement of the valve piston 209 can be shortened. Incidentally, if V2/S2 is set to 0.15, T2 can be made even smaller, and if V2/S2 set to 0.10, T2 can be made smaller still. These values for T2 are sufficiently smaller than those in conventional fastener driving tools.

Thus, by setting the maximum volume V2 of the trigger valve chamber 213 and the cross-sectional area S2 of the trigger valve control channel 216 to the aforementioned values, discharge of the compressed air from the trigger valve chamber 213 can be promptly performed, and the time period until the trigger valve chamber 213 assumes the atmospheric pressure can be reduced. Furthermore, since the discharge of air from trigger valve chamber 213 can be improved when the valve piston 209 is moved to the bottom dead center, a so-called air damper in which the pressure in the trigger valve chamber 213 impedes the movement of the valve piston 209 is not readily formed. Accordingly, the valve piston 209 can be moved immediately from the top dead center to the bottom dead center without being interrupted by the air damper. Incidentally, even though the valve piston 209 is biased toward the top dead center by the spring 212, the valve piston 209 is movable to the bottom dead center against the biasing force because of the pressure difference since the biasing force of the spring 212 is set beforehand to be weaker than the force caused by the pressure difference.

As shown in FIG. 19, when the valve piston 209 reaches its bottom dead center, the air channel 222 is closed by the valve piston rubber 221 to block fluid communication between the air channel 262 and the exhaust pipe 263. At the same time, the air channel 220 is opened by the valve piston rubber 221, so that the accumulator 202 and air channel 262 are fluidly connected to each other. Thus, air flows from the accumulator 202 into the piston upper chamber 266, and the piston upper chamber 266 provides the pressure level the same as that in the accumulator 202. In this instance, since the pressure in the piston upper chamber 266 becomes greater than the pressure in the piston lower chamber in the cylinder 203, the piston 204a moves rapidly to its bottom dead point. Thus, the fastener is driven by the tip end 204c of the driver blade 204b. The air in the underside of the piston 204a in the cylinder 203 flows through an air channel 236 into the return air chamber 233. Further, a portion of the compressed air in the piston upper chamber 266 flows through the air channel 235 into the return air chamber 233, after the piston 204a is moved past the air channel 235.

When the trigger 239 is returned, the plunger 207 moves to its bottom dead center because of the pressure applied from

US 7,398,647 B2

25

the accumulator 202 and the biasing force of the spring 212. In this case, as described above, the cross-sectional area St of the trigger valve intake channel 214 is set to $2.75 \times 10^{-6}$ (m²), which is relatively larger than that of the conventional tool. This is due to a design concept in that the mass rate of flow is proportional to the cross-sectional area of the tube. That is, it is based on the discovery that, with fastener driving tools having valve chambers, the time period required for the pressure in these valve chambers to be increased to a specific pressure due to introduction of the compressed air thereinto is reduced in accordance with an increase in the cross-sectional area of the channels used for the introduction of the compressed air with respect to the volume of these valve chambers.

At this point, since the cross-sectional area St of the trigger valve intake channel 214 is set to $2.75 \times 10^{-6}$ (m²), the pressure in the trigger valve chamber 213 instantaneously rises. As a result, the time period required for the pressure in the trigger valve chamber 213 to rise to a specific pressure due to the flow of compressed air can be decreased. Thus, the time period from when the pressing force on the plunger 207 ceases until the valve piston 209 returns to the pre-nailing position can be shortened. The valve piston rubber 221 provided on the valve piston 209 comes into contact with the frame 260 at the top dead center of the valve piston 209, and comes into contact with the valve plate 264 at the bottom dead center of the valve piston 209. Therefore, a fluid connection between the piston upper chamber 266 and the accumulator 202, and a fluid connection between the piston upper chamber 266 and the exhaust pipe 263 is alternately provided.

However, in more detailed aspect, during the movement of the valve piston 209 from its bottom dead center to its top dead center, the valve piston rubber 264 is out of contact from the frame 260 and from the valve plate 264. Accordingly, the connection between the piston upper chamber 266 and the accumulator 202 and the connection between the piston upper chamber 266 and the atmosphere can be simultaneously formed. As a result, the accumulator 202 and the atmosphere are connected, and the compressed air in the accumulator 202 is discharged into the atmosphere even during the movement of the valve piston 209 from its bottom dead center to its top dead center, which results in a waste of compressed air. However, since the valve piston 209 in the third embodiment can move from the bottom dead center to the top dead center more quickly than with the conventional tools, the amount of wasted compressed air which is unnecessarily discharged can be reduced.

At that point, the air channel 220 is closed by the valve piston rubber 221 to block communication between the accumulator 202 and the air channel 262. Thus, the flow of air from the accumulator 202 to the piston upper chamber 266 stops. In addition, air channel 222 is opened, so that air channel 262 and the exhaust pipe 263 are fluidly connected to each other. As a result, the air which has been accumulated in the piston upper chamber 266 is discharged to the atmosphere through the air channel 262, 222, exhaust pipe 263 and the exhaust hole 249. Thus, the piston upper chamber 266 assumes the atmospheric pressure.

Consequently, the piston 204a moves rapidly to the top dead point because the bottom of the piston 204a is imparted with a pressing force by the compressed air accumulated in the return air chamber 233, and the fastener driving tool 201 returns to the state shown in FIG. 17. Incidentally, the cross-sectional area of the trigger valve intake channel 214 can be made larger such as $3.00 \times 10^{-6}$ (m²) or $3.25 \times 10^{-6}$ (m²). With this arrangement, the unit rate of flow of the compressed air entering the trigger valve chamber 213 increases, so that the

26

time period required for the pressure increase in the trigger valve chamber 213 can be shortened.

Characteristic in nailing motion of the fastener driving tool according to the first embodiment will be described chronologically in comparison with a comparative fastener driving tool. In the graph shown in FIG. 20, the characteristics of the process of driving a nail into wood are shown for the fastener driving tool 1 involved in the first embodiment, and in the graph shown in FIG. 21, the characteristics of the process of driving a nail into wood with a fastener driving tool are shown for the comparative fastener driving tool.

In these graphs, the x-axis represents time, and y-axis in FIG. 20(a) represents pressure in the trigger valve chamber 13, the main valve chamber 8, the accumulator 2, the piston 4a upper chamber, and the return chamber 33 in the fastener driving tool according to the first embodiment. Further, Y-axes in FIGS. 20(b) through 20(d) represent a displacement of the main valve 19, a displacement of the valve piston 9, and a displacement of the piston 4a according to the first embodiment. Here, the origin of the x-axis (0 ms) represents the time at which the plunger 7 is pressed and the pressure in the trigger valve chamber 13 begins to drop. The same is true with respect to FIGS. 21(a) through (d) for the comparative fastener driving tool.

The dimensions in the comparative fastener driving tool involved in the nailing process were: maximum main valve chamber volume $V1'=2.56 \times 10^{-5}$ (m³); main valve control channel cross-sectional area $S1'=0.8 \times 10^{-5}$ (m²); $V1'/S1'=3.2$; maximum trigger valve chamber volume $V2'=4.0 \times 10^{-7}$ (m³); trigger valve control channel cross-sectional area $S2'=0.465 \times 10^{-6}$ (m²); $V2'/S2'=0.86$. The dimensions in the fastener driving tool involved in the first embodiment were: maximum main valve chamber 8 volume $V1=2.56 \times 10^{-5}$ (m³); main valve control channel 40 cross-sectional area $S1=3.2 \times 10^{-5}$ (m²); $V1/S1=0.8$; maximum trigger valve chamber 13 volume $V2=4.0 \times 10^{-7}$ (m³); trigger valve control channel 16 cross-sectional area $S2=1.98 \times 10^{-6}$ (m²); $V2/S2=0.2$.

In FIGS. 20 and 21, A and A' represent the timing at which pressure drop in the trigger valve chamber 13 is started, B and B' represent the timing at which the pressure in the trigger valve chamber 13 becomes atmospheric pressure, C and C' represents the timing at which the movement of the main valve 19 toward its upper dead center is started, D and D' represent the timing at which the main valve 19 reaches its top dead center, E and E' represent the timing at which the movement of the valve piston 9 toward its bottom dead center is started, F and F' represent the timing that the valve piston 9 reaches its bottom dead center, and G and G' represent the timing at which the piston 4a reaches its bottom dead center.

By pressing the plunger 7, the pressure in the trigger valve chamber 13 drops, and in conjunction with this pressure change, the valve piston 9 begins to be displaced from the top dead center. At that point, since $V2/S2=0.2$ in the first embodiment has been set smaller than the value $V2'/S2'=0.86$ in the comparative tool, so the compressed air in the trigger valve chamber 13 can be instantaneously discharged through the trigger valve control channel 16 into the atmosphere. As a result, only 3.0 ms was required for the pressure drop to the atmosphere in the trigger valve chamber 13, whereas 11.3 ms was required for the pressure drop in the comparative tool (see B and B'). Further, only 0.74 ms was required for moving the valve piston 9 to its bottom dead center in the first embodiment whereas 0.85 ms was required for the movement in the comparative tool (see F and F').

Because of the displacement of the valve piston 9 toward its bottom dead center, the O-ring 23 loses its sealing effect, so that the air channel 22 and the main valve control channel 40

US 7,398,647 B2

27

28

are fluidly connected to each other and the pressure in the main valve chamber **8** begins to drop. At that point, since V1/S1=0.8 in the first embodiment is smaller than V1'/S1'=3.2 in the comparative tool, the compressed air in the main valve chamber **8** can be instantaneously discharged through the main valve control channel **40** and the air channel **22** into the atmosphere. As a result, 22.4 ms was required for the pressure drop in the conventional main valve chamber to the minimum value for starting movement of the main valve from its bottom dead center. On the other hand, only 6.1 ms was required for the pressure drop in the main valve chamber **13** to the minimum value for starting movement of the main valve **19** from its bottom dead center (see C and C'). During this period, the pressure in the main valve chamber **8** rises temporarily due to the displacement of the main valve **19**. However, since the cross-sectional area of the air channel **22** was set to be smaller than the cross-sectional area of the main valve control channel **40**, excessive back-pressure is not applied to the main valve chamber **8**. Then, the main valve **19** in the first embodiment reaches the top dead point after 7.1 ms (see D).

By the movement of the main valve **19** toward its top dead center, the compressed air flows from the accumulator **2** to the piston upper chamber, so that the piston upper chamber becomes highly pressurized. Due to the pressure difference between the upper chamber and lower chamber of the piston **4a**, the piston **4a** drops to the bottom dead center for driving the fastener **5**. As a result of this, the process from when the worker pulls the trigger **39** until the fastener **5** is driven is completed. In the first embodiment, the process only requires 11.3 ms, whereas the comparative tool requires 27.1 ms (see F and F'). This difference clearly represents an improvement on the nailing response.

In addition, as a result of experimentation using a variety of fastener driving tools and investigating what degree of improvement in the response was sufficient for the effect to be perceived, it was found that if nailing occurred within 12 ms after the trigger is pulled and the push lever was pressed against the workpiece, the response was perceived to be good, the work became easy to perform, and it became easy to drive fasteners in a continuous manner. Moreover, it was found that as this amount of time grew longer, the response gradually grew worse, and in the vicinity of the 27.1 ms of the conventional tool, the work became difficult to perform and it became difficult to drive fasteners in a continuous manner. From this perspective as well, the response was improved, and the work performance was improved as well based on the fastener driving tool **1** in the first embodiment.

Next, an entire one-shot process starting from the pushing timing of the plunger **7** to the recovery timing to the initial state for starting the next nail driving operation will be described with reference to FIGS. **22**(a) through **23**(e). These graphs are particularly useful for the explanation of the process of returning to the initial state.

In these graphs, the x-axis represents time, and y-axis in FIG. **22**(a) represents pressure in the trigger valve chamber **13**, the main valve chamber **8**, the accumulator **2**, the piston **4a** upper chamber, and the return chamber **33** in the fastener driving tool according to the first embodiment. Further, Y-axes in FIGS. **22**(b) through **22**(d) represent a displacement of the main valve **19**, a displacement of the valve piston **9**, a displacement of the piston **4a**, and a displacement of a tool itself according to the first embodiment. Here, the origin of the x axis (0 ms) represents the time at which the plunger **7** is pressed and the pressure in the trigger valve chamber **13** begins to drop. The same is true with respect to FIGS. **23**(a) through (e) for another comparative fastener driving tool.

The dimensions in the comparative fastener driving tool involved were; maximum main valve chamber volume V1'=2.621×10$^{-5}$ (m$^3$); main valve control channel cross-sectional area S1'=1.963×10$^{-5}$ (m$^2$); V1'/S1'=1.335; main valve intake channel cross-sectional area Sm'=0.41×10$^{-5}$ (m$^2$); V1'/Sm'=6.5; trigger valve intake channel cross-sectional area St'=1.78×10$^{-6}$ (m$^2$). The dimensions in the fastener driving tool involved in the first embodiment were: maximum main valve chamber **8** volume V1=2.56×10$^{-6}$ (m$^3$); main valve control channel **40** cross-sectional area S1=3.2×10$^{-5}$ (m$^2$); V1/S1=0.8; main valve intake channel **20** cross-sectional area Sm=3.2×10$^{-5}$ (m$^2$); V1/Sm=0.8; trigger valve intake channel cross-sectional area St=2.75×10$^{-6}$ (m$^2$).

In FIGS. **22**(a) through **23**(e), A through G and A' through G' are the same as those shown in FIGS. **20**(a) through **21**(d). H and H' represent the timing at which the returning motion of the main valve is started. I and I' represent the timing at which the main valve is returned to its initial position. J and J' represent the timing at which the returning motion of the valve piston is started. K and K' represent the timing at which the valve piston is returned to its initial position. L and L' represent the timing at which the piston is returned to its initial position. M and M' represent the timing at which the entire tool is displaced by a maximum amount.

In the first embodiment, 6.9 ms was required for starting nail driving by starting the movement of the piston **4a** whereas the comparative tool required 22.2 ms for the starting (see FIGS. **22**(d) and **23**(d). In reaction to the movement of the piston, the tool body itself begins to move upward. Subsequently the piston **4a** reaches the bottom dead center, and nailing was completed after 11.3 ms in the first embodiment, as opposed to after 26.9 ms in the comparative tool. The upward displacement of both the fastener driving tool **1** and the comparative tool at this point was 5 mm. Further, in the first embodiment, the upward displacement of the tool itself reached 10 mm at 18.6 ms, whereas in the comparative tool, the upward displacement of the tool itself reached 10 mm at 35.1 ms (see FIGS. **22**(e) and **23**(e)).

At this point, the relative position between the push lever **42** and the nose **41** was restored to the initial position, and the plunger **7** which has been biased upward by the push lever **42** is returned to its initial position. In the first embodiment, the valve piston **9** began to move due to the pressure of the accumulator **2** and the pressing force of the spring **12** at 18.6 ms, and the valve piston **9** was returned to the initial position at 20.3 ms. On the other hand, in the comparative tool, the valve piston began to move at 35.2 ms, and returned to the initial position at 37.4 ms (See FIGS. **22**(c) and **23**(c)).

By the movement of the valve piston **9**, the compressed air in the accumulator **2** flows into the main valve chamber **8** through the main valve intake channel **20** and the main valve control channel **40**. As a result in the first embodiment, the main valve **19** began to move at 21.4 ms, whereas in the comparative tool, the main valve **19'** began to move at 38.9 ms (see H and H'). In addition, in the first embodiment, the main valve **19** was returned to the initial position at its bottom dead center at 25.2 ms, whereas in the comparative tool, the main valve **19'** was returned to the initial position at its bottom dead center at 44.3 ms (see I and I'). Simultaneously, the compressed air filled in the piston upper chamber is released to the atmosphere through air channel **29** and the exhaust hole **49**, and the tool was returned to the initial state.

As described above, in the first embodiment, the time period from the moment when either the pulling of the trigger **39** is released or the pressing of the push lever **42** against the workpiece is released (18.6 ms) until the main valve is closed

KHD 000541

US 7,398,647 B2

29

30

(25.2 ms) was 25.2 ms−18.6 ms=6.6 ms. On the other hand, in the comparative tool, the time period was 44.3 ms−35.2 ms=9.1 ms.

In addition, experimentations were conducted using a variety of fastener driving tools for investigating how much the time period needed to be shortened in order for a sufficient improvement on response to be perceived, the time period being from the moment when either the pressing of the trigger **39** was released or the pressing of the push lever **42** against the workpiece is released until the main valve is closed. As a result of experiments, it was found that if the time period is within 7 ms, the response was perceived to be extremely good facilitating driving work and continuous driving.

Therefore, since the first embodiment requires the time period of within 7 ms, the transition to the next nailing operation can proceed rapidly to improve the response. In addition, because of the prompt closure of the main valve, unnecessary air consumption can be avoided.

While the invention has been described in detail and with reference to specific embodiments thereof, it would be apparent to those skilled in the art that various changes and modifications may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates compressed air;

a cylinder disposed within the frame;

a piston disposed within the cylinder and movable between a top dead center and a bottom dead center, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a main valve section disposed in the frame and having a main valve movable between a top dead center and a bottom dead center to alternately open and block fluid communication between the piston upper chamber and the accumulator, a main valve chamber being defined by an upper surface of the main valve and a part of the frame;

a trigger valve section having a plunger movable between a top dead center and a bottom dead center so as to alternately open and block fluid communication from the accumulator to the main valve chamber, and fluid communication from the main valve chamber to atmosphere;

a first channel providing a fluid communication between the main valve chamber and the trigger valve section; and

a trigger adapted to press the plunger when operated by a user;

wherein a ratio obtained from dividing a maximum internal volume of the main valve chamber measured in $m^3$ by a cross sectional area of the first channel measured in $m^2$ is no greater than 0.8.

**2**. The fastener driving tool as defined in claim **1**, wherein the piston moves from the top dead center to the bottom dead center within 11.3 msec when the plunger is pressed.

**3**. The fastener driving tool as defined in claim **1**, wherein the main valve moves from the bottom center to the top dead center within 7 msec when the plunger is pressed.

**4**. A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates compressed air;

a cylinder disposed within the frame;

a piston disposed in the cylinder and movable between a top dead center and a bottom dead center, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a main valve section disposed in the frame and having a main valve movable between a top dead center and a bottom dead center to alternately open and block fluid communication between the piston upper chamber and the accumulator, a main valve chamber being defined by an upper surface of the main valve and a part of the frame;

a trigger valve section including a trigger valve frame, a valve piston disposed in the trigger valve frame and a plunger disposed extending through the valve piston and movable between a top dead center and a bottom dead center, the valve piston being movable between a top dead center and a bottom center in a direction opposite to movement of the plunger so as to alternatively open and block fluid communication from the accumulator to the main valve chamber, and a fluid communication from the main valve chamber to atmosphere;

a trigger valve chamber defined by the trigger valve frame, an end surface of the valve piston and the plunger;

a channel providing fluid communication between the trigger valve chamber and atmosphere; and

a trigger adapted to press the plunger when operated by a user;

wherein a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by a cross sectional area of the channel measured in $m^2$ is no greater than 0.20.

**5**. The fastener driving tool as defined in claim **4**, wherein the piston moves from the top dead center to the bottom dead center within 11.3 msec when the plunger is pressed.

**6**. The fastener driving tool as defined in claim **4**, wherein the valve piston moves from the top dead center to the bottom dead center within 0.75 msec when the plunger is pressed.

**7**. A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates compressed air;

a cylinder disposed within the frame;

a piston disposed within the cylinder and movable between a top dead center and a bottom dead center, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a trigger valve section including a trigger valve frame, a valve piston disposed in the trigger valve frame and movable between a top dead center and a bottom dead center and a plunger disposed extending through the trigger valve frame and movable between a top dead center and a bottom center in a direction opposite to movement of the valve piston, so as to alternatively open and block fluid communication from the accumulator to the piston upper chamber, and fluid communication from the piston upper chamber to atmosphere;

a trigger valve chamber defined by the trigger valve frame, and an end surface of the valve piston and the plunger;

a channel providing fluid communication between the trigger valve chamber and atmosphere; and

a trigger adapted to press the plunger when operated by a user;

wherein a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by a cross sectional area of the channel measured in $m^2$ is no greater than 0.20.

**8**. The fastener driving tool as defined in claim **7**, wherein the piston moves from the top dead center to the bottom dead center within 11.3 msec when the plunger is pressed.

US 7,398,647 B2

31

**9.** A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates compressed air;

a cylinder disposed within the frame;

a piston disposed within the cylinder and movable between a top dead center and a bottom dead center, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a trigger valve section including a trigger valve frame and movable between a top dead center and a bottom dead center and a plunger disposed extending through the trigger valve frame and movable between a top dead center and a bottom dead center in a direction opposite to movement of the valve piston so as to alternatively open and block fluid communication from the accumulator to the piston upper chamber, and a first channel providing fluid communication from the piston upper chamber to atmosphere;

a trigger valve chamber defined by the trigger valve frame, and an end surface of the valve piston and the plunger;

a second channel providing fluid communication between the trigger valve chamber and atmosphere; and

a trigger adapted to press the plunger when operated by a user;

wherein a ratio obtained from dividing the maximum volume of the trigger valve chamber measured in $m^3$ by a cross sectional area of the second channel measured by $m^2$ is no greater than 0.20.

**10.** A fastener driving tool comprising:

a frame defining therein an accumulator that accumulates a compressed air;

32

a cylinder disposed within the frame;

a piston disposed in the cylinder and movable between a top dead center and a bottom dead center, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston;

a main valve section disposed in the frame and having a main valve movable between a top dead center and a bottom dead center to alternately open and block fluid communication between the piston upper chamber and the accumulator, a main valve chamber being defined by an upper surface of the main valve and a part of the frame;

a trigger valve section including a trigger valve frame, a valve piston disposed in the trigger valve frame and a plunger disposed extending through the valve piston and movable between a top dead canter and a bottom dead center, the valve piston being movable between a top dead center and a bottom dead center in a direction opposite to movement of the plunger so as to alternatively open and block fluid communication from the accumulator to the main valve chamber, and a fluid communication from the main valve chamber to atmosphere;

a first channel providing a fluid communication between the main valve chamber and the trigger valve section; and

a trigger adapted to press the plunger when operated by a user;

wherein a ratio obtained from dividing a maximum internal volume of the main valve chamber measured in $m^3$ by a cross sectional area of the first channel measured in $m^2$ is no greater than 0.8.

\* \* \* \* \*

KHD 000543

# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

KOKI HOLDINGS CO. LTD.,        )
                                           )
                    Plaintiff,         )
           v.                    )     C.A. No. 18-313-CFC
                                           )
KYOCERA SENCO INDUSTRIAL TOOLS,    )
INC.,                                     )
                                         )
                                         )
                  Defendant.     )

**OPENING EXPERT REPORT OF GLENN VALLEE, PH.D.**

I, Glenn E. Vallee, Ph.D., declare as follows:

## I.      <u>INTRODUCTION</u>

1.          I have been retained as an independent expert consultant on behalf of Koki Holdings Co. Ltd. in the case captioned *Koki Holdings Co. Ltd. v. Kyocera Senco Industrial Tools, Inc.*, Civil Action No. 18-313-CFC, pending in the United States District Court for the District of Delaware.

2.          I understand that the patents at issue in the litigation are U.S. Patent Nos. 8,118,204 (the '204 patent), RE42,987 (the '987 patent), 7,156,012 (the '012 patent), 7,398,647 (the '647 patent), and 7,325,709 (the '709 patent) (collectively the "Asserted Patents"). I have been asked to provide my opinions on various issues pertinent to this litigation and the Asserted Patents. My opinions are set forth in this Report.

3.           In forming my opinions, I rely on my knowledge and experience in the field, and on the documents and information reference in this Report. If called to testify in this matter, I am prepared to explain in detail, with appropriate visual aids, the opinions expressed in this Report and my basis for those opinions.

4.          I am being compensated for my time at my standard rate of $250 per hour. For time spent providing deposition and trial testimony, I am being compensated at my standard rate of $350 per hour. I am also being reimbursed for reasonable expenses and out-of-pocket expenses at cost. My compensation is in no way contingent on the nature of my findings, the presentation of my findings in testimony, or the outcome of this or any other proceeding. I have no other interest in the outcome of this proceeding.

## II.      <u>SUMMARY OF OPINIONS</u>

5.          In the paragraphs that follow, I explain in detail the evidence, reasons, and analysis supporting my opinions and conclusion that certain Kyocera Senco Products and certain Koki

Products meet each and every limitation of the asserted claims of the Asserted Patents. Specifically, it is my opinion that:

    a.   The Kyocera Senco FUSION F-15 infringes claims 12, 13, and 15 of the '204 patent;

    b.   The Kyocera Senco JoistPro 150XP infringes claims 14, 15, 15, 17, 18, and 19 of the '987 patent;

    c.   The Kyocera Senco SNS41 infringes claims 1, 2, 3, and 4 of the '012 patent and claims 1 and 10 of the '647 patent;

    d.   The Kyocera Senco FramePro 325FRHXP and FramePro 325XP infringe claims 1, 3, 4, 5, 8, 9, 10, and 14 of the '709 patent;

    e.   The Koki NT1865DMA and NR1890DC practice claims 12, 13, and 15 of the '204 patent;

    f.   The Koki NR65AK, NR65AK2 and NR38AK practice claims 14, 15, 16, 17, 18, and 19 of the '987 patent;

    g.   The Koki NR90AD/AE/AF and NV90AG practice claim 1 of the '012 patent and the Koki NT50AE2 and N3804AB3 practice claims 1, 2, 3, and 4 of the '012 patent;

    h.   The Koki NR90AD/AE/AF and NV90AG practice claims 1 and 10 of the '647 patent; and

    i.   The Koki NR90AD and NR90AE practice claims 1, 3, 4, 8, 9, and 10 of the '709 patent.

**III.**        **<u>QUALIFICATIONS AND EXPERIENCE</u>**

6.        I am an Associate Professor of Mechanical Engineering at Western New England University. My background is in the areas of mechanical engineering, design, product development

48.        Powered nailers are used in many types of construction-related applications, ranging from heavy-duty and high-volume applications to smaller jobs and precision work. Some example of powered nailers include: (i) framing nailers that handle large projects such as framing houses and building decks; (ii) finishing nailers used for assembling furniture and installing cabinets; (iii) brad nailers used for securing crown molding or baseboards; and (iv) roofing nailers for applying roof shingles. Nailers require a power source to drive the fastener into a workpiece during operation. Each of the Asserted Patents is directed to aspects of powered nailers.

### A.    Overview of U.S. Patent No. 8,118,204

49.        The '204 patent is directed a compact nail gun which can be easily used in smaller and narrow places. ('204 patent at col. 1:59-63.) FIG. 1 shows a side view of an exemplary tool and FIG. 2 shows a bottom view of the exemplary tool.



50.        As shown in the annotated images below, the magazine (colored yellow) is angled upward from the nose (annotated FIG. 1) and further angled relative to the handle (annotated FIG. 2). This is also explained in the '204 patent at col. 3:48-59 and col. 3:60-4:9.

███████████████████████

### C.   Overview U.S. Patent Nos. 7,156,012 and 7,398,647

60.      The '647 patent is a continuation of the '012 patent and, since they share a common

specification, I am considering them together. The '012 and '647 patents are generally directed to

a nail gun that optimize the relationship (ratio) between the effective cross-sectional area of the

main valve control channel (for exhausting compressed air) and the volume of the main valve

chamber. This optimization allows the nail gun to achieve rapid firing while reducing the

consumption of compressed air.

61.      FIG. 1 shows a cross-sectional view of one example of the nail gun and FIG. 3

shows a partial cross-sectional view of the main valve chamber (8) and main valve control channel

(40). The main valve chamber is highlighted in green and the main valve control channel is

highlighted in blue.



62.      The ratio of the cross-sectional area of main valve control channel (blue) to the

internal volume of the main valve chamber (green) is defined as a specified ratio. Claim 1 of the

'012 patent specifies that the ratio obtained from dividing the internal volume of the main valve

chamber measured in $m^3$ by the cross-sectional area of main valve control channel measured in $m^2$ is not more than 1.0. Claims 1 and 10 of the '647 patent specify that this ratio is not more than 0.8.

63.　　　　Other claims define ratios or other components within the tool. For instance, claim 3 of the '012 patent recites that the ratio obtained from dividing the maximum internal volume of the main valve chamber measured in $m^3$ by the cross-sectional area of the main valve intake channel measured in $m^2$ is not more than 1.0.

64.　　　　The invention of the '012 and '647 patents offer significant benefits to the operator. The invention results in a fast acting trigger which improves nailing performance, allows faster operation and improves the responsiveness of the nailer.  It also reduces air consumption which in turn reduces compressor wear and lowers the amount of electricity or fuel required to operate the compressor.

### D.   Overview of U.S. Patent No. 7,325,709

65.　　　　The '709 patent is directed to a nail gun with a highly rigid and light weight magazine that facilitates hand-holding. FIG. 2 shows the cross-sectional shape of the magazine.





Trigger Switch

132.      Mr. McCardle also testified that the JoistPro 150XP has a trigger switch. *See* McCardle Tr. at 117:7-118:19 (describing trigger switch on KSIT000014 as being identified with pound sign);

g.      ***14(f)        a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center, wherein operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward, at least a tip of the nail disposed in the nosepiece protruding from a tip of the nosepiece and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily aligned with a desired position.***

133.      I understand the Court found the term "push portion" is a means-plus-function term subject to 35 U.S.C. § 112, ¶ 6 and construed the term to have the following structure and function:

Structure: "safety portion 12 that is mechanically coupled to trigger 11, the safety portion 12 consisting of upper safety portion 20, cam member 21, and lower safety portion 22"

Function: "operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward."

134.     In my opinion, the JoistPro 150XP has a push portion with an end that is movable following the nosepiece (*i.e.*, movable nose) and is normally positioned in an upper dead center. Below is an image of the JoistPro 150XP. I have annotated a picture of the JoistPro 150XP to show the location of the push portion on the tool.



135.     As to the claimed structure, the "push portion" includes a safety portion 12 that is mechanically coupled to a trigger, the safety portion 12 consisting of upper safety portion 20, cam member 21, and lower safety portion 22. I have provided a photograph of the safety portion 12 below. With reference to the annotations in the images, the safety portion 12 is comprised of upper safety portion 20 having a safety portion upper end 12a and a cam surface 21a. Safety portion 20 pivots about a pin located at 20a. The cam surface 21a contacts cam surface 22a and cam surface 22a connects to the lower safety portion 22. The upper safety portion 20 has a safety portion upper

end 12a which contacts the trigger arm 19 which is coupled to the trigger 11 through the support pin 18.

















*See also* McCardle Tr. at 130:8-14; ███████████████████

136.       As to the function, the operation of the trigger switch is enabled when the end of

the push portion (*i.e.*, end of lower safety portion 22) is prevented from moving downward. At this

point, at least a tip of the nail disposed in the nosepiece is protruding from a tip of the nosepiece

and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily

aligned with a desired position. The Operating Instructions for the JoistPro 150XP explains:

> Joist Pro150XP: WORK CONTACT ELEMENT The moveable nose, which acts
> as the contact trip, is in the "depressed" position at rest to allow visibility of the
> nail points. When the tip of the nail is placed in the pre-punched metal connector
> hole and the trigger is pulled, the moveable nose moves out from the tool to detect
> the work surface. If the moveable nose does not detect the work surface close to
> the nose of the tool, the tool will not actuate.

(KSIT000082 at 85). This is also described in videos on Senco's YouTube at

https://www.youtube.com/watch?v=DebvO2QzSBI (at ~1:00 to ~1:11 and ~3:23 to ~3:58). *See*

*also* KSIT00098322 (video showing same); McCardle Tr. at 120:1-121:4, 132:18-133:22 (describing operation of safety in JoistPro 150XP); KSIT00095901 at 4, 5, 7.

137.     I understand that Kyocera Senco has argued that the "push portion" limitation is not met because the JoistPro 150XP operates via a pneumatically powered safety. I disagree with Kyocera Senco's assertion that the "push portion" limitation is not met because, as explained above, the JoistPro 150XP has a "push portion" as defined by the Court's claim construction. The claim construction adopted by the Court requires that the safety portion is mechanically coupled to trigger, but does not preclude the inclusion of an additional pneumatic component. Surface 21a on the upper safety portion 20 contacts the cam surface 22a which is always connected to the lower safety portion 22 when the safety mechanism is activated during operation.  This contact constitutes a true cam connection, as the motion of cam surface 22a results in the motion of contacting surface 21a which causes the upper safety portion to rotate through sliding contact. I also note that "mechanically coupled" is not restricted to a continuous mechanical connection, but is generally understood by those skilled in the art as mechanical contact between components when they perform their intended function. For example, when a driver of an automobile activates the braking system, his foot is mechanically coupled to the brake pedal. When braking has been completed, the driver removes his foot from the brake pedal.

138.     To the extent this limitation is not met literally, this element is met under the doctrine of equivalents, including both the function/way/result test and the insubstantial differences test. Under the function/way/result test, the function of the "push portion" is "operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward" using the structure of the "push portion" as described above. The way this feature is accomplished is by having operation of the trigger switch enabled when the end of the push portion

(as descried above) is prevented from moving downward. This approach achieves the same result, which is to enable operation of the trigger switch. Under the insubstantial differences test, it is immaterial whether the JoistPro 150XP also uses a pneumatic element in performing this function since the claimed function (*i.e.*, operation of the trigger switch) is accomplished by the "push portion" as described above.

### 2.    Claim 15 – JoistPro 150XP

139.      Claim 15 of the '987 patent recites:

| 15. | A nail gun according to claim 14, wherein said connected nails are arranged on a single plane. |
|---|---|

140.          The connected nails in the JoistPro 150XP are arranged in a single plane. The magazine in the JoistPro 150XP only accepts nails that are connected in a single plane. In addition, Senco identifies several Senco-branded 34° Angled Strip Collated Nails that can be used with the JoistPro 150XP, including item code nos. KJ17AEBD, KJ17AHBD, MD17AEBD, and MJ17AHBD, and each of these connected nails are arranged in a single plane. *See* claim 14, element (c). That the connected nails in the JoistPro 150XP are arranged in a single plane is also shown in a video on Senco's YouTube channel at

https://www.youtube.com/watch?v=DebvO2QzSBI (at ~2.39 to ~3:22) (KSIT00098322). *See also* discussion above regarding element 14(c) of the '987 patent; KSIT00095901 at 4, 5, 7.

### 3.    Claim 16 – JoistPro 150XP

141.          Claim 16 of the '987 patent recites:

| 16. | A nail gun according to claim 14, wherein the tips of the connected nails are arranged in a single line. |
|---|---|

142.          The tips of the connected nails in the JoistPro 150XP are arranged in a single line, as shown by the blue line below.

d.    ***18(c): a magazine housing a plurality of connected nails and that disposes said connected nails one at a time to the nosepiece***

152.        In my opinion, the JoistPro 150XP meets element 18(c) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(c) of the '987 patent.

e.    ***18(d) a striking mechanism that strikes a lead nail of the connected nails disposed in the nosepiece, the striking mechanism being provided in the body at a position above the nosepiece***

153.        In my opinion, the JoistPro 150XP meets element 18(d) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(d) of the '987 patent. In the JoistPro 150XP, the striking mechanism strikes the lead nail of the connected nails disposed in the nosepiece. This is shown in the demonstrations on Senco YouTube channel at https://www.youtube.com/watch?v=DebvO2QzSBI (at ~3:23 to ~3:58). *See also* KSIT00098322 (video showing same).

f.    ***18(e): a trigger switch that activates the striking mechanism, the trigger switch being provided in the body***

154.        In my opinion, the JoistPro 150XP meets element 18(e) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(e) of the '987 patent.

g.    ***18(f): a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center, wherein***

155.        In my opinion, the JoistPro 150XP meets element 18(f) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(f) of the '987 patent.

h.    ***18(g): operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward***

156.        In my opinion, the JoistPro 150XP meets element 18(g) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(f) of the '987 patent.

███████████████████████████████████

    d.    ***19(c): a magazine housing a plurality of connected nails and that disposes said connected nails one at a time to the nosepiece***

163.      In my opinion, the JoistPro 150XP meets element 19(c) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(c) of the '987 patent.

    e.    ***19(d): a striking mechanism that strikes a nail disposed in the nosepiece, the striking mechanism being provided in the body at a position above the nosepiece***

164.      In my opinion, the JoistPro 150XP meets element 19(d) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(d) of the '987 patent.

    f.    ***19(e): a trigger switch that activates the striking mechanism, the trigger switch being provided in the body***

165.      In my opinion, the JoistPro 150XP meets element 19(e) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(e) of the '987 patent.

    g.    ***19(f): a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center, wherein***

166.      In my opinion, the JoistPro 150XP meets element 19(f) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(f) of the '987 patent.

    h.    ***19(g): operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward,***

167.      In my opinion, the JoistPro 150XP meets element 19(g) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(f) of the '987 patent.

    i.    ***19(h): at least a tip of the nail disposed in the nosepiece protruding from a tip of the nosepiece and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily aligned with a desired position, and***

168.      In my opinion, the JoistPro 150XP meets element 19(h) of the '987 patent for the same reasons that the JoistPro 150XP meets element 14(f) of the '987 patent.



KHD0004074 at 4139.

> d. *10(c): wherein the one end of the magazine close to the sharp end of the fastener is a closed end formed by joining of the two opposing walls of the accommodation portion, the width of the accommodation portion being continuously increased from the closed end to at least a portion of the opposing walls accommodating the shaft of the fastener therebetween*

769.     In my opinion, the NR90AE meets element 10(c) of the '709 patent for the same reasons that the NR90AE meets element 1(i) of the '709 patent.

## XI.     CONCLUSION

770.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2020.

*Glen E Vallee*

Glenn E. Vallee, Ph.D.

# Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KOKI HOLDINGS CO. LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 18-313-CFC |
| | ) | |
| KYOCERA SENCO INDUSTRIAL TOOLS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**REBUTTAL EXPERT REPORT OF GLENN VALLEE, PH.D.**

███████████████████████

## XI.      VALIDITY OF U.S. PATENT NO. 7,398,647

245.      Claim 1 of the '647 patent is reproduced below:

| Claim 1 | |
|---|---|
| 1. | A fastener driving tool comprising: |
| 1(a) | a frame defining therein an accumulator that accumulates compressed air; |
| 1(b) | a cylinder disposed within the frame; |
| 1(c) | a piston disposed within the cylinder and movable between a top dead center and a bottom dead center, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston; |
| 1(d) | a main valve section disposed in the frame and having a main valve movable between a top dead center and a bottom dead center to alternately open and block fluid communication between the piston upper chamber and the accumulator, a main valve chamber being defined by an upper surface of the main valve and a part of the frame; |
| 1(e) | a trigger valve section having a plunger movable between a top dead center and a bottom dead center so as to alternately open and block fluid communication from the accumulator to the main valve chamber, and fluid communication from the main valve chamber to atmosphere; |
| 1(f) | a first channel providing a fluid communication between the main valve chamber and the trigger valve section; and |
| 1(g) | a trigger adapted to press the plunger when operated by a user; |
| 1(h) | wherein a ratio obtained from dividing a maximum internal volume of the main valve chamber measured in $m^3$ by a cross sectional area of the first channel measured in $m^2$ is no greater than 0.8. |

### A.      Ishizawa In View of the SN325+ Does Not Render the Asserted Claims of the '647 Patent Obvious

246.      In this section, I express my opinions in rebuttal to Mr. Miller's assertion that the Asserted Claims of the '647 patent are obvious based on U.S. Patent Application Publication No. 2001/00092960 (Ishizawa) in view of the SN325+ Nailer.

### 1.      Overview of Ishizawa

247.      Ishizawa was published on July 26, 2001 and is titled "Trigger Valve Apparatus for Pneumatic Tool." Ishizawa discloses a conventional pneumatic tool having, among other things, a sleeve valve chamber and a control channel. However, Ishizawa does not provide any volume

measurements of the sleeve valve chamber or cross-sectional area measurements of the control channel.

### 2.    Overview of the SN325/SN325+ Documentation

248.    I understand Mr. Miller contends that the SN325+ is a prior art nailer that allegedly optimized the volume of various chambers and channels within the tool. As a preliminary matter, I have not seen any evidence from Mr. Miller or anyone else establishing that the actual SN325+ is prior art. In any event, I reviewed documentation allegedly relating to the SN325 and/or SN325+ including a Replacement Parts Chart (KSIT002605-08, KSIT00098341-44), an undated article (KSIT002609),

, a product snapshot sheet (KSIT00098349-50); and a product sheet (KSIT00098338-40). I also reviewed

249.    My analysis below relies on the documents provided by Kyocera Senco. I understand that at time it served Mr. Miller's Report, Kyocera Senco indicated for the first time that it was also relying on an alleged physical sample of the SN325+ and stated that the tool is being made available in a conference room at Kyocera Senco's counsels' office in Chicago. Due to preexisting commitments, as well the current national emergency involving COVID-19, I have not had an opportunity to travel to Chicago analyze the physical tool since learning that Kyocera Senco would be relying on the actual tool. Moreover, even if I were to inspect the tool in a law firm conference room, I would not have the necessary tools to properly inspect and analyze the tool. For example, I would need equipment necessary to disassemble the nailer, such Allen wrenches, pliers, screwdrivers, etc. I would also need measuring instruments such as calipers, a micrometer and pin gauges, as well as graduated cylinders and a liquid medium to determine the volume of various chambers within the nailer. I understand from counsel that the parties have a

moves downward in the driving direction to initiate a drive cycle. This downward moving mass reduces the recoil of the tool which is in the upward direction. This positioning also results in a shorter main valve control channel, making evacuation of the main valve chamber more efficient. Also, positioning the main valve chamber below the main valve helps resist actuation when the top of the tool is used as a hammer. This phenomenon is called "hammer fire" and it occurs when such an impact lifts the main valve away from the cylinder in designs where the main valve must move upward to initiate a drive cycle.  Therefore, the positioning of the main valve chamber is not a simple design choice.  Mr. Miller also states that the Ishizawa design adds complexity, but does not state how it is much more complex.  If fact, the design of Ishizawa can actually result in less material required in the main valve which can reduce cost and tool weight, and thus, a person of skill in the art would not be motivated or have reason to change Ishizawa's design.

### 5. Claim Element 1(h): "a ratio obtained from dividing a maximum internal volume of the main valve chamber measured in m³ by a cross sectional area of the first channel measured in m² is no greater than 0.8"

253.    Mr. Miller concedes that Ishizawa does not disclose dimensions of the alleged first channel or main chamber, and thus does not disclose the ratio that would be obtained from dividing a maximum internal volume of the alleged main valve chamber measured in m³ by a cross sectional area of the alleged first channel measured in m². However, he asserts that "altering and optimizing the dimensions of the two structures claimed here is simply a matter of design choice that would have been obvious to a person of ordinary skill in the art." *See* Miller Initial Rpt. at ¶ 387. I disagree.

254.    The structure of the SN325+ trigger valve is far more complex than that of Ishizawa. Based on the design drawings, the SN325+ valve is much longer and has more sealing surfaces and seals. Accordingly, the air flow through the valve is much different and more complex

███████████████████████████

the cap since the overall height of the four drilled holes is less than the height of a single hole having an equivalent cross sectional area.

276.        Mr. Miller shows in ¶ 391 that the diameter of the drilled cross over holes ranges from ████████████████, resulting in a total cross sectional area which ranges from ████████████████ for the four holes.  This results in a variation of approximately ████, which is very large considering how critical the cross sectional area and surface area of the channel is. In my opinion, this demonstrates that the use of four such channels is not intended to control the overall size of the channels but simply to lower the height of the first channel and the height of the nailer.

277.        Mr. Miller calculated the cross sectional area of the first channel as ████████████ using the total cross sectional area of the four drilled cross over holes. However, it is well known that the minimum cross sectional area of the first channel dictates its effect on the airflow within the channel.  Since it is not clear exactly where this channel actually ends, as discussed above, the cross sectional area of the firs channel cannot be calculated using the cross sectional area of the four cross over holes if they do not represent the smallest cross sectional area of the first channel. He therefore cannot accurately calculate the ratio of the volume of the main valve chamber to the area of the first channel.

### C.        Objective Indicia of Non-Obviousness

278.        In addition to the reasons presented above, the Asserted Claims of the '647 patent are not obvious because there are objective indicia of non-obviousness. The invention of the '647 patent offers significant benefits to the operator.  The invention results in a fast acting trigger which improves nailing performance, allows faster operation and improves the responsiveness of the nailer.  It also reduces air consumption which in turn reduces compressor wear and lowers the amount of electricity or fuel required to operate the compressor.

279.         As set forth in my Opening Report, it is my opinion that the Koki NR90AD/AE/AF and NV90AG practice claims 1 and 10 of the '647 patent. These products have received praise for their improved response time and air consumption efficiencies. Example of such praise are provided in the paragraphs that follow.

280.         KHD00006971-85: *Review Hitachi NR90AD(S) 3-1/2-Inch Clipped Head Framing Strip Nailer*, FRAMING NAILER GUIDE,   http://bestframingnailerreview.com/review-hitachi-nr90ads-3-12-inch-clipped-head-framing-strip-nailer/ (last visited Dec. 9, 2019) discussing the NR90AD).

        a.  "The Hitachi NR90AD(S) is smaller in comparison of any other nailer. It *works faster* and has more stylish appeal. It can help you in the best possible way in your household framing jobs." (emphasis added).

281.         KHD00006986-7004: *Hitachi NR90AE(S1) 3-1/2" Framing Nailer Review*, PRO TOOL REVIEWS (July 27, 2018),   https://www.protoolreviews.com/tools/air/framing-nailers/hitachi-nr90aes1-3-1-2-framing-nailer-review/39856/ (discussing the NR90AE).

        a.  "It takes just 85 PSI for the NR90 to drive a 3-1/4″ nail flush in untreated pine. There are framers that are little *more efficient* that can get it done at 80 PSI and others that need a bit more. If you're trying to work with a small compressor – perhaps smaller than you should – this nailer is moderately efficient and shouldn't slow you down too much from what you're already using." (emphasis added).

282.         KHD00007005-11: *Hitachi NR90AES1 Review 2019 [Do Not Buy Before Reading This]*, MILLWORK GUIDE (Jan. 3, 2019), https://millworkguide.com/hitachi-nr90aes1/ (discussing the NR90AE).

        a.  "It works from 70 to 120 range. However, the 85 PSI is optimal for most of the use. The 85 range allows 3-1/4" nail to work efficiently. The other framers available in the market usually work best in the 80 PSI range. So, the 85 PSI range outperforms other models in the market."

283.        KHD00006940-57: *Best Staple Gun 2019 – Buyer's Guide*, Tool Stocks (Apr. 22, 2019), https://toolstocks.com/best-staple-gun/ (discussing the N3804AB3).

    a.   "It's fast-acting and allows users get jobs done quickly"

    b.   "It's efficient for handling tasks of mostly any size"

284.        KHD00007483-85: *Metabo HPT 3-1/2 Inch Coil Nailer Review – NV90AG(S)*, Pro Tool Reviews (Oct. 29, 2019), https://www.protoolreviews.com/tools/air/framing-nailers/metabo-hpt-3-1-2-inch-coil-nailer-review-nv90ags/50307/ (discussing NV90AG).

    a.   "If it ain't broke, don't fix it, right? That's the tack taken with the new Metabo HPT 3-1/2 inch Coil Nailer. All indications are that it was a good strategy because this is still an excellent framer. We tried to poke holes in it as we worked on a complete remodel and we couldn't really do it."

    b.   "The design is more compact, letting the tool fit into tighter spaces."

    c.   "The good stuff doesn't end there. The NV90AG(S) has a fast recoil so you can keep a quick pace."

    d.   "With reliable performance, a comfortable feel, and a price better than nearly all of its best competitors, the Metabo HPT 3-1/2 inch Coil Nailer still sets the standard on our job sites."

285.        KHD00007096-98: *2014 Pro Tool Innovation Awards – Pneumatic Tools*, Pro Tool Reviews (2014) https://www.protoolreviews.com/buying-guides/2014-pro-tool-innovation-awards-pneumatic/12303/

286.        I also understand that the NR90AD/AE/AF and NV90AG have achieved a high level of sales as set forth below:



287.        Based on my thirty years of experience in the field of powered nailers, I believe these high level of sales demonstrate commercial success of the products, particularly in view of the high praise that the tools have received for their improved response time and air consumption efficiencies.

## XII.        **VALIDITY OF U.S. PATENT NO. 7,156,012**

288.        Claims 1-4 of the '012 patent are reproduced below:

| Claim 1 | |
|---|---|
| 1. | A fastener driving tool comprising: |
| 1(a) | a frame defining therein an accumulator that accumulates a compressed air; |
| 1(b) | a cylinder disposed within the frame; |
| 1(c) | a piston reciprocally slidably disposed within the cylinder, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston; |

---

9 I understand this stock code introduced in approximately 2008 and replaced with the NR90AFS1 in 2015. *See* Koki Resp. to ROG. No. 11.

10 I understand the NR90AFS1 replaced the NR90AF in 2015 and that it is the same tool except for a trigger change. NR90AFS1M has updated internal model number for name change branding. *See* Koki Resp. to ROG. No. 11.

11 I understand the NV90AG was introduced in August 2012 and it was replaced in 2016 with the NV90AGS.  I also understand the changes were cosmetic. *See* Koki Resp. to ROG. No. 11.

12 I understand the NV90AGS is the same tool as the NV90AG and the changes made between models were cosmetic. *See* Koki Resp. to ROG. No. 11.

of the piston which is not exposed to compressed air cannot be considered part of the piston upper chamber, as it would have no effect on the forces resulting from the air pressure above the piston.

### 2. Claim Element 1(g): a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m³ by the cross-sectional area of the main valve control channel measured in m² being not more than 1.0

291.     Mr. Miller asserts claim element 1(g) of the '012 patent is obvious based on Ishizawa in view of the SN325+ for the same reasons that claim element 1(h) of the '647 patent is met. *See* Miller Initial Rpt. at ¶ 434. I disagree for the reasons discussed above in Section XI.A.5.

### 3. Claim Element 2(g): the air discharge channel having a cross-sectional area not less than the cross-sectional area of the main valve control channel.

292.     Mr. Miller concedes that Ishizawa does not disclose dimensions of the main valve control channel or the air discharge channel, and thus does not disclose that the alleged air discharge channel in Ishizawa has a cross sectional area less than the cross-sectional area of the alleged main valve control channel. As a result, Mr. Miller has failed to identify any prior art that teaches an air discharge channel having a cross-sectional area not less than the cross-sectional area of the main valve control channel.

293.     Miller asserts that "altering and optimizing the dimensions of the two structures claimed here is simply a matter of design choice that would have been obvious to a person of ordinary skill in the art." *See* Miller Initial Rpt. at ¶¶ 446-48. I disagree. The flow characteristics of the main valve control channel and air discharge channel are critical to the performance and response of the nailer and must be determined for each pneumatic system.  For example, the mass of the main valve must be considered when selecting these flow characteristics, as a more massive main valve would take longer to open. The size of the main valve control channel might therefore be enlarged to allow faster evacuation of the main valve chamber in an attempt to more quickly

main valve intake channel connects the main valve control channel to accumulator and col. 3:51-54 of the '012 patent claims that the air discharge channel connects the main valve control channel to the atmosphere. For the other channels identified by Mr. Miller, the claims do not require any connection to the main valve control channel. For instance, col. 31:8-11 explains that the trigger valve intake channel connects the accumulator to the trigger valve chamber and col. 31:13-15 explains that the trigger valve control channel connects the trigger valve chamber to the atmosphere.

311.     Accordingly, it is my opinion that because the subject claim recitation, read in light of the specification, informs a person of ordinary skill in the art with reasonable certainty about the scope of the invention, claims 2-4 of the '012 patent are not indefinite.

### D.     Objective Indicia of Non-Obviousness

312.     In addition to the reasons presented above, the Asserted Claims of the '012 patent are not obvious because there are objective indicia of non-obviousness. The invention of the '012 patent offers significant benefits to the operator.  The invention results in a fast acting trigger which improves nailing performance, allows faster operation and improves the responsiveness of the nailer.  It also reduces air consumption which in turn reduces compressor wear and lowers the amount of electricity or fuel required to operate the compressor.

313.     As set forth in my Opening Report, it is my opinion that the Koki NR90AD/AE/AF and NV90AG practice claim 1 of the '012 patent and the Koki NT50AE2 and N3804AB3 practice claims 1, 2, 3, and 4 of the '012 patent. The Koki NR90AD/AE/AF and NV90AG have received praise for their improved response time and air consumption efficiencies. Example of such praise are provided in the paragraphs 280-285 above.

314.     I also understand that the NR90AD/AE/AF, NV90AG, NT50AE2 and N3804AB3 have achieved a high level of sales as set forth below:



---

[13] I understand this stock code was begun in approximately 2006, discontinued in approximately 2008 and substituted with NT50AE2S (which was a different color).  I also understand NT50AE2S was discontinued in 2009 and stock code NT50AE2 was used again. *See* Koki Resp. to ROG. No. 11.

[14] I understand this code was available approximately 2006/2007 to 2008.  At that time N3804AB3S was used (change was to color).  Then stock code N3804AB3 re-used starting in 2009.  N3804AB3M indicates internal model number change corresponding to updated branding with company name change. *See* Koki Resp. to ROG. No. 11.

[15] I understand that this tool was available 2008 - 2009, then discontinued and the original stock code of N3804AB3 was re-used starting in 2009. *See* Koki Resp. to ROG. No. 11.

315.      Based on my thirty years of experience in the field of powered nailers, I believe these high level of sales demonstrate commercial success of the products, particularly in view of the high praise that the tools have received for their improved response time and air consumption efficiencies.

## XIII.      <u>CONCLUSION</u>

316.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2020.

Glenn E. Vallee, Ph.D., P.E.

# Exhibit E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

KOKI HOLDINGS CO., LTD.,

       Plaintiff,

v.

KYOCERA SENCO INDUSTRIAL TOOLS, INC.,

       Defendant.

C.A. No. 18-313-CFC

**REBUTTAL EXPERT REPORT OF
<u>KEVEN MILLER REGARDING NON-INFRINGEMENT</u>**

**HIGHLY CONFIDENTIAL INFORMATION**

38.     Thus, it is these three components of the safety portion 12 (upper and lower safety portions 20, 22 and cam member 21) that work together to achieve the function of the claimed "push portion:" "operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward." At a high level, in my opinion the claimed "push portion" is classified as a purely mechanical safety.

39.     With respect to the JoistPro 150XP, Dr. Vallee points, without much explanation, to various structures on the JoistPro's safety mechanism as allegedly meeting the required structure of the claimed "push portion:" the upper safety portion 20, cam member 21, and lower safety portion 22. However, Dr. Vallee fails to explain how his identified upper safety portion 20, cam member 21, and lower safety portion 22 work together to achieve the function of the claimed "push portion:" "operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward." This is because these components do not perform the claimed function because the JoistPro's safety mechanism also requires additional pneumatic components and a pressurized air supply to operate.

40.     The figures below label the various components of the JoistPro 150XP's safety mechanism along with a brief description of each component and its operation. The white and silver cylinders the photograph immediately below contains various inputs/outputs controlled by the black trigger.

11



44.     However, in contrast to the '987 Patent's "push portion," the JoistPro 150XP must be connected to a pressurized air source for the safety to properly function.  Once connected to an air supply, when a user pulls the trigger, a portion of the trigger presses against the safety activating plunger which opens fluid communication to the sealed air cylinder.  Pressurized air then moves into the cylinder which pushes against the upper safety portion, causing the entire safety portion to move downward.  If the JoistPro 150XP is not connected to an air supply, the safety portion does not move downward when the trigger is pressed to the absence of pressurized air pressing against the top of the upper safety portion.  In other words, in the absence of these pneumatic components, the JoistPro 150XP's safety mechanism does not satisfy the requirement that the claimed "push portion" enables "operation of the trigger switch . . . when the end of the push portion is prevented from moving downward."  This is in stark contrast to the '987 Patent's purely mechanical "push portion," which operates with or without the presence of a pressurized air supply.  Thus, the alleged "push portion" identified by Dr. Vallee does not meet the claimed function.

15

**HIGHLY CONFIDENTIAL INFORMATION**

45.    In addition, the alleged safety portion 12 identified by Dr. Vallee is not "mechanically coupled to trigger 11."  Rather, the JoistPro 150XP's alleged safety portion 12 only *temporarily contacts* the alleged trigger during various portions of an operation cycle.



46.    "Mechanically coupled" requires more than temporary contact or coupled movement between two components.  Rather, a mechanical coupling requires mechanical elements such as links, dovetails, adhesive, pins, or any other kind of fastening schema.  An inherent trait of a mechanical coupling is that, in the absence of an energy source, mechanically coupled elements remain coupled.  Thus, since the alleged "safety portion" is not mechanically coupled to any "trigger arm," the JoistPro 150XP does not have a "push portion" under the Court's construction.

47.    In summary, I believe that there are seven essential differences between the JoistPro 150XP and the teaching of the '987 Patent: (1) the JoistPro 150XP's safety mechanism

16

HIGHLY CONFIDENTIAL INFORMATION

is pneumatically powered and needs additional components to perform the claimed function;

(2) the JoistPro 150XP's "upper safety portion" identified by Dr. Vallee is not mechanically coupled to the trigger; (3) the JoistPro 150XP's reciprocating safety portion does not have a cam; (4) the JoistPro 150XP's actual "upper safety portion" does not engage with the trigger arm; (5) the JoistPro 150XP's cam element identified by Dr. Vallee does not translate; (6) the JoistPro 150XP's cam element identified by Dr. Vallee alternatively engages and disengages the trigger arm; and (7) the JoistPro 150XP's cam element does not separate itself from a lower safety portion. These differences are substantial and thus based on these differences as well as the reasons described above, in my opinion the JoistPro 150XP does not have a "push portion" under the Court's construction.

48.    I also disagree with Dr. Vallee's opinion that the JoistPro 150XP meets the "push portion" limitation under the doctrine of equivalents. Opening Vallee Report at ¶ 138. With respect to the function/way/result test, Dr. Vallee essentially repeats the exact same sentiment (with different wording) for the function, way, and result. *Id.* For example, Dr. Vallee states that the "function" is "operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward" and the "way is the exact same thing: "having operation of the trigger switch enabled when the end of the push portion . . . is prevented from moving downward." *Id.* In my opinion, Dr. Vallee's high level analysis is just a regurgitation of the claim construction provided by the Court and does not explain how the JoistPro 150XP has **structure** equivalent to the "push portions" structure: "safety portion 12 that is mechanically coupled to trigger 11, the safety portion 12 consisting of upper safety portion 20, cam member 21, and lower safety portion 22." Instead, Dr. Vallee's analysis ignores the Court's construction of "push portion." In addition, even at a high-level Dr. Vallee's analysis is improper as the

17

HIGHLY CONFIDENTIAL INFORMATION

"way" the JoistPro 150XP achieves the claimed function is through the use of pneumatic components whereas the '987 Patent uses purely mechanical components to achieve the function. I also disagree with Dr. Vallee's insubstantial differences analysis, as all he states is that "it is immaterial whether the JoistPro 150XP also uses a pneumatic element" but fails to provide any reason as to why. *Id.* In truth, the JoistPro 150XP utilizes a safety mechanism that is well-beyond the scope of what the named inventors of the '987 Patent invented, and I believe that Dr. Vallee's analysis is simply one of improperly stretching the scope of the claims to encompass any safety mechanism that achieves the same goal of the '987 Patent's "push portion" while ignoring the narrow structure required by the Court's claim construction.

### B.      U.S. Patent No. 8,118,204

49.      I understand that Dr. Vallee contends that the Fusion F-15 infringes claims 12, 13, and 15 of the '204 Patent. *See* Opening Vallee Report at ¶ 70. I disagree as the Fusion F-15 does not meet at least the following claim limitation required by each of claims 12, 13, and 15: "a battery pack supported by the battery pack supporting portion, the battery pack having an extending portion extending from the housing."

50.      I understand that the Court construed "a handle portion extending from the housing" to mean "a handle portion extending from a ***separate and distinct*** housing." I also understand that the Court construed "the battery pack having an extending portion extending from the housing" to mean "the battery pack has an extending portion that attaches to a portion of the housing." I also understand that at the Claim Construction Hearing, counsel for Koki admitted that "[t]he battery pack supporting portion is not part of the housing." *Markman* Hearing Tr. at 72:2-3 (2019-10-02).

51.      I understand that Dr. Vallee contends that the Fusion F-15 has a "battery pack having an extending portion extending from the housing." Opening Vallee Report at ¶¶ 82-84. I

**HIGHLY CONFIDENTIAL INFORMATION**

77.    I disagree with Dr. Vallee's opinion that even under my interpretation of "formed by joining" that the FramePro 325XP and FramePro 325FRHXP still infringe this claim term under the doctrine of equivalents.  In my opinion, Dr. Vallee's analysis under the doctrine of equivalents is simply one of ignoring the claim language "formed by joining."  Dr. Vallee states that it is "immaterial whether the closed end is created by the joining of two separate and distinct pieces of metal to form the closed end or created by extruding or bending a single piece of metal to form the closed end."  *See* Vallee Opening Brief at ¶ 298.  But it is material as two separate and distinct walls are explicitly required by the claims.  In addition, while Dr. Vallee believes that it is "immaterial," the "closed end" of the FramePro magazine is achieved in an entirely different manner than the "closed end" of the asserted claims of the '709 Patent is achieved.  In other words, the "way" of the function/way/result test is different.  Specifically, the FramePro's closed end is achieved through extrusion molding whereas the asserted claims of the '709 Patent's closed end is achieved by joining two separate and distinct walls together.  With respect to the insubstantial differences test, Dr. Vallee asserts again that it is "immaterial" that the FramePro magazines have a different structure than the '709 Patent, but he is once again ignoring the claim language "formed by joining" and applying the claims to the FramePro as though this claim limitation was removed.  By eliminating or ignoring the "formed by joining" language, Dr. Vallee eliminates one of the claimed elements which I understand is improper under the application of the doctrine of equivalents.

   **D.    U.S. Patent Nos. 7,156,012 and 7,398,647**

78.    I understand that Dr. Vallee contends that the SNS41 Stapler infringes claims 1, 2, 3, and 4 of the '012 Patent and also infringes claims 1 and 10 of the '647 Patent.  *See* Opening Vallee Report at ¶¶ 171, 235.  I am not providing an opinion as to whether the SNS41 Stapler infringes the asserted claims of the '012 and '647 Patents.

36

**HIGHLY CONFIDENTIAL INFORMATION**

## IX. NON-PRACTICE OF THE ASSERTED PATENTS

79.     I understand that Dr. Vallee believes that several products sold by Koki practice the asserted claims of the Asserted Patents. *See* Initial Vallee Report at ¶ 404. I am not providing an opinion as to whether the Koki products analyzed by Dr. Vallee practice their respective Asserted Patent(s).

## X. CONCLUSION

80.     For the reasons set forth above, my opinions regarding the Asserted Patents are generally summarized as follows.

81.     In my opinion, Kyocera Senco's JoistPro 150XP does not infringe claims 14-19 of the '987 Patent.

82.     In my opinion, Kyocera Senco's Fusion F-15 does not infringe claims 12, 13, and 15 of the '204 Patent.

83.     In my opinion, Kyocera Senco's FramePro 325XP and 325FRHXP do not infringe claims 1, 3-5, 8-10, and 14 of the '709 Patent.

84.     I reserve the right to modify my opinions set forth in this report based on any documents, testimony, and/or information that becomes available to me after the date of this report.

85.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

March 27, 2020

Keven Miller

Keven Miller

37

# Exhibit F

███████████████████████████████

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

KOKI HOLDINGS CO., LTD.,

       Plaintiff,

v.

KYOCERA SENCO INDUSTRIAL TOOLS,
INC.,

       Defendant.

C.A. No. 18-313-CFC

**INITIAL EXPERT REPORT OF KEVEN MILLER
<u>REGARDING INVALIDITY</u>**

Wingert, and Schell and in further view of Ohuchi.  Further, in my opinion claims 1, 5, 10, and 15 of obvious based on Ohuchi in view of any one of Novak, Schrepferman, Wingert, and Schell.

39.     In my opinion, Claims 1 and 10 of the **'647 Patent** are obvious based on Ishizawa in view of the SN325+ and claim 1 is also anticipated by the SN325+.

40.     In my opinion, Claims 1, 2, 3, and 4 of the **'012 Patent** are obvious based on Ishizawa in view of the SN325+.  Further, in my opinion claim 1 of the '012 Patent is anticipated by the SN325+.  Further, in my opinion claims 2, 3, and 4 of the '012 Patent are indefinite.

## VII.    OVERVIEW OF THE ASSERTED PATENTS AND PRIOR ART

### A.      U.S. Patent No. RE42,987

41.     The '987 Patent is titled "Nail Gun with Safety Portion Mechanism for Preventing Misfires" and has a priority date of May 23, 2020.  The '987 Patent and its claims focus on "a nail gun that drives a nail through, for example, the hole of a connection clasp and to a nail gain that can accurately drive nails into a desired drive position."  '987 Patent at 1:20-24.  Such a nailer has a narrow purpose of attaching metal connectors with preformed holes (e.g. a hinge) to various substrates, such as wood.  Since the metal connectors have preformed holes, it's important to be able to locate the tip of the nail in the hole so that the nail is accurately placed.  This is generally achieved by having the tip of the forwardmost nail exposed past the nose of the nailer so that the tip of the nail can be aligned with the hole prior to driving.

42.     In addition, for safety reasons nailers also use a safety mechanism in the nose of the nailer that does not allow the driving stroke to begin until the safety mechanism (and thus the nose of the nailer) is adequately pressed against a workpiece.  The standard safety mechanism includes some form of a spring-loaded lever that is biased in a downward position.  When the safety mechanism is pressed against a workpiece, it is pushed upward against the bias of the spring.  A mechanical, pneumatic, electrical or

58.     I understand that the SN325+ is an iterative updated to the SN325 model.[1] The differences between them are with respect to the lower guide body of the nailer and the contoured grip handle.[2] I further understand that there were not any changes to the firing valve or trigger valve and related components when moving from the SN325 to the SN325+ model.[3] I also understand that Senco labeled parts drawings for the SN325+ and even the SN325+ model itself as simply the "SN325" without the "+."[4] However, the model I reviewed as part of my invalidity analysis is the SN325+ model even though it is engraved simply as the "SN325" as confirmed by the contoured grip handle included in the model. I also compared the model to the SN325+ literature to confirm that it is in fact an SN325+ and not an SN325. The model of SN325+ that I inspected includes a production date of 1994 engraved on the nailer itself, as shown in the image below:



---

[1] Conversations with Christopher Klein.
[2] Conversations with Christopher Klein.
[3] Conversations with Christopher Klein.
[4] Conversations with Christopher Klein.

(continued …)



**Ishizawa Figure 17**

i)      The `647 Patent, Claim 1, "ratio" limitation

*"wherein a ratio obtained from dividing a maximum internal volume of the main valve chamber measured in m3 by a cross sectional area of the first channel measured in m2 is no greater than 0.8."[18]*

387.   ==Ishizawa does not explicitly state the dimensions of its first channel or its main valve chamber.==  Other than this claim limitation, the remaining claim elements are directed to standard and

---

[18] My analysis of this claim element here is based on my understanding of Koki's infringement contentions and how Koki believes this claim element should be interpreted with respect to the accused SNS41 stapler.  While I do not agree with this interpretation and do not believe that the SNS41 stapler infringes this claim element, if Koki's interpretation is correct then the claims are at least invalid as obvious based on Ishizawa in view of the SN325.

well-known pneumatic nailers that all operate on similar principles and with similar structure.  In my opinion, altering and optimizing the dimensions of the two structures claimed here is simply a matter of design choice that would have been obvious to a person of ordinary skill in the art.  In fact, the claimed ratio was well-known in the art at the time of the invention and was used in many commercially available nailers.  These commercial nailers were sold by a variety of manufacturers as they raced to develop faster and more responsive nailers.  At one point in time well before the priority date of this patent, nailers had become so fast that they were actually causing safety and product liability issues and thus manufacturers were actually forced to slow down the responsiveness of their commercial nailers to limit future injuries.  One of the most common ways to adjust the response time of nailers before the priority date of this patent was to adjust the various sizes of the chambers and channels found throughout pneumatic nailers, which included modifying the dimensions of the claimed "main valve chamber" and "first channel."

388.    One such prior art nailer that discloses such a ratio between the main valve chamber and the first channel is Defendant's own SN325+ Nailer.  As illustrated below, the ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m3 by the cross-sectional area of the first channel measured in m2 is well below 0.8.

389.    I inspected a physical sample of the SN325+ Nailer along with other literature that depicts the SN325+ Nailer, including the documents found at KSIT002605-2619.  I compared this literature to the physical SN325+ Nailer sample and confirmed that the literature accurately describes and depicts the SN325+ Nailer, at least for purposes of my invalidity analysis.  The SN325+ Nailer's "main valve chamber" and "first channel" are depicted in the annotated images below.







390.   The first channel in the SN325+ actually consists of four separate crossover holes. Drilling additional crossover holes that provide fluid communication between the trigger valve and the main valve chamber was a common method used in the prior art to increase the response time of the nailer and is equivalent to using a single crossover hole (or "first channel") having the same cross-sectional area as the four crossover holes combined.  An excerpt from

205



391.                                                                          The diameter of the

crossover holes must fall within a tolerance between ████████████, and since a smaller diameter

means a slower response time for the nailer, the slowest tolerable configuration of the SN325+ nailer

would include four crossover holes each having a diameter of ████████.  I also physically measured

the crossover holes on the SN325+ model I inspected and confirmed that these dimensions were accurate.

███████████████████████████████████

I used precision pin gauges to measure all four crossover holes and obtained measurements of between ████████████████ for each crossover hole, which is within the tolerance range identified by ███████████.

392.    Since these crossover holes are roughly circular in cross-section, the cross-sectional area of these four crossover holes combined can be calculated using the following equation:

$$4\pi\left(\frac{Diameter}{2}\right)^2 = 4\pi\left(\frac{\blacksquare}{2}\right)^2 = \blacksquare\blacksquare\blacksquare\blacksquare\blacksquare\blacksquare\blacksquare$$

393.    Converting this cross-sectional area to meters square results in a total cross-sectional area of ████████████ squared.  Thus, the cross-sectional area of the first channel of the SN325+ is ████████ ████.

394.    The main valve chamber of the SN325+ has a non-uniform volume and thus calculating its maximum volume is not straightforward.  Thus, I created a SolidWorks model of the SN325+ Nailer based on the engineering drawings I referenced above and using the nominal dimensions ████████████ ██████████████████████  A screen shot of this SolidWorks model ███████████████████, below, shows the volume of the main valve chamber in green.  Using the built-in SolidWorks measurement tools, I measured the volume of the main valve chamber as ████████████

207



395.    I also physically measured the volume of the main valve chamber using water according to the test protocol outlined in Ex. 2.  Over the course of four separate measurements, I recorded the following volumes of the main valve chamber: █████████████████████████████████████ █████████ Given that a larger volume results in a slower firing response time, the most conservative measurement that would result in the slowest firing time for the SN325+ Nailer is ██████████ which was the measurement obtained from my SolidWorks model.

396.    Using these measurements, I determined the ratio of the maximum volume of the main valve chamber of the cross-sectional area of the first channel to be ████████████████████████

### i) The `647 Patent, Claim 10, "ratio" limitation

***"wherein a ratio obtained from dividing a maximum internal volume of the main valve chamber measured in m3 by a cross sectional area of the first channel measured in m2 is no greater than 0.8."***

409.    This limitation is identical to the "ratio" limitation found in Claim 1, and thus this limitation is met by Ishizawa in combination with the SN325+ for the same reasons as discussed above. *See supra* at § VIII.D.1.i).

### 3. Claim 1 of the `647 Patent is Anticipated by the SN325+

410.    In my opinion, Claim 1 of the `647 Patent is anticipated by the SN325+.

### a) The `647 Patent, Claim 1, "fastener driving tool" limitation

***"A fastener driving tool comprising:"***

411.    While I understand that the preamble is presumed not to be limiting, the SN325+ nevertheless is a fastener driving tool, for example as explained in the product literature reproduced below. *See, e.g.*, SN325+ at Figure (below):



**SN325**
**Intermediate Nailer**

**Tool Specifications:**
Tool Weight: 8.5 lbs.
Height: 12⁵⁄₃₂″
Length: 14⁷⁄₈″
Nail Capacity: 60-70, depending upon gauge, in easy loading strips.
Optional Driving: safety touch trip or trigger.
Reg. Operating Pressure: 80-110 p.s.i.g.

**Fastener Specifications**
Senco Model SN325 Nailer drives 1⁷⁄₈″ through 3¼″ smooth-shank, flat round-head nails (Sencote® or plain) and 2″ and 2³⁄₈″ ring-shank nails. Shank diameters vary from .092″ to .131″, as noted in the fastener charts below.

**KSIT002609 - KSIT002610**

███████████████████████████████

    **i)**        **The `647 Patent, Claim 1, "ratio" limitation**

*"wherein a ratio obtained from dividing a maximum internal volume of the main valve chamber measured in m3 by a cross sectional area of the first channel measured in m2 is no greater than 0.8."*

423.    As explained above with respect to the Ishizawa/SN325+ combination, the SN325+ discloses a claimed ratio of 0.578, which is well below the required 0.8 ratio. *See supra* at § VIII.D.1.i). Thus, this limitation is anticipated by the SN325+ for those same reasons.

h) **The `012 Patent, Claim 1, "main valve control channel section" limitation**

*"a main valve control channel section defining therein a main valve control channel that provides a fluid connection between the main valve chamber and the trigger valve,"*

433.    This limitation is equivalent to the "first channel" limitation found in Claim 1 of the '647 Patent.  The claimed "main valve control channel" here is equivalent to the "first channel" claimed in the '647 Patent and thus this limitation is met by Ishizawa for the same reasons as discussed above.  *See supra* at § VIII.D.1.g).

i) **The `012 Patent, Claim 1, "ratio" limitation**

*"the main valve control channel having a cross-sectional area, a ratio obtained from dividing the maximum internal volume of the main valve chamber measured in m3 by the cross-sectional area of the main valve control channel measured in m2 being not more than 1.0."[19]*

434.    This limitation is similar to the "ratio" limitation found in Claim 1 of the '647 Patent.  As explained immediately above, the claimed "main valve control channel" here is equivalent to the "first channel" claimed in the '647 Patent.  Thus, this limitation is obvious based on Ishizawa in view of the SN325+ for the reasons discussed above.  *See supra* at § VIII.D.1.i).  The calculated ratio, █, is well below the claimed 1.0 ratio.

2. **Claim 2 of the `012 Patent is Obvious Based on Ishizawa in view of the SN325+**

435.    In my opinion, Claim 2 of the `012 Patent is obvious based on Ishizawa in view of the SN325+.

---

[19]My analysis of this claim element here is based on my understanding of Koki's infringement contentions and how Koki believes this claim element should be interpreted with respect to the accused SNS41 stapler.  While I do not agree with this interpretation and do not believe that the SNS41 stapler infringes this claim element, if Koki's interpretation is correct then the claims are at least invalid as obvious based on Ishizawa in view of the SN325.

February 28, 2020

Keven Miller

# Exhibit G

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

KOKI HOLDINGS CO. LTD.,          )
                                       )
             Plaintiff,          )
       v.                   )      C.A. No. 18-313-CFC-CJB
                                         )
KYOCERA SENCO INDUSTRIAL TOOLS,  )
INC.,                              )
                                       )
            Defendant.       )

**DEFENDANT'S RESPONSES AND OBJECTIONS TO
PLAINTIFF'S FOURTH SET OF INTERROGATORIES (NOS. 14-18)**

Defendant Kyocera Senco Industrial Tools, Inc. ("Kyocera Senco" or "Defendant"), by its undersigned attorneys, hereby responds to Plaintiff Koki Holdings Co., Ltd.'s ("Plaintiff" or "Koki") Fourth Set of Interrogatories (Nos. 14-18) (the "Interrogatories"), as follows.

**GENERAL OBJECTIONS**

The general objections from Kyocera Senco's Responses and Objections to Koki's First Set of Interrogatories apply to these Interrogatories and are incorporated herein by reference.

Defendant further objects to Koki's definition of "SN325 Nailer" as referring to "the product identified in Kyocera Senco's Initial, First Supplemental, and Second Supplemental Invalidity Contentions" as the product actually identified in these documents was the SN325+ Nailer and was just mistakenly labeled as the SN325 Nailer.

████████████████████████████████

## INTERROGATORIES

## INTERROGATORY NO. 14:

Identify each person with knowledge of the design, development, manufacture, offer for sale, sale, and/or public availability of the SN325+ Nailer and describe the nature of that knowledge with respect to each such person.

## ANSWER:

Defendant objects to this Interrogatory on the basis that it is overbroad, unduly burdensome and seeks information that is irrelevant and immaterial to this case, particularly to the extent it seeks "each person" and information concerning the development, manufacture, offer for sale, sale, and/or public availability of the SN325+.  Koki has not explained how the development or manufacture of the SN325+ is in any way relevant to its use a prior art reference, where only the design and priority date is relevant.  Defendant further objects to this Interrogatory as being compound with discrete subparts that count as separate interrogatories under Fed. R. Civ. P. 33 and the Scheduling Order entered in this case.  Defendant further objects to this Interrogatory to the extent it seeks information from more than six years prior to filing of the Complaint and indeed seeks information that is decades old and which Kyocera Senco might no longer has in its possession, custody, or control.  Defendant further objects as this discovery request is not reasonably tailored to Kyocera Senco's recent production of a physical sample of the SN325+ nailer and Koki should and could have requested the information sought in this Interrogatory during fact discovery but chose not to.  Koki has not explained how the recent production of the physical sample is in any way related to this general request for information.  As the Court recognized, "Plaintiff confirmed that the key reason it is moving to strike portions of the Miller Report is not this 'they had the wrong name' issue, but instead the above-referenced issue of Defendant's purported failure to timely notify Plaintiff that Defendant intended to rely for

invalidity purposes on the physical product itself (whatever its correct name was)." (D.I. 122 at 2 n.2).

Subject to and without waiving these objections and its General Objections, Defendant states as follows:

Current Kyocera Senco employees Tom McCardle, Tony Kabbes, and Alex Green each have knowledge of the design of the SN325+ Nailer, including the dimensions of various components within the tool as well as how the tool operates.

No current Kyocera Senco employees were involved in the initial development of the SN325+ Nailer. However, William Hoffman, a current Kyocera Senco employee, was involved in subsequent improvements on the tool after initial development related to the backplate, magazine, and piston/driver of the tool. Given the age of the tool and the number of years since the tool was originally developed, Kyocera Senco is not certain which former employees were involved in the development of the SN325+ Nailer. However, upon information and belief, former Senco employees Gary Bohart, JC Taylor, Bill Jobe, and Terry Keith may have worked on original development of the SN325+ Nailer in some capacity.

No current Kyocera Senco employee has firsthand knowledge of the first offer for sale and/or first public availability of the SN325+ Nailer, and (due to the age of the tool) Kyocera Senco is unaware of which former employees may have such firsthand knowledge. However, current Kyocera Senco employees Chris Klein, Ryan Schuler, David Shumate, and Charlie Shoemake have knowledge of the first offer for sale and/or first public availability of the SN325+ Nailer through review of documentation and other investigations.

Defendant's investigation is ongoing and Defendant expressly reserves the right to supplement this Response.

RLF1 23357069v.1

**INTERROGATORY NO. 15:**

Describe in detail all facts supporting Your contention that the SN325+ Nailer was on sale and/or in public use before the priority date of U.S. Patent Nos. 7,398,647 and 7,156,012. Your response should include the date that the first offer for sale, sale, or use took place or the information You rely upon in support of Your invalidity contentions and/or expert reports on invalidity became known, the identity of the person or entity which made the use, which made and received the offer, or which made the information known and to whom it was made known, the identity of all individuals having personal knowledge of the information set forth in Your response, and the identity of all sources of information relied upon by You in responding to this Interrogatory.

**ANSWER:**

Defendant objects to this Interrogatory on the basis that it is overbroad, unduly burdensome and seeks information that is irrelevant and immaterial to this case.  Defendant further objects to the extent the interrogatory seeks information that is covered by attorney client privilege and/or attorney work product doctrine.  Defendant further objects to this Interrogatory to the extent that it calls for legal conclusions.  Defendant further objects to this Interrogatory to the extent it seeks information that is more appropriately obtained through other sources such as expert discovery. Defendant further objects to this Interrogatory as being compound with discrete subparts that count as separate interrogatories under Fed. R. Civ. P. 33 and the Scheduling Order entered in this case. Defendant further objects to this Interrogatory to the extent it seeks information from more than six years prior to filing of the Complaint and indeed seeks information that is decades old and which Kyocera Senco might no longer has in its possession, custody, or control.  Defendant further objects as this discovery request is not reasonably tailored to Kyocera Senco's recent production of a physical sample of the SN325+ nailer and Koki should and could have requested the information sought in this Interrogatory during fact discovery but chose not to.  Koki has not explained how the recent production of the physical sample is in any way related to this general request for information.  As the Court recognized, "Plaintiff confirmed that the key reason it is moving to strike portions of the Miller Report is not this 'they had the wrong name' issue, but

instead the above-referenced issue of Defendant's purported failure to timely notify Plaintiff that Defendant intended to rely for invalidity purposes on the physical product itself (whatever its correct name was)."  (D.I. 122 at 2 n.2).

Subject to and without waiving these objections and its General Objections, Defendant states as follows:

The physical SN325+ model on which Kyocera Senco intends to rely as prior art includes a production date of 1994 engraved on the nailer itself, as shown in the image below and as taken by Kyocera Senco's technical expert Keven Miller:



Several publications and other documentation further confirms that the SN325+ was publicly available as early as the 1990's.  For example, the parts reference guide for the SN325+

Nailer (KSIT00098341) confirmed that this model was publicly available in the 1990's, well before the priority date of the '012 and '647 Patents.  Further, a catalog that includes the SN325+ has a copyright date of 1993 while the SN325+'s parts reference guide has an original copyright date of 1990.  (KSIT00098341, KSIT00098338; *see also* KSIT002609).  Other documents that demonstrate the public availability of the SN325+ Nailer in the 1990's include KSIT00098371, 98374-98390, 98401-98410, 98416-98427, 98429-98446, 98472-98476, 98487-98494, 98507-98520, 98530-98534.

In addition, former Senco employees Gary Bohart, JC Taylor, Bill Jobe, and Terry Keith may have personal knowledge concerning the public availability of the SN325+ Nailer.  Further, current Kyocera Senco employees Chris Klein, Ryan Schuler, David Shumate, and Charlie Shoemake have general knowledge of the sale and/or public availability of the SN325+ Nailer through review of documentation and other investigations.

Defendant's investigation is ongoing and Defendant expressly reserves the right to supplement this Response.

## INTERROGATORY NO. 16:

Describe the chain of custody of each physical sample of the SN325+ Nailer that You have in your possession and intend to rely upon at trial. Your response should include when and where the sample was manufactured, when and how the sample came to be in Your possession, which individuals had access to the sample and during what time periods, any steps taken by You to ensure the authenticity of the sample, and an identification of any other information that you intend to rely upon at trial to prove that the sample is authentic.

## ANSWER:

Defendant objects to this Interrogatory on the basis that it is overbroad, unduly burdensome and seeks information that is irrelevant and immaterial to this case.  Defendant further objects to the extent the interrogatory seeks information that is covered by attorney client privilege and/or attorney work product doctrine.  Defendant further objects to this Interrogatory to the extent that

████████████████████████████

it calls for legal conclusions.  Defendant further objects to this Interrogatory to the extent it seeks information that is more appropriately obtained through other sources such as expert discovery.

Subject to and without waiving these objections and its General Objections, Defendant states as follows:

Defendant intends to rely on the physical sample of the SN325+ Nailer that was identified in the Initial Expert Report of Keven Miller at trial.  This physical sample is identified as Serial Number 94903803, which means that the tool was manufactured at Kyocera Senco in September 1994. ███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████

Kyocera Senco shipped the physical sample via UPS to its technical expert, Keven Miller, on February 25, 2020.  Keven Miller received the physical sample on February 26, 2020.  Keven Miller shipped the physical sample via UPS to Vedder Price's Chicago office on March 3, 2020 and it was received by Vedder Price on March 5, 2020.  Vedder Price shipped the physical sample via FedEx to Glenn Vallee on April 7, 2020 and it was received by Glenn Vallee on April 8, 2020.  Glenn Vallee shipped the physical sample via FedEx to Vedder Price's Chicago office on April 15, 2020 and it was received by Vedder Price on April 16, 2020.  As of April 30, 2020, the physical sample is being stored at Vedder Price's Chicago office.

Defendant's investigation is ongoing and Defendant expressly reserves the right to supplement this Response.

**INTERROGATORY NO. 17:**

Identify all measurements, tests, evaluations, analyses, or reverse engineering reports, whether written or oral, performed at any time on the SN325+ Nailer (collectively, "Assessments"), whether or not disclosed in the Miller Report and all persons who participated in and who have knowledge of such Assessments and all documents relating thereto.

**ANSWER:**

Defendant objects to this Interrogatory on the basis that it is overbroad, unduly burdensome and seeks information that is irrelevant and immaterial to this case, particularly to the extent it seeks information on "all measurements, tests, evaluations, analyses, or reverse engineering reports" on the SN325+ Nailer, regardless of the information's relevance to the SN325+ Nailer's use as prior art. Defendant further objects to this Interrogatory to the extent it seeks information from more than six years prior to filing of the Complaint and indeed seeks information that is decades old and which Kyocera Senco might no longer has in its possession, custody, or control. Defendant further objects to the extent the interrogatory seeks information that is covered by attorney client privilege and/or attorney work product doctrine. Defendant further objects to this Interrogatory as being compound with discrete subparts that count as separate interrogatories under Fed. R. Civ. P. 33 and the Scheduling Order entered in this case.

Subject to and without waiving these objections and its General Objections, Defendant states as follows:

Kyocera Senco employees Tony Kabbes and Alex Green conducted several tests to determine the dimensions of various components. Tony Kabbes physically measured the volume above the firing valve on a physical SN325+ sample using a water fill methodology. The results of this measurement are shown at KSIT00098451-98453, 98486. Alex Green reviewed parts drawings for the SN325+ Nailer and created a three dimensional CAD model of certain

components of the SN325+ Nailer, which are shown at KSIT00098373, 98391-98400, 98454-98460.

Defendant's investigation is ongoing and Defendant expressly reserves the right to supplement this Response.

**INTERROGATORY NO. 18:**

Describe in detail all differences between the SN325 Nailer and the SN325+ Nailer, including the evolution of the products, when each was allegedly offered for sale, and any similarities or differences between their features, and identify each person with knowledge thereof.

**ANSWER:**

Defendant objects to this Interrogatory on the basis that it is overbroad, unduly burdensome and seeks information that is irrelevant and immaterial to this case, particularly to the extent it seeks information concerning a product, the SN325 Nailer, that is irrelevant to any issue in this case. Defendant is relying on the SN325+ Nailer as prior art, not the SN325 Nailer and thus the SN325 Nailer is irrelevant. In addition, it would be unduly burdensome to identify each and every change, whether in materials, sourcing, design, etc. throughout the existence of the SN325 and SN325+ Nailer, particularly in light of the age of these products. Defendant further objects to this Interrogatory to the extent it seeks information from more than six years prior to filing of the Complaint and indeed seeks information that is decades old and which Kyocera Senco may no longer has in its possession, custody, or control. Defendant further objects to the extent the interrogatory seeks information that is covered by attorney client privilege and/or attorney work product doctrine. Defendant further objects to this Interrogatory as being compound with discrete subparts that count as separate interrogatories under Fed. R. Civ. P. 33 and the Scheduling Order entered in this case. Defendant further objects to this Interrogatory to the extent that it calls for legal conclusions. Defendant further objects to this Interrogatory to the extent it seeks information that is more appropriately obtained through other sources such as expert discovery.

-9-

                                        /s/ Kelly E. Farnan
                                        Kelly E. Farnan (#4395)
                                        Richards, Layton & Finger, P.A.
                                        One Rodney Square
OF COUNSEL:                             920 North King Street
Robert S. Rigg                          Wilmington, DE 19801
David Bernard                           302-651-7700
Vedder Price P.C.                       farnan@rlf.com
222 North LaSalle Street
Chicago, IL 60601                       *Attorneys for Defendant Kyocera Senco*
312-609-7500                            *Industrial Tools, Inc.*

Dated:  April 30, 2020

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2020, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

**BY E-MAIL**
Karen Jacobs
Michael J. Flynn
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**
Paul Devinsky
Stephen J. Smith
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC 20001

**BY E-MAIL**
Amol A. Parikh
Thomas DaMario
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL 60606

**BY E-MAIL**
Hitoshi Akiba
Kilpatrick Townsend & Stockton LLP
The Imperial Tower, 15th Floor
1-1-1 Uchisaiwaicho,
Chiyoda-ku, Tokyo,
Japan 100

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com

# Exhibit H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KOKI HOLDINGS CO. LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 18-313-CFC |
| | ) | |
| KYOCERA SENCO INDUSTRIAL TOOLS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL REBUTTAL EXPERT REPORT OF GLENN VALLEE, PH.D.**

| CLAIM TERM | COURT'S CONSTRUCTION |
|---|---|
| "a handle portion extending from the housing"<br><br>U.S. 8,118,204, claims 12, 13, and 15 | "a handle portion extending from a separate and distinct housing" |
| "the battery pack having an extending portion extending from the housing"<br><br>U.S. 8,118,204, claims 12, 13, and 15 | "the battery pack has an extending portion that attaches to a portion of the housing" |
| "a bottom view"<br><br>U.S. 8,118,204, claims 12, 13, and 15 | "a view that is perpendicular to the side view" |

## IV.   DISASSEMBLY AND INSPECTION OF EXEMPLAR SN325+ NAILER

9.       I examined an exemplar SN325+ nailer that was shipped to me by counsel for Kyocera. The purpose of my examination was to gain an understanding of the tool's function and structure, including as it relates to the '012 and '647 patents and as discussed in the Miller Invalidity Report

10.       The exemplar SN325+ nailer was received in the condition shown below. The nailer serial number was recorded as 94903803.



11.       The tool was non-functional due to the cap being drilled and tapped for measurements as shown below. A rear tag fastened to the magazine also stated that the nailer was non-functional.



12.         As part of my inspection, I took photographs of the nailer from all sides prior to disassembly and also took photographs focusing on the trigger, contact trip, driver, and magazine areas. I could not verify functional aspects of the tool since the exemplar SN325+ nailer was non-functional.

>        A.   **Main Valve Inspection**

13.         I removed the cylinder cap and determined that the aluminum piston stop retainer had been installed upside down. The piston stop was also installed on the wrong side of this component.  The main valve seal was also cracked. This is shown in the images below.



14.         The main valve was removed and showed signs of light lubrication. The associated O-rings did not appear to be excessively worn. The main valve components were re-installed

████████████████████████████

properly and photographed in the open (left photograph below) and closed (right photograph) positions, shown below.




15.        The four cross over holes were then photographed and measured using pin gauges. The holes were drilled on different angles with respect to the handle axis and were determined to be slightly tapered.



16.        Each crossover hole measured ████████ in diameter on the main valve side, and ████████ in diameter on the trigger valve side. The minimum cross sectional area of a single crossover hole was calculated to be:

$$A_{ch(1)} = \pi * (\text{████}/2)^2 = \text{████████████}$$

6

position shows that the upper surface of the piston does not lie within the cylinder bore (inner peripheral surface of the cylinder), but even with or slightly above this bore where it transitions to a fillet radius above the bore. Therefore, the exemplar SN325+ nailer does not have a piston upper chamber as defined in claim 1 of the '647 patent (*i.e.*, a piston upper chamber being defined by an inner peripheral surface of the cylinder and an upper surface of the piston).  As seen in the figures below, a mark was drawn at the upper ridge of the cylinder bore.  When the piston is moved to its uppermost position when the piston contacts the piston stop, this mark cannot be seen, indicating that the upper surface of the piston is at least even with the top of the cylinder bore. This means that the piston upper chamber is not defined by the inner peripheral surface of the cylinder. If it were, the horizontal portion of the mark would be visible in the images below.



G.   **Measurement of Maximum Volume of the Main Valve Chamber**

44.        The following procedure was used to determine the maximum volume of the main valve chamber.

    a.  The rear of the nailer was supported in a bench vice and the top of the cylinder cap was leveled in the direction parallel and normal to the handle direction.

22



b.  50 ml of water was placed in a graduated cylinder.



c.  Using an eyedropper, water was removed from the graduated cylinder and

slowly injected into the rear, pre-drilled hole in the cylinder cap until it was

visible with the bottom of the front pre-drilled hole in the cylinder cap.  The

cap was tapped slightly during filling to remove any accumulated bubbles.



d.  Once water was visible at the bottom of the front pre-drilled hole in the cylinder cap, the eye dropper was removed and the remaining water was poured back into the graduated cylinder.

e.  The amount of water in the cylinder was measured as ███████  This was subtracted from the original 50 ml of water to determine the volume of the main valve chamber as ██████████████



f.  This value is slightly lower than the ████████ measured by Mr. Miller.

24

████████████████████████

https://www.amazon.com/Spa-Manifold-Spigot-Barbs%20Video/dp/B00UCDP19U?ref_=fsclp_pl_dp_2; https://www.fuelcellstore.com/blog-section/flow-field-design.

58.       Moreover, as I explained in my Rebuttal Report, using four crossover holes or channels between main valve chamber and Mr. Miller's alleged trigger valve is not equivalent to using a single channel even if the sum of the cross sectional areas of the four channels is the same as the cross sectional area of the single channel. (*See* Rebuttal Report at ¶¶ 255.) Four channels having the same length as a single channel will have a very different flow characteristics and a larger pressure drop across the channels. Since the wall friction experienced by the fluid is dependent on this surface area, four cross over channels will display much different flow characteristics than the single channel.  A person of ordinary skill in the art would therefore interpret the term cross sectional area of the "channel to mean the cross sectional area of a single channel because any other interpretation would require additional knowledge of the channel length and diameter to allow characterization of the flow within the channel.

59.       It is my opinion that under the proper construction of "cross-sectional area of the [first channel/main valve control channel]," the exemplar SN325+ nailer does not meet the claimed ratio. As I noted above, the volume of the main valve chamber is ██████ *See supra* at ¶ 44. As I also noted above, each crossover hole measured ████████ in diameter on the main valve side, and ████████ in diameter on the trigger valve side. Thus, the minimum cross sectional area of a single crossover hole was calculated to be ████████

$$A_{ch(1)} = \pi * (\text{████████})^2 = \text{████████████████}$$

*See supra* at ¶ 16.

31

███████████████████████████

60.     The ratio obtained from dividing the volume of the main valve chamber ████ ███ by the cross sectional area of a single channel █████████████, which is more than 0.8 and 1.0, which are the ratios required by the asserted claims of the '647 and '012 patents, respectively.



61.     The exemplar SN325+ nailer also does not meet the claimed ratio under Mr. Miller's measurements. Mr. Miller measured the volume of the main valve chamber to be ████ ████ and calculated the cross sectional area of a single crossover hole to be █████████ (*See* Miller Invalidity Report at ¶¶ 392-394). Under Mr. Miller's findings, the ratio obtained from dividing the volume of the main valve chamber █████████ by the cross sectional area of a single channel █████████████, which is more than 0.8 and 1.0 (*i.e.*, ratios required by the asserted claims of the '647 and '012 patents, respectively).



### 5.     '012 Patent Claim 3: "ratio obtained from dividing maximum internal volume of main valve chamber measured in m$^3$ by cross sectional area of main valve intake channel measured in m$^2$ being not more than 1.0"

62.     The cross sectional area of the main valve intake channel of the exemplar SN325+ nailer is significantly smaller than that defined in the Miller Invalidity Report. As I explain above in ¶¶ 23-32 (and specifically calculate in ¶ 29), the ratio of the maximum volume of the main valve chamber to the cross sectional area of the main valve intake channel for the exemplar SN325+ nailer is ███, which is well above 1.0. Consequently, the exemplar nailer does not meet this claim limitation.

pressurized air over the driven piston when in a downward position. This function is opposite that taught by Ishizawa, where downward motion of the drive piston occurs when the main valve is in a downward position. Moreover, claim elements 1(d) and 10(d) of the '647 patent state that "a main valve section disposed in the frame and having a main valve movable between a top dead center and a bottom dead center to alternately open and block fluid communication between the piston upper chamber and the accumulator", indicating that at top dead center fluid communication between the piston upper chamber and the accumulator is open, and at bottom dead center the fluid communication is closed, again opposite to that taught by Ishizawa.  Given these fundamental differences in structure and operation, a person of skill in the art would not have combined Ishizawa with the SN325+. The channel(s) used to evacuate the main valve chamber would need to be redesigned not only in length, but in cross sectional area since both characteristics determine the rate at which air flows through the channel as determined by the different trigger valve.  The frame and cylinder cap casting would also need to be redesigned to accommodate different trigger valves and the different heights of the main valve.

## VI.        CONCLUSION

69.        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2020.

Glenn E. Vallee, Ph.D., P.E.

36

# Exhibit I

# Air-powered nailers and staplers and the fasteners they drive.



SENCO®
FASTENING SYSTEMS



Fifth Edition

KSIT00098338



**Framing and Sheathing Nailers** | Dimensions | Fasteners | Applications

**SN60**

H – 13½"
L – 19¾"
W – 7.7 lb.

9, 10¼, 11, 11½, & 13 Gauge.
Full Round-Head Nails. 2" - 3½" 6d-16d.
Smooth & Ring. Capacity 60

Framing, Subflooring, Sidewall Sheathing, Siding, Deck Construction, Roof Decks, Trusses, Pallets

MD GL GD HL HD KD

NEW

**SN70**

H – 14¹¹⁄₁₆"
L – 15⅞"
W – 9.7 lb.

10¼, 11, 11½, & 12 Gauge.
Flat Round-Head Nails. 2" - 3½" 6d-16d.
Smooth, Ring & Screw. Capacity 50-70

Framing, Trusses, Subfloors, Sheathing, Roof Deck, Heavy-Duty Pallets, Boxes & Crates

GE JF HF GC HC KC

**SN325+**
Improved Reliability

H – 12¼"
L – 14¹³⁄₁₆"
W – 7.3 lb.

10¾, 11, 11½, 12, & 13 Gauge.
Flat Round-Head Nails. 1⅞" - 3¼" 6d-12d.
Smooth, Ring & Screw. Capacity 62-86

Framing, Subfloors, Bridging, Roof Deck, Sheathing, Component Assembly, Pallets, Boxes & Crates, Fencing

GE JF HF* EC GC HC KC

* For soft wood applications only

KSIT00098339

Senco tools, fasteners, and accessories are sold and serviced by a vast network of Senco Authorized Dealers and Distributors worldwide. In the United States, strategically located Senco Distribution Centers assure Dealers full backup inventory for immediate delivery.

You will find your nearest Senco location listed in the Yellow Pages telephone directory. Or, call our toll-free Action Line: 1-800-543-4596



**SENCO**
FASTENING SYSTEMS

## Senco FastFax

Please send information on the following:

☐ Nailer

☐ Stapler

☐ Systems Equipment

☐ Nearest Senco Location

☐ Becoming a Dealer

☐ Safety First Program

☐ Follow-up sales call requested.
Best time to call:
day _____
time _____

Current Senco Customer
☐ Yes  ☐ No

Instant product and service information by fax.

# 1-800-543-FAXX (3299)

Photocopy this blank form, fill in the information below using black pen or pencil and FastFax it to Senco. Please print.

Name _____

Title _____

Company _____

Address _____

City/State/Zip _____

Telephone ( ___ ) _____ Fax No. ( ___ )_____

Comments _____

_____

_____

_____

_____

General Offices: Senco Products, Inc., 8485 Broadwell Road, Cincinnati, Ohio 45244-1699
© 1993 by Senco Products, Inc., Order MK336 (75API793). Litho in U.S.A.



Made in the U.S.A.    Safety First. The only way to work.®

KSIT00098340