# Exhibit J



# SN325 +

## Parts Reference Guide

**Made in the U.S.A.**



**Parts Kits**

| | |
|---|---|
| D | YK0024 |
| C | YK0157 |
| B | YK0128 |
| A | YK0129 |

\* Schematic Drawings inside

| | Symptom | Síntoma | Symptome | Symptôme | |
|---|---|---|---|---|---|
| A | Air Leak (Top) Tool does nothing Sluggish | Escape de Air (Arriba) Herramienta no mueve Operación Floja | Undichtigkeit oben am Gerät Gerät reagiert nicht | Fuite à l'échappement Ne fonctionne plus Appareil lent | A |
| B | Air Leak (Bottom) Poor Return | Escape de Air (Abajo) Retorno Flojo | Undichtigkeit unten am Gerät keine oder nur unzureichende Rückführung | Fuite à la base du moteur du conteau lente | B |
| C | Weak Drive Broken Driver | Penetrado Flojo Lanzeta Quebrada | Gerät treibt nicht ein Gebrochener Treiber | Peu de puissance Mauvaise percussion | C |
| D | Poor Feed Tool Jamming | Alimentador podre Entrancado de la Herramienta | Befestiger werden nicht nachgeschoben Gerät ist verklemmt | Enraiements Mauvaise avance des projectiles | D |

*Questions? Comments? call SENCO's toll-free Action-line: 1-800-543-4596 or e-mail: toolprof@senco.com*

**ISANTA** MEMBER

NFD042  Revised June 8, 1999 (Replaces 4/6/99)   ©1990, 1999 by SENCO Products, Inc.  Cincinnati, Ohio 45244-U.S.A.



**SN325+**

SENCO

| Model | | A |
|---|---|---|
| 420005 | Dual Action | EB0234 |
| 420002 | Restrictive | EB0235 |
| **Driver Options** | | **A** |
| Flush | | EB0237 |
| Regular | | EB0235 |
| 1/8" Csk. | | EB0234 |
| 1/4" Csk. | | EB0236 |

* Does Not Include O-rings
* No incluye sellos de gomas
* Ohne Dichtringe
* Joints exclus

**Available Triggers**

Dual-Action

Restrictive

KSIT00098342



KSIT00098343

SN325+

## REPLACEMENT PARTS LIST•LISTA DE PARTES DE REPUESTO•ERSATZTEILE-LISTE•LISTE DE PIÈCES DE RECHANGE

| PART NO. | DESCRIPTION | DESCRIPCIÓN | BESCHREIBUNG | DÉSIGNATION |
|---|---|---|---|---|
| AA0044 | DETENT ASSEMBLY | ASAMBLE DE FRENO | BREMSE-ZUSAMMENBAU | FREIN D'ASSEMBLÉE |
| AA0053 | MAIN BODY ASSEMBLY | ASAMBLE DE CARCASA | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| AB0029 | DETENT | FRENO | BREMSE | FREIN |
| BA0075 | PISTON ASSEMBLY | ASAMBLE DE PISTON | KOLBEN-ZUSAMMENBAU | PISTON D'ASSEMBLÉE |
| BA0105 | VALVE ASSEMBLY | ASAMBLE DE VALVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| BA0117 | CYLINDER ASSEMBLY | ASAMBLE DE CILINDRO | ZYLINDER-ZUSAMMENBAU | CYLINDRE D'ASSEMBLÉE |
| BB0049 | DEFLECTOR | DESVIADOR | ABWEISER | DÉFLECTEUR |
| BB0053 | PLATE | PLACA | PLATTE | PLAQUE |
| BB0151 | STOP | TOPE | PUFFER | ARRÊT |
| BC0178 | BUMPER | AMORTIGUADOR | PUFFER | AMORTISSEUR |
| BC0194 | CAP | TAPA | KAPPE | BOUCHON |
| BC0243 | RETAINER | JUNTA TÓRICA | SICHERUNGSRING | RETENUE |
| CA0038 | HOUSING ASSEMBLY | ASAMBLE DE ALOJAMIENTO | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| CA0080 | CAGE ASSEMBLY | ASAMBLE DE CAJA | KÄFIG-ZUSAMMENBAU | CAGE-D'ASSEMBLÉE |
| CB0010 | INSERT | ACOPLAMIENTO | EINSATZ | INSERT |
| CH0002 | CORE ASSEMBLY | ASAMBLE DE VASTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0004 | CORE ASSEMBLY | ASAMBLE DE VASTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0008 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| EB0234 | DRIVER (1/8" CSK.) | PERCUSOR (3.2mm Hundimiento) | TREIBER (3.2mm Überlänge) | COUTEAU (3.2mm Noyer) |
| EB0235 | DRIVER (Regular) | PERCUSOR (Regular) | TREIBER (Standard) | COUTEAU (Régular) |
| EB0236 | DRIVER (1/4" CSK.) | PERCUSOR (6.4mm Hundimiento) | TREIBER (6.4mm Überlänge) | COUTEAU (6.4mm Noyer) |
| EB0237 | DRIVER (Flush) | PERCUSOR (Percutor Corto) | TREIBER (Bündig) | COUTEAU (à Fleur) |
| EC0210 | PISTON | PISTON | KOLBEN | PISTON |
| FA0151 | LATCH ASSY. | ASAMBLE DE UÑETA | VERSCHLUSS-ZUSAMMENBAU | DOIGT DE RETENUE D'ASSEMBLÉE |
| FC0067 | FINGER GRIP | AGARRADERO | HANDGRIFF | GAINE EN CUIR |
| FC0214 | PLATE | PLACA | PLATTE | PLAQUE |
| FC0215 | GUIDE BODY | PLACA DE NARIZ | NAGELFÜHRUNG | FRONT |
| GA0115 | FEEDER SHOE | ALIMENTADOR | NAGELSCHIEBER | POUSSOIR |
| GA0145 | SHROUD | CUBIERTA | BÜCHSE | CACHE |
| GA0189 | RAIL | CARRIL | SCHIENE | RAIL |
| GB0028 | HOUSING | ALOJAMIENTO | GEHÄUSE | CORPS |
| GB0042 | ROLLER | RODILLO | ROLLE | GALET |
| GB0045 | PLATE | PLACA | PLATTE | PLAQUE |
| GB0216 | PIN | PASADOR | STIFT | GOUPILLE |
| GB0299 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0425 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0546 | GUIDE | GUÍA | FÜHRUNG | GUIDE |
| GC0547 | PIN | PASADOR | STIFT | GOUPILLE |
| GC0552 | RETAINER | RETÉN | SICHERUNGSRING | RETENUE |
| GF0015 | RAIL | CARRIL | SCHIENE | RAIL |
| GG0184 | LABEL (NAIL GUIDE) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| GG0188 | LABEL (FASTENER RANGE) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| HA0089 | TRIGGER ASSY. | ASAMBLE DE GATILLO | AUSLÖSER | GACHETTE D'ASSEMBLÉE |
| HB0042 | COVER | CUBIERTA | ABDECKUNG | COUVERCLE |
| HB0075 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HB0110 | SAFETY ELEMENT | SEGURO | SICHERHEITSVORRICHTUNG | PALPEUR DE SÉCURITÉ |
| HB0183 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HB0247 | TOENAIL SAFETY ELEMENT | SEGURO | SICHERHEITSVORRICHTUNG | PALPEUR DE SÉCURITÉ |
| HC0210 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HC0213 | COVER | CUBIERTA | ABDECKUNG | COUVERCLE |
| HG0009 | LABEL | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| ........ | (SAFETY PRECAUTIONS) | (NORMAS DE SEGURIDAD) | (SICHERHEITSHINWEISE) | (PRÉCAUTIONS DE SÉCURITÉ) |
| KB0152 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0201 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB1488 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1495 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1553 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1554 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1562 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1717 | RETAINER | RETÉN | SICHERUNGSRING | RETENUE |
| KB2734 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB3121 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB3225 | PIN | PASADOR | STIFT | GOUPILLE |
| KB3261 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB4539 | PIN | PASADOR | STIFT | GOUPILLE |
| KB5004 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB5005 | SPRING | RESORTE | FEDER | RESSORT |
| KB5061 | SPRING | RESORTE | FEDER | RESSORT |
| KB5112 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB5113 | SPRING | RESORTE | FEDER | RESSORT |
| KB5189 | SPRING | RESORTE | FEDER | RESSORT |
| KB5249 | SPRING | RESORTE | FEDER | RESSORT |
| KB5265 | SPRING | RESORTE | FEDER | RESSORT |
| KB5266 | SPRING | RESORTE | FEDER | RESSORT |
| LB0007 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0012 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0014 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0017 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0024 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0038 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0083 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0089 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0131 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0135 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0137 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0302 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0768 | SEAL | SELLO | DICHTUNG | JOINT |
| LB3499 | SEAL | SELLO | DICHTUNG | JOINT |
| LB5008 | SEAL | SELLO | DICHTUNG | JOINT |

Questions? Comments? call SENCO's toll-free Action-line: 1-800-543-4596 or e-mail: toolprof@senco.com



REPLACEMENT PARTS CHARTS

# SN325+ NAILER



| MODEL | A |
|---|---|
| 420005 BF/TF | EB0234 |
| 420002 Trigger-Fire | EB0235 |

| Driver Options | A |
|---|---|
| Flush | EB0237 |
| Regular | EB0235 |
| 1/8" Csk. | EB0234 |
| 1/4" Csk. | EB0236 |

* Does not include O-rings
* No incluye sellos de gomas
* Exklusiv Dichtringe
* Joints exclus

In the U.S.A., you will find your nearest Senco location listed in the Yellow Pages under "Staples" Or, you can call our toll-free Action-line: 1-800-543-4596

NFD042 Revised April 13, 1993 (Replaces 2/25/93) © 1990, 1993 by SENCO PRODUCTS, INC. Cincinnati, Ohio 45244–U.S.A.







# SN325+ NAILER

## REPLACEMENT PARTS LIST
### LISTA DE PARTES DE REPUESTO•ERSATZTEILE-LISTE•LISTE DE PIÈCES DE RECHANGE

| PART NO. | DESCRIPTION | DESCRIPCIÓN | BESCHREIBUNG | DÉSIGNATION |
|----------|-------------|-------------|--------------|-------------|
| AA0044 | DETENT ASSEMBLY | ASAMBLE DE FRENO | BREMSE-ZUSAMMENBAU | FREIN D'ASSEMBLÉE |
| AA0053 | MAIN BODY ASSEMBLY | ASAMBLE DE CARCASA | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| AB0029 | DETENT | FRENO | BREMSE | FREIN |
| BA0075 | PISTON ASSEMBLY | ASAMBLE DE PISTON | KOLBEN-ZUSAMMENBAU | PISTON D'ASSEMBLÉE |
| BA0102 | CYLINDER ASSEMBLY | ASAMBLE DE CILINDRO | ZYLINDER-ZUSAMMENBAU | CYLINDRE D'ASSEMBLÉE |
| BA0105 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| BB0049 | DEFLECTOR | DESVIADOR | ABWEISER | DÉFLECTEUR |
| BB0053 | PLATE | PLACA | PLATTE | PLAQUE |
| BB0115 | STOP | TOPE | PUFFER | PLAQUE |
| BC0178 | BUMPER | AMORTIGUADOR | PUFFER | ARRÊT |
| BC0179 | RETAINER | AMORTIGUADOR | PUFFER | AMORTISSEUR |
| BC0180 | VALVE | JUNTA TÓRICA | SICHERUNSRING | RETENUE |
| BC0194 | CAP | VÁLVULA | VENTIL | VALVE |
| CA0038 | HOUSING ASSEMBLY | TAPA | KAPPE | BOUCHON |
| CA0080 | CAGE ASSEMBLY | ASAMBLE DE ALOJAMIENTO | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| CB0010 | INSERT | ASAMBLE DE CAJA | KÄFIG-ZUSAMMENBAU | CAGE-D'ASSEMBLÉE |
| CH0002 | CORE ASSEMBLY | ACOPLAMIENTO | EINSATZ | INSERT |
| CH0004 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0008 | VALVE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| EB0234 | DRIVER (1/8" CSK) | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| EB0235 | DRIVER (Regular) | PERCUSOR (3.2mm Hundimiento) | TREIBER (3.2mm Überlänge) | COUTEAU (3.2mm Noyer) |
| EB0236 | DRIVER (1/4" CSK ) | PERCUSOR (Regular) | TREIBER (Standard) | COUTEAU (Régular) |
| EB0237 | DRIVER (Flush) | PERCUSOR (6.4mm Hundimiento) | TREIBER (6.4mm Überlänge) | COUTEAU (6.4mm Noyer) |
| EC0210 | PISTON | PERCUSOR (Percutor Corto) | TREIBER (Bündig) | COUTEAU (à Fleur) |
| FA0151 | LATCH ASSY. | PISTÓN | KOLBEN | PISTON |
| FC0214 | PLATE | ASAMBLE DE UÑETA | VERSCHLUSS-ZUSAMMENBAU | LOQUET |
| FC0215 | GUIDE BODY | PLACA | PLATTE | DOIGT DE RETENUE D'ASSEMBLÉE |
| GA0115 | FEEDER SHOE | PLACA DE NARIZ | NAGELFÜHRUNG | PLAQUE |
| GA0145 | SHROUD | ALIMENTADOR | NAGELSCHIEBER | FRONT |
| GA0189 | RAIL | CUBIERTA | BUCHSE | POUSSOIR |
| GB002B | HOUSING | CARRIL | SCHIENE | CACHE |
| GB0042 | ROLLER | ALOJAMIENTO | GEHÄUSE | RAIL |
| GB0045 | PLATE | RODILLO | ROLLE | CORPS |
| GB0216 | PIN | PLACA | PLATTE | GALET |
| GB0299 | RAIL | PASADOR | STIFT | PLAQUE |
| GC0425 | RAIL | CARRIL | SCHIENE | GOUPILLE |
| GC0546 | GUIDE | CARRIL | SCHIENE | RAIL |
| GC0547 | PIN | GUÍA | FÜHRUNG | RAIL |
| GC0552 | RETAINER | PASADOR | STIFT | GUIDE |
| GF0015 | RAIL | RETÉN | SICHERUNSRING | GOUPILLE |
| GG0184 | LABEL (NAIL GUIDE) | CARRIL | SCHIENE | RETENUE |
| GG0188 | LABEL (FASTENER RANGE) | ETIQUETA | AUFKLEBER | RAIL |
| HA0054 | TOENAIL SAFETY | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| HA0077 | TRIGGER ASSY. | SEGURO | SICHERHEITSVORRICHTUNG | ÉTIQUETTE |
| | (TRIGGER-FIRE) | ASAMBLE DE GATILLO | AUSLÖSER | SÉCURITÉ |
| HB0042 | COVER | (DISPARO DE GATILLO) | (EINZELAUSLÖSUNG) | GÂCHETTE D'ASSEMBLÉE |
| HB0044 | TRIGGER | CUBIERTA | ABDECKUNG | (DÉCLENCHEMENT PAR GACHETTE) |
| | (TRIGGER-FIRE) | GATILLO | AUSLÖSER | COUVERCLE |
| HB0075 | TRIGGER | (DISPARO DE GATILLO) | (EINZELAUSLÖSUNG) | GÂCHETTE |
| HB0110 | SAFETY | GATILLO | AUSLÖSER | (DÉCLENCHEMENT PAR GACHETTE) |
| HB0163 | TRIGGER | SEGURO | SICHERHEITSVORRICHTUNG | GÂCHETTE |
| HG0009 | LABEL | GATILLO | AUSLÖSER | SÉCURITÉ |
| | (SAFETY PRECAUTIONS) | ETIQUETA | AUFKLEBER | GÂCHETTE |
| KB0031 | SCREW | (NORMAS DE SEGURIDAD) | (SICHERHEITSHINWEISE) | ÉTIQUETTE |
| KB0152 | SCREW | TORNILLO | SCHRAUBE | (PRÉCAUTIONS DE SÉCURITÉ) |
| KB0201 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB1488 | NUT | TORNILLO | SCHRAUBE | VIS |
| KB1495 | NUT | TUERCA | MUTTER | VIS |
| KB1553 | PIN | TUERCA | MUTTER | ÉCROU |
| KB1554 | PIN | PASADOR | STIFT | ÉCROU |
| KB1562 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1717 | RETAINER | PASADOR | STIFT | GOUPILLE |
| KB2010 | SCREW | RETÉN | SICHERUNSRING | GOUPILLE |
| KB2734 | WASHER | TORNILLO | SCHRAUBE | RETENUE |
| KB3056 | PIN | ARANDELA | SCHEIBE | VIS |
| KB3121 | SCREW | PASADOR | STIFT | RONDELLE |
| KB4161 | SPRING | TORNILLO | SCHRAUBE | GOUPILLE |
| KB4539 | PIN | RESORTE | FEDER | VIS |
| KB5004 | SCREW | PASADOR | STIFT | RESSORT |
| KB5005 | SPRING | TORNILLO | SCHRAUBE | GOUPILLE |
| KB5061 | SPRING | RESORTE | FEDER | VIS |
| KB5083 | PIN | RESORTE | FEDER | RESSORT |
| | (TRIGGER-FIRE) | PASADOR | STIFT | RESSORT |
| KB5112 | WASHER | (DISPARO DE GATILLO) | (EINZELAUSLÖSUNG) | GOUPILLE |
| KB5113 | SPRING | ARANDELA | SCHEIBE | (DÉCLENCHEMENT PAR GACHETTE) |
| KB5189 | SPRING | RESORTE | FEDER | RONDELLE |
| KB5249 | SPRING | RESORTE | FEDER | RESSORT |
| KB5266 | SPRING | RESORTE | FEDER | RESSORT |
| | (TRIGGER-FIRE) | RESORTE | FEDER | RESSORT |
| LB0007 | SEAL | (DISPARO DE GATILLO) | (EINZELAUSLÖSUNG) | (DÉCLENCHEMENT PAR GACHETTE) |
| LB0012 | SEAL | SELLO | DICHTUNG | RESSORT |
| LB0014 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0017 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0024 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0038 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0083 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0086 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0089 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0131 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0137 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0392 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0768 | SEAL | SELLO | DICHTUNG | JOINT |
| LB3499 | SEAL | SELLO | DICHTUNG | JOINT |
| LB5008 | SEAL | SELLO | DICHTUNG | JOINT |

KSIT00098405



# SENCO®
## FASTENING SYSTEMS

## REPLACEMENT PARTS CHART
# SN325+ NAILER

*Does not include O-rings

| Driver Options | A |
|---|---|
| Flush | EB0237 |
| Regular | EB0235 |
| 1/8 Csk. | EB0234 |
| 1/4 Csk. | EB0236 |

| MODEL | A |
|---|---|
| 420001 BF/TF | EB0234 |

NFD042 Revised November 9, 1990 (Replaces 9/3/90)    ©1990 Senco Products, Inc. Cincinnati, Ohio 45244 - U.S.A.

KSIT00098416



KSIT00098417



| MAGAZINE BLOCK-OUTS | | |
|---|---|---|
| KB1495 | B | Nail Size |
| | GC0265 | 6d |
| | GC0268 | 7d |
| KB0031 | GC0266 | 8d |
| | | |
| | | |

Magazine block-outs may be required when driving the shorter length fasteners.
For information, contact your Senco representative.

NOT CONFIDENTIAL

KSIT00098418

## SN325+ NAILER
## REPLACEMENT PARTS LIST
### LISTA DE PARTES DE REPUESTO•ERSATZTEILE-LISTE•LISTE DE PIÈCES DE RECHANGE

| PART NO. | DESCRIPTION | DESCRIPCIÓN | BESCHREIBUNG | DÉSIGNATION |
|---|---|---|---|---|
| AA0044 | DETENT ASSEMBLY | ASAMBLE DE FRENO | BREMSE-ZUSAMMENBAU | FREIN D'ASSEMBLÉE |
| AA0053 | MAIN BODY ASSEMBLY | ASAMBLE DE CARCASA | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| AB0029 | DETENT | FRENO | BREMSE | FREIN |
| BA0075 | PISTON ASSEMBLY | ASAMBLE DE PISTON | KOLBEN-ZUSAMMENBAU | PISTON D'ASSEMBLÉE |
| BA0102 | CYLINDER ASSEMBLY | ASAMBLE DE CILINDRO | ZYLINDER-ZUSAMMENBAU | CYLINDRE D'ASSEMBLÉE |
| BA0105 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| BB0049 | DEFLECTOR | DESVIADOR | ABWEISER | DÉFLECTEUR |
| BB0053 | PLATE | PLACA | PLATTE | PLAQUE |
| BB0107 | STOP | TOPE | PUFFER | ARRÊT |
| BC0178 | BUMPER | AMORTIGUADOR | PUFFER | AMORTISSEUR |
| BC0179 | RETAINER | JUNTA TÓRICA | SICHERUNSRING | RETENUE |
| BC0180 | VALVE | VÁLVULA | VENTIL | VALVE |
| BC0194 | CAP | TAPA | KAPPE | BOUCHON |
| CA0038 | HOUSING ASSEMBLY | ASAMBLE DE ALOJAMIENTO | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| CA0042 | CAGE ASSEMBLY | ASAMBLE DE CAJA | KÄFIG-ZUSAMMENBAU | CAGE D'ASSEMBLÉE |
| CB0010 | INSERT | ACOPLAMIENTO | EINSATZ | INSERT |
| CH0002 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0004 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0004 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| EB0234 | DRIVER (1/8" CSK.) | PERCUSOR (3.2mm Hundimiento) | TREIBER (3.2mm Überlänge) | COUTEAU (3.2mm Noyer) |
| EB0235 | DRIVER (Regular) | PERCUSOR (Regular) | TREIBER (Standard) | COUTEAU (Régular) |
| EB0236 | DRIVER (1/4" CSK.) | PERCUSOR (6.4mm Hundimiento) | TREIBER (6.4mm Überlänge) | COUTEAU (6.4mm Noyer) |
| EB0237 | DRIVER (Flush) | PERCUSOR (Percutor Corto) | TREIBER (Bündig) | COUTEAU (à Fleur) |
| EC0210 | PISTON | PISTON | KOLBEN | PISTON |
| FB0008 | SPRING | RESORTE | FEDER | RESSORT |
| FB0013 | UPPER SPRING | RESORTE SUPERIOR | OBERFEDER | RESSORT SUPÉRIEUR |
| FB0065 | PLATE | PLACA | PLATTE | PLAQUE |
| FB0093 | GUIDE BODY | PLACA DE NARIZ | NAGELFÜHRUNG | FRONT |
| GA0115 | FEEDER SHOE | ALIMENTADOR | NAGELSCHIEBER | POUSSOIR |
| GA0145 | SHROUD | CUBIERTA | BÜCHSE | CACHE |
| GA0189 | RAIL | CARRIL | SCHIENE | RAIL |
| GB0028 | HOUSING | ALOJAMIENTO | GEHÄUSE | CORPS |
| GB0042 | ROLLER | RODILLO | ROLLE | GALET |
| GB0045 | PLATE | PLACA | PLATTE | PLAQUE |
| GB0216 | PIN | PASADOR | STIFT | GOUPILLE |
| GB0229 | RAIL | CARRIL | SCHIENE | RAIL |
| GO0265 | BLOCK-OUT (6d) | GUÍA (6d) | FÜHRUNG (6d) | GUIDE (6d) |
| GO0266 | BLOCK-OUT (8d) | GUÍA (8d) | FÜHRUNG (8d) | GUIDE (8d) |
| GO0268 | BLOCK-OUT (7d) | GUÍA (7d) | FÜHRUNG (7d) | GUIDE (7d) |
| GC0425 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0483 | MOUNT | ADAPTADOR | HALTERUNG | FIXATION |
| GF0015 | RAIL | CARRIL | SCHIENE | RAIL |
| GG0184 | LABEL (BLOCK-OUT) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| GG0188 | LABEL (FASTENER RANGE) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| HA0054 | TOENAIL SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | SÉCURITÉ |
| HB0042 | COVER | CUBIERTA | ABDECKUNG | COUVERCLE |
| HB0044 | TRIGGER (RESTRICTIVE) | GATILLO (RESTRICTIVO) | AUSLÖSER (EINZELAUSLÖSUNG) | GÂCHETTE (RESTRICTIF) |
| HB0075 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HB0110 | SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | SÉCURITÉ |
| HB0183 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HG0009 | LABEL | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
|  | (SAFETY PRECAUTIONS) | (NORMAS DE SEGURIDAD) | (SICHERHEITSHINWEISE) | (PRÉCAUTIONS DE SÉCURITÉ) |
| KB0031 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0152 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0201 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB1488 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1495 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1553 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1554 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1717 | RETAINER | RETÉN | SICHERUNSRING | RETENUE |
| KB2010 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB2731 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB2733 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB2734 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB3121 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB4161 | SPRING | RESORTE | FEDER | RESSORT |
| KB4539 | PIN | PASADOR | STIFT | GOUPILLE |
| KB5004 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB5005 | SPRING | RESORTE | FEDER | RESSORT |
| KB5061 | SPRING | RESORTE | FEDER | RESSORT |
| KB5063 | PIN (RESTRICTIVE) | PASADOR (RESTRICTIVO) | STIFT (EINZELAUSLÖSUNG) | GOUPILLE (RESTRICTIF) |
| KB5112 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB5113 | SPRING | RESORTE | FEDER | RESSORT |
| KB5189 | SPRING | RESORTE | FEDER | RESSORT |
| KB5249 | SPRING | RESORTE | FEDER | RESSORT |
| KB5266 | SPRING (RESTRICTIVE) | RESORTE (RESTRICTIVO) | FEDER (EINZELAUSLÖSUNG) | RESSORT (RESTRICTIF) |
| LB0207 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0012 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0014 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0017 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0024 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0038 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0083 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0086 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0089 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0131 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0137 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0302 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0768 | SEAL | SELLO | DICHTUNG | JOINT |
| LB3499 | SEAL | SELLO | DICHTUNG | JOINT |
| LB5008 | SEAL | SELLO | DICHTUNG | JOINT |

NOT CONFIDENTIAL

KSIT00098419

# SENCO®
## FASTENING SYSTEMS

## REPLACEMENT PARTS CHARTS
# SN325+ NAILER



| MODEL | A |
|---|---|
| 420005 BF/TF | EB0234 |
| 420002 Trigger-Fire | EB0235 |

| Driver Options | A |
|---|---|
| Flush | EB0237 |
| Regular | EB0235 |
| 1/8" Csk. | EB0234 |
| 1/4" Csk. | EB0236 |

KB3121
BB0049
BB0053
BC0194
LB0302
BA0075
LB0768
LB0038
LB0137
LB3499
BC0180
BCO178
BA0105

BC0179
KB1488
EC0210*
LB0131
(A)
LB0086
BA0102
LB0089
LB0083
LB0089
BB0115
AB0029
KB5004   KB5005

CH0002   LB0014
LB0012   LB0017
CH0004   LB0007
LB5008
CA0038   LB0017
KB5113
KB5112
KB1717
CH0008
AA0053
AA0044

KB5249
CB0010
LB0024
CA0042
LB0024
HG0009

* Does not include O-rings
* No incluye sellos de gomas
* Exklusiv Dichtringe
* Joints exclus

In the U.S.A., you will find your nearest Senco location listed in the Yellow Pages under "Staples" Or, you can call our toll-free Action-line: 1-800-543-4596
NFD042 Revised February 25, 1993 (Replaces 6/4/92) © 1990, 1993 by SENCO PRODUCTS, INC. Cincinnati, Ohio 45244–U.S.A.





KSIT00098422



 KSIT00098423

# SN325 NAILER

## REPLACEMENT PARTS LIST
### LISTA DE PARTES DE REPUESTO•ERSATZTEILE-LISTE•LISTE DE PIÈCES DE RECHANGE

| PART NO. | DESCRIPTION | DESCRIPCIÓN | BESCHREIBUNG | DÉSIGNATION |
|---|---|---|---|---|
| AA0044 | DETENT ASSEMBLY | ASAMBLE DE FRENO | BREMSE-ZUSAMMENBAU | FREIN D'ASSEMBLÉE |
| AA0053 | MAIN BODY ASSEMBLY | ASAMBLE DE CARCASA | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| AB0029 | DETENT | FRENO | BREMSE | FREIN |
| BA0075 | PISTON ASSEMBLY | ASAMBLE DE PISTON | KOLBEN-ZUSAMMENBAU | PISTON D'ASSEMBLÉE |
| BA0102 | CYLINDER ASSEMBLY | ASAMBLE DE CILINDRO | ZYLINDER-ZUSAMMENBAU | CYLINDRE D'ASSEMBLÉE |
| BA0105 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| BB0049 | DEFLECTOR | DESVIADOR | ABWEISER | DÉFLECTEUR |
| BB0053 | PLATE | PLACA | PLATTE | PLAQUE |
| BB0115 | STOP | TOPE | PUFFER | ARRÊT |
| BC0178 | BUMPER | AMORTIGUADOR | PUFFER | AMORTISSEUR |
| BC0179 | RETAINER | JUNTA TÓRICA | SICHERUNSRING | RETENUE |
| BC0180 | VALVE | VÁLVULA | VENTIL | VALVE |
| BC0194 | CAP | TAPA | KAPPE | BOUCHON |
| CA0038 | HOUSING ASSEMBLY | ASAMBLE DE ALOJAMIENTO | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| CA0042 | CAGE ASSEMBLY | ASAMBLE DE CAJA | KÄFIG-ZUSAMMENBAU | CAGE-D'ASSEMBLÉE |
| CB0010 | INSERT | ACOPLAMIENTO | EINSATZ | INSERT |
| CH0002 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0004 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0008 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| EB0234 | DRIVER (1/8" CSK.) | PERCUSOR (3.2mm Hundimiento) | TREIBER (3.2mm Überlänge) | COUTEAU (3.2mm Noyar) |
| EB0235 | DRIVER (Regular) | PERCUSOR (Regular) | TREIBER (Standard) | COUTEAU (Régular) |
| EB0236 | DRIVER (1/4" CSK.) | PERCUSOR (6.4mm Hundimiento) | TREIBER (6.4mm Überlänge) | COUTEAU (6.4mm Noyar) |
| EB0237 | DRIVER (Flush) | PERCUSOR (Percutor Corto) | TREIBER (Bündig) | COUTEAU (à Fleur) |
| EC0210 | PISTON | PISTON | KOLBEN | PISTON |
| FA0151 | LATCH ASSY. | ASAMBLE DE UÑETA | VERSCHLUSS-ZUSAMMENBAU | DOIGT DE RETENUE D'ASSEMBLÉE |
| FC0214 | PLATE | PLACA | PLATTE | PLAQUE |
| FC0215 | GUIDE BODY | PLACA DE NARIZ | NAGELFÜHRUNG | FRONT |
| GA0115 | FEEDER SHOE | ALIMENTADOR | NAGELSCHIEBER | POUSSOIR |
| GA0145 | SHROUD | CUBIERTA | BÜCHSE | CACHE |
| GA0189 | RAIL | CARRIL | SCHIENE | RAIL |
| GB0026 | HOUSING | ALOJAMIENTO | GEHÄUSE | CORPS |
| GB0042 | ROLLER | RODILLO | ROLLE | GALET |
| GB0045 | PLATE | PLACA | PLATTE | PLAQUE |
| GB0216 | PIN | PASADOR | STIFT | GOUPILLE |
| GB0299 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0425 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0546 | GUIDE | GUÍA | FÜHRUNG | GUIDE |
| GC0547 | PIN | PASADOR | STIFT | GOUPILLE |
| GC0552 | RETAINER | RETEN | SICHERUNSRING | RETENUE |
| GF0015 | RAIL | CARRIL | SCHIENE | RAIL |
| GG0184 | LABEL (NAIL GUIDE) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| GG0188 | LABEL (FASTENER RANGE) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| HA0054 | TOENAIL SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | SÉCURITÉ |
| HA0077 | TRIGGER ASSY. (TRIGGER-FIRE) | ASAMBLE DE GATILLO (DISPARO DE GATILLO) | AUSLÖSER (EINZELAUSLÖSUNG) | GACHETTE D'ASSEMBLÉE (DÉCLENCHEMENT PAR GACHETTE) |
| HB0042 | COVER | CUBIERTA | ABDECKUNG | COUVERCLE |
| HB0044 | TRIGGER (TRIGGER-FIRE) | GATILLO (DISPARO DE GATILLO) | AUSLÖSER (EINZELAUSLÖSUNG) | GACHETTE (DÉCLENCHEMENT PAR GACHETTE) |
| HB0075 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HB0110 | SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | SÉCURITÉ |
| HB0163 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HG0009 | LABEL (SAFETY PRECAUTIONS) | ETIQUETA (NORMAS DE SEGURIDAD) | AUFKLEBER (SICHERHEITSHINWEISE) | ÉTIQUETTE (PRÉCAUTIONS DE SÉCURITÉ) |
| KB0031 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0152 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0201 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB1488 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1496 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1553 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1554 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1582 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1717 | RETAINER | RETEN | SICHERUNSRING | RETENUE |
| KB2010 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB2734 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB3056 | PIN | PASADOR | STIFT | GOUPILLE |
| KB3121 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB4161 | SPRING | RESORTE | FEDER | RESSORT |
| KB4539 | PIN | PASADOR | STIFT | GOUPILLE |
| KB5004 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB5005 | SPRING | RESORTE | FEDER | RESSORT |
| KB5051 | SPRING | RESORTE | FEDER | RESSORT |
| KB5083 | PIN (TRIGGER-FIRE) | PASADOR (DISPARO DE GATILLO) | STIFT (EINZELAUSLÖSUNG) | GOUPILLE (DÉCLENCHEMENT PAR GACHETTE) |
| KB5112 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB5113 | SPRING | RESORTE | FEDER | RESSORT |
| KB5189 | SPRING | RESORTE | FEDER | RESSORT |
| KB5249 | SPRING | RESORTE | FEDER | RESSORT |
| KB5266 | SPRING (TRIGGER-FIRE) | RESORTE (DISPARO DE GATILLO) | FEDER (EINZELAUSLÖSUNG) | RESSORT (DÉCLENCHEMENT PAR GACHETTE) |
| LB0007 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0012 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0014 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0017 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0024 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0038 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0085 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0086 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0089 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0131 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0137 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0392 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0768 | SEAL | SELLO | DICHTUNG | JOINT |
| LB3499 | SEAL | SELLO | DICHTUNG | JOINT |
| LB5008 | SEAL | SELLO | DICHTUNG | JOINT |

# SENCO®
## FASTENING SYSTEMS

## REPLACEMENT PARTS CHART
# SN325+ NAILER

*Does not include O-rings



| MODEL | A |
|---|---|
| 420001 BF/TF | EB0234 |
| 420002 Trigger-Fire | EB0234 |
| Driver Options | A |
| Flush | EB0237 |
| Regular | EB0235 |
| 1/8" Csk. | EB0234 |
| 1/4" Csk. | EB0236 |

KB3121
BB0049
BB0053
BC0194
LB0302
BA0075
LB0768
LB0038
LB0137
LB3499
BC0180
BC0178
BA0105

BC0179
KB1488
EC0210 *
LB0131
(A)
LB0086
BA0102
LB0089
LB0083
LB0089
BB0115

CH0002    LB0014
          LB0017
LB0012
          LB0007
CH0004    LB5008
CA0038
          LB0017
          KB5113
          KB5112
          KB1717

KB5249
CB0010
LB0024
CA0042
LB0024
CH0008

AA0053
AA0044
HG0009

AB0029
KB5004    KB5005

In the U.S.A., you will find your nearest Senco location listed in the Yellow Pages under "Staples" Or, you can call our toll-free Action-Line: 1-800-543-4596

NFD042 Revised April 1, 1992 (Replaces 9/6/91)        © 1990, 1992 by SENCO PRODUCTS, INC.      Cincinnati, Ohio 45244-U.S.A.

NOT CONFIDENTIAL                                                      KSIT00098487

KB1553

KB1554

HB0042

420001 Bottom-Fire/Trigger-Fire

HB0075

HB0183

KB4539

KB5266

HA0077

KB5083

HB0183

HB0044

KB4539

420002 Trigger-Fire

KB2733

KB0201

KB1562

FC0067

FC0214

FC0215

KB3056

FA0151

HB0110    KB4161        HA0054    KB4161

KB5189                  KB5189

420001 BF/TF            Toenail Safety
420002 Trigger-Fire

NOT CONFIDENTIAL

KSIT00098488



NOT CONFIDENTIAL

## SN325C NAILER
### REPLACEMENT PARTS LIST
### LISTA DE PARTES DE REPUESTO•ERSATZTEILE-LISTE•LISTE DE PIÈCES DE RECHANGE

| PART NO. | DESCRIPTION | DESCRIPCIÓN | BESCHREIBUNG | DÉSIGNATION |
|---|---|---|---|---|
| AA0044 | DETENT ASSEMBLY | ASAMBLE DE FRENO | BREMSE-ZUSAMMENBAU | FREIN D'ASSEMBLÉE |
| AA0053 | MAIN BODY ASSEMBLY | ASAMBLE DE CARCASA | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| AB0029 | DETENT | FRENO | BREMSE | FREIN |
| BA0075 | PISTON ASSEMBLY | ASAMBLE DE PISTON | KOLBEN-ZUSAMMENBAU | PISTON D'ASSEMBLÉE |
| BA0102 | CYLINDER ASSEMBLY | ASAMBLE DE CILINDRO | ZYLINDER-ZUSAMMENBAU | CYLINDRE D'ASSEMBLÉE |
| BA0105 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| BB0049 | DEFLECTOR | DESVIADOR | ABWEISER | DÉFLECTEUR |
| BB0053 | PLATE | PLACA | PLATTE | PLAQUE |
| BB0115 | STOP | TOPE | PUFFER | ARRÊT |
| BC0178 | BUMPER | AMORTIGUADOR | PUFFER | AMORTISSEUR |
| BC0179 | RETAINER | JUNTA TÓRICA | SICHERUNSRING | RETENUE |
| BC0180 | VALVE | VÁLVULA | VENTIL | VALVE |
| BC0194 | CAP | TAPA | KAPPE | BOUCHON |
| CA0038 | HOUSING ASSEMBLY | ASAMBLE DE ALOJAMIENTO | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| CA0042 | CAGE ASSEMBLY | ASAMBLE DE CAJA | KÄFIG-ZUSAMMENBAU | CAGE D'ASSEMBLÉE |
| CB0010 | INSERT | ACOPLAMIENTO | EINSATZ | INSERT |
| CH0002 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0004 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0006 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| EB0234 | DRIVER (1/8" CSK.) | PERCUSOR (3.2mm Hundimiento) | TREIBER (3.2mm Überlänge) | COUTEAU (3.2mm Noyer) |
| EB0235 | DRIVER (Regular) | PERCUSOR (Regular) | TREIBER (Standard) | COUTEAU (Régular) |
| EB0236 | DRIVER (1/4" CSK.) | PERCUSOR (6.4mm Hundimiento) | TREIBER (6.4mm Überlänge) | COUTEAU (6.4mm Noyer) |
| EB0237 | DRIVER (Flush) | PERCUSOR (Percutor Corto) | TREIBER (Bündig) | COUTEAU (à Fleur) |
| EC0210 | PISTON | PISTON | KOLBEN | PISTON |
| FA0151 | LATCH ASSEMBLY | ASAMBLE DE UÑETA | VERSCHLUSS-ZUSAMMENBAU | DOIGT DE RETENUE D'ASSENBLÉE |
| FC0214 | PLATE | PLACA | PLATTE | PLAQUE |
| FC0215 | GUIDE BODY | PLACA DE NARIZ | NAGELFÜHRUNG | PLAQUE |
| GA0115 | FEEDER SHOE | ALIMENTADOR | NAGELSCHIEBER | FRONT |
| GA0145 | SHROUD | CUBIERTA | BUCHSE | POUSSOIR |
| GA0189 | RAIL | CARRIL | SCHIENE | CACHE |
| GB0028 | HOUSING | ALOJAMIENTO | GEHÄUSE | RAIL |
| GB0042 | ROLLER | ROCILLO | ROLLE | CORPS |
| GB0045 | PLATE | PLACA | PLATTE | GALET |
| GB0216 | PIN | PASADOR | STIFT | PLAQUE |
| GB0299 | RAIL | CARRIL | SCHIENE | GOUPILLE |
| GC0425 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0546 | GUIDE | GUÍA | FÜHRUNG | RAIL |
| GC0547 | PIN | PASADOR | STIFT | GUIDE |
| GC0552 | RETAINER | RETÉN | SICHERUNSRING | GOUPILLE |
| GF0015 | RAIL | CARRIL | SCHIENE | RETENUE |
| GG0008 | LABEL (NAIL GUIDE) | ETIQUETA | AUFKLEBER | RAIL |
| GG0188 | LABEL (FASTENER RANGE) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| HA0054 | TOENAIL SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | ÉTIQUETTE |
| HA0077 | TRIGGER ASSY. | ASAMBLE DE GATILLO | AUSLÖSER | SÉCURITÉ |
|  | (TRIGGER-FIRE) | (DISPARO DE GATILLO) | (EINZELAUSLÖSUNG) | GÂCHETTE D'ASSEMBLÉE |
| HB0042 | COVER | CUBIERTA | ABDECKUNG | (DÉCLENCHEMENT PAR GÂCHETTE) |
| HB0044 | TRIGGER | GATILLO | AUSLÖSER | COUVERCLE |
|  | (TRIGGER-FIRE) | (DISPARO DE GATILLO) | (EINZELAUSLÖSUNG) | GÂCHETTE |
| HB0075 | TRIGGER | GATILLO | AUSLÖSER | (DÉCLENCHEMENT PAR GÂCHETTE) |
| HB0110 | SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | GÂCHETTE |
| HB0183 | TRIGGER | GATILLO | AUSLÖSER | SÉCURITÉ |
| HG0009 | LABEL | ETIQUETA | AUFKLEBER | GÂCHETTE |
|  | (SAFETY PRECAUTIONS) | (NORMAS DE SEGURIDAD) | (SICHERHEITSHINWEISE) | ÉTIQUETTE |
| KB0031 | SCREW | TORNILLO | SCHRAUBE | (PRÉCAUTIONS DE SÉCURITÉ) |
| KB0152 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0201 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB1468 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1495 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1553 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1554 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1562 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1717 | RETAINER | RETÉN | SICHERUNSRING | RETENUE |
| KB2010 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB2731 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB2733 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB2734 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB3056 | PIN | PASADOR | STIFT | GOUPILLE |
| KB3121 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB4491 | SPRING | RESORTE | FEDER | RESSORT |
| KB4598 | PIN | PASADOR | STIFT | GOUPILLE |
| KB5004 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB5005 | SPRING | RESORTE | FEDER | RESSORT |
| KB5061 | SPRING | RESORTE | FEDER | RESSORT |
| KB5083 | PIN | PASADOR | STIFT | GOUPILLE |
|  | (TRIGGER-FIRE) | (DISPARO DE GATILLO) | (EINZELAUSLÖSUNG) | (DÉCLENCHEMENT PAR GÂCHETTE) |
| KB5112 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB5113 | SPRING | RESORTE | FEDER | RESSORT |
| KB5189 | SPRING | RESORTE | FEDER | RESSORT |
| KB5249 | SPRING | RESORTE | FEDER | RESSORT |
| KB5266 | SPRING | RESORTE | FEDER | RESSORT |
|  | (TRIGGER-FIRE) | (DISPARO DE GATILLO) | (EINZELAUSLÖSUNG) | (DÉCLENCHEMENT PAR GÂCHETTE) |
| LB0007 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0012 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0014 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0017 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0024 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0038 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0083 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0086 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0089 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0131 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0137 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0302 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0768 | SEAL | SELLO | DICHTUNG | JOINT |
| LB3499 | SEAL | SELLO | DICHTUNG | JOINT |
| LB5008 | SEAL | SELLO | DICHTUNG | JOINT |

NOT CONFIDENTIAL

KSIT00098490



## SENCO®
### FASTENING SYSTEMS

**REPLACEMENT PARTS CHARTS**
# SN325+ NAILER



| MODEL | A |
|---|---|
| 420005 BF/TF | EB0234 |
| 420002 Trigger-Fire | EB0235 |

| Driver Options | A |
|---|---|
| Flush | EB0237 |
| Regular | EB0235 |
| 1/8" Csk. | EB0234 |
| 1/4" Csk. | EB0236 |

KB3121
BC0243
KB1488
EC0210*
LB0131
BB0049
BB0053
CH0002 — LB0014
LB0012 — LB0017
CH0004 — LB0007
LB5008
CA0038 — LB0017
KB5113
KB5112
KB1717
CH0008
KB5249
CB0010
LB0024
CA0080
LB0024
AA0053
BA0117
LB0135
LB0083
LB0089
BC0194
LB0302
BA0075
LB0768
LB0038
LB0137
LB3499
BC0180
BCO178
3A0105
BB0115
AB0029
KB5004 — KB5005
AA0044
HG0009

* Does not include O-rings
* No incluye sellos de gomas
* Exklusiv Dichtringe
* Joints exclus

In the U.S.A., you will find your nearest Senco location listed in the Yellow Pages under "Staples" Or, you can call our toll-free Action-line: 1-800-543-4596

NFD042 Revised August 24, 1993 (Replaces 4/13/93) © 1990, 1993 by SENCO PRODUCTS, INC. Cincinnati, Ohio 45244–U.S.A.



KSIT00098492



NOT CONFIDENTIAL

## SN325+ NAILER
### REPLACEMENT PARTS LIST
### LISTA DE PARTES DE REPUESTO•ERSATZTEILE-LISTE•LISTE DE PIÈCES DE RECHANGE

| PART NO. | DESCRIPTION | DESCRIPCIÓN | BESCHREIBUNG | DÉSIGNATION |
|---|---|---|---|---|
| AA0044 | DETENT ASSEMBLY | ASAMBLE DE FRENO | BREMSE-ZUSAMMENBAU | FREIN D'ASSEMBLÉE |
| AA0053 | MAIN BODY ASSEMBLY | ASAMBLE DE CARCASA | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| AB0029 | DETENT | FRENO | BREMSE | FREIN |
| BA0075 | PISTON ASSEMBLY | ASAMBLE DE PISTON | KOLBEN-ZUSAMMENBAU | PISTON D'ASSEMBLÉE |
| BA0117 | CYLINDER ASSEMBLY | ASAMBLE DE CILINDRO | ZYLINDER-ZUSAMMENBAU | CYLINDRE D'ASSEMBLÉE |
| BA0105 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| BB0049 | DEFLECTOR | DESVIADOR | ABWEISER | DÉFLECTEUR |
| BB0053 | PLATE | PLACA | PLATTE | PLAQUE |
| BB0115 | STOP | TOPE | PUFFER | PLAQUE |
| BC0178 | BUMPER | AMORTIGUADOR | PUFFER | ARRÊT |
| BC0190 | VALVE | VÁLVULA | VENTIL | AMORTISSEUR |
| BC0194 | CAP | TAPA | KAPPE | VALVE |
| BC0243 | RETAINER | JUNTA TÓRICA | SICHERUNSRING | BOUCHON |
| CA0038 | HOUSING ASSEMBLY | ASAMBLE DE ALOJAMIENTO | GEHÄUSE-ZUSAMMENBAU | RETENUE |
| CA0080 | CAGE ASSEMBLY | ASAMBLE DE CAJA | KÄFIG-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| CB0010 | INSERT | ACOPLAMIENTO | EINSATZ | CAGE-D'ASSEMBLEE |
| CH0002 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | INSERT |
| CH0004 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0008 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| EB0234 | DRIVER (1/8" CSK.) | PERCUSOR (3.2mm Hundimiento) | TREIBER (3.2mm Überlänge) | VALVE D'ASSEMBLÉE |
| EB0235 | DRIVER (Regular) | PERCUSOR (Regular) | TREIBER (Standard) | COUTEAU (3.2mm Noyer) |
| EB0236 | DRIVER (1/4" CSK.) | PERCUSOR (6.4mm Hundimiento) | TREIBER (6.4mm Überlänge) | COUTEAU (Régular) |
| EB0237 | DRIVER (Flush) | PERCUSOR (Percutor Corto) | TREIBER (Bündig) | COUTEAU (6.4mm Noyer) |
| EC0010 | PISTON | PISTON | KOLBEN | COUTEAU (à Flour) |
| FA0151 | LATCH ASSY. | ASAMBLE DE UÑETA | VERSCHLUSS-ZUSAMMENBAU | PISTON |
| FC0214 | PLATE | PLACA | PLATTE | DOIGT DE RETENUE D'ASSEMBLÉE |
| FC0215 | GUIDE BODY | PLACA DE NARIZ | NAGELFÜHRUNG | PLAQUE |
| GA0115 | FEEDER SHOE | ALIMENTADOR | NAGELSCHIEBER | FRONT |
| GA0145 | SHROUD | CUBIERTA | BUCHSE | POUSSOIR |
| GA0189 | RAIL | CARRIL | SCHIENE | CACHE |
| GB0028 | HOUSING | ALOJAMIENTO | GEHÄUSE | RAIL |
| GB0042 | ROLLER | RODILLO | ROLLE | CORPS |
| GB0045 | PLATE | PLACA | PLATTE | GALET |
| GB0216 | PIN | PASADOR | STIFT | PLAQUE |
| GB0299 | RAIL | CARRIL | SCHIENE | GOUPILLE |
| GC0425 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0546 | GUIDE | GUÍA | SCHIENE | RAIL |
| GC0547 | PIN | PASADOR | FÜHRUNG | GUIDE |
| GC0552 | RETAINER | RETÉN | STIFT | GOUPILLE |
| GF0015 | RAIL | CARRIL | SICHERUNSRING | RETENUE |
| GG0184 | LABEL (NAIL GUIDE) | ETIQUETA | SCHIENE | RAIL |
| GG0188 | LABEL (FASTENER RANGE) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| HA0054 | TOENAIL SAFETY | SEGURO | AUFKLEBER | ÉTIQUETTE |
| HA0077 | TRIGGER ASSY. (TRIGGER-FIRE) | ASAMBLE DE GATILLO (DISPARO DE GATILLO) | SICHERHEITSVORRICHTUNG AUSLÖSER (EINZELAUSLÖSUNG) | SÉCURITÉ GACHETTE D'ASSEMBLÉE (DÉCLENCHEMENT PAR GACHETTE) |
| HB0042 | COVER | CUBIERTA | ABDECKUNG | COUVERCLE |
| HB0044 | TRIGGER (TRIGGER-FIRE) | GATILLO (DISPARO DE GATILLO) | AUSLÖSER (EINZELAUSLÖSUNG) | GACHETTE (DÉCLENCHEMENT PAR GACHETTE) |
| HB0075 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HB0110 | SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | SÉCURITÉ |
| HB0183 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HG0009 | LABEL (SAFETY PRECAUTIONS) | ETIQUETA (NORMAS DE SEGURIDAD) | AUFKLEBER (SICHERHEITSHINWEISE) | ÉTIQUETTE (PRÉCAUTIONS DE SÉCURITÉ) |
| KB0031 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0152 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0201 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB1488 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1495 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1553 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1554 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1582 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1717 | RETAINER | RETÉN | SICHERUNSRING | RETENUE |
| KB2010 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB2734 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB3056 | PIN | PASADOR | STIFT | GOUPILLE |
| KB3121 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB4539 | PIN | PASADOR | STIFT | GOUPILLE |
| KB5004 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB5005 | SPRING | RESORTE | FEDER | RESSORT |
| KB5061 | SPRING | RESORTE | FEDER | RESSORT |
| KB5083 | PIN (TRIGGER-FIRE) | PASADOR (DISPARO DE GATILLO) | STIFT (EINZELAUSLÖSUNG) | GOUPILLE (DÉCLENCHEMENT PAR GACHETTE) |
| KB5112 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB5113 | SPRING | RESORTE | FEDER | RESSORT |
| KB5189 | SPRING | RESORTE | FEDER | RESSORT |
| KB5249 | SPRING | RESORTE | FEDER | RESSORT |
| KB5266 | SPRING (TRIGGER-FIRE) | RESORTE (DISPARO DE GATILLO) | FEDER (EINZELAUSLÖSUNG) | RESSORT (DÉCLENCHEMENT PAR GACHETTE) |
| LB0007 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0012 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0014 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0017 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0024 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0038 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0083 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0089 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0131 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0195 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0137 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0302 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0766 | SEAL | SELLO | DICHTUNG | JOINT |
| LB3499 | SEAL | SELLO | DICHTUNG | JOINT |
| LB5008 | SEAL | SELLO | DICHTUNG | JOINT |

KSIT00098494



## SENCO® FASTENING SYSTEMS

## REPLACEMENT PARTS CHART
## SN325+ NAILER

*Does not include O-rings

KB3121
BB0049
BB0053
BC0179
KB1488
EC0210 *
LB0131

| Driver Options | A |
|---|---|
| Flush | EB0237 |
| Regular | EB0235 |
| 1/8 Csk. | EB0234 |
| 1/4 Csk. | EB0236 |

LB0086
(A)

CH0002
LB0014
LB0012
LB0017
CH0004
LB0007
LB5008
CA0038
LB0017
KB5113
KB5112
KB1717

KB5249
CB0010
LB0024
CA0042
LB0024
CH0008

AA0053

BC0194
LB0302
BA0075
BA0102
LB0089
LB0083
LB0089

LB0768
LB0038
LB0137
LB3499

BC0180
BC0178

BA0105

BB0107

AB0029
KB5004   KB5005
AA0044

HG0009

| MODEL | A |
|---|---|
| 420001 BF/TF | EB0234 |
|  |  |
|  |  |

NFD042 Issued September 3, 1990    ©1990 by Senco Products, Inc.    Cincinnati, Ohio 45244—U.S.A.





| MAGAZINE BLOCK-OUTS | | |
|---|---|---|
| | B | Nail Size |
| | GC0265 | 6d |
| | GC0268 | 7d |
| | GC0266 | 8d |
| | | |
| | | |
| | | |

Magazine block-outs may be required when driving the shorter length fasteners.
For information, contact your Senco representative.

KSIT00098509

## SN325+ NAILER
### REPLACEMENT PARTS LIST
### LISTA DE PARTES DE REPUESTO•ERSATZTEILE-LISTE•LISTE DE PIÈCES DE RECHANGE

| PART NO. | DESCRIPTION | DESCRIPCIÓN | BESCHREIBUNG | DÉSIGNATION |
|---|---|---|---|---|
| AA0044 | DETENT ASSEMBLY | ASAMBLE DE FRENO | BREMSE-ZUSAMMENBAU | FREIN D'ASSEMBLÉE |
| AA0053 | MAIN BODY ASSEMBLY | ASAMBLE DE CARCASA | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| AB0029 | DETENT | FRENO | BREMSE | FREIN |
| BA0075 | PISTON ASSEMBLY | ASAMBLE DE PISTON | KOLBEN-ZUSAMMENBAU | PISTON D'ASSEMBLÉE |
| BA0102 | CYLINDER ASSEMBLY | ASAMBLE DE CILINDRO | ZYLINDER-ZUSAMMENBAU | CYLINDRE D'ASSEMBLÉE |
| BA0105 | VALVE ASSEMBLY | ASAMBLE DE VALVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| BB0049 | DEFLECTOR | DESVIADOR | ABWEISER | DÉFLECTEUR |
| BB0053 | PLATE | PLACA | PLATTE | PLAQUE |
| BB0107 | STOP | TOPE | PUFFER | ARRÊT |
| BC0178 | BUMPER | AMORTIGUADOR | PUFFER | AMORTISSEUR |
| BC0179 | RETAINER | JUNTA TÓRICA | SICHERUNSRING | RETENUE |
| BC0180 | VALVE | VÁLVULA | VENTIL | VALVE |
| BC0194 | CAP | TAPA | KAPPE | BOUCHON |
| CA0038 | HOUSING ASSEMBLY | ASAMBLE DE ALOJAMIENTO | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| CA0042 | CAGE ASSEMBLY | ASAMBLE DE CAJA | KÄFIG-ZUSAMMENBAU | CAGE D'ASSEMBLÉE |
| CB0010 | INSERT | ACOPLAMIENTO | EINSATZ | INSERT |
| CH0002 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0004 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0008 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| EB0234 | DRIVER (1/8" CSK.) | PERCUSOR (3.2mm Hundimiento) | TREIBER (3.2mm Überlänge) | COUTEAU (3.2mm Noyer) |
| EB0235 | DRIVER (Regular) | PERCUSOR (Regular) | TREIBER (Standard) | COUTEAU (Régular) |
| EB0236 | DRIVER (1/4" CSK.) | PERCUSOR (6.4mm Hundimiento) | TREIBER (6.4mm Überlänge) | COUTEAU (6.4mm Noyer) |
| EB0237 | DRIVER (Flush) | PERCUSOR (Percutor Corto) | TREIBER (Bündig) | COUTEAU (a Fleur) |
| EC0210 | PISTON | PISTON | KOLBEN | PISTON |
| FB0008 | SPRING | RESORTE | FEDER | RESSORT |
| FB0013 | UPPER SPRING | RESORTE SUPERIOR | OBERFEDER | RESSORT SUPERIEUR |
| FB0065 | PLATE | PLACA | PLATTE | PLAQUE |
| FB0093 | GUIDE BODY | PLACA DE NARIZ | NAGELFÜHRUNG | FRONT |
| GA0115 | FEEDER SHOE | ALIMENTADOR | NAGELSCHIEBER | POUSSOIR |
| GA0145 | SHROUD | CUBIERTA | BUCHSE | CACHE |
| GA0189 | RAIL | CARRIL | SCHIENE | RAIL |
| GB0028 | HOUSING | ALOJAMIENTO | GEHÄUSE | CORPS |
| GB0042 | ROLLER | RODILLO | ROLLE | GALET |
| GB0045 | PLATE | PLACA | PLATTE | PLAQUE |
| GB0216 | PIN | PASADOR | STIFT | GOUPILLE |
| GB0299 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0265 | BLOCK-OUT (6d) | GUÍA (6d) | FÜHRUNG (6d) | GUIDE (6d) |
| GC0266 | BLOCK-OUT (8d) | GUÍA (8d) | FÜHRUNG (8d) | GUIDE (8d) |
| GC0268 | BLOCK-OUT (7d) | GUÍA (7d) | FÜHRUNG (7d) | GUIDE (7d) |
| GC0425 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0483 | MOUNT | ADAPTADOR | HALTERUNG | FIXATION |
| GF0015 | RAIL | CARRIL | SCHIENE | RAIL |
| GG0184 | LABEL (BLOCK-OUT) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| GG0188 | LABEL (FASTENER RANGE) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| HA0054 | TOENAIL SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | SÉCURITÉ |
| HB0042 | COVER | CUBIERTA | ABDECKUNG | COUVERCLE |
| HB0044 | TRIGGER (RESTRICTIVE) | GATILLO (RESTRICTIVO) | AUSLÖSER (EINZELAUSLÖSUNG) | GACHETTE (RESTRICTIF) |
| HB0075 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HB0110 | SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | SÉCURITÉ |
| HB0183 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HG0009 | LABEL (SAFETY PRECAUTIONS) | ETIQUETA (NORMAS DE SEGURIDAD) | AUFKLEBER (SICHERHEITSHINWEISE) | ÉTIQUETTE (PRÉCAUTIONS DE SÉCURITÉ) |
| KB0031 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0152 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0201 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB1488 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1495 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1553 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1717 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1717 | RETAINER | RETEN | SICHERUNGSRING | RETENUE |
| KB2010 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB2731 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB2733 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB2734 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB3121 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB4161 | SPRING | RESORTE | FEDER | RESSORT |
| KB5004 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB5005 | SPRING | RESORTE | FEDER | RESSORT |
| KB5061 | SPRING | RESORTE | FEDER | RESSORT |
| KB5063 | PIN (RESTRICTIVE) | PASADOR (RESTRICTIVO) | STIFT (EINZELAUSLÖSUNG) | GOUPILLE (RESTRICTIF) |
| KB5112 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB5113 | SPRING | RESORTE | FEDER | RESSORT |
| KB5189 | SPRING | RESORTE | FEDER | RESSORT |
| KB5249 | SPRING | RESORTE | FEDER | RESSORT |
| KB5266 | SPRING (RESTRICTIVE) | RESORTE (RESTRICTIVO) | FEDER (EINZELAUSLÖSUNG) | RESSORT (RESTRICTIF) |
| LB0007 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0012 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0014 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0017 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0024 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0038 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0083 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0086 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0089 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0131 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0137 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0302 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0768 | SEAL | SELLO | DICHTUNG | JOINT |
| LB3499 | SEAL | SELLO | DICHTUNG | JOINT |
| LB5008 | SEAL | SELLO | DICHTUNG | JOINT |

KSIT00098510



NOT CONFIDENTIAL



420001 Bottom-Trip Trigger

Restrictive Trigger

KB1553
KB1554
HB0042
HB0075
HB0183
KB4539
KB5266
KB5083
HB0044
HB0183
KB4539

KB2733
KB0201
KB2731
KB0152
FB0093
FB0013
FB0065
FB0008

HB0110   KB4161
KB5189
420001 BF/TF

HA0054   KB4161
KB5189
Toenail Safety

KSIT00098512



NOT CONFIDENTIAL

## SN325+ NAILER
### REPLACEMENT PARTS LIST
### LISTA DE PARTES DE REPUESTO•ERSATSTEILE-LISTE•LISTE DE PIÈCES DE RECHANGE

| PART NO. | DESCRIPTION | DESCRIPCIÓN | BESCHREIBUNG | DÉSIGNATION |
|---|---|---|---|---|
| AA0044 | DETENT ASSEMBLY | ASAMBLE DE FRENO | BREMSE-ZUSAMMENBAU | FREIN D'ASSEMBLÉE |
| AA0053 | MAIN BODY ASSEMBLY | ASAMBLE DE CARCASA | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| AB0029 | DETENT | FRENO | BREMSE | FREIN |
| BA0075 | PISTON ASSEMBLY | ASAMBLE DE PISTON | KOLBEN-ZUSAMMENBAU | PISTON D'ASSEMBLÉE |
| BA0102 | CYLINDER ASSEMBLY | ASAMBLE DE CILINDRO | ZYLINDER-ZUSAMMENBAU | CYLINDRE D'ASSEMBLÉE |
| BA0105 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| BB0049 | DEFLECTOR | DESVIADOR | ABWEISER | DÉFLECTEUR |
| BB0053 | PLATE | PLACA | PLATTE | PLAQUE |
| BB0115 | STOP | TOPE | PUFFER | ARRÊT |
| BC0178 | BUMPER | AMORTIGUADOR | PUFFER | AMORTISSEUR |
| BC0179 | RETAINER | JUNTA TÓRICA | SICHERUNSRING | RETENUE |
| BC0180 | VALVE | VÁLVULA | VENTIL | VALVE |
| BC0194 | CAP | TAPA | KAPPE | BOUCHON |
| CA0038 | HOUSING ASSEMBLY | ASAMBLE DE ALOJAMIENTO | GEHÄUSE-ZUSAMMENBAU | CORPS D'ASSEMBLÉE |
| CA0042 | CAGE ASSEMBLY | ASAMBLE DE CAJA | KÄFIG-ZUSAMMENBAU | CAGE-D'ASSEMBLÉE |
| CB0010 | INSERT | ACOPLAMIENTO | EINSATZ | INSERT |
| CH0002 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0004 | CORE ASSEMBLY | ASAMBLE DE VÁSTAGO | VENTILSTIFT-ZUSAMMENBAU | NOYAU D'ASSEMBLÉE |
| CH0008 | VALVE ASSEMBLY | ASAMBLE DE VÁLVULA | VENTIL-ZUSAMMENBAU | VALVE D'ASSEMBLÉE |
| EB0234 | DRIVER (1/8" CSK.) | PERCUSOR (3.2mm Hundimiento) | TREIBER (3.2mm Überlänge) | COUTEAU (3.2mm Noyer) |
| EB0235 | DRIVER (Regular) | PERCUSOR (Regular) | TREIBER (Standard) | COUTEAU (Régular) |
| EB0236 | DRIVER (1/4" CSK.) | PERCUSOR (6.4mm Hundimiento) | TREIBER (6.4mm Überlänge) | COUTEAU (6.4mm Noyer) |
| EB0237 | DRIVER (Flush) | PERCUSOR (Percutor Corto) | TREIBER (Bündig) | COUTEAU (à Fleur) |
| EC0210 | PISTON | PISTON | KOLBEN | PISTON |
| FB0008 | SPRING | RESORTE | FEDER | RESSORT |
| FB0013 | UPPER SPRING | RESORTE SUPERIOR | OBERFEDER | RESSORT SUPÉRIEUR |
| FB0088 | PLATE | PLACA | PLATTE | PLAQUE |
| FB0093 | GUIDE BODY | PLACA DE NARIZ | NAGELFÜHRUNG | FRONT |
| GA0115 | FEEDER SHOE | ALIMENTADOR | NAGELSCHIEBER | POUSSOIR |
| GA0145 | SHROUD | CUBIERTA | BUCHSE | CACHE |
| GA0169 | RAIL | CARRIL | SCHIENE | RAIL |
| GB0028 | HOUSING | ALOJAMIENTO | GEHÄUSE | CORPS |
| GB0042 | ROLLER | RODILLO | ROLLE | GALET |
| GB0045 | PLATE | PLACA | PLATTE | PLAQUE |
| GB0218 | PIN | PASADOR | STIFT | GOUPILLE |
| GB0299 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0265 | BLOCK-OUT (6d) | GUÍA (6d) | FÜHRUNG (6d) | GUIDE (6d) |
| GC0266 | BLOCK-OUT (8d) | GUÍA (8d) | FÜHRUNG (8d) | GUIDE (8d) |
| GC0268 | BLOCK-OUT (7d) | GUÍA (7d) | FÜHRUNG (7d) | GUIDE (7d) |
| GC0425 | RAIL | CARRIL | SCHIENE | RAIL |
| GC0483 | MOUNT | ADAPTADOR | HALTERUNG | FIXATION |
| GF0015 | RAIL | CARRIL | SCHIENE | RAIL |
| GG0184 | LABEL (BLOCK-OUT) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| GG0188 | LABEL (FASTENER RANGE) | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| HA0054 | TOENAIL SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | SÉCURITÉ |
| HB0042 | COVER | CUBIERTA | ABDECKUNG | COUVERCLE |
| HB0044 | TRIGGER (RESTRICTIVE) | GATILLO (RESTRICTIVO) | AUSLÖSER (EINZELAUSLÖSUNG) | GACHETTE (RESTRICTIF) |
| HB0075 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HB0110 | SAFETY | SEGURO | SICHERHEITSVORRICHTUNG | SÉCURITÉ |
| HB0183 | TRIGGER | GATILLO | AUSLÖSER | GACHETTE |
| HG0009 | LABEL | ETIQUETA | AUFKLEBER | ÉTIQUETTE |
| | (SAFETY PRECAUTIONS) | (NORMAS DE SEGURIDAD) | (SICHERHEITSHINWEISE) | (PRÉCAUTIONS DE SÉCURITÉ) |
| KB0031 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0152 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB0201 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB1488 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1495 | NUT | TUERCA | MUTTER | ÉCROU |
| KB1553 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1554 | PIN | PASADOR | STIFT | GOUPILLE |
| KB1717 | RETAINER | RETÉN | SICHERUNSRING | RETENUE |
| KB2010 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB2731 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB2733 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB2734 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB3121 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB4181 | SPRING | RESORTE | FEDER | RESSORT |
| KB4539 | PIN | PASADOR | STIFT | GOUPILLE |
| KB5004 | SCREW | TORNILLO | SCHRAUBE | VIS |
| KB5005 | SPRING | RESORTE | FEDER | RESSORT |
| KB5061 | SPRING | RESORTE | FEDER | RESSORT |
| KB5083 | PIN (RESTRICTIVE) | PASADOR (RESTRICTIVO) | STIFT (EINZELAUSLÖSUNG) | GOUPILLE (RESTRICTIF) |
| KB5112 | WASHER | ARANDELA | SCHEIBE | RONDELLE |
| KB5113 | SPRING | RESORTE | FEDER | RESSORT |
| KB5169 | SPRING | RESORTE | FEDER | RESSORT |
| KB5249 | SPRING | RESORTE | FEDER | RESSORT |
| KB5266 | SPRING (RESTRICTIVE) | RESORTE (RESTRICTIVO) | FEDER (EINZELAUSLÖSUNG) | RESSORT (RESTRICTIF) |
| LB0007 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0012 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0014 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0017 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0024 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0038 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0083 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0086 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0099 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0131 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0137 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0302 | SEAL | SELLO | DICHTUNG | JOINT |
| LB0769 | SEAL | SELLO | DICHTUNG | JOINT |
| LB3499 | SEAL | SELLO | DICHTUNG | JOINT |
| LB5008 | SEAL | SELLO | DICHTUNG | JOINT |

KSIT00098514

# Exhibit K



# SENCO®
## FASTENING SYSTEMS

Warnings for the safe use of this tool are included in this manual.
Los avisos para el uso seguro de esta herramienta están incluidos en este manual.
Dieses Handbuch enthält die Sicherheitshinweise für die richtige Bedienung dieses Gerätes.
Les consignes pour l'utilisation en tout sécurité de cet outil se trouvent dans ce manuel.

OPERATING INSTRUCTIONS
INSTRUCCIONES DE OPERACION
BETRIEBSANLEITUNG
MODE D'EMPLOI

# SN325+

See your Authorized Senco Dealer, Distributor or Sales/Support Center for additional information.

In the U.S.A., you will find your nearest Senco location listed in the Yellow Pages under "Staples." Or call our toll–free **Action Line:**

**1-800-543-4596**



---

**NFD842 Revised June 18, 1997 (Replaces 12/30/96) © 1990, 1997 by Senco Products, Inc.**

# TABLE OF CONTENTS

Safety Warnings 2
Tool Use 7
Maintenance 10
Troubleshooting 11
Accessories 12
Options 13
Specifications 14

**EMPLOYER'S RESPONSIBILITIES**

Employer must enforce compliance with the safety warnings and all other instructions contained in this manual.

Keep this manual available for use by all people assigned to the use of this tool.

For personal safety and proper operation of this tool, read all of these instructions carefully.

# TABLA DE MATERIAS

Avisos de Seguridad 2
Uso de la Herramienta 7
Mantenimiento 10
Identificación de Fallas 11
Accesorios 12
Opciones 13
Especificaciones 14

**RESPONSABILIDADES DEL EMPLEADOR**

El empleador tiene que hacer cumplir los avisos de seguridad y todas las demás instrucciones que se incluyen en este manual.

Mantenga este manual disponible para que lo usen todas las personas destinadas a hacer uso de esta herramienta.

Es necesario leer todas estas instrucciones, cuidadosamente, para asegurar la seguridad personal y la operación adecuada de esta herramienta.

# INHALTSVERZEICHNIS

Sicherheitshinweise 2
Bedienungsanleitung 7
Wartung 10
Fehlersuche 11
Zubehör 12
Auswahlmöglichkeit 13
Technische Daten 14

**VERANTWORTUNG DES ARBEITGEBERS**

Der Betreiber muß sicherstellen, daß alle betroffenen Beschäftigten die Sicherheitshinweise und alle anderen Anleitungen in diesem Handbuch befolgen.

Dieses Handbuch muß allen Bedienungspersonen zugänglich sein.

Lesen Sie diese Anleitungen sorgfältig, um die persönliche Sicherheit und die richtige Bedienung dieses Gerätes sicherzustellen.

# TABLE DES MATIÈRES

Consignes de Sécurité 2
Utilisation de l'outil 7
Entretien 10
Dépannage 11
Accessoires 12
Options 13
Spécifications 14

**RESPONSABILITÉS DE L'EMPLOYEUR**

L'employeur doit faire respecter l'observation des consignes de sécurité et veiller à ce que toutes les autres instructions contenues dans ce manuel soit suivies.

Ayez ce manuel à la disposition de toutes les personnes chargées d'utiliser cet outil.

Pour votre sûreté personnelle et l'utilisation correcte de cet outil, lisez attentivement toutes ces instructions.

NOT CONFIDENTIAL

KSIT00098375

**Safety Warnings    Avisos de Seguridad    Sicherheitshinweise    Consignes de Sécurité**

| | | |
|---|---|---|
| Read these warnings to prevent injuries to yourself and bystanders. Refer to tool use, maintenance and troubleshooting sections for additional information.<br><br>Lesen Sie zuerst diese Sicherheitshinweise, um Arbeitsunfälle zu vermeiden. Beachten Sie die Anleitungen für die Bedienung, Wartung und Fehlersuche. |  | Lea estos avisos para evitar las lesiones en usted mismo y en los espectadores. Refiérase a las secciones sobre el uso de la herramienta, el mantenimiento y la identificación de fallas, para más información.<br><br>Lisez ces consignes pour éviter des blessures à vous-même ou à toute autre personne se trouvant sur les lieux. Pour un complément d'information reportez-vous aux sections sur l'utilisation de l'outil, son entretien et son dépannage. |
| To prevent eye injuries, always wear OSHA required "Z87" safety glasses with permanently attached rigid, hard plastic side shields. These safety glasses must have "Z87" printed or stamped on them. Be sure everyone in your work area is wearing the same type of safety glasses.<br><br>Um Augenverletzungen zu vermeiden, müssen bei der Benutzung dieses Gerätes Schutzbrillen getragen werden. Stellen Sie sicher, daß auch alle anderen Personen, die sich in der Nähe Ihres Arbeitsplatzes befinden, geeigneten Augenschutz tragen. |  | Para prevenir lesiones en los ojos, use siempre los anteojos de seguridad "Z87" requeridos por OSHA con escudos lateralés rigidos de plasticó duro y adheridos permanentemente. Estos anteojos de seguridad deben tener "Z87" marcado o impreso en elos. Asegúrese que toda persona dentro de su area de trabajo use el mismo tipo de anteojos.<br><br>Afin de proteger vos yeux contre les blessures, portez toujours des lunettes de securité OSHA "Z87" avec caches lateraux en plastique rigide. La mention "Z87" doit etre imprimée ou poinçonnée sur ces lunettes de sécurité. Assurez vous que tout personne se trouvant pres du secteur de travail porte des lunettes de sûreté. |
| Always wear other personal protective equipment such as hearing protection and hard hat.<br><br>Tragen Sie immer die für Ihren Arbeitsplatz vorgeschriebenen persönlichen Körperschutzmittel wie Schutzhelm, Gehörschutz. |  | Siempre use otro equipo de protección personal tal como protección del oído y casco.<br><br>Portez toujours tout autre équipement de protection comme par exemple les protecteurs d'oreille et le casque de métal. |
| Never use oxygen, carbon dioxide or any other bottled gas as a power source for this tool; the tool will explode and cause serious injury.<br><br>Sauerstoff, Kohlendioxid, oder sonstige Flaschengase dürfen nie als Treibmittel für dieses Gerät benutzt werden! Sonst wird das Gerät explodieren und schwere Verletzungen verursachen. |  | Nunca use oxígeno, anhídrido carbónico o cualquier otro gas embotellado como fuente de fuerza para esta herramienta; la herramienta explotará y producirá lesiones graves.<br><br>N'utilisez jamais de l'oxygène, du gaz carbonique ou tout autre gaz en bouteille comme source d'énergie pour cet outil ; cela causerait l'explosion de l'outil et entraînerait de graves blessures. |
| Remove finger from trigger when not driving fasteners. Never carry tool with finger on trigger; tool will eject fastener if safety element is bumped.<br><br>Nehmen Sie den Finger vom Auslöser, wenn kein Befestiger getrieben werden soll. Transportieren Sie das Gerät nicht mit betätigtem Auslöser; das Gerät könnte unbeabsichtigt einen Befestiger austreiben, wenn die Auslösesicherung angestoßen wird. |  | Remueva el dedo del disparador cuando no esté clavando los sujetadores. Nunca lleve la herramienta con el dedo en el disparador; la herramienta expulsará los sujetadores si se le pega en la seguridad.<br><br>Enlevez le doigt de la détente quand vous n'enfoncez pas des projectiles. Ne transportez jamais l'outil avec votre doigt sur la détente ; l'outil éjectera des projectiles si le palpeur de sécurité est heurté. |

NOT CONFIDENTIAL    KSIT00098376

# Safety Warnings   Avisos de Seguridad   Sicherheitshinweise   Consignes de Sécurité

| | | |
|---|---|---|
| Disconnect tool from air before doing tool maintenance, clearing a jammed fastener, leaving work area, moving tool to another location, or handing the tool to another person.<br><br>Trennen Sie die Luftzufuhr vom Gerät, bevor das Gerät gewartet oder repariert, eine Verklemmung beseitigt, das Gerät an einen anderen Arbeitsplatz gebracht wird oder Sie Ihren Arbeitsplatz verlassen, oder das Gerät an eine andere Person weitergeben. |  | Desconecte la herramienta del aire antes de darle mantenimiento a la herramienta de arreglar un sujetador atascado, de dejar el área de trabajo o de mover la herramienta a otro lugar, o entregar la herramienta a otro persona.<br><br>Coupez l'arrivée d'air comprimé avant toute intervention sur l'appareil (maintenance ou dégagement d'un projectile coincé) ou avant de vous éloigner du secteur de travail ou avant de déplacer l'appareil, ou encore avant de le donner à une autre personne. |
| Fire fasteners into work surface only; never into materials too hard to penetrate.<br><br>Betätigen Sie das Gerät nur, wenn die Mündung auf ein Werkstück aufgesetzt ist. Werkstücke aus zu harten Materialien vermeiden. |  | Dispare los sujetadores en la superficie de trabajo solamente; nunca en materiales que sean muy duros para penetrarlos.<br><br>Cloutez uniquement dans la surface de travail ; jamais dans des matériaux trop durs à pénétrer. |
| Do not drive fasteners on top of other fasteners or with the tool at too steep of an angle; the fasteners can ricochet and hurt someone.<br><br>Befestiger nicht auf andere Befestiger treiben oder das Gerät zu schräg aufsetzen: Befestiger könnten abprallen und jemanden verletzen. |  | No clave los sujetadores uno encima uno del otro o con la herramienta con un ángulo muy empinado; los sujetadores pueden rebotar y pueden herir a alguien.<br><br>N'enfoncez pas des projectiles sur d'autres projectiles ou avec l'outil à un angle trop grand ; les projectiles peuvent ricocher et blesser quelqu'un. |
| When using tool, care should be taken due to possibility of tool recoil. If safety element is unintentionally allowed to re-contact work surface following a recoil, an unwanted fastener will be driven. Therefore, allow tool to recoil completely off work surface to avoid this condition. Do not push safety element on work surface until a second fastener is desired.<br>Beim Einsatz des Gerätes ist darauf zu achten, daß das Gerät einen Rückschlageffekt hat. Sollte die Auslösevorrichtung unbeabsichtigt die Werkstoff-oberfläche berühren, kann es zu einem ungewohnten Setzen eines Befestigers kommen. Daher ist es ratsam, das Gerät ganz vom Werkstück abzuheben und nur dann aufzusetzen, wenn eine Befestigung gewollt wird. |  | Cuando este usando la herramienta deberá tomarse en cuenta. La posibilidad de un rebote. Si al rebotar se le permite el seguro no intencionalmente volver a tocar la superficie de trabajo un segundo sujetador será disparado. Por lo tanto evite que en el rebote la herramienta vuelva a tocar la superficie de trabajo. No presione el seguro en la superficie de trabajo hasta que un sujetador sea deseado.<br>Lors de l'utilisation de l'appareil, faites attention car le rebond de l'appareil peut déclencher le tir d'un projectile si l'élément de sécurité "de contact" est réarmé. Afin d'éviter cela, laisser l'appareil rebondir sans essayer de le maintenir en contact avec la surface de travail. |
| Do not drive fasteners close to the edge of the work surface. The workpiece is likely to split and the fastener could fly free or ricochet and hit someone.<br><br>Setzen Sie Befestiger nicht zu dicht an die Kante des Werkstückes. Die Kante könnte abplatzen und der Befestiger könnte wegfliegen oder abprallen und jemanden verletzen. |  | No clave sujetadores cerca del borde de la superficie de trabajo. La pieza de trabajo seguramente se partirá y el sujetador podría volar solo o rebotar y pegarle a alguien.<br><br>N'enfoncez pas les projectiles près du bord de la surface de travail. La pièce sur laquelle vous travaillez se fendrait probablement et les projectiles pourraient être projetés ou ricocher et blesser quelqu'un. |

NOT CONFIDENTIAL

KSIT00098377

## Safety Warnings    Avisos de Seguridad    Sicherheitshinweise    Consignes de Sécurité

| | | |
|---|---|---|
| Tool may eject a nail when connected to air supply; therefore, remove all nails from tool before connecting air.<br><br>Nach einer Reparatur könnte die Möglichkeit bestehen, daß das Gerät beim Anschluß an die Luftzufuhr einen Befestiger austreibt. Deshalb das Gerät immer erst an die Druckluft anschließen und dann laden. |  | La herramienta puede expulsar un clavo al estar conectada al suministro de aire, por lo tanto, remueva todos los clavos antes de conectar la herramienta al suministro de aire.<br><br>L'outil peut éjecter un projectile quand il est racordé à l'alimentation en air, par conséquent, enlevez tous les projectiles avant le raccordement à l'air. |
| Never use tool if safety element, trigger or springs have become inoperable, missing or damaged. Do not tamper with or remove safety element, trigger, or springs.<br><br>Benutzen Sie das Gerät niemals, wenn die Auslösesicherung, der Auslöser oder die Federn fehlen oder beschädigt sind. Manipulieren oder entfernen Sie diese Teile niemals. |  | Nunca use la herramienta si el disparo, la seguridad o los resortes se han vuelto inoperantes, si faltan o están dañados. No maneje indebidamente o remueva la seguridad, el disparador o los resortes.<br><br>N'utilisez jamais l'outil si le palpeur de sécurité, la détente ou les ressorts sont inutilisables, manquants ou endommagés. N'altérez pas ceux-ci et ne les enlevez pas. |
| Make sure all screws and caps are securely tightened at all times. Make daily inspections for free movement of trigger and safety element. Never use the tool if parts are missing or damaged.<br><br>Kontrollieren Sie regelmäßig an Ihrem Gerät den festen Sitz aller Schrauben und Muttern. Überprüfen Sie täglich, ob sich Auslöser und Auslösesicherung frei bewegen lassen. Benutzen Sie das Gerät nie, wenn Teile fehlen oder schadhaft sind. |  | Asegúrese de que todos los tornillos y tapas estén asegurados en forma apretada, en todo momento. Realice inspecciones diarias asegurandose que el Gatillo y el seguro se mueven libremente. Nunca use la herramienta si hay partes que faltan o que están dañadas.<br><br>Assurez-vous que tous les vis et couvercles soient serrés en permanence. Par une inspection journalière, assurez-vous que la détente et le palpeur de sécurités fonctionnent librement. N'utilisez jamais l'outil si des pièces manquent ou sont endommagées. |
| Use only parts, fasteners, and accessories recommended or sold by SENCO. Do not modify tool without authorization from SENCO.<br><br>Verwenden Sie nur Ersatzteile, Befestiger und Zubehörteile, die von SENCO empfohlen und/oder verkauft werden. Nehmen Sie ohne Authorisation seitens SENCO keine Veränderungen vor. |  | Use solamente partes, sujetadores y accesorios recomendados o vendidos por SENCO. No modifique la herramienta sin autorización de SENCO.<br><br>Utilisez uniquement les pièces de rechange, accessoires et projectiles recommandés ou vendus par SENCO. Ne modifiez jamais un appareil sans l'autorisation explicite de SENCO. |
| Always assume the tool contains fasteners. Keep the tool pointed away from yourself and others. No horseplay. Respect the tool as a working implement.<br><br>Nehmen Sie immer an, daß das Gerät Befestiger enthält.<br><br>Richten Sie das Gerät nicht gegen sich oder jemand anderen, gleichgültig ob es Befestiger enthält oder nicht.<br><br>Nicht damit herumspielen. Betrachten Sie das Gerät als ein Werkzeug. |  | Siempre suponga que la herramienta contiene sujetadores. Mantenga la herramienta apuntando en la dirección opuesta de usted y de los demás. No juegue con ella. Respete a la herramienta como un implemento de trabajo.<br><br>Présumez toujours que l'outil contient des projectiles. Maintenez l'outil pointé à l'écart de vous-même et d'autres personnes. Pas de jeu de mains ! Respectez l'outil en tant qu'instrument de travail. |

NOT CONFIDENTIAL    KSIT00098378

**Safety Warnings   Avisos de Seguridad   Sicherheitshinweise   Consignes de Sécurité**

| | | |
|---|---|---|
| Use only clean, dry, regulated compressed air at recommended pressure (see page 14).<br><br>Nur reine, trockene, geregelte Druckluft mit dem empfohlen Druck benutzen (Seite 14). |  | Use solamente aire comprimido limpio, seco y regulado a las presiones recomendadas (ver pagina 14).<br><br>Utilisez uniquement de l'air comprimé réglé, propre et sec, à la pression recommandée (voir page 14). |
| Tools shall not be connected to air pressure which potentially exceeds 200 psig or 13.7 bar.<br><br>Die Geräte dürfen nicht an ein Luftdruckversorgungsnetz angeschlossen werden, welches den ständigen Druck von 13,7 bar überschreitet. |  | Las herramientas no deben ser conectadas a preción de aire que potencialmente exceda 200 psig o 13,7 bar.<br><br>Les appareils ne doivent être raccordés qu'à un réseau dont il est assuré que la pression maximale ne peut dépasser 200 psig ou 13,7 bar. |
| Air compressors used to supply compressed air to this tool must comply with requirement ANSI B 19.3–1981 (U.S.), "Safety Standard For Compressors For Process Industries."<br><br>Die für diese Geräte verwendeten Druckluft–Kompressoren müssen den gesetzlichen Sicherheitsanforderungen entsprechen. |  | Los compresores de aire usados para suministrar aire comprimido a esta herra-mienta tienen que cumplir con el requisito ANSI B 19,3 –1981 (EE UU), "Estandards de Seguridad para los Compresores de la Industria Manufacturera" ("Safety Standard For Compressors For Process Industries").<br><br>Les compresseurs d'air comprimé utilisés pour l'alimentation en air comprimé de cet outil doivent se conformer à la norme ANSI B 19,3 –1981 (U.S.), "Norme de sécurité pour les compresseurs au sein des industries de transformation" ("Safety Standard For Compressors For Process Industries"). |
| Air hose must have a minimum working pressure rating of 150 psig (10.3 bar) or 150% of the maximum pressure produced in the system, whichever is higher.<br><br>Der Druckluftschlauch muß für 10,3 bar ausgelegt sein, mindestens jedoch für 150% des Druckes, mit dem das Gerät betrieben wird. |  | La manguera de aire tiene que tener una capacidad mínima de presión de trabajo de 150 psig (10,3 bar) o 150% de la presión máxima producida en el sistema, cualquiera sea la mayor.<br><br>Le tuyau d'alimentation doit résister à une pression minimum de travail de 150 psig (10,3 bar) ou 150% de la pression maximum produite dans le système, quelle que soit celle qui est la plus élevée. |
| The tool and air supply hose must have a hose coupling such that all pressure is removed from the tool when the coupling joint is disconnected.<br><br>Das Gerät und der Druckluftschlauch müssen durch solche Schnellkupplung so verbunden sein, daß beim Trennen die Druckluft aus dem Gerät entweicht. | <br> | La herramienta y la manguera de suministro de aire tienen que tener un acople para la manguera de modo que toda la presión sea removida de la herramienta cuando se desconecta la junta del acople.<br><br>L'outil et le tuyau d'alimentation en air doivent comporter un raccord agencé de telle façon que toute la pression est enlevée de l'outil quand le raccord est séparé de l'outil. |

5

KSIT00098379

## Safety Warnings   Avisos de Seguridad   Sicherheitshinweise   Consignes de Sécurité

| | | |
|---|---|---|
| Do not load fasteners with trigger or safety element depressed.<br><br>Laden Sie das Gerät nicht, wenn der Auslöser oder die Auslösesicherung betätigt sind. | | No cargue los sujetadores con el disparo o la seguridad oprimidos.<br><br>Ne chargez pas des clous en appuyant sur la détente ou sur le palpeur de sécurité. |
| Do not use tool without danger label on tool. If label is missing, damaged or unreadable, contact your SENCO representative to obtain a new label.<br><br>Benutzen Sie das Gerät nicht ohne den Aufkleber mit Sicherheitshinweisen. Sollte der Aufkleber fehlen, beschädigt oder unleserlich sein, wenden Sie sich wegen Ersatz an Ihren SENCO-Händler. | ⚠ DANGER<br><br>SENCO PRODUCTS INC. CINCINNATI, OH 45244 | No use la herramienta sin la etiqueta de Avisos de Seguridad. Si la etiqueta esta dañada, no se puede leer o falta completamente. Comuníquese con su representante de SENCO para obtener una etiqueta nueva.<br><br>N'utilisez pas l'appareil sans l'étiquette de sécurité. Si l'étiquette est manquante, endommagée ou illisible, prendre contact avec votre représentant SENCO pour en obtenir une autre. |
| Never use a tool that leaks air or needs repair.<br><br>Kein undichtes oder schadhaftes Gerät benutzen. | | Nunca use una herramienta que tenga escapes de aire o que necesite reparación.<br><br>N'utilisez jamais un outil qui a des fuites d'air ou qui a besoin d'être réparé. |
| Always place yourself in a firmly balanced position when using or handling the tool.<br><br>Bei Benutzung und Handhabung des Gerätes eine standsichere Position einnehmen. | | Siempre coloquese usted en una posición firmemente equilibrada cuando use o maneje la herramienta.<br><br>Veiller à toujours être en position stable pour toute utilisation ou intervention sur l'appareil. |
| For information on the "SENCO Safety First Program," contact your SENCO representative.<br><br>Um Information über das "SENCO Program" "Sicherheit zuerst" zu erhalten, wenden Sie sich an Ihren SENCO-Händler. | Safety First. ✚ The only way to work.® | Para información sobre el "Programa de SENCO la Seguridad es Primero" comuníquese con su representante de SENCO.<br><br>Prendre contact avec votre représentant SENCO tout renseignement sur "Le Programme SENCO de Première Urgence". |

NOT CONFIDENTIAL

KSIT00098380

**Tool Use     Uso de la Herramienta     Bedienungsanleitung     Utilisation de l'Outil**

Read section entitled "Safety Warnings" before using tool.

Vor dem Einsatz des Gerätes bitte die Sicherheitshinweise lesen.



Lea la sección titulada "Avisos de Seguridad" antes de usar la herramienta.

Avant d'utiliser l'outil, lisez le chapitre intitulée "Consignes de Sécurité".

---

Keep tool pointed away from yourself and others and connect air to tool.

Beim Anschließen an die Druckluftleitung ist darauf zu achten, daß das Gerät so gehalten wird, daß die Nagelaustritts- öffnung nie auf Sie oder andere Personen gerichtet ist.



Mantenga la herramienta apuntando en dirección opuesta de usted y de otros y conecte el aire a la manguera.

Maintenez l'outil pointé à l'écart d'autres personnes et de vous-même et raccor- dez l'air à l'outil.

---

Never use a tool that leaks air or needs repair.

Kein undichtes oder schadhaftes Gerät benutzen.



Nunca use una herramienta que tenga escapes de aire o que necesite ser reparada.

N'utilisez jamais un outil qui a des fuites d'air ou qui a besoin d'être réparé.

---

To Load:
Insert strip of nails into rear of magazine. Use only genuine SENCO fasteners. Do not load with safety element or trigger depressed.
Laden des Magazins:
Nagelstreifen von hinten in das Magazin einführen. Ausdrücklich weisen wir darauf hin, daß als Befestigungsmittel für die Geräte gemäß den Unfallverhütungsvor- schriften für tragbare Eintreibgeräte nur die in dieser Betriebsanleitung aufgeführten Original-SENCO-Nägel zugelassen sind. Laden Sie das Gerät nicht, wenn der Auslösehebel oder die Auslösesicherung betätigt ist.



Para cargar:
Inserte la tira de clavos en la parte de atrás del área de almacenamiento. Use solamente sujetadores SENCO auténticos. No cargue con el disparo o la seguridad oprimidos.
Pour charger :
Introduisez une bande de clous dans la partie arrière du magasin. Utilisez uniquement les véritables clous SENCO. Veillez à ne pas appuyer sur le palpeur de sécurité ou sur la détente quand vous chargez.

---

Pull feeder shoe back.

Nagelvorschieber zurückziehen.



Tire la zapata del alimentador.

Tirez le poussoir en arrière.

7

NOT CONFIDENTIAL                                    KSIT00098381

## Tool Use     Uso de la Herramienta     Bedienungsanleitung     Utilisation de l'Outil



| | | |
|---|---|---|
| Tools with "Dual-Action" trigger can be fired two ways:<br><br>a) Position safety element against work surface and pull trigger..."Trigger Fire."<br>b) Pull trigger and push safety element against work surface for operation each time the safety element is pushed against the work surface. This "bottom-fire" mode of operation is preferred when high speed, rapid fastener placement is desired. |  | Las herramientas con gatillo de accion doble pueden ser disparadas de dos maneras:<br><br>a) Oprima el seguro contra la superficie de trabajo y apriete el gatillo...Disparo de gatillo.<br>b) Jale el gatillo y posteriormente presione el seguro contra la superficie de trabajo para que se active cada vez que el seguro sea presionado contra la superficie de trabajo. Este modo de operación "Disparo por golpeteo del seguro" es preferido cuando se desea alta velocidad de los sujetadores. |
| Geräte mit Doppelauslösung können wie folgt ausgelöst werden:<br><br>a) durch Betätigung von Abzug und Sicherheitsvorrichtung.<br>b) oder...betatigen Sie den Ausloser und setzen Sie das Gerät mit der Auslösesicherung auf das Werkstück. Bei jedem Aufsetzen wird ein Eintreibvorgang ausgelost. Diese Doppelauslosung eignet sich für schnelles, aufeinanderfolgendes Eintreiben von vielen Befestigern. | | Les appareils équipés de déclenchement "au touché / par gâchette" peuvent être utilisés de 2 façons différentes :<br><br>a) Déclenchement par "gâchette" : Appliquer le palpeur de sécurité de l'appareil à l'endroit désiré et activer la gâchette.<br>b) tirer la gâchette et appuyer la sécurité sur la surface de travail, pour provoquer un tir ; chaque nouvel appui de la sécurité sur la surface de travail provoquera un nouveau tir. Ce mode de travail "à la volée" est apprécié pour les travaux de projectiles très rapides. |
| Tools with "Restrictive" trigger can only be trigger fired. First depress safety element against work surface then pull trigger. This feature is helpful when precise fastener placement is required.<br>Read the "Customer Satisfaction and Safety Reminder" (CSSR) in the tool and fastener boxes for safety information regarding the Dual Action and Restrictive triggers. Under certain conditions, the Restrictive trigger may reduce the possibility of injury to you or to others working with you.<br><br>Geräte mit Einzelauslösung (Standard in Deutschland) können nur mit dem Auslöser betätigt werden. Setzen Sie zuerst die Auslösesicherung auf das Material und betätigen Sie dann den Auslöser. Diese Vorgehensweise ermöglicht ein genaues Placieren des Befestigers.<br>Lesen Sie die instruktionen für "Kundenzufriedenheit und Sicherheitsvorschriften" (CSSR), über Sicherheitsinformationen, für die Doppelaktion und die beschränkte lätigkeit des Auslösers, die sich im Werkzeugkasten befinden. Unter bestimmten Umständen kann die beschränkte Auslösertätigkeit die Verletzungsgefahr für Sie und andere, die mit ihnen arbeiten, reduzieren. |  | Las herramientas con "Gatillo Restringido" solamente se pueden disparar con el gatillo. Primero apriete el elemento de seguridad contra la superficie de trabajo y después tire del gatillo. Ésta característica es útil cuando se requiere precisión en la colocación de los sujetadores.<br>Lea el "Recordatorio de Seguridad y Satisfacción del Cliente" (CSSR) en las cajas de sujetadores y de las herramientas para información sobre seguridad de los Gatillos Restringido y de Acción Dual. Bajo ciertas condiciones, el Gatillo Restringido puede reducir la posibilidad de heridas a su persona o a otros que trabajen con usted.<br><br>Les appareils version "tir restrictif" ne peuvent être actionnés que par la gâchette. Appuyer d'abord la sécurité contre la surface de travail, puis actionner la gâchette. Ce depositif est utile lorsqu'un placement précis du clou demande.<br>Lire le "Rappel de Sécurité et Satisfaction du Client" (CSSR) dans les boites à outils et fixations pour les informations de sécurité concernant les Détentes à Double Action et à Restriction. Dans certaines circonstances, la Détente à Restriction peut réduire la possibilité de se blesser ou de blesser d'autres personnes. |
| Remove finger from trigger when not driving fasteners. Never carry tool with finger on trigger; tool will eject fastener if safety element is bumped.<br><br>Nehmen Sie den Finger vom Auslöse-hebel, wenn kein Befestiger getrieben werden soll. Transportieren Sie das Gerät nicht mit betätigtem Auslösehebel; das Gerät könnte unbeabsichtigt einen Befestiger austreiben, wenn die Auslöse-sicherung angestoßen wird. |  | Remueva el dedo del disparador cuando no esté clavando los sujetadores. Nunca lleve la herramienta con el dedo en el disparador; la herramienta expulsará los sujetadores si se le pega en la seguridad.<br>Enlevez le doigt de la détente quand vous n'enfoncez pas des projectiles. Ne transportez jamais l'outil avec votre doigt sur la détente ; l'outil éjectera des projectiles si le palpeur de sécurité est heurté. |

NOT CONFIDENTIAL     KSIT00098382

**Tool Use      Uso de la Herramienta      Bedienungsanleitung      Utilisation de l'Outil**

| | | |
|---|---|---|
| Should a nail jam occur, disconnect air supply.<br><br>Wenn ein Nagel klemmt, das Gerät von der Druckluftleitung trennen. |  | Si se produce un altascamiento de un clavo, desconecte el suministro de aire.<br><br>Au cas ou il se produirait un coinçage de clous, coupez l'alimentation en air. |
| Release the feeder shoe and slide it forward. Remove fasteners from the tool.<br><br>Nagelschieber entriegeln und nach vorm schieben. Befestiger aus dem Gerät nehmen. |  | Suelte el alimentador y deslícelo hacia adelante. Retire los sujetadores de la herramienta.<br><br>Relâcher le poussoir et le faire glisser vers l'avant enlever les projectiles. |
| Release E-Z Clear latch and open door.<br><br>Klappe entriegeln und öffnen. |  | Suelte el pestillo de alivio fácil (E-Z) y abra la puerta.<br><br>Relâchez le loquet transparent "E-Z" et ouvrez le volet de front. |
| Remove jammed fastener. Close door and latch.<br><br>Verklemmten Nagel entfernen, Klappe schließen und verriegeln. |  | Remueva el sujetador atascado. Cierre la puerta con pestillo.<br><br>Enlevez le clou coinçé. Fermez le volet de front et le loquet. |
| Connect air supply and replace fasteners. Pull feeder shoe back.<br><br>Erst Gerät an die Druckluftleitung anschließen, dann Befestiger einlegen. Nägelschieber zurückziehen. |  | Conecte la línea de aire y reemplace los clavos. Tire la zapata del alimenta-dor.<br><br>Reconnectez la conduite d'air comprimé et rechargez le magasin. Tirez le poussoir en arrière. |

NOT CONFIDENTIAL                                                                    KSIT00098383

**Maintenance**          **Mantenimiento**          **Wartung**          **Entretien**

| | | |
|---|---|---|
| Read section titled "Safety Warnings" before maintaining tool.

Zuerst die Sicherheitshinweise lesen! |  | Lea la sección titulada "Avisos de Seguridad" antes de darle mantenimiento a la herramienta.

Lisez la section intitulée "Consignes de Sécurité" avant d'effectuer l'entretien de l'outil. |
| All screws should be kept tight. Loose screws result in unsafe operation and parts breakage.

Alle Schrauben und Mutter müssen fest angezogen sein. Lose Schrauben und Muttern bedeuten Sicherheitsrisiko und Teilebruch. |  | Todos los tornillos tienen que mantenerse apretados. Los tornillos sueltos pueden producir una operación no segura y quebraduras de partes.

Toutes les vis doivent être maintenues serrées à fond. Les vis desserrées entraînent un manque de sûreté du fonctionnement et la rupture de pièces. |
| With tool disconnected, make daily inspection to assure free movement of safety element and trigger. Do not use tool if safety element or trigger sticks or binds.

Prüfen Sie täglich (das Gerät muß vorher von der Druckluftleitung getrennt worden sein!), ob sich die Auslösehebel und die Auslösesicherung frei bewegen lassen. Benutzen Sie das Gerät nicht, wenn der Auslöser oder die Auslösesicherung schwergängig ist. |  | Con la herramienta desconectada, haga inspecciones diarias para asegurar un movimiento libre de la seguridad y del disparador. No use la herramienta si la seguridad o el disparador se pegan o se atascan.

L'outil étant séparé de l'alimentation en air, effectuez une inspection journalière pour assurer le libre mouvement du palpeur de sécurité et de la détente. N'utilisez pas l'outil si le palpeur de sécurité ou la détente colle ou se coince. |
| Squirt SENCO pneumatic oil (5 to 10 drops) into the air inlet twice daily (depending on frequency of tool use).

Wenn keine Wartungseinheit vorhanden ist, spritzen Sie SENCO Pneumatic–Öl in die Luftzuführung des Gerätes; bei normaler Beanspruchung genügen zweimal täglich 5 Tropfen. |  | Aplique aceite neumático SENCO en la entrada de aire dos veces al día (dependiendo en la frecuencia de uso 5 A 10 Gotas).

Avec une burette, placer 5 à 10 gouttes d'huile pneumatique dans l'arrivée d'air deux fois par jour (dépend de l'intensité de l'utilisation de l'appareil). |
| Wipe tool clean daily and inspect for wear. Use non-flammable cleaning solutions only if necessary-DO NOT SOAK. **Caution:** Such solutions may damage O-rings and other tool parts.

Reinigen Sie das Gerät täglich und untersuchen Sie es auf Verschleiß. Keine brennbaren Reinigungsmittel verwenden. Gerät nicht eintauchen. **Vorsicht:** Lösungsmittel können O-Ringe und andere Teile des Gerätes zerstören. |  | Use soluciones de limpieza no flamables solamente si es necesario-NO LA REMOJE. **Precaución:** Tales soluciones pueden dañar los empaques y otras partes de la herramienta.

Nettoyez l'outil chaque jour à l'aide d'un chiffon et inspectez-le pour déceler une éventuelle usure. Utilisez uniquement des solvants non inflammables en cas de nécessité-NE LE FAITES PAS TREMPER ! **Attention :** De tels produits peuvent endommager les joints et autres pièces de l'appareil. |

NOT CONFIDENTIAL

KSIT00098384

# Troubleshooting    Identificación de Fallas    Fehlersuche    Dépannage



**WARNING**
Repairs other than those described here should be performed only by trained, qualified personnel. Contact SENCO for information at 1-800-543-4596.

**ALERTA**
Las reparaciones, fuera de aquellas descritas aqui, deben de ser llevadas a cabo solamente por personal entrenado y calificado. Póngase en contacto con SENCO para información 1-800-543-4596.

**ACHTUNG**
Reparaturarbeiten, die hier nicht beschrieben sind, dürfen nur von Sachkundigen im Sinne der Sicherheitsvorschriften durchgeführt werden. Wenden Sie sich an authorisierte SENCO-Service-Stellen.

**AVERTISSEMENT**
Les réparations autres que celles décrites ici doivent être réalisées uniquement par du personnel qualifié ayant reçu la formation appropriée. Pour toute information, prenez contact avec SENCO par téléphone en appelant Le Distributeur agréé.

Read section titled "Safety Warnings" before maintaining tool.
Lea la sección titulada "Avisos de Seguridad" antes de darle mantenimiento a la herramienta.
Zuerst die Sicherheitshinweise lesen! Lisez la section intitulée "Consignes de Sécurité" avant d'effectuer l'entretien de l'outil.

| SYMPTOM SYMPTOME | SÍNTOMA SYMPTÔME | SOLUTION BESEITIGUNG | SOLUCIÓN SOLUTION |
|---|---|---|---|
| 1. Air leak near top of tool. El aire se escapa cerca de la parte superior de la herramienta. Gerät oben undicht. Fuite d'air près du sommet de l'outil. | | Tighten screws or install Parts Kit A. Tighten screws or replace parts marked by letter "A." Apriete los tornillos o instale el Juego de Partes A (Parts Kit A). Apriete los tornillos o reemplace las partes marcadas con la letra A. Schrauben gut anziehen, ggf. Gerät mit den Teilen aus dem mit "A" gekennzeichneten Reparatursatz instandsetzen. Serrez les vis à fond ou remplacez les pièces portant la lettre "A". | |
| 2. Tool does nothing. La herramienta no funciona. Gerät funktioniert nicht. L'outil ne fonctionne pas du tout. | | Verify air supply or install Parts Kit A. Verify air supply or replace parts marked by letter "A." Verifique el suministro de aire o instale el Juego de Partes A (Parts Kit A). Verifique el suministro o reemplace las partes marcadas con la letra A. Luftanschluß überprüfen, ggf. Gerät mit den Teilen aus dem mit "A" gekennzeichneten Reparatursatz instandsetzen. Vérifiez l'alimentation en air ou remplacez les pièces portant la lettre "A". | |
| 3. Sluggish operation. Operación lenta. Träge Funktion. Fonctionnement lent. | | Install Parts Kit A. Replace parts marked by letter "A." Instale el Juego de Partes A (Parts Kit A). Reemplace las partes marcadas con la letra A. Reparieren mit den Teilen aus dem mit "A" gekennzeichneten Reparatursatz. Remplacez les pièces portant la lettre "A". | |
| 4. Air leak near bottom of tool. El aire se fuga cerca de la parte inferior de la herramienta. Gerät unten undicht. Fuite d'air près de la base de l'outil. | | Tighten screws or install Parts Kit B. Tighten screws or replace parts marked by letter "B." Apriete los tornillos o instale el Juego de Partes B (Parts Kit B). Apriete los tornillos o reemplace las partes marcadas con la letra B. Schrauben gut anziehen, ggf. Gerät mit den Teilen aus dem mit "B" gekennzeichneten Reparatursatz instandsetzen. Serrez les vis à fond ou remplacez les pièces portant la lettre "B". | |
| 5. Poor return. Mal retorno. Schlechte Treiber-Rückführung. Retour inadéquat. | | Clean tool or install Parts Kit B. Clean tool or replace parts marked by "B." Limpié la herramienta o instale el Juego de Partes B (Parts Kit B). Limpié la herramienta o reemplace las partes marcadas con la letra B. Gerät reinigen, ggf. mit den Teilen aus dem mit "B" gekennzeichneten Reparatursatz instandsetzen. Nettoyez l'outil ou remplacez les pièces portant la lettre "B". | |

NOT CONFIDENTIAL    KSIT00098385

**Troubleshooting    Identificación de Fallas    Fehlersuche    Dépannage**

| SYMPTOM SÍNTOMA<br>SYMPTOME SYMPTÔME | SOLUTION<br>BESEITIGUNG | SOLUCIÓN<br>SOLUTION |
|---|---|---|
| 6. Weak drive.<br><br>Impulsión débil.<br><br>Schwaches Eintreiben.<br><br>Entraînement déficient. | Verify adequate air supply or install Parts Kit C.<br>Verify adequate air supply or replace parts marked by "C."<br><br>Verifique si el suministro de aire está adecuado o instale el Juego de Partes C (Parts Kit C).<br>Verifique si el suministro de aire está adecuado o reemplace las partes marcadas con la letra C.<br><br>Luftzufuhr überprüfing, ggf. das Gerät mit den Teilen aus dem mit "C" gekennzeichneten Reparatursatz instandsetzen.<br><br>Vérifiez l'alimentation en air adéquate ou remplacez les pièces portant la lettre "C". | |
| 7. Broken driver or worn driver.<br><br>Impulsor quebrado o desgastado.<br><br>Gebrochener oder verschlissener Treiber.<br><br>Couteau cassé ou usé. | Install parts Kit C.<br>Replace parts marked by "C."<br><br>Instale el Juego de Partes C (Parts Kit C).<br>Reemplace las partes marcadas con la letra C.<br><br>Instandsetzen mit den Teilen aus dem mit "C" gekennzeichneten Reparatursatz.<br><br>Remplacez les pièces portant la lettre "C". | |
| 8. Poor feed.<br>Mala alimentación.<br><br><br>Schlechter Vorschub.<br><br>Alimentation inadéquate. | Clean tool or lubricate magazine or install Parts Kit D.<br>Clean tool or lubricate magazine or replace parts marked by "D."<br>Limpié la herramienta o lubrique el área de almacenamiento o instale el Juego de Partes D (Parts Kit D).<br>Limpié la herramienta o lubrique el área de almacenamiento o reemplace las partes marcadas con la letra D.<br>Gerät reinigen oder das Magazin ölen, ggf. das Gerät mit den Teilen aus dem mit "D" gekennzeichneten Reparatursatz instandsetzen.<br>Nettoyez l'outil ou lubrifiez le magasin ou remplacez les pièces portant la lettre "D". | |
| 9. Tool jamming.<br>Atascamiento de la herramienta.<br><br><br>Befestiger klemmt.<br><br>Enrayage de l'outil. | Clean tool or lubricate magazine or install Parts Kit D.<br>Clean tool or lubricate magazine or replace parts marked by "D."<br>Limpié la herramienta o lubrique el área de almacenamiento o instale el Juego de Partes D (Parts Kit D).<br>Limpié la herramienta o lubrique el área de almacenamiento o reemplace las partes marcadas con la letra D.<br>Gerät reinigen oder das Magazin ölen, ggf. das Gerät mit den Teilen aus dem mit "D" gekennzeichneten Reparatursatz instandsetzen.<br>Nettoyez l'outil ou lubrifiez le magasin ou remplacez les pièces portant la lettre "D". | |
| 10. Other problems.<br><br>Otros problemas.<br><br>Sonstige Probleme.<br><br>Autres problèmes. | Contact SENCO.<br><br>Póngase en contacto con SENCO.<br><br>Wenden Sie sich an Ihren SENCO-Händler.<br><br>Prenez contact avec SENCO. | |

## Accessories         Accesorios         Zubehör         Accessoires

SENCO offers a full line of accessories for your SENCO tools, including:
Air Compressors
Hose
Couplers
Fittings
Safety Glasses
Pressure Gauges
Lubricants
Regulators
Filters
For more information or a complete illustrated catalogue of SENCO accessories, ask your representative for #DLD118.

SENCO ofrece una línea completa de Accesorios para sus herramientas SENCO, incluyendo:
Compresores de Aire
Manguera
Conectores Rapidos
Conectores
Anteojos De Seguridad
Manometros
Lubricantes
Reguladores
Filtros
Para mas informacion ó un pour recevoir un catalogo completo ilustrado de los Accesorios SENCO, pregunte a su representante pour el numero DLD118.

SENCO bietet Ihnen ein komplettes Programm an Zubehör für Ihr SENCO Gerät:
Kompressoren
Anschlußelemente
Schmiermittel
Schläuche
Schutzbrillen
Reduzierventile
Kupplungen
Manometer und Filter
Sollten Sie weitere Informationen wünschen, oder den kompletten, illustrierten Katalog haben wollen, wenden Sie sich an Ihren SENCO-Händler, der Ihnen unseren Katalog beschaffen wird.

SENCO offre une gamme étendue d'accessoires pour vos outils SENCO y compris :
Compresseurs
Tuyauterie flexible
Raccords
Lunettes de sécurité
Manomètres
Lubrifiants
Régulateurs
Filtres
Pour plus d'informations ou pour recevoir un catalogue détaillé des accessoires proposés par SENCO, prenez contact avec votre représentant SENCO (référence catalogue : #DLD118).

NOT CONFIDENTIAL

KSIT00098386

**Options**          **Opciones**          **Auswahlmöglichkeit**          **Options**

**TRIGGER FIRE —** This feature is helpful when precise fastener placement is required.

**DISPARO DE GATILLO —** Esta característica sirve de ayuda cuando se requiere una colocación del sujetador precisa.

**EINZELAUSLÖSUNG —** Die Ausführung ist wichtig, wenn es darauf ankommt, diese Befestiger genau im Werkstück zu positionieren.

**DECLÉNCHEMENT PAR GACHETTE —** Cette caractéristique s'avère utile quand un placement de projectiles précis s'impose.



**DRIVER**
Note: 1/8" comes standard with tool.

**IMPULSOR**
Nota: 1/8" viene estandard con la herramienta
Nota: 3,18 mm viene estandard con la herramienta

**TREIBER**
Achtung: 3,18 mm Standardausführung

**ROUE MOTRICE**
Note : La dimension de 3,18 mm est standard avec l'outil.

| Countersink Depth<br>Profundidad del Hundimiento<br>Versenktiefe<br>Profondeur de Fraisure | | Part Number<br>Numero de Parte<br>Teilenummer<br>Numéro de Pièce |
|---|---|---|
| Flush | | EB0237 |
| Regular | | EB0235 |
| 1/8" | 3,18 mm | EB0234 |
| 1/4" | 6,36 mm | EB0236 |



NOT CONFIDENTIAL

KSIT00098387

## TECHNICAL SPECIFICATIONS

| | | |
|---|---|---|
| Minimum to maximum operating pressure | 80–120 psi | 5.5–8.3 bar |
| Air Consumption (60 cycles per minute) | 5.92 scfm | 167.6 liter |
| Air Inlet | ⅜ in. NPT | ⅜ in. NPT |
| Weight | 7.3 lbs. | 3.3 kg |
| Fastener Capacity | 62–86 | 62–86 |
| Tool size: Height | 12 ¼ in. | 311 mm |
| Tool size: Length | 14 ¹³⁄₁₆ in. | 376 mm |
| Tool size: Width: Main Body | 4 ¼ in. | 108 mm |

## TECHNISCHE DATEN

| | |
|---|---|
| Empfohlener Betriebsüberdruck | 5,5–8,3 bar |
| Luftverbrauch (bei 60 Zyklen pro Minute) | 167,6 liter |
| Druckluftanschluß | ⅜ in. NPT |
| Gewicht | 3,3 kg |
| Magazinvolumen | 62–86 |
| Gerätegröße/Höhe | 311 mm |
| Gerätegröße/Länge | 376 mm |
| Gerätegröße/Gehäusebreite | 108 mm |

## ESPECIFICACIONES TECNICAS

| | | |
|---|---|---|
| Presión de operación mínima y máxima | 5,5–8,3 bar | 80–120 psi |
| Consumo de aire (60 ciclos por minuto) | 167,6 liter | 5.92 scfm |
| Entrada de aire | ⅜ in. NPT | ⅜ in. NPT |
| Peso | 3,3 kg | 7.3 lbs. |
| Capacidad de sujetadores por cargador | 62–86 | 62–86 |
| Tamaño de la herramienta: Altura | 311 mm | 12 ¼ in. |
| Tamaño de la herramienta: Longitud | 376 mm | 14 ¹³⁄₁₆ in. |
| Tamaño de la herramienta: Ancho (Cuerpo) | 108 mm | 4 ¼ in. |

## SPECIFICATIONS TECHNIQUES

| | |
|---|---|
| Pression de travail min. et max. | 5,5–8,3 bar |
| Consommation d'air (60 cycles par minute) | 167,6 liter |
| Prise d'air | ⅜ in. NPT |
| Poids | 3,3 kg |
| Capacité de projectiles par magasin | 62–86 |
| Dimensions de l'outil: hauteur | 311 mm |
| Dimensions de l'outil: longueur | 376 mm |
| Dimensions de l'outil: largeur: corps de l'appareil | 108 mm |



| Code | A inches | mm |
|---|---|---|
| EC20 | 1 ⅞ | 48 |
| EC22 | 2 ⅛ | 54 |
| EC24 | 2 ⅜ | 60 |
| GE21 | 2 | 50 |
| GE24 | 2 ⅜ | 60 |
| GC21 | 2 | 50 |
| GC23 | 2 ¼ | 57 |
| GC25 | 2 ½ | 65 |
| HC27 | 3 | 75 |
| KC27 | 3 | 75 |
| KC28 | 3 ¼ | 83 |

NOT CONFIDENTIAL   KSIT00098388

# SENCO TOOL & PARTS WARRANTY

**This tool has been designed and constructed using
the highest standards of material and workmanship.**

**TOOL AND PARTS WARRANTY:**

The length of this guarantee is **one year** from date of purchase by the **original retail purchaser**. During this period, Senco Products, Inc., will repair or replace at Senco's option, any original part or parts for the original retail purchaser. This will be done free of charge, provided the parts are determined defective in materials or workmanship upon examination by a Senco Authorized Warranty Service Center (exception: rubber o-rings and seals, driver blades). Any replacement part provided will carry a warranty for the balance of the period of warranty applicable to the part it replaces.

This warranty will be honored, only if:

A) Clean, dry, regulated compressed air  has been used, at air pressure not exceeding the maximum indicated on the tool casting;

B) No evidence of abuse, or failure to follow recommended operational maintenance, or modification of the tool is present (read Operator Manual for use and maintenance instructions);

C) When repair or replacement of parts or tools is necessary, the original retail purchaser returns the complete tool or part, with transportation prepaid, to the nearest  Senco Authorized Warranty Service Center, with purchase receipt or other positive proof that the part or tool is within the warranty period.

THIS WARRANTY IS THE ONLY WARRANTY ON THIS TOOL, AND ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE EXCLUDED. BUYER'S OR USER'S REMEDIES ARE SOLELY AND EXCLUSIVELY AS STATED ABOVE.  SENCO PRODUCTS, INC. SHALL IN NO EVENT BE LIABLE FOR INCIDENTAL, CONSEQUENTIAL, INDIRECT, OR SPECIAL DAMAGES. IN NO EVENT, WHETHER AS A RESULT OF A BREACH OF CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, SHALL SENCO'S LIABILITY EXCEED THE PRICE OF THE TOOL WHICH HAS GIVEN RISE TO THE CLAIM OR LIABILITY.  ANY LIABILITY CONNECTED WITH THE USE OF THIS TOOL SHALL TERMINATE UPON THE EXPIRATION OF THE WARRANTY PERIOD SPECIFIED ABOVE.

## Replacement of Tool Due to Natural Disaster

Senco will also replace any tool destroyed by an Act of God such as flood, earthquake, hurricane or other disaster resulting only from the forces of nature. Such a claim will be honored provided that such original retail purchaser had previously submitted a completed warranty registration card, and then submits proof of ownership and an acceptable statement describing such Act of God documented by an insurance carrier, police department, or other official governmental source. To obtain instructions for filing a claim call 1-800-543-4596.

**SENCO PRODUCTS, INC.
CINCINNATI, OHIO  45244-1611 USA**



KSIT00098390

# Exhibit L



KSIT00098401



KSIT00098406



KSIT00098407



KSIT00098408



KSIT00098409



KSIT00098410



KSIT00098425



SN325+

H - 12¼"
L - 14⁹⁄₁₆"
W - 7.3 lb.

10¾, 11 , 11½, & 13 Gauge.
Flat Round-Head Nails. 1⅞"-3¼" 6d-12d.
Smooth, Ring & Screw. Capacity 62-86

Framing, Sub-Floors,
Bridging, Roof Deck,
Sheathing, Siding,
Component Assembly,
Pallets, Boxes &
Crates, Fencing

GE
JF
HF
EC
GC
HC
KC



KSIT00098427



KSIT00098428



KSIT00098429



KSIT00098430



KSIT00098431



KSIT00098432



KSIT00098433



KSIT00098434



KSIT00098435



KSIT00098436



KSIT00098437

KSIT00098438



KSIT00098439



KSIT00098440



KSIT00098441



KSIT00098442

KSIT00098443



KSIT00098444



KSIT00098445



KSIT00098446





SN325+

# Repair Kit - YK0386

Document No. NC1054
Issued February 17, 2004
©2004 by Senco Products, Inc.

## SN325+

## Safety Warnings ● Avisos de Seguridad ● Sicherheitshinweise ● Consignes de Sécurité



- Read your Operator's Manual before performing maintenance on the tool.
- Lea su manual de operación antes dar mantenimiento a la herramienta.
- Lesen Sie vor Wartungs- und Instandhaltungsarbeiten die Betriebsanleitung.
- Lisez votre manuel de maintenance avant toute intervention sur l'appareil.



- Always wear OSHA required "Z87" safety glasses with permanently attached rigid, hard plastic side shields.
- Use siempre los anteojos de seguridad "Z87" requeridos por OSHA con escudos laterales rígidos de plástico duro y adheridos permanentemente.
- Bei der Benutzung des Gerätes ist UVV zu verfahren.
- Porter toujours des lunettes de sécurité homologuées avec caches latéraux en plastique rigide.



- Disconnect tool from air before doing tool maintenance.
- Desconecte la herramienta del aire antes de darle mantenimiento a la herramienta.
- Unterbrechen Sie die Druckluftzufuhr vor Wartungs- und Instandhaltungsarbeiten.
- Couper l'arrivée d'air comprimé avant toute intervention sur l'appareil.



- Do not tamper with or remove safety element, trigger or springs.
- No maneje indebidamente o remueva la seguridad, el disparador o los resortes.
- Benutzen Sie das Gerät nicht zweckentfremdet; entfernen Sie nicht die Sicherheitsvorrichtung, den Abzug oder die Federn.
- Ne pas altérer ni retirer les pièces de sécurité telles que palpeur de sécurité, ressort ou gâchette.



- If danger label is missing, damaged or unreadable, contact your SENCO representative to obtain a new label.
- Si la etiqueta está dañada, no se puede leer o faltacompletamente. Comuníquese con su representante de SENCO para obtener una etiqueta nueva.
- Fordern Sie einen neuen Sicherheitsaufkleber bei Ihrem SENCO-Händler an, wenn dieser fehlt oder beschädigt bzw. unleserlich ist.
- Si l'étiquette est manquante, endommagée ou illisible, prendre contact avec votre représentant SENCO pour en obtenir une autre.

**?**

- Questions? Contact your SENCO Representative. In the U.S.A. call: **1-800-543-4596.**
- Cualquier pregunta? Contacte su representante SENCO. En U.S.A. llamar al **1-800-543-4596.**
- Haben Sie noch Fragen? Sprechen Sie Ihren SENCO–Händler an!
- Questions ? Contacter votre agent SENCO.

| Ref.# | Description | Descripción | Beschreibung | Designation |
|---|---|---|---|---|
| 1.) | Seal | Sello | Dichtung | Joint |
| 2.) | O-Ring | Sello | O-Ring | Joint |
| 3.) | O-Ring | Sello | O-Ring | Joint |
| 4.) | Seal | Sello | Dichtung | Joint |
| 5.) | O-Ring | Sello | O-Ring | Joint |
| 6.) | Bumper | Amortiguador | Puffer | Arrêt |
| 7.) | Stop | Tope | Puffer | Arrêt |
| 8.) | O-Ring | Sello | O-Ring | Joint |
| 9.) | O-Ring | Sello | O-Ring | Joint |
| 10.) | O-Ring | Sello | O-Ring | Joint |
| 11.) | O-Ring (2) | Sello (2) | O-Ring (2) | Joint (2) |
| 12.) | O-Ring (2) | Sello (2) | O-Ring (2) | Joint (2) |
| 13.) | O-Ring (2) | Sello (2) | O-Ring (2) | Joint (2) |
| 14.) | O-Ring (4) | Sello (4) | O-Ring (4) | Joint (4) |
| 15.) | O-Ring | Sello | O-Ring | Joint |
| 16.) | O-Ring | Sello | O-Ring | Joint |
| 17.) | O-Ring | Sello | O-Ring | Joint |
| 18.) | Spring | Resorte | Feder | Ressort |
| 19.) | Washer | Arandela | Scheibe | Rondelle |
| 20.) | Retainer | Junta Tórica | Sicherungsring | Retunue |
| | Lubricant | Grasa | Schmiermittel | Graisse |



Replace all numbered items
Reemplazar todas las partes numeradas
Ersetzen Sie alle nummerierten Teile
Remplacer toutes les pièces numérotées

## SENCO PARTS WARRANTY

These parts have been designed and constructed using the highest standards of material and workmanship.

PARTS GUARANTEE:

The length of this guarantee is 45 days from date of shipping to the first end-user. During this period, Senco Products, Inc., will repair or replace at Senco's option, any original part or parts for the original user. This will be done free of charge provided the parts are determined defective in materials or workmanship upon examination by Authorized Senco factory personnel. (Exception: O-rings and Driver Blades)

TERMS:

This warranty will be honored only if:

A. Clean, dry, regulated compressed air power source has been used, at air pressure indicated on the tool casting.

B. No evidence of abuse, or failure to follow recommended optional maintenance, or modification of the tool or parts is present. (Read Operator Manual for use and maintenance instructions.)

C. When repair or replacement of parts is necessary, the user returns the complete part, with transportation prepaid, to the nearest Factory Authorized Service Center, with purchase receipt or other proof that the part is within the warranty period.

THE FOREGOING WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES

ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE SHALL NOT APPLY TO THE WARRANTIES EXTENDED WITH THESE PARTS. THESE OTHER EXPRESS OR IMPLIED WARRANTIES ARE SPECIFICALLY EXCLUDED. BUYER'S OR USER'S REMEDIES ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN. SENCO PRODUCTS, INC. SHALL IN NO EVENT BE LIABLE FOR INCIDENTAL, CONSEQUENTIAL, INDIRECT, OR SPECIAL DAMAGES RESULTING FROM FAILURE OF THIS WARRANTY.

IN NO EVENT, WHETHER AS A RESULT OF BREACH OF CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, SHALL SENCO'S LIABILITY TO THE PURCHASER OF THESE PARTS OR ANY LOSS OR DAMAGE ARISING OUT OF THE BREACH OF WARRANTY, CONTRACT, OR TORT, EXCEED THE PRICE OF THE PART WHICH HAS GIVEN RISE TO THE CLAIM OR LIABILITY. ANY LIABILITY CONNECTED WITH THE USE OF THESE PARTS SHALL TERMINATE UPON THE EXPIRATION OF THE WARRANTY PERIOD SPECIFIED ABOVE.

©1984, 1992 by Senco Products, Inc.

KSIT00098531

# Exhibit M



Senco® introduces the powerful, lightweight framing nailer that's going to make your life easier. The new SN325+. It weighs just 7.3 lbs., yet gives you the power to drive home framing nails up to 3¼″ long. And its human-engineered handle is balanced to make one-handed operation easier, while reducing operator fatigue.

Experience the "balance of power" by using this light and powerful new tool for framing, sheathing, subflooring, bridging, decking, siding and fencing. See your Senco Authorized Dealer, Distributor, or call our toll-free Action Line. 1-800-543-4596.

® 1991 Senco Products, Inc., 8485 Broadwell Road, Cincinnati, Ohio 45244

Circle Reader Service #208

**SENCO**®
FASTENING SYSTEMS
Safety First. The only way to work.®

NOT CONFIDENTIAL                                                                KSIT00098532

# Exhibit N

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3                        * * *

4

5    KOKI HOLDINGS CO., LTD.,

6            Plaintiff,

7

         vs.                C.A. NO.  18-313 (CFC)
8

9    KYOCERA SENCO INDUSTRIAL
     TOOLS, INC.,
10
             Defendant.
11
                         * * *
12

13

14          Videotaped Deposition of

15   THOMAS McCARDLE, a witness herein, called by

16   the plaintiff for examination pursuant to the

17   Rules of Civil Procedure, taken before me,

18   Patti Stachler, RMR, CRR, a Notary Public

19   within and for the State of Ohio, at the

20   Offices of Porter, Wright, Morris & Arthur,

21   LLP, 250 East Fifth Street, Suite 2200,

22   Cincinnati, Ohio, on January 8, 2020, at

23   9:01 a.m.

24                        * * *

25

```
 1    APPEARANCES:

 2

 3            On behalf of the Plaintiff:

 4                  McDermott Will & Emery

 5            By:  Amol A. Parikh, Esq.
                   444 West Lake Street
 6                 Suite 4000
                   Chicago, Illinois  60606
 7                 312.984.6477
                   amparikh@mwe.com
 8

 9

             On behalf of the Defendant:
10
                   Vedder Price, PC   (David Bernard)
11
             By:  Robert S. Rigg, Esq.
12                222 North LaSalle Street
                  Chicago, Illinois  60601
13                312.609.7500
                  rrigg@vedderprice.com
14

15

             Also present:
16
                   Robert L. Miller, Jr., CLVS
17

18                       *  *  *

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL
Transcript of Thomas McCardle
Conducted on January 8, 2020                                37

| | | |
|---|---|---|
| 1 | Q.   Is Senco currently selling the | 09:40:44 |
| 2 | SN325? | 09:40:50 |
| 3 | A.   Yes, to the best of my knowledge. | 09:40:51 |
| 4 | Q.   Did you talk to anybody to prepare | 09:40:56 |
| 5 | for -- other than counsel, did you talk to | 09:40:59 |
| 6 | anybody to prepare for topic 23? | 09:41:02 |
| 7 | A.   No, absolutely not. | 09:41:10 |
| 8 | Q.   If I could direct your attention | 09:41:13 |
| 9 | to topic number 24.  Are you prepared to | 09:41:16 |
| 10 | testify about topic number 24? | 09:41:19 |
| 11 | A.   Probably simply on Exhibit 1's | 09:41:22 |
| 12 | contention on the Fusion tools. | 09:41:29 |
| 13 | Q.   Are you prepared to testify about | 09:41:33 |
| 14 | topic 24 for any of the other accused products? | 09:41:37 |
| 15 | A.   Any of the accused products. | 09:41:41 |
| 16 | Preexisting technology.  I would have to be | 09:41:54 |
| 17 | very careful.  There's a lot of guesswork | 09:42:00 |
| 18 | involved in that for me.  So -- | 09:42:04 |
| 19 | Q.   Did you talk to anybody to prepare | 09:42:06 |
| 20 | for topic number 24? | 09:42:08 |
| 21 | A.   To the best of my knowledge, no. | 09:42:11 |
| 22 | Q.   Direct your attention to topic | 09:42:17 |
| 23 | number 37. | 09:42:21 |
| 24 | A.   Okay. | 09:42:30 |
| 25 | Q.   Are you prepared to testify about | 09:42:30 |

Transcript of Thomas McCardle
Conducted on January 8, 2020

201

| | | |
|---|---|---|
| 1 | Q.   And apologies if I missed it, but | 15:18:54 |
| 2 | 2617, have you seen that before? | 15:18:59 |
| 3 | A.   17? | 15:19:02 |
| 4 | MR. RIGG:  He stated that he did. | 15:19:04 |
| 5 | A.   Yes. | 15:19:06 |
| 6 | BY MR. PARIKH: | 15:19:06 |
| 7 | Q.   All right.  It wasn't clear.  You | 15:19:06 |
| 8 | said probably you've seen 2617 -- | 15:19:08 |
| 9 | A.   Yes. | 15:19:08 |
| 10 | Q.   -- or 16, and then it says and 17. | 15:19:12 |
| 11 | Just want to clarify that you have seen 2617 | 15:19:14 |
| 12 | before, correct? | 15:19:17 |
| 13 | A.   I believe I have.  This is the | 15:19:18 |
| 14 | general assembly for that tool. | 15:19:21 |
| 15 | Q.   Do you know when the SN325 was | 15:19:22 |
| 16 | first sold? | 15:20:26 |
| 17 | A.   Personally, no.  It was before my | 15:20:28 |
| 18 | time.  I designed the tool that replaced it. | 15:20:31 |
| 19 | Q.   Do you know when the SN325 was | 15:20:37 |
| 20 | first offered for sale? | 15:20:40 |
| 21 | A.   My understanding was that the era | 15:20:41 |
| 22 | was the 1980s.  So I could look here on the | 15:20:43 |
| 23 | assembly drawing and approximate those dates, | 15:20:46 |
| 24 | but I can't tell you when it was first offered | 15:20:49 |
| 25 | for sale. | 15:20:51 |

Transcript of Thomas McCardle
Conducted on January 8, 2020                                202

| | | |
|---|---|---|
| 1 | Again, it's very hard to see the | 15:20:56 |
| 2 | numbers.  I really can't make them out on this | 15:20:57 |
| 3 | one.  But my understanding is, though, it was | 15:21:03 |
| 4 | an '80s -- 1980s kind of tool, sometime in that | 15:21:06 |
| 5 | era. | 15:21:11 |
| 6 |    Q.   If I could direct your attention | 15:21:11 |
| 7 | to -- actually take a step back. | 15:21:26 |
| 8 |    Were there any changes made to the | 15:21:29 |
| 9 | SN325 during the years that it was sold? | 15:21:31 |
| 10 |    A.   Yes, significant changes. | 15:21:37 |
| 11 | | 15:21:38 |
| 12 | | 15:21:40 |
| 13 | | 15:21:43 |
| 14 | | 15:21:46 |
| 15 | | 15:21:50 |
| 16 | | 15:21:53 |
| 17 | | 15:21:55 |
| 18 | | 15:21:58 |
| 19 | | 15:22:05 |
| 20 |    Q.   Any other changes that you're | 15:22:07 |
| 21 | aware of? | 15:22:10 |
| 22 |    A.   Nothing specific really.  So I can | 15:22:11 |
| 23 | say that I don't know if there would be more. | 15:22:20 |
| 24 | I'd have to look at the revision history and | 15:22:22 |
| 25 | delve into it very deeply. | 15:22:26 |

Transcript of Thomas McCardle
Conducted on January 8, 2020                                        242

```
1              IN WITNESS WHEREOF, I have

2    hereunto set my hand and seal of office at

3    Dayton, Ohio, on this 13th of January 2020.

4

5

6

7

8

9

10   PATTI STACHLER, RMR, CRR
     NOTARY PUBLIC, STATE OF OHIO
11   My commission expires 10-5-2023

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# Exhibit O

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF DELAWARE

 3       ------------------------x

 4       KOKI HOLDINGS CO.,      :

 5       LTD.,                   :

 6             Plaintiff,     : Civil Action No.

 7          -v-                 : 18-313(CFC)

 8       KYOCERA SENCO INDUSTRIAL:

 9       TOOLS, INC.,            :

10             Defendant.    :

11       ------------------------x

12

13         Videotaped Deposition of KEVEN EDWARD MILLER

14                  Conducted Virtually

15                 Friday, June 5, 2020

16                     9:59 a.m.

17

18

19

20       Job No.: 301178

21       Pages: 1 - 260

22       Reported by: Pamela L. Beck

23

24

25
```

1          Videotaped Deposition of KEVEN EDWARD

2   MILLER, conducted virtually:

3

4

5

6

7          Pursuant to Notice, before Pamela L. Beck,

8   Court Reporter and Notary Public in and for the

9   Commonwealth of Pennsylvania.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Keven Miller
Conducted on June 5, 2020                                    3

```
 1              A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF:
 3        AMOL A. PARIKH, ESQUIRE
 4        amparikh@mwe.com
 5        THOMAS DaMARIO, ESQUIRE
 6        PAUL DEVINSKY, ESQUIRE
 7        McDERMOTT WILL & EMERY
 8        444 West Lake Street
 9        Chicago, Illinois 60606-0029
10        (312) 372-2000
11
12    ON BEHALF OF DEFENDANT:
13        DAVID BERNARD, ESQUIRE
14        dbernard@vedderprice.com
15        VEDDER PRICE P.C.
16        222 North LaSalle Street
17        Chicago, IL 60601
18        (312) 609-7500
19
20    ALSO PRESENT:
21        Glenn Vallee, Ph.D.
22        Ryan Grzelak, AV Tech
23        Michael Pietanza, Videographer
24
25
```

Transcript of Keven Miller
Conducted on June 5, 2020                                    112

| | | |
|---|---|---|
| 1 | the main valve control channel is a single channel, | 13:19:39 |
| 2 | right? | 13:19:47 |
| 3 | A      Again, it's an example.  They don't claim | 13:19:48 |
| 4 | that it can't be multiple. | 13:19:51 |
| 5 | Q      There's nothing in the specification of | 13:19:52 |
| 6 | the '647 or the '012 Patent that says that the main | 13:19:54 |
| 7 | valve control channel is made up of multiple | 13:20:01 |
| 8 | channels, is there? | 13:20:04 |
| 9 | A      No, not to my knowledge, no. | 13:20:05 |
| 10 | Q      And the claims of the '647 Patent and the | 13:20:06 |
| 11 | '012 Patent require that the ratio is determined by | 13:20:11 |
| 12 | dividing the volume of the main valve chamber by the | 13:20:14 |
| 13 | cross-sectional area of the main valve control | 13:20:20 |
| 14 | channel, right? | 13:20:24 |
| 15 | A      It's an area of the volume divided by -- | 13:20:24 |
| 16 | it's the ratio of the volume divided by an area, | 13:20:35 |
| 17 | yes. | 13:20:39 |
| 18 | Q      And it's the area of the main valve | 13:20:39 |
| 19 | control channel or the first channel, correct? | 13:20:41 |
| 20 | A      And that's what I want to clarify, | 13:20:44 |
| 21 | because you pointed something out that talks about | 13:20:45 |
| 22 | an intake channel and a control channel, different | 13:20:47 |
| 23 | question.  It's essentially -- I'll agree with you, | 13:20:52 |
| 24 | yes. | 13:20:56 |
| 25 | Q      There are no embodiments in the '647 | 13:20:58 |

Transcript of Keven Miller
Conducted on June 5, 2020                                      117

| | | |
|---|---|---|
| 1 | to take a lunch break, we can do that now, or we can | 13:27:39 |
| 2 | keep going, whichever you prefer. | 13:27:43 |
| 3 | VIDEO OPERATOR:  We are going off the | 13:27:45 |
| 4 | record.  The time is 1:27 p.m. | 13:27:46 |
| 5 | (Luncheon recess at 1:27 p.m.  At 2:05 | 13:27:50 |
| 6 | p.m., the deposition was reconvened as follows): | 13:27:50 |
| 7 | VIDEO OPERATOR:  Here begins disk No. 3 | 14:05:25 |
| 8 | in the remote video deposition of Keven Miller.  We | 14:05:27 |
| 9 | are back on the record at 2:05 p.m. | 14:05:30 |
| 10 | BY MR. PARIKH: | 14:05:32 |
| 11 | Q     Mr. Miller, is there anything you'd like | 14:05:33 |
| 12 | to clarify in your testimony from earlier? | 14:05:36 |
| 13 | A     Yeah, going back to page 232 on Exhibit | 14:05:39 |
| 14 | 1, I believe it's page 232. | 14:05:44 |
| 15 | Q     Yes, sir. | 14:05:51 |
| 16 | A     Paragraph 434, this limitation is similar | 14:05:52 |
| 17 | to the ratio limitation found in Claim 1 of the '647 | 14:05:57 |
| 18 | Patent.  You were asking me about this, whether I | 14:06:01 |
| 19 | agreed with this, I believe, and I do. | 14:06:10 |
| 20 | Q     So, just so I can clarify, you agree that | 14:06:12 |
| 21 | the first channel in the '647 Patent is the same as | 14:06:14 |
| 22 | the main valve control channel in the '012 Patent, | 14:06:18 |
| 23 | correct? | 14:06:22 |
| 24 | A     Correct. | 14:06:22 |
| 25 | Q     During the break, did you have any | 14:06:25 |

1

2       CERTIFICATE OF COURT REPORTER - E-NOTARY PUBLIC

3

4          I, Pamela L. Beck, the officer before whom the

5      foregoing proceedings were taken, do hereby certify

6      that the foregoing transcript is a true and correct

7      record of the proceedings; that said proceedings

8      were taken by me stenographically, and thereafter

9      reduced to typewriting under my supervision; and

10     that I am neither counsel for, related to, nor

11     employed by any of the parties to this case, and

12     have no interest, financial or otherwise, in its

13     outcome.

14         IN WITNESS WHEREOF, I have hereunto set my hand

15     and affixed my notarial seal this 12th day of June.

16

17

18     My commission expires January 14, 2023.

19

20

21

22     _Pamela L Beck_

23     _____

24     E-NOTARY PUBLIC IN AND FOR THE

25     COMMONWEALTH OF PENNSYLVANIA

# Exhibit P

## Parikh, Amol

| | |
|---|---|
| **From:** | Parikh, Amol |
| **Sent:** | Thursday, April 2, 2020 10:05 AM |
| **To:** | Bernard, David; Rigg, Robert S.; Burke, John K.; Farnan@RLF.com |
| **Cc:** | Karen Ann Jacobs (kjacobs@mnat.com); Flynn, Michael J.; Devinsky, Paul; DaMario, Thomas |
| **Subject:** | RE: [EXT] Koki v. Kyocera: Supplemental Discovery |

Dave,

The proposal below is acceptable to Koki.

_____

**Amol A. Parikh**
Partner

**McDermott Will & Emery LLP** | 444 West Lake Street | Chicago, IL 60606-0029
Tel +1 312 984 6477 | Mobile +1 312 497 5778 | Fax +1 312 984 7700

**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn** | **Blog**

---

**From:** Bernard, David <dbernard@vedderprice.com>
**Sent:** Wednesday, April 1, 2020 4:17 PM
**To:** Parikh, Amol <amparikh@mwe.com>; Rigg, Robert S. <rrigg@vedderprice.com>; Burke, John K. <jburke@vedderprice.com>; Farnan@RLF.com
**Cc:** Karen Ann Jacobs (kjacobs@mnat.com) <kjacobs@mnat.com>; Flynn, Michael J. <michael.flynn@MNAT.com>; Devinsky, Paul <pdevinsky@mwe.com>; DaMario, Thomas <Tdamario@mwe.com>
**Subject:** RE: [EXT] Koki v. Kyocera: Supplemental Discovery

Amol,

Following up on today's call, we believe the parties are close to an agreement.

For any discovery sought by Koki, Kyocera Senco reserves the right to object (e.g., on the basis that it is not relevant to the SN325+ nailer, unnecessarily duplicative, and/or not proportional to the needs of the case).

As we discussed, Kyocera Senco agrees to make reasonable efforts to provide written discovery responses within 14 days of service of the written request and to produce responsive documents within 14 days of service of the request. However, in light of the current situation regarding COVID-19 and the likely age of the information Koki seeks, Kyocera Senco may require additional time to provide that responsive information (in which case Kyocera Senco agrees to promptly notify Koki when and if it becomes apparent that additional time is required).

Kyocera Senco is open to permitting third party discovery. However, as noted above, Kyocera Senco reserves the right to move to quash or otherwise oppose any third party discovery once it is served by Koki. In addition, Kyocera Senco reserves the right to seek additional third party discovery based on any third party discovery taken by Koki.

With respect to Kyocera Senco depositions, Kyocera Senco expects that the current health emergency will necessitate video depositions. However, if circumstances permit, Kyocera Senco will agree to make a corporate witness available for deposition in Chicago *if* Koki only plans to depose this single Kyocera Senco witness. If Koki plans to depose multiple individuals based in Cincinnati, then Kyocera Senco believes it is more efficient to hold the depositions in Cincinnati. In addition, all depositions to date in the case have taken place at the location most convenient to the witness and we see

no reason to deviate from that practice here.  Kyocera Senco also reserves the right to oppose any deposition notices (as noted above).

Finally, we propose that Koki agree to serve its "initial" document requests and/or interrogatories on Kyocera Senco by April 17, 2020 and any follow-up document requests and/or interrogatories within two weeks of Kyocera Senco providing notice that it has completed its initial responses (i.e., document production and interrogatory responses).

Please let us know if this is acceptable to Koki.

Regards,
Dave


**David Bernard,** Associate


VedderPrice

T +1 312 609 7593
222 North LaSalle Street, Chicago, Illinois 60601
web | email | offices | biography

---

**From:** Parikh, Amol <amparikh@mwe.com>
**Sent:** Wednesday, April 1, 2020 10:14 AM
**To:** Bernard, David <dbernard@vedderprice.com>; Rigg, Robert S. <rrigg@vedderprice.com>; Burke, John K. <jburke@vedderprice.com>; Farnan@RLF.com
**Cc:** Karen Ann Jacobs (kjacobs@mnat.com) <kjacobs@mnat.com>; Flynn, Michael J. <michael.flynn@MNAT.com>; Devinsky, Paul <pdevinsky@mwe.com>; DaMario, Thomas <Tdamario@mwe.com>
**Subject:** RE: [EXT] Koki v. Kyocera: Supplemental Discovery

Dave,

Koki expects discovery to cover the discovery raised during the call with Court last week. (*See* Tr. at 10:22-11:17, 28:7-30:23). As we explained during the hearing by way of example, we expect the document requests to cover contemporaneous technical and sales documents and documents reflecting changes to the SN325+ that Kyocera contends is prior art. We expect the interrogatories to request the identity of individuals involved in the development and sales of the specific version of the SN325+ alleged to be prior art as well as the identity of technical and sales documents that relate to that version of the SN325+. We do not expect any more than 5 interrogatories or document requests each. With respect to third-party discovery, we expect Kyocera's documents and interrogatory responses will identify individuals no longer with Kyocera and Koki will need to depose those individuals who have contemporaneous knowledge of the design and sales of the SN325+ alleged to be prior art. We will also need to depose a Kyocera corporate representative. As for claim construction, as we explained in our letter brief, we believe that at least the "first channel / main valve control channel" limitation will require construction.

We are available today at 3:00 pm CT to discuss. We can use the following dial-in:

> Join Audio Conference from Mobile:
> tel:+16465588656,,4681867258#,,,# (US toll)
> tel:+16699009128,,4681867258#,,,# (US toll)
>
> Join Audio Conference from the Web:
> https://mwe.zoom.us/pac/join/4681867258
>
> Dial-in number(s):
> +1 646 558 8656 (US toll)

+1 669 900 9128 (US toll)

Conference ID: 468 186 7258
Participant Password: n/a

Thanks,
Amol

—————————————————————————————————
**Amol A. Parikh**
Partner

**McDermott Will & Emery LLP** | 444 West Lake Street | Chicago, IL 60606-0029
Tel +1 312 984 6477 | Mobile +1 312 497 5778 | Fax +1 312 984 7700

**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn** | **Blog**

---

**From:** Bernard, David <dbernard@vedderprice.com>
**Sent:** Tuesday, March 31, 2020 5:13 PM
**To:** Parikh, Amol <amparikh@mwe.com>; Rigg, Robert S. <rrigg@vedderprice.com>; Burke, John K.
<jburke@vedderprice.com>; Farnan@RLF.com
**Cc:** Karen Ann Jacobs (kjacobs@mnat.com) <kjacobs@mnat.com>; Flynn, Michael J. <michael.flynn@MNAT.com>;
Devinsky, Paul <pdevinsky@mwe.com>; DaMario, Thomas <Tdamario@mwe.com>
**Subject:** RE: [EXT] Koki v. Kyocera: Supplemental Discovery


Amol,

So that we can further consider Koki's proposal, can you please provide additional detail on the expected scope of
discovery for each item listed in your email below.  For example, Koki proposes additional document requests and
written discovery requests, but your email doesn't explain the scope of these requests other than that the relate to the
SN325+.   Similarly, please explain what third-party subpoenas and depositions you believe are necessary.  With respect
to claim construction, please provide the claim terms that Koki believes requires construction.

We are available for a meet and confer to discuss tomorrow (4/1) between 3:00-4:00 PM CT and on Thursday (4/2) after
10:00 AM CT.  Please provide the information requested above prior to the call so that the parties can have a productive
meet and confer.


Regards,
Dave


**David Bernard,** Associate

**Vedder**Price

T +1 312 609 7593
222 North LaSalle Street, Chicago, Illinois 60601
web | email | offices | biography

---

**From:** Parikh, Amol <amparikh@mwe.com>
**Sent:** Tuesday, March 31, 2020 1:01 PM
**To:** Bernard, David <dbernard@vedderprice.com>; Rigg, Robert S. <rrigg@vedderprice.com>; Burke, John K.
<jburke@vedderprice.com>; Farnan@RLF.com
**Cc:** Karen Ann Jacobs (kjacobs@mnat.com) <kjacobs@mnat.com>; Flynn, Michael J. <michael.flynn@MNAT.com>;

Devinsky, Paul <pdevinsky@mwe.com>; DaMario, Thomas <Tdamario@mwe.com>
**Subject:** [EXT] Koki v. Kyocera: Supplemental Discovery

Dave,

In light of the Court's Memorandum Order, Koki proposes the following plan for supplemental fact discovery:

- Kyocera will send the physical sample of the SN325+ to Koki's expert by April 8, 2020.
- Koki may serve interrogatories and document requests on subject matter relating to the SN325+. Kyocera will provide written discovery responses within 10 days of service of the written request and will produce responsive documents within 14 days of service of the request.
- Koki may serve third-party subpoenas for documents and deposition on subject matter relating to the SN325+.
- Koki may depose individuals on subject matter relating to the SN325+. The deposition of Kyocera party witness shall occur in Chicago. The parties will endeavor to have depositions completed by June 19, 2020.
- Upon completion of supplemental fact discovery, the parties will meet and confer regarding supplemental rebuttal and reply expert reports on subject matter relating to the SN325+.

As far as Supplemental Claim Construction, Koki proposes that the parties exchange list of claim terms for '012 and '647 patents on May 15, 2020 and exchange proposed constructions on May 29, 2020. Koki further proposes that the parties brief any claim construction in any summary judgment motions that may be filed.

Please let us know if the proposal is acceptable to Kyocera

Thanks,
Amol
_____

**Amol A. Parikh**
Partner

**McDermott Will & Emery LLP** | 444 West Lake Street | Chicago, IL 60606-0029
Tel +1 312 984 6477 | Mobile +1 312 497 5778 | Fax +1 312 984 7700

**Biography** | **Website** | **vCard** | **Twitter** | **LinkedIn** | **Blog**

BOSTON | BRUSSELS | CHICAGO | DALLAS | DÜSSELDORF | FRANKFORT | HOUSTON | LONDON | LOS ANGELES | MIAMI | MILAN I MUNICH | NEW YORK | ORANGE COUNTY | PARIS | ROME | SAN FRANCISCO | SEOUL | SILICON VALLEY | WASHINGTON, D.C

**********************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
**********************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, with Vedder Price (CA), LLP which operates in California and with Vedder Price Pte. Ltd. which operates in Singapore.

# Exhibit Q

US00RE42987E

(19) **United States**

(12) **Reissued Patent**

Akiba

(10) Patent Number: **US RE42,987 E**

(45) Date of Reissued Patent: **Dec. 6, 2011**

(54) **NAIL GUN WITH SAFETY PORTION MECHANISM FOR PREVENTING MISFIRES**

(75) Inventor: **Yoshitaka Akiba**, Tokyo (JP)

(73) Assignee: **Hitachi Koki Co., Ltd.**, Tokyo (JP)

(21) Appl. No.: **12/201,413**

(22) Filed: **Aug. 29, 2008**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,820,788**
Issued: **Nov. 23, 2004**
Appl. No.: **10/659,438**
Filed: **Sep. 11, 2003**

U.S. Applications:
(63) Continuation of application No. 10/119,721, filed on Apr. 11, 2002, now Pat. No. 6,641,018, which is a continuation of application No. 09/861,546, filed on May 22, 2001, now Pat. No. 6,394,332.

(30) **Foreign Application Priority Data**

May 23, 2000 (JP) ................................ 2000-151263

(51) Int. Cl.
*B25C 1/04* (2006.01)

(52) **U.S. Cl.** ........................................... **227/8**; 227/130

(58) **Field of Classification Search** .............. 227/8, 120, 227/130, 142
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,629,106 A * 12/1986 Howard et al. ................... 227/8

| | | | | |
|---|---|---|---|---|
| 5,193,730 A | * | 3/1993 | Tanaka et al. | 227/8 |
| 5,238,167 A | * | 8/1993 | Howard et al. | 227/110 |
| 5,452,835 A | * | 9/1995 | Shkolnikov | 227/8 |
| 5,551,621 A | * | 9/1996 | Vallee | 227/8 |
| 5,579,975 A | * | 12/1996 | Moorman | 227/8 |
| 5,662,257 A | * | 9/1997 | Mukoyama et al. | 227/8 |
| 5,692,663 A | * | 12/1997 | Yang | 227/8 |
| 5,803,338 A | * | 9/1998 | Singer et al. | 227/8 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE 37 03 753 A1 8/1988

(Continued)

*Primary Examiner* — Scott A. Smith

(74) *Attorney, Agent, or Firm* — McDermott Will & Emery LLP

(57) **ABSTRACT**

A nail gun has a free end 19a and central potion of a trigger arm 19 positioned within a trigger 11, on an upper end 12a of a safety portion 12 and at a plunger 17, respectively. When the trigger 11 is pivoted on its pivot end 16, pivoting movement of the trigger 11 moves a pivot end 18 of the trigger arm 19 to press the central portion of the trigger arm 19 into contact with the plunger 17 and, with the plunger 17 serving as a fulcrum, to press the free end 19a downward against the upper end 12a of the safety portion 12. If downward movement of the safety portion 12 is obstructed when the trigger 11 is pivoted, the upper end 12a contacted by the free end 19a of the trigger arm 19 serves as a fulcrum around which the trigger arm 19 pivots with movement of the trigger 11, whereupon the central portion of the trigger arm 19 presses the plunger 17 inward so that an activation switch 10 activates a blade 7 to eject a nail through a nose piece 5.

**22 Claims, 11 Drawing Sheets**



**US RE42,987 E**

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,836,501 A | * | 11/1998 | Lai | 227/8 |
| 5,862,969 A | * | 1/1999 | Lee | 227/8 |
| 6,059,161 A | * | 5/2000 | Chang et al. | 227/8 |
| 6,116,488 A | * | 9/2000 | Lee | 227/8 |
| 6,199,739 B1 | * | 3/2001 | Mukoyama et al. | 227/8 |
| 6,205,894 B1 | * | 3/2001 | Tanaka | 81/470 |
| 6,371,348 B1 | * | 4/2002 | Canlas et al. | 227/8 |
| 6,394,332 B2 | * | 5/2002 | Akiba | 227/8 |
| 6,422,446 B1 | * | 7/2002 | Liu | 227/8 |
| 6,641,018 B2 | * | 11/2003 | Akiba | 227/8 |
| 6,820,788 B2 | * | 11/2004 | Akiba | 227/8 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 3703753 | * | 8/1988 |
| DE | 30 21 884 C2 | | 7/1989 |
| DE | 3021884 | * | 7/1989 |
| DE | 40 32 231 C2 | | 9/1992 |
| DE | 4032231 | * | 9/1992 |
| JP | 6-47667 Y | | 1/1992 |
| JP | 4-136677 U | | 12/1992 |
| JP | 7-27093 Y | | 12/1992 |
| JP | 5-53873 U | | 7/1993 |
| JP | 6-47665 | * | 12/1994 |
| JP | 6-47665 Y2 | | 12/1994 |
| JP | 7-27093 Y2 | | 6/1995 |
| JP | 7-53907 | * | 12/1995 |
| JP | 7-53907 Y2 | | 12/1995 |
| WO | WO 00/16947 A1 | | 3/2000 |

* cited by examiner

# FIG.1



UP

FRONT ←→ REAR

DOWN

# FIG.2



# FIG.3



# FIG.4



# FIG.5



# FIG.6



# FIG.7



# FIG.8



# FIG.9



## FIG.10



# FIG.11





FIG.12

FIG.13

# FIG.14



# FIG.15



# FIG.16



US RE42,987 E

**1**

## NAIL GUN WITH SAFETY PORTION MECHANISM FOR PREVENTING MISFIRES

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

This *is a reissue of U.S. Pat. No. 6,820,788, which* is a continuation of application Ser. No. 10/119,721 filed Apr. 11, 2002 now U.S. Pat. No. 6,641,018 which is a continuation of application Ser. No. 09/861,546 filed May 22, 2001; now U.S. Pat. No. 6,394,332; the disclosure of which is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a nail gun that drives a nail through, for example, the hole of a connection clasp and to a nail gun that can accurately drive nails into a desired drive position.

2. Description of the Related Art

A variety of different types of clasp fixing nail guns have been proposed. U.S. Pat. No. 5,193,730 discloses a nail gun that separates nails one at a time from a nail band and supplies the nail to a nail injection hole of the nosepiece. The nail tip is protruded from the end of the nosepiece before the nail gun drives the nail.

The nail gun further has a safety mechanism with a work-piece contact member, an intermediate lever, and an operation lever. The work-piece contact member extends from the nose of the nail gun to the base of the intermediate lever. When the trigger of the nail gun is pressed, the operation lever moves toward or away from an activation plunger, depending on the position of the work-piece contact member and the intermediate lever. That is, the work-piece contact member is raised into its lowermost position as long as the nose of the nail gun is not pressed against a work piece. If the trigger is pressed at this time, the intermediate lever pivots greatly and guides movement of the operation lever away from the activation plunger. On the other hand, when the nose of the nail gun is pressed against a work piece, the contact member is raised into its upper position. If the trigger is pulled at this time, pivoting movement of the intermediate lever is restricted so that the operation lever moves into contact with the activation plunger, thereby setting off a nail driving operation. In other words, the safety mechanism prevents the nail gun from firing when no work piece is present by changing the pivot path of the operation lever.

### SUMMARY OF THE PRESENT INVENTION

It is conceivable to lengthen the stroke of the work-piece contact member, that is, the distance that the work-piece contact member can move, by increasing the length of the intermediate lever. However, the intermediate lever can only be lengthened within the movement range of the trigger. Therefore, it is difficult to lengthen the stroke of the work-piece contact member. As a result, the lower end of the work-piece contact member must always be positioned fairly near the nail ejection opening, even when the work-piece contact member is at its upper dead center. This makes it difficult to see the nail tip so that it is difficult to position the nail at the precise position where it is to be driven into the work piece.

**2**

Also, the intermediate lever and the operation lever are provided in a narrow space above the trigger and operate in a fairly complicated manner against urging force of springs. A slight error in component or position dimensions, abrasion caused by friction, or dust, dirt, and the like clinging to components could easily become the cause of misfires. As a result, reliability of the nail gun suffers.

It is an objective of the present invention to overcome the above-described problems and provide a nail gun that more easily allows visual confirmation of the nail tip location and that uses a simpler configuration, which improves reliability by helping prevent the danger of misfires.

In order to achieve the above-described objective, a nail gun according to the present invention includes a body; a nail ejection portion connected to the body and having a tip formed with a nail ejection hole; a magazine connected to the nail ejection portion, the magazine feeding nails one at a time to the ejection portion; a blade supported in the body capable of reciprocal movement in opposing first and second directions and, when activated, driven in the second direction to the nail ejection portion to strike a nail in the nail ejection portion and to eject the nail through the nail ejection hole; an activation switch having a protruding plunger, the activating switch activating the blade when the plunger is pressed inward; a trigger having a trigger pivot end and a trigger free end, the trigger being supported pivotally on the body at the trigger pivot end; a trigger arm positioned within the trigger, the trigger arm having a trigger-arm pivot end, a central portion, and a trigger-arm free end, the trigger-arm pivot end being pivotably disposed at a position between the plunger and the trigger free end, the central portion being disposed at a position adjacent to the plunger; a safety portion having a first-side end disposed in contact with the trigger-arm free end and a second-side end positioned near the nail ejection hole, the safety portion being supported capable of reciprocal movement in the first and second directions between an upper dead center and a lower dead center; and urging means for urging the safety portion into the upper dead center; wherein when the trigger is pivoted on the trigger pivot end, pivoting movement of the trigger moves the trigger-arm pivot end to press the central portion of the trigger arm into contact with the plunger and, with the plunger serving as a fulcrum, to press the trigger-arm free end in the second direction against the first-side end of the safety portion.

With this configuration, a long stroke can be achieved for the safety portion. Therefore, the lower end of the safety portion can be separated from the nail tip in the initial condition, so that whether the nail tip is properly set in the clasp hole can be visually confirmed with ease. That is, the position where nails will be driven into the work piece can be accurately set.

Also, only the trigger arm is provided within the trigger and the safety portion is configured from only the upper safety portion and the lower safety portion. Operations are more reliable because the configuration is so simple.

If movement of the safety portion in the second direction is obstructed when the trigger is pivoted on the trigger pivot end, then the first-side end of the safety portion contacted by the trigger-arm free end serves as a fulcrum around which the trigger arm pivots with movement of the trigger, whereupon the central portion presses the plunger inward so that the activation switch activates the blade.

As a result, a nail driving operation can be reliably performed.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects, features and advantages of the invention will become more apparent from reading the fol-

US RE42,987 E

3

lowing description of the embodiments taken in connection with the accompanying drawings in which:

FIG. **1** is a cross-sectional side view showing a nail gun according to a first embodiment of the present invention;

FIG. **2** is a side view showing connected nails used in the nail gun of FIG. **1**;

FIG. **3** is a cross-sectional view showing details of a safety portion and surrounding components of the nail gun in FIG. **1**, while the trigger is not pulled;

FIG. **4** is front view showing a cam member of the safety portion;

FIG. **5** is a side view of the cam member of FIG. **4**;

FIG. **6** is a back view of the cam member of FIG. **4**;

FIG. **7** is a cross-sectional view taken along line VII-VII of FIG. **4**;

FIG. **8** is a front view of the safety portion;

FIG. **9** is a cross-sectional view showing the trigger of the nail gun pulled while the nail gun is pressed against a work piece;

FIG. **10** is a cross-sectional view showing a nail driving operation;

FIG. **11** is a cross-sectional view showing the trigger of the nail gun pulled while no work piece obstructs downward movement of the safety portion;

FIG. **12** is a cross-sectional view showing the cam member pivoted by downward movement of the safety portion in the situation shown in FIG. **11**;

FIG. **13** is a cross-sectional view showing a lower portion of the safety portion moving upward when pressed against a work piece while the cam member is pivoted as shown in FIG. **12**;

FIG. **14** is a cross-sectional view showing a safety portion according to a second embodiment of the present invention;

FIG. **15** is a cross-sectional view showing disconnection of upper and lower portions of the safety portion of FIG. **14** when the trigger is pulled while nothing obstructs downward movement of the safety portion; and

FIG. **16** is a cross-sectional view showing the lower portion of the safety portion of FIG. **14** moving independently upward when pressed against a work piece while upper and lower portions are disconnected as shown in FIG. **15**.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

Next, a nail gun according to a first embodiment of the present invention will be provided while referring to FIGS. **1** to **13**. To facilitate explanation, the directional terms up, down, front, and rear will be used referring to orientation in which the nail gun is intended to be used and as indicated in FIG. **1**.

As shown in FIG. **1**, a nail gun **1** includes a nail ejection portion **5**, a magazine **6**, a drive portion **8**, a trigger **11**, and a safety portion **12**. The magazine **6** houses connected nails **3** that are supplied to the nail ejection portion **5**. As shown in FIG. **2**, the connected nails **3** are arranged on a single plane, separated by a fixed distance, and connected by a connection band **3**a. Each nail **4** typically has a circular head **4**a at its upper end, a cylindrical body **4**b, and an acutely pointed tip **4**c. As shown in FIG. **1**, the magazine **6** includes a feeder **14** and a feeder spring (not shown). The feeder **14** receives pressure from the feeder spring and feeds the nails **4** to the nail ejection portion **5**, which is formed by a nosepiece **13** of the nail gun **1**.

The nail ejection portion **5** is formed at its lower end with a nail ejection hole **5**a. The tip **4**c of the lead nail **4** within the

4

nail ejection portion **5** protrudes downward out of the nail ejection hole **5**a, so that the position of the nail tip **4**c can be visually confirmed with ease.

The drive portion **8** houses a blade **7**. The blade **7** is capable of reciprocal movement in the drive portion **8** to drive nails supplied to the nail ejection portion **5** out from the ejection hole **5**a.

The nail gun **1** also includes a handle **9** and an activation switch **10**. The handle **9** is held by the user to support the nail gun **1**. The activation switch **10** is for controlling a nail driving operation of the nail gun **1**. As shown in FIG. **3**, the activation switch **10** includes a downward-protruding plunger **17** substantially at its center. The plunger **17** is supported capable of reciprocal movement in the vertical direction. While the plunger **17** is positioned at its lower dead center, the activation switch **10** is maintained OFF, so the nail gun **1** remains in a non-activated condition. However, as the plunger **17** moves from its lower dead center to its upper dead center, the activation switch **10** is turned ON, so that the nail gun **1** starts a nail driving operation.

As shown in FIG. **3**, the trigger **11** is supported adjacent to the activation switch **10** on a pivot shaft **16** so as to be capable of pivotable movement centered on the pivot shaft **16**. The user uses a finger of the hand he or she uses to hold the handle **9** to pull the trigger **11**. The trigger **11** is provided with a support portion **18** that pivotably supports a trigger arm **19**. The trigger arm **19** is supported in a posture with the central portion in contact with the tip of the plunger **17** and with the other end **19**a in contact on an upper end **12**a of the safety portion **12**.

The safety portion **12** is supported capable of reciprocal movement, in parallel with the reciprocal movement direction of the blade **7**, between upper and lower dead centers as guided by a nose **13**, which configures the nail ejection portion **5**. The safety portion **12** is configured from an upper safety portion **20**, a cam member **21**, and a lower safety portion **22**.

The upper safety portion **20** has a substantial reversed L-shape, and includes the upper end **12**a, a vertical section **20**c, and a horizontal section **20**d. The upper end **12**a is disposed in contact with the underside of the free end **19**a of the trigger arm **19**. A spring **15** is disposed beneath the horizontal section **20**d for constantly urging the safety portion **12** toward its upper dead center.

The lower safety portion **22** is supported capable of reciprocal movement in parallel with the reciprocal movement direction of the blade **7**, as guided by pins **23**, **24** provided in the nose **13**. The lower safety portion **22** includes a lower end **12**b and an engagement recess portion **22**a. The lower end **12**b is located near the ejection opening **5**a of the nail ejection portion **5**. When the safety portion **12** is in its upper dead center following the urging of the spring **15**, the lower end **12**b is retracted above the nail tip **4**c as shown in FIG. **3**. On the other hand, when the safety portion **12** is in its lower dead center, the lower end **12**b protrudes beyond the nail tip **4**c of the nail **4** in the nail ejection portion **5** as shown in FIG. **11**. The engagement recess portion **22**a is provided in the upper portion of the lower safety portion **22** and includes an upper plate **22**b and a lower plate **22**c, wherein the upper plate **22**b protrudes further than the lower plate **22**c. A spring **25** is provided for constantly urging the lower safety portion **22** downward when the nail gun **1** is oriented as in the drawings. Said differently, when the nail gun **1** is oriented for driving a nail upward, for example, into a ceiling fixture, the spring **25** prevents the lower safety portion **22** from sagging downward.

The cam member **21** is pivotably supported on a shaft **20**a provided to a lower portion of the upper safety portion **20**. As

US RE42,987 E

5

shown in FIGS. 4 to 8, the cam portion 21 includes a lower end 21a and two guide protrusions 21b. As shown in FIG. 3, the lower end 21a fits in the engagement recess portion 22a of the lower safety portion 22. As shown in FIG. 4, the guide protrusions 21b are provided symmetrically on either side of the cam portion 21. As shown in FIGS. 1 and 12, the guide protrusions 21b fit in guide grooves 5b provided in the side surfaces of the nail ejection portion 5. The guide grooves 5b are formed in a diagonally extending shape, so that when the guide protrusions 21b move downward in the guide grooves 5b, the cam member 21 separates from the engagement recess portion 22a as shown in FIG. 11.

Next, an explanation will be provided for operation of the nail gun 1. In this example, the nail gun 1 is used to fix in place a connection clasp 2 shown in FIG. 9. The connection clasp 3 is preformed with a hole 2a. First, the nail tip 4c protruding from the nail ejection hole 5a is set directly into the hole 2a of the connection clasp 2. Because the nail tip 4c protrudes from the nail ejection hole 5a, the nail tip 4c can be easily aligned with the clasp hole 2a. Once the nail tip 4c is set, the lower end 12b of the lower safety portion 22 presses against an upper surface 2b of the clasp 2, so the safety portion 12 is prevented from moving downward.

Next, the user pulls the trigger 11 of the nail gun 1. When the user pulls the trigger 11, the trigger 11 pivots centered on the pivot shaft 16 toward the activation switch 10, that is, from the orientation shown in FIG. 1 to the orientation shown in FIG. 9. The support portion 18 of the trigger arm 19 moves upward so that the central portion of the trigger arm 19 abuts against the tip of the plunger 17 of the activation switch 10. As a result, the plunger 17 serves as a fulcrum so that force from the support portion 18 presses the other end 19a of the trigger arm 19 down against the upper end 12a of the safety portion 12. However, the upper end 12a remains in place because the upper surface 2b of the clasp 2 prevents the safety portion 12 from moving. Therefore, the upper end 12a serves as a fulcrum so that force from the support portion 18 presses the central portion of the trigger arm 19 upward against the plunger 17 when the trigger 11 is pulled. When the plunger 17 is pressed in, the activation switch 10 is turned ON, thereby starting operation of the nail gun 1 so that the nail 4 in the nail ejection portion 5 is driven downward as shown in FIG. 10.

The above explanation is for the situation wherein the trigger 11 is pulled after the nail tip 4c protruding from the nail ejection hole 5a was set in the clasp hole 2a. Next, with reference to FIGS. 11 to 13, an explanation will be provided for operations performed when the nail tip 4c is not set in the clasp hole 2a, that is, when the nail ejection port is not located in abutment with a work piece.

In the same manner as described above, when the trigger 11 is pulled in this case, the support portion 18 of the trigger arm 19 moves so that the central portion of the trigger arm 19 abuts against the tip of the plunger 17. Accordingly, the tip of the plunger 17 functions as a fulcrum so that force from the support portion 18 presses the other tip 19a of the trigger arm 19 down against the upper end 12a. However, because there is no work piece to prevent downward movement of the safety portion 12 in this case, the safety portion 12 moves from its upper dead center to its lower dead center against the urging force of the spring 15. The plunger 17 remains positioned at its lower dead center so the activation switch 10 does not turn ON.

As the safety portion 12 moves from its upper dead center to its lower dead center, the cam member 21 moves downward with the upper safety portion 20. As shown in FIG. 12, the two guide protrusions 21b provided on the side surface of the cam member 21 are fitted in the guide grooves 5b provided on the

6

outer side of the nail ejection portion 5. Therefore, the cam member 21 follows the slanted shape of the guide grooves 5b in association with downward movement of the guide protrusions 21b in the guide grooves 5b and pivots on the pivot shaft 20a. As shown in FIG. 11, when the safety portion 12 moves downward to near its lower dead center, the cam member 21 separates from the lower safety portion 22. Described in more detail, the lower end 21a of the cam member 21 pulls away from the lower plate 22c of the engagement recess portion 22a, but remains in contact with the upper plate 22b. The downward urging force of the spring 25 urges the upper plate 22b into abutment with the lower end 21a of the cam member 21. At this time, the lower end 12b protrudes beyond the nail tip 4c. In this situation, if the lower end 12b is pressed against a work piece, or for some other reason the lower safety portion 22 is raised upward from its lower dead center, then all that will happen is that as shown in FIG. 13 the lower safety portion 22 will move upward against the urging force of the spring 25. That is, neither the cam member 21 nor the upper safety portion 20 will move upward. Accordingly, activation switch 10 will not be turned ON, because the trigger arm 19 will not be raised upward.

According to the present embodiment, no other components besides the trigger arm 19 are provided within the trigger 11 and supported pivotably on the trigger 11. Moreover, when the safety portion 12 can move into its lower dead center without obstruction, the plunger 17 serves as a fulcrum when the other tip 19a of the trigger arm 19 presses the upper safety portion 12a down toward its lower dead center. With this configuration the safety portion 12 can have a long stroke, that is, the safety portion 12 moves a long distance from its upper dead center into its lower dead center. Therefore, the lower end 12b of the safety portion 12 can be raised up further above the nail tip 4c, thereby making it easier to visually confirm the position of the nail tip 4c so that the nail will be driven into the work piece with greater positional accuracy.

Also, because the trigger arm 19 pivots with the tip of the plunger 17 serving as a fulcrum, the force at which the safety portion 12 can be pressed downward can be increased. As a result, the following effects can be achieved. It will be possible to move the safety portions 20, 22 downward, even if the safety portions 20, 22 become difficult to move downward because dirt and the like cling to the safety portions 20, 22, the cam member 21, or other components. This enhances reliability of the nail gun. Also, the safety portions 20, 22 can be reliably lowered, even if the load on the spring 15, which is for supporting the safety portions 20, 22 in the upper dead center, is increased because the weight of the safety portions 20, 22 is increased for some reason, for example to increase the strength of, or to lengthen, the safety portions 20, 22.

Next, a second embodiment will be explained while referring to FIGS. 14 to 18. According to the second embodiment, a safety portion 120 includes an upper safety portion 200, a lower safety portion 220, and a connector 30. The upper safety portion 200 and the lower safety portion 220 are formed with holes 200e and 220e, respectively. The connector 30 is slidably engaged in the holes 200e, 220e, thereby connecting the safety portions 200, 220 together. The connector 30 includes pins 31 on its inside tip. Downward slanting grooves 5e are formed in the inner surfaces of the nail ejection portion 5. The pins 31 are fitted in the grooves 5e.

When the safety portion 120 is in its upper dead center as shown in FIG. 14, the safety portions 200, 220 are connected together by the connector 30, and so move vertically in an integral manner. However, when the lower safety portion 220 moves downward without obstruction, the pin 31 slides inward following the guide groove 5e. Once the safety por-

US RE42,987 E

7

tions **200**, **220** move downward by a predetermined amount or more, then as shown in FIG. **15** the connector **30** pulls out of the hole **220**e of the lower safety portion **220**. As a result, there is no danger that the nail gun will fire. Also, even if after this the lower safety portion **220** is raised upward for some reason, then as shown in FIG. **16** the lower safety portion **220** alone will merely move vertically. Again, there is no danger that the nail gun will fire.

What is claim is:

**1**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of the switch is pressed;

a trigger member supported pivotably on said body; and

a safety mechanism having a first member disposed in contact with a free end portion of said trigger member and a second member positioned near said nail ejection member and connecting member between said first and second members, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position, wherein when the trigger member is pivoted, pivoting movement of said trigger member moves to press said predetermined portion of said switching mechanism and to press the free end portion of said trigger member in the second direction against said first member of said safety mechanism.

**2**. A nail gun as claimed in claim **1**, wherein when movement of said safety mechanism is unobstructed, said safety mechanism moves freely in the second direction from the first position to the second position.

**3**. A nail gun as claimed in claim **1**, wherein when movement of said safety mechanism is obstructed trigger member presses the predetermined portion of said activation switch so that said activation switch activates the blade.

**4**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of the switch is pressed;

a trigger member supported pivotably on said body; and

a safety mechanism having a first member disposed in contact with a free end portion of said trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said safety mechanism including separation mechanism to separate connection between said first and second members of said safety mechanism when said free end portion of said trigger member moves said first member in the second direction by a predetermined amount or greater, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position, wherein when movement of said safety mechanism is unobstructed, said safety mechanism moves freely in the second direction from the first position to the second

8

position, and wherein when movement of said safety mechanism is obstructed said trigger member presses the predetermined portion of said switch so that said activation switch activates the blade.

**5**. A nail gun as claimed in claim **4**, wherein said separation mechanism includes a cam member pivotably supported at said connecting member of said safety mechanism to engage with a recess portion formed with said second member of said safety mechanism, and wherein when movement of said safety mechanism is obstructed, pressing force of said trigger member free end acts to release the engagement of said cam with said recess.

**6**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of said switch is pressed;

a trigger member supported pivotably on said body; and

a safety mechanism having a first member disposed in contact with a free end of said trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said first and second members of said safety mechanism being supported in parallel with said nail pushing mechanism to move in said first and second directions, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position, wherein when movement of said safety mechanism is unobstructed, said safety mechanism moves freely in the second direction from the first position to the second position, and wherein when movement of said safety mechanism is obstructed trigger member presses the predetermined portion of said activation switch so that said activation switch activates the blade.

**7**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of the switch is pressed;

a trigger member supported pivotably on said body;

a safety mechanism having a first member disposed in contact with a free end of the trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said first and second members of said safety mechanism being supported in parallel with said blade to move in said first and second directions, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position; and

an elastic member for positioning said safety mechanism into said first position, and wherein when the trigger is pivoted, pivoting movement of said trigger moves said trigger member moves to press the predetermined portion of said switch and to press the free end portion of

US RE42,987 E

<table>
<tr><td>9</td><td>10</td></tr>
</table>

said trigger member in the second direction against said first member of said safety mechanism.

**8**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of the switch is pressed;

a trigger member supported pivotally on said body; and

a safety mechanism having a first member disposed in contact with a free end portion of the trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said safety mechanism including separation mechanism to separate connection between said first and second members of said safety mechanism when said free end portion of said trigger member moves said first member in the second direction by a predetermined amount or greater, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position, said first and second members of said safety mechanism being supported in parallel with said nail pushing mechanism to move in said first and second directions, and wherein when the trigger is pivoted, pivoting movement of said trigger moves to press the predetermined portion of the switch and to press the free end portion of said trigger member in the second direction against said first member of said safety mechanism.

**9**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of the switch is pressed;

a trigger member supported pivotally on said body;

a safety mechanism having a first member disposed in contact with a free end portion of said trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said safety mechanism including separation mechanism to separate connection between said first and second members of said safety mechanism when said free end portion of said trigger member moves said first member in the second direction by a predetermined amount or greater, said safety mechanism being supported capable of movement in said first and second directions between a first position and a second position, said first and second members of said safety mechanism being supported in parallel with said nail pushing mechanism to move in said first and second directions; and

an elastic member for positioning said safety mechanism into said first position, wherein when the trigger is pivoted, pivoting movement of said trigger member moves to press the predetermined portion of the switch and to press the free end portion of said trigger member in the second direction against said first member of said safety mechanism, wherein when movement of said safety

mechanism is unobstructed, said safety mechanism moves freely in the second direction from the first position to the second position, and wherein when movement of said safety mechanism is obstructed said trigger member presses the predetermined portion of said activation switch so that said activation switch activates the blade.

**10**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nail ejection member connected to said body;

a blade supported in said body capable of movement in opposing first and second directions and, when activated, driven in said second direction to strike a nail in said nail ejection member;

an activation switch for activating said blade when a predetermined portion of said switch is pressed;

a trigger member supported pivotally on said body;

a safety mechanism having a first member disposed in contact with said trigger member, a second member positioned near said nail ejection member and connecting member between said first and second members, said first and second members of said safety mechanism being supported in parallel with said blade to move in said first and second directions, wherein when the trigger is pivoted, pivoting movement of said trigger member moves to press the predetermined portion of said switch and to press a free end of the trigger member in the second direction against said first member of said safety mechanism.

**11**. A nail gun as claimed in claim **10**, wherein when movement of said safety mechanism is unobstructed, said safety mechanism moves freely in the second direction from the first position to the second position.

**12**. A nail gun as claimed in claim **10**, wherein when movement of said safety mechanism is obstructed said trigger member presses the predetermined portion of said activation switch so that said activation switch activates the blade.

**13**. A nail gun as claimed in claim **10**, which further comprises a separation mechanism to separate connection between said first and second members of said safety mechanism when said trigger member moves said first member in the second direction by a predetermined amount or greater.

**14**. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nosepiece through which nails are ejected, the nosepiece being provided on a lower end of the body;

a magazine *housing a plurality of connected nails and* that disposes *said connected* nails one at a time to the nosepiece;

a striking mechanism that strikes a nail disposed in the nosepiece, the striking mechanism being provided in the body at a position above the nosepiece;

a trigger switch that activates the striking mechanism, the trigger switch being provided in the body,

a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center, wherein operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward, at least a tip of the nail disposed in the nosepiece protruding from a tip of the nosepiece and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily aligned with a desired position.

*15. A nail gun according to claim 14, wherein said connected nails are arranged on a single plane.*

US RE42,987 E

**11**

16. A nail gun according to claim 14, wherein the tips of the connected nails are arranged in a single line.

17. A nail gun according to claim 14, wherein said magazine further includes a feeder which feeds said connected nails by pressure from a feeder spring.

18. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nosepiece through which nails are ejected, the nosepiece being provided on a lower end of the body;

a magazine housing a plurality of connected nails and that disposes said connected nails one at a time to the nosepiece;

a striking mechanism that strikes a lead nail of the connected nails disposed in the nosepiece, the striking mechanism being provided in the body at a position above the nosepiece;

a trigger switch that activates the striking mechanism, the trigger switch being provided in the body;

a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center, wherein

operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward,

when the lead nail reaches the nosepiece, at least a tip of the lead nail protruding from a tip of the nosepiece and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily aligned with a desired position.

19. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nosepiece through which nails are ejected, the nosepiece being provided on a lower end of the body;

a magazine housing a plurality of connected nails and that disposes said connected nails one at a time to the nosepiece;

a striking mechanism that strikes a nail disposed in the nosepiece, the striking mechanism being provided in the body at a position above the nosepiece;

a trigger switch that activates the striking mechanism, the trigger switch being provided in the body;

a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center, wherein

operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward,

at least a tip of the nail disposed in the nosepiece protruding from a tip of the nosepiece and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily aligned with a desired position, and

**12**

said magazine is disposed at the position of said tip of the nosepiece.

20. A nail gun for driving a nail into a work piece, the nail gun comprising:

a body;

a nosepiece through which nails are ejected, the nosepiece being provided on a lower end of the body;

a magazine housing a plurality of connected nails and that disposes said connected nails one at a time to the nosepiece;

a striking mechanism that strikes a nail disposed in the nosepiece, the striking mechanism being provided in the body at a position above the nosepiece;

a trigger switch that activates the striking mechanism, the trigger switch being provided in the body,

a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center;

a trigger pivotable in the upward direction;

a first safety member that moves downward in response to the trigger arm pivoting in the upward direction;

a second safety member disposed in parallel with the first member, extending toward the work piece, and including a push portion with an end that is movable following the nosepiece and that is normally positioned in an upper dead center; and

a third safety member which is disposed between and communicates with the first member and the second member, wherein

operation of the trigger switch is enabled when the end of the push portion is prevented from moving downward,

at least a tip of the nail disposed in the nosepiece protruding from a tip of the nosepiece and protruding farther in a tip-side direction than the push portion so that the nail tip can be easily aligned with a desired position,

activation of the striking mechanism is enabled when the end of the push portion is obstructed from moving downward upon pivoting the trigger in the upward direction,

when downward movement of the push portion is unobstructed, pivoting the trigger in the upward direction will not activate the striking mechanism.

21. A nail gun according to claim 20, wherein when the trigger is pivoted in the upward direction and the second member has moved downward without obstruction, force applied to the second member in the upward direction will not move the first member upward.

22. A nail gun as claimed in claim 21, wherein the third member is pivotably supported by a shaft.

* * * * *