# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., | ) |
| Plaintiff, | ) C.A. No. 18-313 (CFC) |
| v. | ) **REDACTED** |
| | ) **PUBLIC VERSION** |
| KYOCERA SENCO INDUSTRIAL TOOLS, INC., | ) |
| Defendant. | ) |

## DECLARATION OF ROBERT S. RIGG IN SUPPORT OF DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

I, Robert S. Rigg, declare as follows:

1. I am an attorney at Vedder Price P.C. in Chicago, Illinois and am duly licensed to practice law in the State of Illinois. I am one of the attorneys representing Kyocera Senco Industrial Tools, Inc. ("Kyocera") in the above-captioned matter. This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents of this declaration if called as a witness.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. RE42,987, bearing bates numbers KHD001125-1143.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 8,118,204, bearing bates numbers KHD000730-738.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,156,012, bearing bates numbers KHD000001-34.

5. Attached hereto as Exhibit 4 is a true and correct copy of the selected excerpts from the prosecution history of U.S. Application No. 12/088,524, which eventually issued as U.S. Patent No. 8,118,204 ("'204 Prosecution History"). The excerpts from the '204 Patent Prosecution History include: (1) Office Action dated June 21, 2011, bearing bates numbers KHD001079-1083; (2) Patent Owner's Response Under 37 C.F.R. § 1.116 dated September 16, 2011, bearing bates numbers KHD001087-1096; and (3) Notice of Allowance dated October 13, 2011, bearing bates numbers KHD001099-1104.

6. Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts from the Initial Expert Report of Keven Miller Regarding Invalidity, dated February 28, 2020.

7. Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts from the Rebuttal Expert Report of Keven Miller Regarding Non-Infringement, dated March 27, 2020.

8. Attached hereto as Exhibit 7 is a true and correct copy of relevant excerpts from the Reply Expert Report of Keven Miller Regarding Invalidity, dated April 24, 2020.

9. Attached hereto as Exhibit 8 is a true and correct copy of relevant excerpts from the transcript of the deposition of Keven Miller, taken on June 5, 2020.

10. Attached hereto as Exhibit 9 is a true and correct copy of relevant excerpts from the Opening Expert Report of Glenn Vallee, Ph.D., dated February 28, 2020.

11. Attached hereto as Exhibit 10 is a true and correct copy of relevant excerpts from the Rebuttal Expert Report of Glenn Vallee, Ph.D., dated March 27, 2020.

12. Attached hereto as Exhibit 11 is a true and correct copy of relevant excerpts from the Reply Expert Report of Glenn Vallee, Ph.D., dated April 24, 2020.

13. Attached hereto as Exhibit 12 is a true and correct copy of relevant excerpts from the transcript of the deposition of Glenn Vallee, Ph.D., taken on June 3, 2020.

14. Attached hereto as Exhibit 13 is a true and correct copy of relevant excerpts from the transcript of the *Markman* Hearing held before the Court on October 2, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 19th day of June, 2020, in Chicago, Illinois.

/s/Robert S. Rigg
Robert S. Rigg

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

**BY E-MAIL**
Karen Jacobs
Michael J. Flynn
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**
Paul Devinsky
Stephen J. Smith
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC 20001

**BY E-MAIL**
Amol A. Parikh
Thomas DaMario
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL 60606

**BY E-MAIL**
Hitoshi Akiba
Kilpatrick Townsend & Stockton LLP
The Imperial Tower, 15th Floor
1-1-1 Uchisaiwaicho,
Chiyoda-ku, Tokyo,
Japan 100

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com