IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KOKI HOLDINGS CO., LTD.,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)　　C.A. No. 18-313 (CFC)
　　　　　　　　　　　　　　　　)
KYOCERA SENCO INDUSTRIAL　　　　)
TOOLS, INC.,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　)

**PLAINTIFF'S RESPONSE AND CONCISE COUNTERSTATEMENT
OF FACTS IN OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT OF INVALIDITY AND
<u>NO INFRINGEMENT OF U.S. PATENT NO. 8,118,204</u>**

OF COUNSEL:

Paul Devinsky
Stephen J. Smith
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC  20001
(202) 756-8000

Amol A. Parikh
Thomas DaMario
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL  60606
(312) 372-2000

July 10, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com
　*Attorneys for Plaintiff*
　*Koki Holdings Co., Ltd.*

Koki Holdings Co., Ltd. submits this response and counterstatement of facts in opposition to Kyocera Senco Industrial Tools, Inc.'s motion for summary judgment of invalidity and no infringement of U.S. Patent No. 8,118,204 (D.I. 145).

## RESPONSE TO KYOCERA CONCISE STATEMENT

1. Asserted claims 12, 13, and 15 of the '204 Patent each recite "a handle portion extending from the housing," which the Court construed to mean "a handle portion extending from a separate and distinct housing." Ex. 2, '204 Patent, 7:59-60, 8:24-25, 8:59-60; D.I. 53 at 2.

**Plaintiff's Response**: Admitted.

2. Asserted claims 12, 13, and 15 of the '204 Patent each require three separate and distinct components: (1) a housing; (2) a handle portion; and (3) a battery pack supporting portion. Ex. 2, '204 Patent, 7:58-62, 8:23-27, 8:59-60; D.I. 53 at 2; Ex. 13, Markman Tr., 71:25-72:3; Ex. 6, Miller Reply, ¶¶50-52; Ex. 10, Vallee Rebuttal, ¶¶129-130.

**Plaintiff's Response**: Admitted.

3. Asserted claims 12, 13, and 15 of the '204 Patent each require "a battery pack supported by the battery pack supporting portion, the battery pack having an extending portion extending from the housing." Ex. 2, '204 Patent, 8:1-3, 8:29-31, 8:59-60.

**Plaintiff's Response**: Admitted.

4. The specification of the '204 Patent describes a single embodiment of a powered nailer as depicted in Figures 1-4 of the '204 Patent. Ex. 2, '204 Patent, 3:33-35, 3:15-22, Figures 1-4; Ex. 5, Miller Opening, ¶ 186; Ex. 12, Vallee Tr., 55:2-11.

**Plaintiff's Response**: Denied. The '204 Patent describes alternate embodiments. *See, e.g.*, '204 Patent, 4:7-9, 5:66-6:3.

5. Figures 1 and 2 of the '204 Patent show the exterior of the single nailer embodiment while Figure 3 shows the interior of the single nailer embodiment. Ex. 2, '204 Patent, 3:15-22, Figures 1-3; see also Ex. 12, Vallee Tr., 55:14-22.

**Plaintiff's Response**: Admitted-in-part; Denied-in-part. Koki denies this statement to the extent that Kyocera suggests that only a single embodiment is disclosed. *See* Kyocera SF 4; '204 Patent, 4:7-9, 5:66-6:3.

6. The single embodiment described in the '204 Patent has a T-shaped profile. Ex. 2, '204 Patent, 3:33-35, 3:15-22; Ex. 5, Miller Opening, ¶186; Ex. 12, Vallee Tr., 55:2-11.

**Plaintiff's Response**: Admitted-in-part; Denied-in-part. Koki denies this statement to the extent that Kyocera suggests that only a single embodiment is disclosed and that other embodiments must have a T-Shaped profile. *See* Kyocera SF 4; '204 Patent, 4:7-9, 5:66-6:3.

7. The specification of the '204 Patent describes a battery pack supporting portion 2C, the purpose of which is to support the battery. Ex. 2, '204 Patent, 3:38-40; Ex. 12, Vallee Tr., 62:21-22, 64:4; Ex. 6, Miller Rebuttal, ¶57.

**Plaintiff's Response**: Admitted.

8. In Figures 1 and 2 of the '204 Patent, the lead line extending from reference number 2C extends to the exterior of the single nailer embodiment. Ex. 2, '204 Patent, Figures 1-2; Ex. 6, Miller Rebuttal, ¶¶57-58; Ex. 12, Vallee Tr., 55:14-22; 37 C.F.R. § 1.84(q).

**Plaintiff's Response**: Denied. The lead line extending from reference number 2C identifies the interior of one nailer embodiment. '204 Patent, Figures 1-3; Ex. H (Miller Tr.), 192:17-18; Ex. I (Vallee Tr.), 57:3-58:3; Ex. E (Vallee Rebuttal), ¶130.

2

9. In Figures 1 and 2 of the '204 Patent, the lead line extending from reference number 2C extends to an exterior component of the single nailer embodiment. Ex. 2, '204 Patent, Figures 1-2; Ex. 6, Miller Rebuttal, ¶¶57-58; 37 C.F.R. § 1.84(q).

**Plaintiff's Response**: Denied. The lead line extending from reference number 2C identifies an interior component of one nailer embodiment. '204 Patent, Figures 1-3; Ex. H (Miller Tr.), 192:17-18; Ex. I (Vallee Tr.), 57:3-58:3; Ex. E (Vallee Rebuttal), ¶130.

11. During prosecution of the application that eventually issued as the '204 Patent, the Patent Examiner rejected the claim limitation "a battery pack supporting portion provided on an end of the handle portion" under 35 U.S.C. § 112, ¶ 1 because the term was not supported by the original disclosure. Ex. 4, '204 Prosecution History, KHD001081-82.

**Plaintiff's Response**: Admitted.

12. During prosecution of the application that eventually issued as the '204 Patent, Koki amended the written description to describe a "battery pack supporting portion 2C" and amended the figures to include reference number 2C. Ex. 4, '204 Prosecution History, KHD001088-93.

**Plaintiff's Response**: Admitted.

13. During prosecution of the application that eventually issued as the '204 Patent, Koki provided an annotated version of Figure 3 of the '204 Patent that shaded the battery pack supporting portion 2C. Ex. 4, '204 Prosecution History, KHD001092-93.

**Plaintiff's Response**: Admitted.

14. Defendant's Fusion F-15 Nailer has an O-shaped, or looped, profile. Ex. 5, Miller Opening, ¶187.

**Plaintiff's Response**: Admitted.

15. Defendant's Fusion F-15 Nailer has a widened structure that is designed to mate with a removable battery pack. Ex. 6, Miller Rebuttal, ¶62.

**Plaintiff's Response**: Admitted-in-part; Denied-in-part. In addition to the widened structure, the Fusion F-15's removable battery pack also mates with part no. YK0848. Ex. B (Vallee Reply), ¶54; Ex. H (Miller Tr.), 180:23-182:9.

16. The widened structure in Defendant's Fusion F-15 Nailer includes elongated grooves that mate with corresponding tongues on the battery pack when the battery pack is attached to the Fusion F-15 Nailer. Ex. 6, Miller Rebuttal, ¶64; Ex. 12, Vallee Tr., 42:12-14; Ex. 11, Vallee Reply, ¶57.

**Plaintiff's Response**: Admitted.

17. The elongated grooves on the widened structure of the Fusion F-15 Nailer supports the battery pack when the battery pack is attached to the Fusion F-15 Nailer. Ex. 6, Miller Rebuttal, ¶64; Ex. 12, Vallee Tr., 42:12-14; Ex. 11, Vallee Reply, ¶57.

**Plaintiff's Response**: Admitted-in-part; Denied-in-part. Part no. YK0848 of the Fusion F-15 supports the battery pack. Ex. A (Vallee Opening), ¶79; Ex. B (Vallee Reply), ¶¶48, 51, 54.

18. Defendant's Fusion F-15 Nailer has an electrical connector designed to mate with a corresponding electrical connector on the battery pack. Ex. 12, Vallee Tr., 38:12-39:7; Ex. 8, Miller Tr., 182:3-9.

**Plaintiff's Response**: Admitted.

## <u>KOKI COUNTERSTATEMENT OF FACTS</u>

19. In the '204 Patent, the handle portion is the portion of the tool that is gripped by the user when operating the tool. ('204 Patent, 4:58-60; Ex. G (Miller Opening), ¶186.)

20.    In the '204 Patent, "numeral 2 designates a housing made of a resin and acting as an exterior member" for the electric fastening tool 1. ('204 Patent, 3:30-32.)

21.    In the '204 Patent, any portion of the tool's exterior except the handle portion is the housing of the tool. (Ex. E (Vallee Rebuttal), ¶129.)

22.    During prosecution of the '204 Patent, the applicant indicated that "the shaded area of the annotated FIG. 3 corresponds to the battery pack supporting portion 2C." The applicant did not make this statement with respect to Figures 1, 2, 4, or 5 of the '204 Patent. (Ex. J (KHD001091).)

23.    Figure 3 of the '204 Patent is an illustration of the inside of the tool where the battery pack supporting portion is located. (D.I. 146 ('204 Op. Br.), 6-7; Ex. H (Miller Tr.), 192:17-18; Ex. I (Vallee Tr.), 57:3-58:3.)

24.    Dr. Vallee contends the Fusion F-15 "battery pack supporting portion" is part no. YK0848. (Ex. A (Vallee Opening), ¶79.)

25.    Mr. Miller contends the F-15 "battery pack supporting portion" is the entire widened structure at the base of the Fusion F-15. (Ex. D (Miller Rebuttal), ¶62.)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____

Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiff*
*Koki Holdings Co., Ltd.*

OF COUNSEL:

Paul Devinsky
Stephen J. Smith
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC  20001
(202) 756-8000

Amol A. Parikh
Thomas DaMario
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL  60606
(312) 372-2000

July 10, 2020

## CERTIFICATE OF COMPLIANCE WITH
## <u>TYPE-VOLUME LIMITATION</u>

The foregoing complies with the type-volume limitations of paragraph 12(b) of the Scheduling Order (D.I. 14). The text of this statement, including footnotes, was prepared in Times New Roman 14-point. According to the word processing system used to prepare it, the statement contains 509 words, excluding the case caption, tables, recitation of Defendant's statement, and signature block.

Dated: July 10, 2020

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 10, 2020, upon the following in the manner indicated:

Kelly E. Farnan, Esquire                              *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Defendant Kyocera Senco*
*Industrial Tools, Inc.*

Robert S. Rigg, Esquire                              *VIA ELECTRONIC MAIL*
David Bernard, Esquire
John K. Burke, Esquire
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
*Attorneys for Defendant Kyocera Senco*
*Industrial Tools, Inc.*

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)