# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 18-313 (CFC) |
| ) | |
| v. ) | |
| ) | |
| KYOCERA SENCO INDUSTRIAL ) | |
| TOOLS, INC., ) | |
| ) | |
| Defendant. ) | |

## SECOND DECLARATION OF ROBERT S. RIGG IN SUPPORT OF DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

I, Robert S. Rigg, declare as follows:

1. I am an attorney at Vedder Price P.C. in Chicago, Illinois and am duly licensed to practice law in the State of Illinois. I am one of the attorneys representing Kyocera Senco Industrial Tools, Inc. ("Kyocera") in the above-captioned matter. This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents of this declaration if called as a witness.

2. Attached hereto as Exhibit 27 is a true and correct copy of relevant excerpts from Koki's Initial Infringement Contentions, dated March 7, 2019.

3. Attached hereto as Exhibit 28 is a true and correct copy of relevant excerpts from Koki's Second Supplemental Infringement Contentions, dated November 11, 2019.

RLF1 23775177v.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 24th day of July, 2020, in Chicago, Illinois.

                                                */s/Robert S. Rigg*
                                                Robert S. Rigg

RLF1 23775177v.1