**EXHIBIT 27**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-313 (CFC) |
| | ) |
| KYOCERA SENCO INDUSTRIAL TOOLS, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S INITIAL INFRINGEMENT CONTENTIONS**

Pursuant to the Scheduling Order dated December 17, 2018, Plaintiff Koki Holdings Co., Ltd. ("Koki") hereby provides Defendant Kyocera Senco Industrial Tools, Inc. ("Senco") the following Initial Infringement Contentions.

The Initial Infringement Contentions are based on information reasonably available to Koki at this time. Discovery is still in the early stages and Senco has not yet produced certain relevant documents showing relevant structure and operation of the accused products. Koki's investigation into this matter is ongoing and Koki reserves the right to supplement and/or amend these Initial Infringement Contentions as discovery and investigation proceed. Koki also reserves the right to assert additional claims of the Patents-in-Suit, accuse different instrumentalities, or identify alternative literal or equivalent infringing elements in Senco's accused products.

**I.    U.S. PATENT NO. 8,118,204**

Senco has directly infringed, and continues to directly infringe claims 12, 13 and 15 of the '204 patent by making, using, offering for sale, selling, and/or importing into the United States the Fusion F-15 nailer. Exhibit A includes an exemplary claim chart illustrating how the Fusion F-15 nailer infringes claims 12, 13, and 15 of the '204 patent.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Michael J. Flynn* |
| OF COUNSEL: | Karen Jacobs (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>kjacobs@mnat.com<br>mflynn@mnat.com |
| Paul Devinsky<br>MCDERMOTT WILL & EMERY LLP<br>The McDermott Building<br>500 North Capitol Street, N.W.<br>Washington, DC 20001<br>(202) 756-8000 | *Attorneys for Plaintiff Koki Holdings Co., Ltd.* |
| Amol A. Parikh<br>Thomas DaMario<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street<br>Chicago, IL 60606<br>(312) 372-2000 |  |

March 7, 2019

9

# EXHIBIT A

## U.S. Patent No. 8,118,204
## Fusion F-15 Nailer

| | Claim 12 | FUSION F-15 NAILER |
|---|---|---|
| 12. | A portable fastening tool comprising: | The FUSION F-15 Nailer is a portable fastening tool.<br><br>*See also* https://www.youtube.com/watch?v=Mauh8G3H1GQ; KSIT000054-81 |
| 12(a) | a housing; | The FUSION F-15 Nailer includes a housing, as shown below. |

1

|  |  |  |
|---|---|---|
|  |  | ![Housing image of FUSION F-15 nailer with "Housing" label pointing to top portion]<br><br>*See also* KSIT000054-81, 232, 277, 498-501. |
| 12(b) | a handle portion extending from the housing in a handle extending direction; | The FUSION F-15 includes a handle portion extending from the housing, as shown below. The handle portion extends in a handle extending direction (*i.e.*, towards the right in the image below). |

|      |      | Handle portion extending from housing  *See also* KSIT000054-81, 232, 277, 498-501 |
|------|------|------|
| 12(c) | a battery pack supporting portion connected to the handle portion; | The FUSION F-15 includes a battery pack supporting portion connected to the handle portion, as shown below. |

3

|  |  | Battery pack supporting portion (as shown in images) |
|---|---|---|
|  |  | *See also* KSIT000054-81, 232, 277, 498-501. |
| 12(d) | a motor housed in the housing; | The FUSION F-15 includes a motor housed in the housing, as shown below. |

4

|  |  |  |
|---|---|---|
|  |  | *See also* FUSION F-15 Parts Reference Guide (KSIT00009) at 3-4 (identifying Motor, Drive Assembly (part no. VB0124)); KSIT000475, 481, 500. |
| 12(e) | a battery pack supported by the battery pack supporting portion, the battery pack having an extending portion extending from the housing; | The FUSION F-15 includes a battery pack supported by the battery pack supporting portion, as shown below. The battery pack has an extending portion that extends from the housing (*i.e.*, extending towards the right in the image below). |

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2019, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Sara M. Metzler, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert S. Rigg, Esquire<br>David Bernard, Esquire<br>VEDDER PRICE<br>222 North LaSalle Street<br>Chicago, IL  60601<br>*Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

# EXHIBIT 28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-313 (CFC) |
| ) | |
| KYOCERA SENCO INDUSTRIAL TOOLS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S SECOND SUPPLEMENTAL INFRINGEMENT CONTENTIONS**

Pursuant to the Scheduling Order dated December 17, 2018, and Paragraph 4 of the Default Standard for Discovery, Plaintiff Koki Holdings Co., Ltd. ("Koki") hereby provides Defendant Kyocera Senco Industrial Tools, Inc. ("Senco") the following Second Supplemental Infringement Contentions.

The Second Supplemental Infringement Contentions are based on information reasonably available to Koki at this time. Discovery is on-going and Senco has not yet produced certain relevant documents showing relevant structure and operation of the accused products. Koki's investigation into this matter is ongoing and Koki reserves the right to supplement and/or amend these Second Supplemental Infringement Contentions as discovery and investigation proceed. Koki also reserves the right to assert additional claims of the Patents-in-Suit, accuse different instrumentalities, or identify alternative literal or equivalent infringing elements in Senco's accused products. Finally, Koki incorporates by reference its portions of the Joint Claim Construction brief and its *Markman* hearing presentation.

**I.      U.S. PATENT NO. 8,118,204**

Senco has directly infringed, and continues to directly infringe claims 12, 13 and 15 of the '204 patent by making, using, offering for sale, selling, and/or importing into the United

additional information and infringement theories as Senco produces additional documents and information. If, and when, Senco sets forth its arguments concerning non-infringement, Koki will address such arguments, including for example, by providing additional discussion pertaining to the application of the doctrine of equivalents after that time.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiff Koki Holdings Co., Ltd.*

OF COUNSEL:

Paul Devinsky
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC 20001
(202) 756-8000

Amol A. Parikh
Thomas DaMario
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606
(312) 372-2000

Hitoshi Akiba
KILPATRICK TOWNSEND & STOCKTON LLP
The Imperial Tower, 15th Floor
1-1-1 Uchisaiwaicho,
Chiyoda-ku, Tokyo,
Japan 100
+81.3.350.756.09

November 11, 2019

9

## SECOND SUPPLEMENTAL EXHIBIT A

### U.S. Patent No. 8,118,204
### Fusion F-15 Nailer

|  | **Claim 12** | **FUSION F-15 NAILER** |
|---|---|---|
| 12. | A portable fastening tool comprising: | The FUSION F-15 Nailer is a portable fastening tool.<br><br>*See also* https://www.youtube.com/watch?v=Mauh8G3H1GQ; KSIT000054-81 |
| 12(a) | a housing; | The FUSION F-15 Nailer includes a housing, as shown below. The housing contains the driving mechanism and the motor. |

1

|  |  |  |
|---|---|---|
|  |  | Housing ... Housing<br><br>*See also* KSIT000054-81, 232, 277, 498-501. |
| 12(b) | a handle portion extending from the housing in a handle extending direction; | The Court construed the term "a handle portion extending from the housing in a handle extending direction" to mean "a handle portion extending from a separate and distinct housing". The FUSION F-15 includes "a handle portion extending from a separate and distinct housing", as shown below. In the image below, the handle portion is shown in yellow and extends in a handle extending direction (*i.e.*, towards the right). |

2

 

*See also* KSIT000054-81, 232, 277, 498-501.

To the extent this limitation is not met literally, this element is met under the doctrine of equivalents, including both the function/way/result test and the insubstantial differences test. Under the function/way/result test, the function of the "a handle portion extending from the housing in a handle extending direction" is for the handle portion to extend from a housing. The way this feature is accomplished is by having the handle portion extend away from the housing and it is immaterial whether the handle portion that extends from the housing is created by joining two separate pieces (*i.e.*, housing and handle) to form the "a handle portion extending from the housing in a handle extending direction" or created by having a single unitary body that comprises a separate handle portion and housing. Either approach achieves the same result, which is to have a handle portion that is separate and distinct from the housing. Under the insubstantial differences test, it is immaterial whether the handle portion and housing are created by the joining of two separate and distinct pieces to form the handle portion and the housing or created by a single unitary body that comprises a separate

3

| | | |
|---|---|---|
| | | handle portion and housing since each approach results in a handle portion that is separate and distinct from the housing. |
| 12(c) | a battery pack supporting portion connected to the handle portion; | The FUSION F-15 includes a battery pack supporting portion connected to the handle portion, as shown below.  |

4

| | | |
|---|---|---|
| | | 

*See also* KSIT000054-81, 232, 277, 498-501. |
| 12(d) | a motor housed in the housing; | The FUSION F-15 includes a motor housed in the housing, as shown below. |

5