IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 18-313-CFC |
| KYOCERA SENCO INDUSTRIAL TOOLS, INC., | |
| Defendant. | |

## ORDER

Plaintiff Koki alleges that Defendant Kyocera's Fusion F-15 nail gun infringes claims 12, 13, and 15 of U.S. Patent No. 8,118,204 (the #204 Patent). Pending before me is Kyocera's Motion for Summary Judgment of Invalidity and No Infringement. D.I. 145. The motion is really two motions—one seeking a judgment of invalidity and one seeking a judgment of noninfringement—but I will follow Kyocera's lead and treat it as a single motion.

In its Concise Statement of Facts, Kyocera identified the following fact as material to its motion and not in dispute: "In Figures 1 and 2 of the [#]204 Patent, the lead line extending from reference number 2C [identifying the battery pack supporting position] extends to an exterior component of the single nailer

embodiment." D.I. 144 ¶ 9. Koki denies this assertion of fact and argues that a person having ordinary skill in the art would understand that the lead line extending from reference number 2C in the #204 patent identifies an interior component of one possible nailer embodiment. Record evidence cited by Koki supports its position. *See* D.I. 161-1 at 52, 87, 150–51.

Because there is at least one disputed fact that Kyocera has said is material to its motion for summary judgment, I will deny the motion. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986) (holding that summary judgment will not lie if there is a genuine dispute about a material fact).

NOW THEREFORE, at Wilmington this Sixteenth day of February in 2021, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment of Invalidity and No Infringement of U.S. Patent No, 8,118,204 (D.I. 145) is **DENIED**.

*[signature]*
UNITED STATES DISTRICT JUDGE