IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KOKI HOLDINGS CO., LTD.,

                Plaintiff,

      v.

KYOCERA SENCO INDUSTRIAL
TOOLS, INC.,

                Defendant.

Civil Action No. 18-313-CFC

## ORDER

At Wilmington this twenty-second day of March in 2021:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment of Invalidity of U.S Patent No. 7,156,012 (D.I. 142) is **GRANTED** and claims 2, 3, and 4 of U.S Patent No. 7,156,012 are **INVALID**.

_____
UNITED STATES DISTRICT JUDGE