IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOKI HOLDINGS CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-313 (CFC) |
| | ) |
| KYOCERA SENCO INDUSTRIAL | ) |
| TOOLS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION REGARDING DAMAGES TIME PERIOD

WHEREAS, Plaintiff Koki Holdings Co. Ltd. ("Koki") and Defendant Kyocera Senco Industrial Tools, Inc. ("Kyocera Senco") desire to narrow the issues for trial;

WHEREAS, Koki is the owner of U.S. Patent Nos. RE 42,987 ("the '987 patent"), 8,118,204 ("the '204 patent"), 7,325,709 ("the '709 patent"), 7,156,012 ("the '012 patent"), and 7,398,647 ("the '647 patent," collectively, the "patents-in-suit");

WHEREAS, Koki accuses Kyocera Senco of infringing the patents-in-suit by manufacturing, selling, offering for sale, and/or importing into the United States various products (collectively, the "Accused Products"). Specifically, Koki alleges that Kyocera Senco's Joist Pro 150XP Nailer infringes the '987 Patent, Kyocera Senco's Fusion F-15 Nailer infringes the '204 Patent, Kyocera Senco's Original

FramePro 325XP and FramePro 325FRHXP Nailers infringe the '709 Patent, and Kyocera Senco's SNS41 Stapler infringes the '012 and '647 Patents. Kyocera Senco disputes that the '987, '204, and '709 patents are infringed and contends that the '204, '012, '647, and '987 patents are invalid, and expressly reserves the right to assert that these claims are invalid and/or not infringed by the Accused Products or any other products that Koki now, or in the future, alleges infringe the patents-in-suit;

WHEREAS, Kyocera sold the JoistPro 150XP Nailer, Fusion F-15 Nailer, the SNS41 Nailer after April 7, 2017;

WHEREAS Kyocera sold the Original FramePro 325XP and FramePro 325FRHXP Nailers accused of infringing the '709 patent between April 7, 2017 and November __, 2020;[1]

WHEREAS Kyocera asserts that all versions of the FramePro 325XP and FramePro 325FRHXP Nailers ("Redesigned FramePro 325XP and FramePro 325FRHXP Nailers") sold after November __, 2020[2] fall outside the scope of the

---

[1] Kyocera changed over to exclusively manufacturing the Redesigned FramePro 325XP and FramePro 325FRHXP Nailers in approximately September 2020 and the last sales of the original FramePro 325XP and FramePro 325FRHXP Nailers was made in November 2020. Because Kyocera did not change the SKUs for the Redesigned FramePro 325XP and FramePro 325FRHXP Nailers, Kyocera is manually calculating the precise day of change-over by hand. Kyocera will provide a date certain for this change-over at the same time it would be obligated to provides gross sales for other Accused Products.

[2] *See* footnote 1.

'709 patent;

WHEREAS, the '987 patent expired on May 22, 2021;

WHEREAS, Koki provided notice to Kyocera of the patents-in-suit on April 7, 2017;

WHEREAS, the parties previously agreed that, if any one of the Accused Products is subsequently found, by a Jury or Court, to infringe any one or more of the claims of the patents-in-suit and such claim(s) is/are also found to be valid, the applicable reasonable royalty will be 2% of gross sales (as the term is used by Kyocera Senco in the ordinary course of business) of the applicable Accused Product (regardless of the number of claims or patents it is found to infringe) (D.I. 135);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that:

1) if any one of the Accused Products is subsequently found, by a Jury or Court, to infringe any one or more of the claims of the patents-in-suit and such claim(s) is/are also found to be not invalid, regardless of the number of claims or patents the Accused Product(s) are found to infringe, the time period for applying the applicable reasonably royalty to gross sales shall be as follows, to the extent such Accused Product is found to infringe a claim that is not invalid:

- Gross sales of Fusion F-15 Nailer from April 7, 2017 forward;

- Gross sales of SNS41 Nailer from April 7, 2017 forward;

- Gross sales of JoistPro 150XP Nailer from April 7, 2017 through May 22, 2021;

- Gross sales of FramePro 325XP and FramePro 325FRHXP Nailers from April 7, 2017 through November __, 2020;[3]

2) Damages shall be assessed on a patent-by-patent and Accused Product-by-Accused Product basis such that the assessment of damages referred to in paragraph 1 shall only apply to the Accused Product(s) which have been found by the jury to, or stipulated to, infringe a claim that has also been found to be not invalid, regardless of the number of claims or patents it is found to infringe.

3) Koki reserves the right to seek damages to the extent Kyocera reintroduces and sells the Original FramePro 325XP and FramePro 325FRHXP

4) This Joint Stipulation is for purposes of only this case and cannot be used, identified, or relied upon in any other case or for any other purpose. Moreover, the existence of and the terms of this Joint Stipulation shall not be disclosed to the jury and the jury will not be asked to consider any aspect of reasonable royalty but will simply be instructed that the parties have

---

[3]   *See* footnote 1.

agreed to the appropriate damages period; and

5) Koki's decision to mark or not mark any of its products with the numbers of one or more of the patents shall not be disclosed to the jury.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ *Michael J. Flynn* | /s/ *Kelly E. Farnan* |
| Karen Jacobs (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>kjacobs@mnat.com<br>mflynn@mnat.com | Kelly E. Farnan (#4395)<br>Renée Mosley Delcollo (#6442)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>farnan@rlf.com<br>delcollo@rlf.com |
| OF COUNSEL: | OF COUNSEL: |
| Paul Devinsky<br>MCDERMOTT WILL & EMERY LLP<br>The McDermott Building<br>500 North Capitol Street, N.W.<br>Washington, DC 20001<br>(202) 756-8000 | Robert S. Rigg, Esquire<br>Daniel Shulman, Esquire<br>John Burke, Esquire<br>VEDDER PRICE<br>222 North LaSalle Street<br>Chicago, IL 60601 |
| Amol A. Parikh<br>Thomas DaMario<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street<br>Chicago, IL 60606<br>(312) 372-2000 | *Attorneys for Defendant Kyocera Senco Industrial Tools, Inc.* |
| *Attorneys for Plaintiff Koki Holdings Co., Ltd.* | |

July 16, 2021

SO ORDERED this  19th  day of July, 2021

_____
Chief, United States District Judge